# 14-2491

## United States Court of Appeals
### FOR THE SECOND CIRCUIT

---

BERTRAM HIRSCH, on behalf of themselves and all others similarly situated,

*Plaintiff-Appellee,*

IGOR ROMANOV, on behalf of themselves and all others similarly situated,

*Plaintiff-Appellee,*

v.

CITIBANK, N.A.,

*Defendant-Appellant.*

---

*On Appeal From The United States District Court
for the Southern District of New York*

## JOINT APPENDIX
## VOLUME III OF III
## (PAGES JA 530 – JA 728)

---

Julia B. Strickland
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Phone: (310) 556-5800
Joseph E. Strauss
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Phone: (212) 806-5400

*Attorneys for Defendant-Appellant Citibank, N.A.*

James C. Kelly
THE LAW OFFICES OF JAMES C. KELLY
477 Madison Avenue, Sixth Floor
New York, New York 10022
Phone: (212) 930-5042
Samuel P. Sporn
SCHOENGOLD & SPORN, P.C.
World Wide Plaza
393 West 49th Street, Suite 5HH
New York, New York, 10019
Phone: (212) 964-0046

*Attorneys for Plaintiffs-Appellees*

# INDEX TO JOINT APPENDIX

S.D.N.Y. Docket Entries for Case No. 12 CV 01124 (DAB).......................................... JA    1

Declaration of Joseph Strauss, filed March 16, 2012 ..................................................... JA   10

      Exhibit A – Class Action Complaint, filed February 14, 2012 .......................... JA   12

Declaration of Joan Haslam, filed March 16, 2012 ........................................................ JA   37

      Exhibit 1 – Signature Cards for Hirsch Account.................................................. JA   41

      Exhibit 2 – Signature Cards for Romanov Account ........................................... JA   43

      Exhibit 3 – Exemplar of the Citibank Client Manual
      effective January 1, 2010..................................................................................... JA   45

      Exhibit 4 – Exemplar of the Citibank California & Nevada Marketplace
      Addendum effective January 1, 2010 .................................................................. JA   74

Declaration of Bertram Hirsch in Support of Plaintiffs' Opposition to Defendants
Motion to Compel Arbitration and Stay the Action, dated April 12, 2012 .................... JA  123

Declaration of Igor Romanov in Support of Plaintiffs' Opposition to Defendants
Motion to Compel Arbitration and Stay the Action, dated April 12, 2012 .................... JA  127

Declaration of James C. Kelly in Support of Plaintiffs' Opposition to Defendants
Motion to Compel Arbitration and Stay the Action, dated April 17, 2012 .................... JA  130

      Exhibit A – Notice of Removal of Citibank, N.A., dated February 24,2012
      of Plaintiff Igor Romanov's individual small claims ......................................... JA  132

      Exhibit B – Complaint titled *Amer Safadi v. Citibank, N.A.*, No. 12CV1356
      (N.D. Cal. March 19, 2012) ............................................................................... JA  140

      Exhibit C – Notice of Removal of Citibank, N.A., dated February 24,2012
      of Plaintiff Zakmar Katz's individual small claims............................................ JA  167

      Exhibit D – JAMS Policy on Consumer Arbitrations Pursuant to Pre-
      Dispute Clauses Minimum Standards of Procedural Fairness, Effective July
      19, 2009............................................................................................................... JA  175

      Exhibit E – AAA Review of Consumer Clauses, dated October 11, 2002........ JA  180

      Exhibit F – Consumer Due Process Protocol..................................................... JA  183

Exhibit G – Affidavit of Joseph E. Matranga In Support Of Plaintiffs' Opposition To Defendant's Motion To Compel Arbitration And Stay The Action .......................................................................................................... JA   220

Hearing Transcript, dated December 20, 2013 .............................................. JA   223

Verified Responses and Objections to Plaintiffs' First Set of Interrogatories, dated December 23, 2013 ......................................................................................... JA   249

Hearing Transcript, dated January 27, 2014 ................................................... JA   268

Hearing Exhibits

Exhibit 1 – Citibank Concierge Daily Transaction/Transmittal Report ............ JA   408

Exhibit 2 – Citibank signature card – Bertram Hirsch...................................... JA   409

Exhibit 3 – Citibank Concierge Daily Transaction/Transmittal Report ........... JA   410

Exhibit 4 – Citibank signature card – Igor Romanov ....................................... JA   411

Exhibit 5 – Client Manual – Consumer Accounts (effective July 1, 2010)....... JA   412

Exhibit 6 – Marketplace Addendum – New York (effective July, 1 2010)....... JA   441

Exhibit 7 – Marketplace Addendum – California and Nevada (effective July, 1 2010).......................................................................................................... JA   467

Exhibit 8 – Personal Banker Foundations – Participant Guide, North America Consumer .......................................................................................... JA   492

Exhibit 9 – Citibank National Form Center and Citibank "Consumer Account Opening" materials ............................................................................ JA   506

Exhibit 10 – "Citi Products Opened/Applied For Today – Effective Date: October 25, 2010" ............................................................................................ JA   514

Exhibit 11 – C2KB Direct Mail 40,000 AA Miles Checking Offer .................. JA   516

Exhibit 12 – Citibank account statement, dated November 25, 2010............... JA   518

Exhibit 13 – Savings/checking accounts statement – Igor Romanov ............... JA   521

Exhibit A – Citibank Privacy Notice for New Customers ................................ JA   525

Exhibit B – Client Manual Cover Page [Not Admitted into Evidence] ............ JA   528

Exhibit C – Declaration of Bertram Hirsch in Support of Plaintiffs'
Opposition to Defendant's Motion to Compel Arbitration and Stay the
Action, dated April 12, 2012.................................................................... JA   529

Defendant's Deposition Designations, dated February 14, 2014 .................................... JA   530

Hearing Transcript, dated February 19, 2014 .................................. JA   691

Notice of Appeal, dated July 9, 2014............................................................ JA   725

Exhibit A – Memorandum and Order, dated June 10, 2014 ............................ JA   727

**JA 530**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X
                               :

BERTRAM HIRSCH and IGOR ROMANOV, on   :
behalf of themselves and all others similarly situated, :
                               :

                Plaintiffs,            :         Case No. 12 Civ. 1124 (DAB)
                               :

       vs.                          :

CITIBANK, N.A.,                      :

                Defendant.         :
------------------------------------------------------------- X

## DEFENDANT CITIBANK, N.A.'S DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400

*Attorneys for Defendant*
*Citibank, N.A.*

February 14, 2014

**APPENDIX OF DEPOSITION TRANSCRIPTS**

| Document Description | Date | Designations |
|---|---|---|
| Deposition Transcript of Michael Ashley | 1/6/2014 | Defendant's designations and counter-designations in yellow Plaintiffs' designations in green |
| Deposition Transcript of Bertram Hirsch | 1/16/2014 | Defendant's designations and counter-designations in yellow Plaintiffs' designations in green |
| Deposition Transcript of Nancy Lewis | 1/7/2014 | Defendant's designations and counter-designations in yellow Plaintiffs' designations in green |
| Deposition Transcript of Igor Romanov | 1/9/2014 | Defendant's designations and counter-designations in yellow Plaintiffs' designations in green |
| Deposition Transcript of Vivian Safir | 12/19/2013 | Defendant's designations and counter-designations in yellow Plaintiffs' designations in green |
| Deposition Transcript of Jackline Sarraf | 1/14/2014 | Defendant's counter-designations in yellow Plaintiffs' designations in green |
| Deposition Transcript of Fazri Zubair | 1/9/2014 | Defendant's designations and counter-designations in yellow Plaintiffs' designations in green |

Dated: New York, New York
      February 14, 2014

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP

By: /s/Joseph E. Strauss
    Joseph E. Strauss (JES-1788)
180 Maiden Lane
New York, New York 10038
212-806-5400
jstrauss@stroock.com

Julia B. Strickland, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
310-556-5800
lacalendar@stroock.com

*Attorneys for Defendant Citibank, N.A.*

**1**

1
2  UNITED STATES DISTRICT COURT
3  SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
4  BERTRAM HIRSCH AND IGOR ROMANOV, ON
   BEHALF OF THEMSELVES AND ALL OTHERS
5  SIMILARLY SITUATED,
6                        Plaintiffs,
7        -against-              Civil Action No.:
                                 12 CV 1124
8  CITIBANK N.A.,
9                        Defendant.
10 ----------------------------------------X
11              30 Cutter Mill Road
                Great Neck, New York
12
                January 6, 2014
13              10:33 a.m.
14
15
16
17
18
19        VIDEOTAPED DEPOSITION of CITIBANK N
20 Defendant herein, by MICHAEL ASHLEY, taken by
21 Plaintiffs, pursuant to Federal Rules of Civil Proced
22 Subpoena, held at the above-mentioned time and p
23 Cheryl Robertson, a Notary Public of the State of N
24
25

**2**

1
2  A P P E A R A N C E S:
3
4  THE LAW OFFICE OF JAMES C. KELLY
   Attorneys for Plaintiffs
5       244 5th Avenue, Suite K-278
        New York, New York  10001
6
   BY:  JAMES C. KELLY, ESQ.
7
8  SCHOENGOLD & SPORN, P.C.
   Co-Counsel for Plaintiffs
9       393 West 49th Street, Suite 5HH
        New York, New York  10019
10
   BY:  SAMUEL P. SPORN, ESQ.
11
12 STROOCK & STROOCK & LAVAN LLP
   Attorneys for Defendant
13      180 Maiden Lane
        New York, New York 10038
14
   BY:  JOSEPH E. STRAUSS, ESQ.
15
16
17
18 ALSO PRESENT:
19 Kevin Gallagher, Videographer
20 Bertram Hirsch
21
22
23
24
25

**3**

1
2              FEDERAL STIPULATIONS
3
4        IT IS HEREBY STIPULATED AND AGREED
5  by and between the parties hereto, through their
6  respective counsel, that the certification, sealing
7  and filing of the within examination will be and
8  the same are hereby waived;
9        IT IS FURTHER STIPULATED AND AGREED
10 that all objections, except as to the form of
11 question, will be reserved to the time of the
12 trial;
13       IT IS FURTHER STIPULATED AND AGREED
14 that the within examination may be signed before
15 any Notary Public with the same force and effect a
16 if signed and sworn to before this court.
17
18
19
20
21
22
23
24
25

**4**

1              M. Ashley
2        THE VIDEOGRAPHER:  We are
3  now going on the record at
4  approximately 10:33.  This is the
5  beginning of Disk Number 1.
6        My name is Kevin Gallagher,
7  representing Veritext New York,
8  and the date today is January 6th,
9  2014.  The deposition is being
10 held at the Inn at Great Neck
11 located at 30 Cutter Mill Road in
12 Great Neck, New York, and is being
13 taken by the counsel for the
14 plaintiff.
15       The caption reads as
16 Bertram Hirsch and Igor Romanov,
17 et al. versus Citibank North
18 America.  This case is filed in
19 the U.S. District Court, Eastern
20 District of New York.  The case
21 number is 12CV --
22       MR. SPORN:  Southern
23 District.
24       THE VIDEOGRAPHER:  Southern
25 District, sorry.

## 5

1          M. Ashley
2      Southern District of New
3  York.  The case number is
4  12CV1124.  The name of the witness
5  this morning is Michael Ashley.
6          At this time the attorneys
7  in the room will identify
8  themselves for the record.
9          MR. KELLY:  My name is
10  James Kelly.  I will be taking the
11  deposition.  I am counsel for
12  plaintiffs.
13          MR. SPORN:  My name is
14  Samuel P. Sporn of Schoengold &
15  Sporn.  I'm co-counsel with
16  Mr. Kelly, attorneys for the
17  plaintiff -- plaintiffs.
18          MR. STRAUSS:  Joseph E.
19  Strauss from the law firm of
20  Stroock & Stroock & Lavan on
21  behalf of defendant, Citibank.
22          THE VIDEOGRAPHER:
23      Mr. Kelly, could you put
24  your mic on for me.  It's over
25  there (indicating).  See it?

## 6

1          M. Ashley
2      The court reporter this
3  morning is Cheryl Robertson.  She
4  represents Veritext New York also,
5  and she will now swear the witness
6  and we can proceed.
7      M I C H A E L  A S H L E Y, called as a
8  witness, having been duly sworn by a  Notary Publ
9  was examined and  testified as follows:
10  EXAMINATION BY
11  MR. KELLY:
12          MR. KELLY:  Hi, Mr. Ashley.
13          THE WITNESS:  Hi.
14          MR. KELLY:  My name is
15  James Kelly.  I'm plaintiffs'
16  counsel, along with Mr. Sam Sporn
17  here.  We'll be taking your
18  deposition.
19          THE WITNESS:  Okay.
20          MR. KELLY:  We will
21  probably run about 45 to 50
22  minutes of questions; we will take
23  a break, say about ten minutes,
24  and then we will resume.  But if
25  you need to take a break, just let

## 7

1          M. Ashley
2  me know --
3          THE WITNESS:  Okay.
4          MR. KELLY:  -- and we will
5  take a break.
6          Also, during the
7  questioning your attorney -- or
8  Citibank's attorney is going to
9  object -- object a lot to my
10  questions, but you will still
11  answer them, and we will deal with
12  those objections later.
13          MR. STRAUSS:  I'm offended,
14  James.
15          MR. KELLY:  That's just for
16  the record.  So I guess we'll
17  begin.
18      Q    Can you state your name and
19  address for the record.
20      A    Michael Ashley.  I reside at 411
21  North 4th Street, Lindenhurst, New York 11757.
22      Q    When did you start working for
23  Citibank?
24      A    July -- July 7th of 1985.
25      Q    And is that the Great Neck

## 8

1          M. Ashley
2  office that you started at?
3      A    No.  I've worked at many
4  locations throughout my career with Citibank.
5      Q    Okay.  What was the first
6  location?
7      A    1200 Liberty Avenue in East New
8  York, Brooklyn.
9      Q    And then what did you do there?
10      A    I started out -- at that time a
11  part-time teller, which was -- was the role
12  where you were guarantee- -- you weren't
13  guaranteed more than 21 hours a week.  So I
14  started as a teller part time.
15          And then from that point, six
16  months on, actually worked full time because
17  there was never enough people.  So I got --
18  worked pretty much full time from day one when
19  I started.
20          And then probably January --
21  January, February of 1986 I became a full-time
22  teller.  And from that point I went to various
23  roles in the branch as far as being a teller.
24  I went to become a note teller.  You learn
25  different roles.  And the note teller -- then

9

M. Ashley

1
2    I had -- handled -- I would sub for being a
3    head teller when people were on vacation.  You
4    would take over the role because, you know,
5    you'd have to cover.
6             And that -- I worked at that
7    branch, like I said, from 1985 to 19- -- June
8    of 1991, because I got married in August of
9    '91.  So from that -- but during that
10   transition, when I worked in Liberty Avenue,
11   we had -- my role was -- I bounce around a
12   lot, so -- I have a habit of doing that.  It's
13   general utility -- general utility clerk it
14   was called.  So again, I was a teller and I
15   did all these various roles.
16            So during lunch hours you would
17   go out on a platform and would, you know,
18   learn the process.  You'd be on the platform,
19   validate cards.  That's how it was when you --
20   you know, you came in in 1985.  And again, I
21   went to -- in 1991 I went to Flatbush and
22   Avenue P, Brooklyn.
23            And I started -- I was a teller
24   there also, but I became a customer service
25   rep.  So I went for training, customer service

10

M. Ashley

1
2    rep, to learn from the customer service rep
3    that was outside.  And we -- that would be
4    various roles of sales.  You know,
5    conversations when customers come in, if they
6    have any problems with their, you know,
7    service issues.  And I would go back and forth
8    from teller to customer service.  I did that
9    for about, I don't know, six or seven months.
10            And then I took on the role
11   of -- they transferred me over where -- what
12   they called, back then, customer service --
13   customer account opening.  I don't remember
14   the exact title because acronyms changed all
15   the time.
16            So I -- I opened up personal
17   accounts on -- on the platform, and then
18   eventually got promoted to assistant manager,
19   and basically opened up consumer accounts.
20   And that's what I did there for two years.
21   And then I transferred to Kings Highway in --
22   in Brooklyn on East 15th Street.  And that was
23   in January of 1993.
24            And then from that point I was
25   an assistant manager there.  I was doing

11

M. Ashley

1
2    per -- again, consumer account openings.  Plus
3    I was able to -- we were versatile -- you
4    know, again going through trainings, we -- we
5    opened up consumer and we opened up business
6    accounts.  And that's what my role was there
7    for -- from '93 to '96 I worked there doing
8    that role, strictly consumer and business
9    accounts.
10            Then in '96 I got -- I asked for
11   a transfer because I moved out to Long Island.
12   The commute was a little too far going back
13   and forth, so I went to work in the Smithtown
14   branch from -- my son was born -- from, again,
15   the end of '96.  I worked there until 1998 as,
16   again, consumer and business accounts,
17   customer service.  Everything involved in the
18   retail branch system.
19            And from that point I decided to
20   make a change and had to broaden my horizons.
21   I learned a lot from Citibank.  I went to --
22   at that point it was Republic National Bank.
23   I went there from '90 -- I'm going by dates
24   when my kids were born.  '90 -- the beginning
25   of -- the end of '98 to 2000 I worked at

12

M. Ashley

1
2    Republic National Bank in downtown Brooklyn,
3    old Williams- -- the old Williamsburg Savings
4    Bank, and got to develop myself being a -- you
5    know, I was assistant manager, sales manager,
6    for -- for -- you know, on the platform.
7             And basically I -- you know, my
8    role was consumer accounts, business accounts,
9    but going out developing business.  And then
10   at that point Republic National Bank got
11   bought over [sic] by HSBC.  Felt I -- I had an
12   offer to come back to Citibank.  Because at
13   that point with my background and my
14   experience on the retail side, consumer and
15   business, I got the offer to go work in
16   Syosset, Long Island, and came in as a
17   business banker in that role, because that's
18   where -- when I left Republic, came back over.
19            And they knew my background,
20   where I was cert- -- you know, open up
21   consumer, business, the whole nine yards.  And
22   I worked there from 2000 to 2006.  I worked
23   there for about six years.
24            And then 2007 I got -- the
25   manager I worked for there, he transferred.

13

```
 1              M. Ashley
 2   He came over to Great Neck and was -- my
 3   background in -- did my sales and my numbers
 4   and said there's an opportunity to come work
 5   over in Great Neck.  And from 2007 until 2010
 6   I was at Citibank.  And now I'm currently at
 7   Signature Bank.
 8        Q     What -- where -- where -- what
 9   branch at Signature Bank do you work?
10        A     Right next door.
11        Q     What do you do -- what do you do
12   there now?
13        A     Business banking and -- and con-
14   -- and consumer.  I do both -- both aspects.
15        Q     When did you actually leave
16   Citibank?  Did you go to the end of the year
17   of 2010?
18        A     No.
19        Q     About when?
20        A     I was -- it was -- actually I
21   can remember the day.  It was -- it was --
22   everything is, like, symbolic.  It was
23   Election Day.  November 3rd I guess it was
24   that year.
25        Q     Can you just state your date of
```

14

```
 1              M. Ashley
 2   birth for the record.
 3        A     ████
 4        Q     Can you also state your
 5   education, beginning with your high school,
 6   college.
 7        A     My education background is I
 8   graduated high school.  I didn't go to
 9   college.
10        Q     Where did you go to high school?
11        A     Franklin K. Lane.
12        Q     Is that in Brooklyn?
13        A     Brooklyn.  It's no longer a
14   school.  They closed down.  Very rough school.
15        Q     Where are you from?
16        A     Where am I from?  I was born in
17   downtown Brooklyn.
18        Q     What street?
19        A     What street?  Let's see.
20   That's -- that's important?
21              MR. SPORN:  No.
22              MR. STRAUSS:  No.
23              THE WITNESS:  I mean, is --
24              do I need to -- I will answer it,
25              but --
```

15

```
 1              M. Ashley
 2              MR. SPORN:  Yeah, you can
 3        answer it.
 4              MR. STRAUSS:  Let's move
 5        this along, so you can answer.
 6        A     President Street.
 7        Q     Before Citibank, what other
 8   companies did you work for?
 9        A     I started right out of high
10   school.  So my background is -- I was --
11   actually, I don't need to go into that.  I
12   started right out of high school.
13        Q     You started at Citibank right
14   out of high school?
15        A     That was my first job, and I
16   worked there for 24 years.
17        Q     What training did you receive at
18   Citibank?  Can you go through the different
19   training programs that you received throughout
20   your years.
21              MR. STRAUSS:  Objection.
22        You want him to go through every
23        single training he had?  Do you
24        want to put a time period on that?
25        Q     Since you have been there, that
```

16

```
 1              M. Ashley
 2   you can recall.
 3              MR. STRAUSS:  Are you
 4        asking his -- how long were you at
 5        Citibank, 24 years?
 6              THE WITNESS:  24 years.
 7              MR. KELLY:  23 years?
 8              THE WITNESS:  1985 to 1996.
 9        But I came back and worked -- they
10        bridged my time.  So when I left
11        for the two years, it was like I
12        never left.
13              MR. STRAUSS:  So you
14        want -- you want him -- I just
15        want to get the question.  You
16        want him to generally describe his
17        training over his 24 years at
18        Citibank?
19              MR. KELLY:  Yeah, any
20        training programs.
21        Q     Did you have any training
22   programs at -- 
23        A     We had many training programs.
24   Can I remember every single one?  No.  And
25   when I -- you know, when I came in, I -- like
```

17

```
 1                M. Ashley
 2    I said, I started in 1985.  So if -- for me to
 3    sit here and chronologically remember every
 4    training and every program and everything that
 5    has come up to 24 years, I can't -- I can't go
 6    back on that.  But yes, I have had training,
 7    but I -- you know, I don't -- I can break it
 8    down as far as, you know -- how much do you
 9    want to know?  I mean, I went through training
10    through my whole career.
11        Q    What would the training be?
12    Would it be an outside program or in-house
13    program?
14        A    No, all in-house.
15        Q    All in-house?
16        A    All in-house programs.
17        Q    Okay.
18        A    And as far as, you know -- break
19    it down in short is that when I got hired, I
20    had to go through training in the bank.  So I
21    was a teller, went to teller functions.  And
22    then throughout the years, when I went to
23    those positions, I went to trainings.
24    Customer service.
25            But again, you're talking to a
```

18

```
 1                M. Ashley
 2    dinosaur here.  I started in '85.  You work --
 3    you work along with people that come in.
 4    Anything that's specifical (phonetic) --
 5    specific, you went to training.  And then
 6    based on how banks are in the banking world,
 7    anybody new coming in -- anything that was
 8    retail bank updates, anything critical, you --
 9    you would be updated.  If there was anything
10    new or technology, software, you were
11    informed.
12            But anybody that came in, you
13    worked along with -- if you went and you came
14    in as a customer service rep -- if I'm already
15    in the bank already, if something changes, if
16    there's anything minute -- pretty much things
17    stay along the same line, so they're not going
18    to send you back for what they're coming in
19    doing if you've been going along the lines.
20            And again, there's always
21    updates, what they could now Brainshark where
22    you go on the computer.  And if they, you
23    know, update you any information -- there's
24    always constant updates.  But I came in as a
25    teller in '85, so I can't break down every
```

19

```
 1                M. Ashley
 2    training that I went to, but I -- you know, I
 3    went through the process.  And I was -- you
 4    know, I did the job.  I was there 24 years.  I
 5    wasn't there six months.  And I'm still in
 6    banking doing the same functions.
 7        Q    What about Mr. Bertram Hirsch
 8    here?  Do you recall meeting with him?
 9        A    Cannot recall the day, but I'm
10    very good at remembering faces and having
11    conversations.  And as soon as I walked in the
12    room, I knew exactly who he was.
13        Q    What do you remember about
14    meeting him?
15        A    By face?  I know it wasn't the
16    first time in the branch.  You definitely were
17    a regular customer at the branch.  Seen faces,
18    because Great Neck is very -- a close-knit
19    community, so -- a lot of clients that come
20    in.  So I know it wasn't the first time,
21    especially that I can remember his face.  And
22    if I opened the initial account opening, I
23    definitely seen him in the branch many times
24    before that.
25        Q    Do you remember any specific
```

20

```
 1                M. Ashley
 2    discussions that you had with him?
 3        A    No.  Just specific account
 4    opening that I would do with any client that
 5    walks in the branch, an account opening.  You
 6    know, going through the process and, you know,
 7    what you typically do at an account opening.
 8        Q    Do you remember doing an account
 9    opening with him?
10        A    I can't recall three years --
11    you're talking three years ago.  I remember
12    his face.  I can't remember the specific --
13    you know, that -- the time, no.
14        Q    Can you -- okay.
15            Did you have your own office in
16    the Citibank branch --
17        A    Yes.
18        Q    -- in Great Neck?
19            When you typically meet with
20    clients to open up an account, about how long
21    do you spend with them?
22        A    On average, a half-hour to
23    40 minutes.  And again, depending on the
24    client, if they -- if they want to sit with me
25    for two hours, I will sit with them for two
```

---

**21**

M. Ashley
hours. There's no need for it, but always, to
get to know the client, especially at an
account opening -- it depends on their
situation. And a lot of times customers are
like, get me in; get me out. I just want to
open up my account.
        I -- I -- I will follow up -- I
would initially follow up or set up an
appointment if they want to come back. And
they -- I would make myself available, give
them my business card with -- even with my
cell number if they needed to reach me.
        I always made myself accessible
because, you know, on the outside, if they
need something, that's -- that's what I'm
about. That's what I've always been about.
        Q    Do you have any professional
licenses or --
        A    Yes, I do.
        Q    What's that?
        A    I have --
                THE WITNESS: Is that okay
        to answer that?
                MR. STRAUSS: Sure.

---

**22**

M. Ashley
        A    Okay. I'm all new -- this is a
whole new thing to me.
        I have health and life -- life
and health insurance license, and I have a
Series 6, which is probably gonna be done now,
because I have been at Signature now
16 months. And they -- you lose -- you -- the
bank doesn't hold licenses, so I won't have
that. Life and health I can keep, which I
want to keep, that I worked very hard for
taking those tests. But the Series 6,
that'll -- that will not be -- I wouldn't even
know if you lose that, but I do have that.
        Q    What is a life and health
insurance license? Can you explain what that
is.
        A    You're able to sell life and
health insurance. And again, when working for
the bank, we were required to go and have
licenses to -- to be -- you know, to work --
to have -- to be on the platform, because that
was that whole time frame where per- --
personal bankers, commercial bankers, you had
to have it so if -- you were accessible to be

---

**23**

M. Ashley
able to have discussions, but to a limit. You
had licenses, but you had investment persons
in the branch. And the branch managers are
the administration -- the administrators.
        We couldn't sell the products.
The life and health, we could. We could do
review and -- but -- even though I had the
licenses, I did very little -- I -- I had to
have the licenses, but I did -- I didn't do
any -- I did no sales in life and health while
I was there. I did maybe one or two policies,
because I didn't come in as a life and health
insurance person. I'm a banker. But I -- I
learned it. I know how to do it, but it
wasn't my role. I didn't -- I didn't sign up
for that. But I came in and -- and that's --
I had -- and I had the licenses. And then --
and that's -- and that's -- that's -- that's
what I have.
        Q    And what type of training or
tests do you have to do to get that license?
        A    To get that license you had to
go -- you got sent for training to SEC
training. And they had internal training at

---

**24**

M. Ashley
Citibank for that. But I don't know -- is
that even relevant? I don't know.
        Yeah, so I went to training.
And I had to go for -- at that time -- life
and health you could study for out of the
manuals, and then you went for like a
three-day -- again, I don't remember how long.
It could have been a week.
        The Series 6 you had to study.
You know, some people could study for it 24
hours. It's -- you know, it depends on how
you, you know, take a test. But it was --
that was like a three-week process for the
Series 6.
        And you had -- you were sent for
training. The bank hired outside people to
come in and train from the -- the securities
and training -- securities training and the
SEC commission. However, again, I don't
remember all -- everything.
        Q    And what does the Series 6 allow
you to do?
        A    That deals with annuities,
mutual funds. A minimal. It's not much. You

---

---

**25**

```
1              M. Ashley
2    know, a Series 7 is where you get more
3    involved.  And again, we had the licenses, but
4    we were not allowed to solicit or sell.  We --
5    if you came in -- if Mr. Bertram came in and
6    sat with me in -- in a sales conversation,
7    that would be brought up, too.  Because if
8    you're profiling -- you go through the whole
9    process.  If you have any interest, we have
10   investment persons on site.  You know, if you
11   have CDs, savings accounts; if you're looking
12   to, you know, build on your -- your -- your
13   savings, we have opportunities.  And you have
14   to specify that it's not insured by the bank,
15   it's FDIC insured by the investment division
16   of the bank.
17              And if they decided they wanted
18   to, I would set up an appointment for them,
19   but no solicitation, even though I had the
20   licenses, I had my disclosures on my desk and
21   all that stuff.
22       Q     Do you recall ever having a
23   client come to you with a promotional offer to
24   open a savings or checking account?
25       A     Of course.  That -- that happens
```

---

**26**

```
1              M. Ashley
2    all the time, because there's always
3    promotions going on.  Always.  And customers
4    will walk in.  And -- and -- and typically
5    in -- in -- it's in all areas, but definitely
6    in certain areas I have learned in my career
7    where campaigns are very big, and customers
8    come in with their walk-in invitations.  Oh,
9    if I open up this account, I get this and I
10   get this.  And if I do that, you know, I want
11   the perks.  And that's definitely typica- --
12   definitely typical of this geographical area.
13       Q     Is the account-opening process
14   the same if they have a promotional offer as
15   if they do not have a promotional offer?
16       A     Can you repeat that again.
17       Q     Is the account-opening process
18   the same --
19       A     As far as following protocol,
20   like procedures and --
21       Q     Yes.
22       A     Of course.  Everything's the
23   same.  Everything's the same.  As far as
24   account opening, entering information in the
25   system, nothing changes.  What changes is if
```

---

**27**

```
1              M. Ashley
2    they have any mailers come in versus someone
3    that don't have, that's an invitation that was
4    sent to them, so that's what we have to go on.
5    And that's when I would explain, well, if
6    you're opening an account, you have to do
7    this, this and this.
8              And then if there was any
9    extended offer to get additional -- you know,
10   like your banking, if you deposit money, you
11   get X amount of dollars over a certain time.
12   And then if you follow that, after six months
13   you'll get this.
14              And again, it's what they bring
15   to the table when they come to me.  And again,
16   I'm seasoned to know how to do my sales
17   process.  And -- but as far as entering
18   software, everything is the same.  It's just a
19   matter of knowing and being aware of your
20   campaigns and everything.
21       Q     When they run these promotional
22   offers, do you get a lot of customers that
23   come in sometimes?
24       A     They come in.  I mean, again, I
25   can't remember how many people walked in,
```

---

**28**

```
1              M. Ashley
2    but -- and what campaign you're talking about,
3    you know.  And I -- I -- any campaign, people
4    come in, but -- I can't recall how many, but
5    they come in.  You know, depends on the mass
6    mailing, what goes out and who -- who, you
7    know, finds it of interest and wants to gain
8    those perks that they offer.
9        Q     Are you -- are you ever notified
10   from your supervisors or superiors that we
11   have an offer going out, we're going to
12   probably have X amount of customers coming in?
13       A     Yes.  That even comes out in
14   what they call a retail update.
15       Q     Do you --
16       A     They'll -- they'll send you a
17   sample of it.  You know, this is what's going
18   on, and this is -- you know, be pre- -- you
19   know, be aware of what's going on.
20       Q     Do you do anything in
21   preparation if you believe that you're going
22   to have an influx of a --
23       A     No, there's no -- it's -- it's
24   meat and potatoes.  It's not anything complex,
25   you know.  You know, campaigns -- I mean, the
```

---

---

29

1           M. Ashley
2    ones that I can remember, a Citigold campaign;
3    if you deposit so much money, you will get
4    $200.  Points, thank you points.  You know,
5    you will get X amount of thank you points.
6    20,000 points if you put $25,000 in for 90
7    days.  And then if you stay another -- you do
8    electronic bill payment -- there's a lot of
9    things involved.  If you did this, you got
10   this.  If you did three bill payments, if you
11   did three debits.  And that was all laid out.
12   And that's what we needed to know.
13           And basically that would be laid
14   out on the disclosure card that's sent in the
15   invitation offer.  All the rules and the
16   disclosures are clearly printed on the -- the
17   offer.
18       Q    Okay.  I think we're going to
19   start introducing some documents now.  Okay,
20   the first document is going to be an exhibit
21   that's been previously marked.  This is an
22   exhibit previously marked as Plaintiffs'
23   Exhibit 4, Bates Number Citi-000079 through
24   Citi-000080.  The document is entitled
25   "Concierge Daily Transaction Transmittal

---

30

1           M. Ashley
2    Report."  Okay.  Can you just review this
3    document.
4        A    Sure.
5           (Perusing document.)
6           MR. SPORN:  Off the record.
7           THE VIDEOGRAPHER:  We're
8    off the record now at 11:03.
9           (Discussion held off the
10   record.)
11           (Plaintiffs' Exhibit
12   9-Document Bates Stamped
13   Citi-000079 through Citi-000080,
14   was marked for identification as
15   of this date.)
16           THE VIDEOGRAPHER:  We're
17   now back on the record at
18   11:04 a.m.
19       Q    The document that was previously
20   marked as Exhibit 4, we're going to mark it as
21   Plaintiffs' Exhibit 9 for this deposition.
22   And can you just review the document.
23       A    I already did.
24       Q    Okay.  Do you see where it says
25   "CFA" on the top next to your name?

---

31

1           M. Ashley
2        A    Yes.
3        Q    What does "CFA" mean?
4        A    Certified financial analyst.
5        Q    Certified financial analyst.
6           Are you a certified financial
7    analyst?
8        A    At that point, what they had
9    under the title, certified financial analyst,
10   PB.  So that's -- that's where -- on the
11   title -- that's what -- where our titles were.
12   As far as the title -- again, acronyms, how
13   the bank changes titles, CitiBusiness
14   commercial, but we all -- even if you walked
15   in there now, they're known as CFAs.  Because
16   when you have a license, you have to be stated
17   as a financial analyst because you have
18   licenses.
19       Q    Did you have a certified
20   financial analyst license?
21       A    I don't know how to answer that.
22   I'm -- I'm -- I don't know how to answer that.
23       Q    Do you know what a certified
24   financial analyst is?
25       A    Yeah, well, it's finance -- it's

---

32

1           M. Ashley
2    certified -- I'm certified because I have
3    stockbroker licenses and I have life and
4    health.  That's why, you know -- an analyst to
5    sit down and -- again, my licenses, and to
6    uncover, but only to an extent, and then it's
7    handed off.
8        Q    So this is --
9        A    I'm not a certified financial
10   planner.  I don't, you know -- that's the
11   title role that the bank assigned me.
12       Q    So that -- that's not a
13   certified financial analyst as people would
14   normally know it as, you know, where you have
15   to get licensed and you have to take a test?
16   It's a separate thing from that?
17       A    The customers know that, the
18   clients know that when you sit down and you're
19   there and you open up accounts.
20       Q    They know what?
21       A    I don't know, I -- I can't -- I
22   don't know how to answer that.  I don't know
23   where we're going into here with this.
24           MR. STRAUSS:  I'm not sure
25   he understands it.

---

33

1           M. Ashley
2           THE WITNESS:  I don't
3     understand.
4           MR. STRAUSS:  Maybe you
5     just want to ask a different
6     question.  I'm not sure he
7     understands your question.
8        Q    Well, there's a term -- there's
9     a term, outside of Citibank, that's very
10    common that's --
11       A    That's what the title was on the
12    application on my title in the branch.  I
13    can't answer that.  That's what was given to
14    me.  That's what Citibank assigned me.  That's
15    all I can answer to.  Plain and simple.
16    That's -- I didn't assign that, that's the
17    title they -- that was -- that goes under the
18    profile when you open up an account.
19       Q    But you never took a test to
20    become a certified financial analyst?
21       A    No.
22       Q    You see where it says "CFE --
23    "CFAP," and then the little number symbol?
24       A    Yeah, "P" -- yeah.
25       Q    Do you know what numb -- what

34

1           M. Ashley
2     that number is?
3        A    That's my identification number.
4        Q    That's for you?
5        A    Yes, to identify me.
6        Q    Okay.
7           Now, looking at this document,
8     does this refresh your memory at all with the
9     opening of the account of Bertram Hirsch?
10       A    Again, it's three years ago.  I
11    can't answer that; but it's typically, on any
12    customer or client that would walk in, this is
13    what the form would look like for me.  So it
14    could be you, him, anybody in this room that
15    it would always come back to me in my memory.
16    Because as far as knowing to him, his name is
17    on it.  Mr. Bertram is on there on the
18    application, but this is standard printouts
19    that you see every day when you open up an
20    account and was concierge.
21       Q    Where it says "Employment" over
22    there, "Retired," do you know what that means?
23       A    He's retired and he doesn't work
24    anymore.
25           MR. STRAUSS:  Where is

35

1           M. Ashley
2     that?  Oh, okay.
3        Q    Okay, if you could go to the
4     next page.
5           Do you recall having discussions
6     with Mr. Hirsch about his job?
7        A    Yes, because we -- when we open
8     up an account and we enter it on the computer,
9     when we're opening it, the account is entered,
10    we ask, "Are you currently working?"
11          The answer to me, "I'm currently
12    retired," that's what I enter.
13       Q    Did you know what Mr. Hirsch did
14    for a living?
15       A    No, I can't remember that.
16    That's three years ago.  If I could remember
17    everything, then I should, you know, win
18    lotto.  I don't mean to be sarcastic, but I
19    can't remember three years ago what he did for
20    a living.
21       Q    All right.
22           Could you just go to the second
23    page here.  And this -- do you know what this
24    document is?
25       A    This document is a signature

36

1           M. Ashley
2     card.
3        Q    Is this what every customer
4     signs when they open an account?
5        A    Yes.
6        Q    Do you explain to the customer
7     what the signature card is?
8        A    Most certainly.
9        Q    What --
10       A    This --
11       Q    -- do you say it is?
12          MR. STRAUSS:  Let's not
13    talk over each other.  Wait for
14    him to ask his question --
15          THE WITNESS:  I'm sorry.
16          MR. STRAUSS:  -- for
17    everybody's sake.
18          THE WITNESS:  Okay.
19       Q    What do you tell the customer it
20    is?
21       A    Well, after they go through
22    opening the account and this prints out, I
23    take the card.  And if you were sitting in
24    front of me, I would reiterate, "This is your
25    name.  Is it spelled right?"  The correction.

---

37

```
1                M. Ashley
2    Social Security number.  Would let them know
3    I'm linking whatever accounts are linked,
4    which on that day was a checking and savings
5    account.  And I would say to Mr. Hirsch, "If
6    you're in agreement, sign the card."
7                And then also go over what it
8    says in the disclosure.  Because on the cards,
9    which protects me and the client, when I go
10   over everything in the sales conversation and
11   they initial, the whole process of leading up
12   to the final steps of account opening and
13   going through the whole thing, whether it's a
14   campaign -- this card that's designed by the
15   bank or to protect the client and the bank and
16   myself, "By signing below, I certify my tax
17   status under any penalties and subject to
18   backup withholding," I disclose this section.
19               And by signing that, they're in
20   agreement with that.  If they weren't, they
21   wouldn't sign the card.  Or if there's
22   anything that they didn't -- weren't sure of,
23   then we would go over that.
24         Q     Has there ever been a time where
25   a customer never signed the signature card?
```

---

38

```
1                M. Ashley
2         A     Never.  Not -- not on my -- you
3    know, I can't talk for -- on my part, if
4    you're asking me, my accounts are dual
5    controlled.  They're signed off at the
6    manager.  It's signed off and it's verified.
7    So if you don't have a card, you know, it's
8    verified and IDs are taken.
9         Q     Can you go -- can you discuss
10   and state the process that occurs when one
11   opens up a Citibank checking or savings
12   account, exactly what -- what your process is.
13        A     My process?  Okay.  My process
14   is if you walk in, you're coming in to see
15   me -- you want from the initial account
16   opening?  You want the whole --
17        Q     Yeah.
18        A     You would come in.  I would sit
19   down and stand up.  I would introduce myself
20   to you.  "What brings you to the bank today?"
21   So and so.  The customer would -- you would
22   say, "I want to open up" -- "I'm interested in
23   opening up a checking or a savings account."
24               And then I would go through the
25   process of discussing the different products
```

---

39

```
1                M. Ashley
2    that we have, you know, from checking to
3    savings to overdraft protection, bounce
4    protection, CDs, any current rates that are
5    out there, promotions that we have that are
6    internal promotions if -- that we can give to
7    if -- for existing.
8                And if you're new or you come
9    in, or even existing that comes in with a mail
10   offer and they present me with -- after I go
11   through that, you know, sit -- first I would
12   sit down and get to know the client and talk
13   to them.  You know, have the initial
14   conversation; open up the dialogue and make
15   sure -- you know, we get comfortable with each
16   other, get to know each other.  And then I
17   would just go through the process.
18               It's checking and savings.  It's
19   not -- you're not doing a mortgage, you're
20   not -- you're opening up a basic checking and
21   savings account, entering basic information in
22   the system.  And basically the whole
23   conversation is getting to know your client
24   and -- and just opening the account, you know.
25   And again, that's plain and simple, you know.
```

---

40

```
1                M. Ashley
2                And then -- and then building on
3    the relationship as time goes on.  Again, if
4    the client chooses to, you know.  My clients,
5    I can go and they have me in their office -- I
6    will stay there for hours.  I go in, I sit
7    with my clients.
8                It's up to the client, their --
9    what they're about, if they want to spend
10   time -- a lot of times customers come, "You
11   know what, I gotta go.  I got everything.  You
12   explained everything.  If I need anything,
13   I'll get back to you."  And that's how the
14   process goes.  To the next customer.
15               And then you develop your -- I
16   develop my relationships with the clients.  So
17   it -- it's -- the sales process would just be
18   going through how the checking account works,
19   the savings account.  If they opened up a
20   money market, you can only do -- write six
21   checks a month.
22               Like you come in, "I want to
23   open a checking, a savings, a money market," I
24   would automatically -- specifically like a
25   money market.  "You know, you can" -- you're
```

41

```
1              M. Ashley
2    only enabled to write six checks a month out
3    of the account, because then you would be in
4    violation of over-exceeding a money market.
5    That's why you would establish a checking
6    account so you could transfer money from your
7    money market to your checking and be able to
8    write out as many checks as you like.
9              If you come into a branch, you
10   can make a withdrawal, as many as you like.
11   It's a savings account. A savings account --
12   that's why you would open different accounts.
13   You open up a checking, a savings. There's
14   different proponents to what you're opening up
15   for different needs. A CD. And that's --
16   again, you're talking three years ago. We
17   just go through the product. The product --
18   what's available to the client at that point.
19   So I don't -- you know, I don't know.
20        Q    With respect to the signature
21   card and -- and all the other documents that
22   are provided to the client, can you go with --
23   can you go through those steps.
24            MR. STRAUSS: Objection to
25        form.
```

42

```
1              M. Ashley
2        Q    Like when is a signature card
3    provided, when are the other documents
4    provided? What -- what documents are provided
5    when they open up a checking or a savings
6    account?
7            MR. STRAUSS: I think he's
8            asking specifically as to the
9            signature card, and then perhaps
10           he can ask you about other
11           documents as well. But just to
12           break that down so you understand
13           that.
14       A    What other documents -- this --
15           MR. STRAUSS: The signature
16           card.
17       A    This would be the only document
18   that's signed at the end of the sales. This
19   is all that's -- after we open the account,
20   this is my form. I take this. This is signed
21   and it gets attached (indicating). That's all
22   that becomes of the sales process as far as
23   the application. The card gets microfilmed,
24   sent out for -- for imaging so when they go to
25   the teller, they can verify to -- you know, if
```

43

```
1              M. Ashley
2    they don't have the Citi card, they can bring
3    it up on the screen.
4            But this -- this is the only
5    thing at the end of the sales opening is -- a
6    printout of this, and a hard copy of the
7    signature card, which we insert into the
8    printer and it prints out.
9        Q    What other documents are
10   provided to --
11       A    Well, at the --
12           THE COURT REPORTER: Wait,
13           hold on. Hold on. Let him finish
14           the question.
15           MR. STRAUSS: Let him
16           finish the question first.
17           THE WITNESS: Oh, I'm
18           sorry. I'm new to this. I've
19           never been --
20           MR. STRAUSS: It's hard --
21           it's difficult for the reporter --
22           THE WITNESS: All right,
23           I'm probably --
24           MR. STRAUSS: -- to catch
25           everything.
```

44

```
1              M. Ashley
2            THE WITNESS: All right.
3    All right. It's -- it's a whole
4    new thing to me, so I'm not used
5    to this.
6            MR. KELLY: I just want to
7    state for the record that
8    Citi-0000079 and Citi-0000080 are
9    the only documents that are signed
10   by the client.
11       Q    One other --
12           MR. SPORN: Is that true?
13           THE WITNESS: What's in
14   front -- right now? Yes, right
15   here (indicating).
16       Q    That's true?
17       A    This document here (indicating).
18       Q    What other documents are
19   provided to the customer when they open a
20   savings or a checking account?
21       A    Well, after this document is
22   done, when I'm finished, we go over any
23   general questions. I have -- all our kits are
24   set up, our welcome kits. So what they get
25   when they leave is there's the personal
```

45

```
 1              M. Ashley
 2   disclosure and the client manual.  And
 3   that's -- all that and any general literature
 4   that's pertaining to the account, especially a
 5   mail offer, is -- that's all inserted.  And
 6   that's -- at the account opening is handed to
 7   the customer with my business card.  And
 8   that's what's inside the welcome kit, along
 9   with -- especially in a situation with the
10   checkbook, the starter checks, it's inserted
11   and make it clear in the conversation, "Here's
12   the welcome kit.  It contains the disclosure,
13   the manual."
14              And then we reinerate [sic]
15   that -- with the signature card, disclosure is
16   in here.  And in the manual does outline
17   your -- what you have in the booklet to follow
18   along with if you have any if -- any
19   questions.  And then I hand them the welcome
20   kit and it has the disclosure, the manual and
21   a checkbook.
22              MR. STRAUSS:  Maybe we want
23       to take a --
24              THE WITNESS:  Can we take a
25       break?
```

46

```
 1              M. Ashley
 2              MR. STRAUSS:  -- break.  We
 3       have been going for about 45
 4       minutes.
 5              MR. KELLY:  Yeah, we can
 6       take a break.
 7              THE VIDEOGRAPHER:  We're
 8       now going off the record at
 9       approximately 11:18 a.m.
10              (Recess was taken.)
11              THE VIDEOGRAPHER:  We are
12       now going back on the record at
13       approximately 11:30 a.m.
14       Q    Mr. Ashley, can you just take a
15   look at this document, 79, the first page
16   right there.
17       A    Okay.
18       Q    You see where it says "Checkbook
19   order.  YNNN checkbook order"?  It's after the
20   first line on the right-hand side.
21       A    Yeah.
22       Q    Do you know what that means,
23   checkbook order fee?
24       A    That's -- particularly at that
25   time it means he wasn't charged for the
```

47

```
 1              M. Ashley
 2   checkbook.
 3       Q    Do -- do all the customers get a
 4   checkbook when they open up an account?
 5       A    I can't recollect; but no, if
 6   it's -- again, if it was -- I -- at that point
 7   a campaign where they get the first 200 checks
 8   for free, which that -- on campaigns they
 9   would get the checks.
10              And based on looking at the
11   application, AAdvantage blue card, it must
12   have been a campaign.  So it had to be tied in
13   where you -- if I'm -- from what I can
14   remember on a promotion, the first 200 checks
15   are free.
16       Q    Have you ever had it where a
17   customer declined any checks?
18              MR. STRAUSS:  Objection.
19       You can still answer if you want.
20       A    If they request not to?  Yeah,
21   exactly.
22       Q    And you don't give them the
23   checks then?
24       A    If they tell me not to.
25       Q    And a couple more lines below it
```

48

```
 1              M. Ashley
 2   says, "Card printed, blue debit."  What does
 3   that mean?  Do you know?
 4       A    Well, there's different cards.
 5   The blue card, the blue AAdvantage.  Again,
 6   I'm trying to remember from the promotions.
 7   There's different cards.  But the blue
 8   AAdvantage, looking at this application, is --
 9   when you open up the account, you earn a
10   certain -- you earn -- again, I can't remember
11   everything three years ago.
12              But if I can remember, it's for
13   every dollar -- they had different promotions.
14   If you had one card, it would be for every --
15   for every dollar spent, you got one mile.  If
16   you got a different AAdvantage, for every two
17   dollars, you got a mileage.  Again, different
18   promotions.
19              But this card was specifically
20   set up like a regular debit card, only it's
21   for air miles.  So when you're using your card
22   and make your purchases, you're -- you're
23   getting -- you're getting miles.
24       Q    Have you ever had it where a
25   customer had this promotional offer where they
```



```
                                         49
1              M. Ashley
2     would get a debit card but they declined a
3     debit card?
4          A     They declined the debit card?  I
5     can't recall.
6          Q     You said that when a client
7     opens an account, you sit down with them and
8     get to know them.  You don't recall sitting
9     down with Mr. Hirsch and getting to know him?
10         A     At the account opening, no.
11         Q     You don't recall him telling you
12    he was a retired lawyer?
13         A     Again, I -- going back on it --
14    you're talking three years ago, I -- I don't
15    remember.
16               MR. KELLY:  I would like to
17         introduce as Citi Bates Number
18         Citi-0000133 through Citi-0000139.
19         The document is titled Citibank
20         National Form Center.
21               (Plaintiffs' Exhibit
22         10-Citibank National Form Center,
23         was marked for identification as
24         of this date.)
25         Q     Can you just take a look through
```

```
                                         50
1              M. Ashley
2     this document.
3          A     (Perusing document.)
4          Q     Do you recognize this document?
5          A     All I recognize, National
6     Forms -- if you had to go in and -- I'm
7     familiar with the National Form Center, but I
8     don't -- I don't remember this particular
9     disclosure, the introduction.
10         Q     If you could take a look at
11    Page 135, it says at the top, "Customer
12    account opening, stage one" --
13         A     Right.
14         Q     "introduction."
15         A     Right.
16         Q     And it says here, "Important
17    information."  That's the second line.
18    "Consider consumer fairness throughout the
19    account-opening process, affording appropriate
20    treatment to our customers throughout this
21    process and the entire product life cycle."
22               Did you do that when customers
23    opened the account?
24         A     I -- I don't understand what
25    this -- the question with this, because this
```

```
                                         51
1              M. Ashley
2     is a printout.  As far as supplying
3     information -- I -- I don't understand.
4               MR. STRAUSS:  Yeah, it's --
5          I'll object.  It's kind of a vague
6          question, James.  What are you
7          asking him there?
8          Q     On the second bullet there it
9     says, "Do not open an account for an applicant
10    that will not supply required information,
11    cannot supply required information, supplies
12    false account or personal information."
13               Do you recall whether or not
14    Hirsch supplied any false account or personal
15    information?
16         A     When you're opening an account
17    and you're supplying information as far as
18    what I enter in the system, again, Social
19    Security number, ChexSystems and verifying the
20    client, that's what comes up on the system.
21    If he lies to me or submits any information, I
22    wouldn't know that.  I'm going by the ID
23    that's supplied to me, his Social Security
24    number.  And what comes out on the system is
25    what we call ChexSystems and OFAC.
```

```
                                         52
1              M. Ashley
2          I -- if -- how am I supposed to
3     know if he's doing something wrong?  If he's
4     giving me his Social Security number and his
5     ID and everything comes out on the system when
6     I open it up, if it didn't, I wouldn't be able
7     to open the account.  I wouldn't know that.  I
8     just open the account.  That's what that
9     means.
10         Q     Have you ever had an instance
11    where somebody supplied false account or
12    personal information?
13         A     False account or --
14         Q     And you did not open an account
15    because of that?
16         A     Yeah.  Well, it would -- it
17    would -- if it's in the system, it would come
18    up.  If there's -- I wouldn't know that.  I go
19    by what we enter in the system.  I don't
20    have -- whatever I enter into the system,
21    that's the only way I'm going to know.  If --
22    if the ID doesn't come up, we verify the ID.
23    We go by identification, Social Security
24    number and verification of address.  That's
25    all I do at account opening as far as
```

---

53

1            M. Ashley
2 verification.  I -- I don't know how to
3 elaborate on it any further.  I wouldn't know
4 if they're doing anything wrong.
5           MR. STRAUSS:  You don't
6           have to --
7    Q    The next -- the next bullet, it
8 says, "Resolve any material inconsistencies
9 (account information given does not make
10 sense, the type of business) prior to the
11 account being opened."
12        Do you know what that means?
13    A    The way you're reading it to me,
14 no, I don't.  If you can present it
15 differently --
16           MR. STRAUSS:  What, the
17           sentence you just read?
18           MR. KELLY:  Yes.
19           MR. STRAUSS:  It speaks for
20           itself, James.  What are you
21           asking him?
22           MR. KELLY:  What that
23           means.
24           MR. STRAUSS:  A word or the
25           entire sentence?

---

54

1            M. Ashley
2           MR. KELLY:  The entire
3           sentence.
4           MR. SPORN:  I believe he
5           already answered.
6    Q    Okay.  If you could go down to
7 where it says "Step 2," and then it says --
8 there's a bullet, "Retail accounts."
9    A    Is this on 135?
10    Q    Yes, still the same page.
11    A    Okay.  Step 2.  Which bullet?
12    Q    It says, "Retail accounts."  And
13 then it says, "Review the existing account for
14 any high-priority fraud notes or suspicious
15 activity."
16    A    Right.
17    Q    Do you know what that means?
18    A    That would come up if there was
19 anything in the system on ChexSystems.  If an
20 account was opened, it would show on the
21 report.  It would say, "Do not open account."
22 So if they -- if they owed anything at another
23 bank or an overdraft fee, that's when it would
24 come up.  Again, that's -- I wouldn't know
25 that.  That's why they have, you know,

---

55

1            M. Ashley
2 wonderful technology that will bring up if
3 there's anything you need to know.
4    Q    Okay.  If you go down to 3 now,
5 Step 3 there, it says, "Work with the customer
6 to find the right products and services to
7 meet their needs."
8    A    Okay.
9    Q    Do you do that with your
10 customers?
11    A    Yes.  When they come in at
12 account opening, we sit down and we go over --
13 again, on a situation when the customer comes
14 and sits at the desk -- in this specific one
15 they came in.  Clearly it was a promotion for
16 miles.  That's on the application.  So it
17 depends on the individual when they come in.
18    Q    Okay.
19    A    I mean, as far as discussing,
20 they go through the whole process at account
21 opening.
22    Q    And a few bullets down it says,
23 "Accurately and clearly state all material
24 information, terms, conditions, risks and
25 costs for the customer."

---

56

1            M. Ashley
2    A    Yes, that's clearly explained.
3    Q    What -- what is explained?  What
4 do you explain to them?
5           MR. STRAUSS:  Objection.
6           Do you understand his question?
7    A    What's explained is typically of
8 a checking account.  Again, when you're
9 working in the bank and you do sales day in
10 and day out with the client -- when the client
11 comes to open the account -- experience and
12 knowing what needs explained, yes, you're
13 opening a checking account.
14        Again, when you're -- and I will
15 try to shorten this, because it's going to
16 get -- I don't want to make it go longer than
17 it has to go.
18        It's broken down in plain and
19 simple terms that when they have -- clear --
20 breaks down the outline; how many checks, if
21 there's any fees involved, what balances
22 requirements are there.  It's outlined in the
23 sales conversation verbally, and then it's
24 also in the welcome kit.
25    Q    What do you verbally say?  What

---

## 57

1　　　　　　　　M. Ashley
2　　is your typical --
3　　　　　　　MR. STRAUSS:  Objection.
4　　　Q　　-- sales process?
5　　　　　　　MR. STRAUSS:  Vague.
6　　　A　　I don't know how to answer that.
7　　　Q　　The next bullet point says, "If
8　　a disclosure is required to be read to the
9　　consumer, be sure to deliver it with an
10　　appropriate pace and provide clarity as
11　　necessary."
12　　　　　　　How you do you know if a
13　　disclosure is required to be provided to a
14　　consumer?
15　　　A　　How do I know if it's to be
16　　provided?
17　　　Q　　Yes.
18　　　A　　Well, that's the initial --
19　　what's provided in the welcome kit, which is
20　　presented -- which is required by us to give
21　　out at the time of the account opening, which
22　　is provided in the welcome kit, the manual to
23　　disclosures.  And which also states, you know,
24　　the -- how the accounts are used and how --
25　　you know, the whole process.

## 58

1　　　　　　　　M. Ashley
2　　　Q　　The next bullet below that says,
3　　"Make representations that are clear, accurate
4　　and likely to be understood correctly."
5　　　　　　　Do you do that with your
6　　customers?
7　　　A　　Yes, I do.
8　　　Q　　And then the next one says,
9　　"Check with the customer to ensure they
10　　understand the information you have provided."
11　　　A　　Yes.
12　　　Q　　Do you do that --
13　　　A　　Yes --
14　　　Q　　-- with your customers?
15　　　A　　-- I do.
16　　　Q　　And then the last one is,
17　　"Respond to any questions the customer may
18　　have."
19　　　　　　　Do you do that with your
20　　customers?
21　　　A　　Most definitely.
22　　　　　　　MR. KELLY:  Okay.  I'm
23　　　　　　going to introduce as Plaintiffs'
24　　　　　　Exhibit 11 a document Bates
25　　　　　　stamped Citi-0000155 through

## 59

1　　　　　　　　M. Ashley
2　　Citi-0000183.
3　　　　　　　The document is titled
4　　"Client Manual Consumer Accounts,
5　　Including Our Privacy Notice, U.S.
6　　Markets, Effective July 1st,
7　　2010."
8　　　　　　　(Plaintiffs' Exhibit
9　　　　　　11-Client Manual, was marked for
10　　　　　　identification as of this date.)
11　　　Q　　Do you recognize this document?
12　　　A　　It's a customer manual.
13　　　Q　　Can you tell us what the client
14　　manual is.
15　　　A　　It outlines the different --
16　　it's -- it's clearly what it states.  It shows
17　　account opening, ownership, maintenance of the
18　　manual, account transactions.  Again what I
19　　had stated before, if -- just as an example,
20　　if you open up a money market, you're allowed
21　　to do six transactions a month.  So basically
22　　this manual is their -- their -- their
23　　guideline of -- to look back if they want to
24　　see anything dealing with check cashing.  You
25　　know, basically their rules -- the rules

## 60

1　　　　　　　　M. Ashley
2　　and -- of how the accounts work.
3　　　Q　　Earlier you said that this was
4　　provided in the welcome kit --
5　　　A　　Yes.
6　　　Q　　-- with the other documents --
7　　　A　　Yes.
8　　　Q　　-- correct?
9　　　　　　　Do you ever take this document
10　　out of the welcome kit and go through it with
11　　the consumer?
12　　　A　　Again, going through -- I can't
13　　recollect if I went through the manual with
14　　Mr. Hirschbaum [sic].  When I -- if they
15　　request, I would go through it with them.  But
16　　I -- by the manual and when we give the
17　　welcome kit, I hand them the kit and the
18　　manual.
19　　　　　　　And for the record, when the
20　　clients come in, they take it.  If they want
21　　to go over it, if they don't have any -- if
22　　they have any questions, we go over it with
23　　them.
24　　　　　　　They -- they take the manual.  I
25　　provide it with the welcome kit.  That's



**61**

1      M. Ashley
2    what's requested -- that's what we have to do.
3    Show them my welcome kit.  Always have the
4    manual, the disclosure.  Whatever they're
5    opening up, it's enclosed.  And at the end of
6    the sales conversation, at the end of an
7    account opening, they have the kit.
8         And that's why also when the
9    signature cards are signed, that balance [sic]
10    the customer and me, to protect me that I'm
11    doing my job and you're in understanding of
12    what you've opened up.  You've opened your
13    accounts.  And then that's what I do from that
14    point.  Do I go through it?  No, I don't go
15    through every part of the manual.
16      Q    Are you aware that this client
17    manual contains an arbitration clause?
18      A    They -- all manuals -- of
19    course.
20      Q    Do you know what arbitration is?
21      A    What we're doing right now, when
22    you want to come in and arbitrate.  If you --
23    it's a follow-up as far as -- that you have
24    the right without having to go through court.
25    You can go through representation and have a

**62**

1      M. Ashley
2    lawyer and -- and arbitrate without having to
3    go to court.  You can arbitrate.  That's what
4    we're doing here right now.  There's rules and
5    rights and, you know, what you're protected
6    by.
7      Q    Do you give this client manual
8    in every kit to customers when they open an
9    account?
10      A    The welcome kits?  They're --
11    they're handed -- yes, they do.  They get the
12    disclosure and they get the manual.
13      Q    Where do the client manuals come
14    from?
15         MR. STRAUSS:  Objection.
16      A    I -- from a printing press.  I
17    don't know.  They're made.  They're given to
18    us and they come -- they're provided to us.  I
19    work for the bank.  Their -- this is a legal
20    issue as far as -- these manuals are given to
21    us.  What we're told and what's our due
22    diligence is to provide these manuals.  Where
23    they come from, back off- -- the legal
24    department designs these; the bank committees,
25    however -- all banks have them.  So do I know

**63**

1      M. Ashley
2    where -- what address, where they came from?
3    No, I don't.  I just provide the manual and
4    the disclosures.
5      Q    Is it in a pamphlet form or is
6    it like --
7      A    It's a booklet form.
8      Q    It's a booklet?
9      A    Small.  It's about -- a little
10    bit less than an eight-by-ten.  And there's
11    one for personal and there's one for business.
12    There's two separate disclosures, two separate
13    manuals, because there's different procedures
14    when you're opening up accounts.  It's
15    consumer versus business.
16      Q    Has there ever been a time where
17    there were no client manuals available, that
18    they ran out and you could not put them in a
19    welcome kit?
20      A    Never.  It never happened to me.
21    And never -- never ran into that situation.
22    We have to give them out.  They're there.
23    It's part of our job.  So, you know, you're
24    asking me something that I don't -- I don't
25    know how to answer.  I give the client manual

**64**

1      M. Ashley
2    and the disclosure at every account opening.
3    That's plain and simple.
4      Q    You don't recall never having
5    any available to put in the welcome kit?
6      A    No.
7      Q    Do you -- do you know that the
8    arbitration clause in this client manual
9    provides that the customer waives their right
10    to a trial by jury?
11         MR. STRAUSS:  Objection.
12    The arbitration clause speaks for
13    itself.
14      A    Yes, I'm aware.
15      Q    Do you know what the right to a
16    trial by jury is?
17         MR. STRAUSS:  Objection.
18    He's not an attorney.
19      A    I'm not an attorney, so I don't
20    know.
21      Q    Is that a "no"?
22      A    That's a "no."
23      Q    Can you go to -- I guess it's
24    Page 44 in this client manual.  Go to the
25    Bates Stamp Number 177.

65

1            M. Ashley
2      A    (Perusing documents.)
3      Q    Have you ever had an instance
4    where a customer asked you to explain what
5    this arbitration clause means?
6      A    No.
7      Q    Did you ever explain it to
8    anybody on your own initiative?
9      A    No.
10     Q    Do you -- do you -- if you can
11   read right here, it says, at the first
12   paragraph, "This section contains important
13   information regarding your deposit, ready
14   credit, checking plus or checking plus
15   variable rate accounts and the services
16   related thereto.
17           "It provides that either you or
18   we can require that any disputes be resolved
19   by binding arbitration.  Arbitration replaces
20   the right to go to court, including the right
21   to participate in a class action or similar
22   proceeding and arbitration.  The dispute is
23   submitted to a neutral party, an arbitrator,
24   instead of a judge or jury."
25           Do you recall ever informing

66

1            M. Ashley
2    customers that this arbitration clause does
3    away with their right to a trial by jury?
4            MR. STRAUSS:  Objection.
5      A    I can't recall.
6      Q    Do you ever recall informing a
7    customer that the arbitration clause takes
8    away their right to participate in a class
9    action, allegedly?
10           MR. STRAUSS:  Objection.
11     A    I don't -- I don't know how to
12   present this.  As far as required -- the rules
13   and the regulations -- again, the cards are
14   signed.  We go over the account opening.  And
15   as far as -- I can't recall that day or going
16   through that, so -- I can't recall three years
17   ago.
18     Q    Well, in general I'm talking.
19   Your -- your standard practice, policy, have
20   you ever -- do you recall ever informing a
21   customer that this arbitration clause
22   required --
23     A    No, I don't.
24     Q    Well, let me just finish.
25     A    Well, I don't -- we're -- in the

67

1            M. Ashley
2    disclosures, we give the welcome kits.  I'm --
3    if we go over and the customer --
4      Q    I -- I know.
5      A    -- has questions --
6            MR. STRAUSS:  Let him
7    finish his question -- let him
8    finish his answer.
9            MR. KELLY:  He didn't let
10   me finish my question.
11           MR. STRAUSS:  He was
12   talking and your -- you
13   interrupted him.
14           MR. KELLY:  No, I have a
15   question --
16           MR. STRAUSS:  If you have a
17   question, why don't you ask it.
18           MR. KELLY:  I'm trying to
19   ask him.  I'm just --
20           MR. STRAUSS:  Go for it.
21           MR. KELLY:  Thank you.
22     Q    The question is very simple:
23   Have you ever informed a customer that this
24   arbitration clause does away with their right
25   to participate in a class action?

68

1            M. Ashley
2      A    I said no.
3            THE COURT REPORTER:  "No"
4    is the answer?
5            THE WITNESS:  No.
6            MR. KELLY:  I would like to
7    introduce as -- Plaintiffs'
8    Exhibit 12 we're up to? -- a
9    document entitled NY CLS CONST ART
10   I, Section 2, which is the
11   constitution of the State of New
12   York, Section 2, trial by jury.
13           This was also entered as
14   Exhibit -- Plaintiffs' Exhibit 7
15   with Vivian Safir, S-A-F-I-R.
16           I'm also going to enter in
17   Plaintiffs' Exhibit 13 along with
18   this, which is U.S. Constitution
19   Seventh Amendment.
20           (Plaintiffs' Exhibit 12-NYS
21   CLS CONST ART I, Section 2, was
22   marked for identification as of
23   this date.)
24           (Plaintiffs' Exhibit
25   13-U.S. Constitution Seventh

69

```
1              M. Ashley
2         Amendment, was marked for
3         identification as of this date.)
4     Q     Can you review these two
5  documents.
6     A     (Perusing documents.)
7         Punishable by death?
8         Okay.
9     Q     If you could look at Plaintiffs'
10  Exhibit 12.  That's the New York CLS document.
11    A     Right.
12    Q     It states, Section 2, "Trial by
13  jury; how waived."  And then it states, "Trial
14  by jury in all cases in which it has
15  heretofore been guaranteed by constitutional
16  provision shall remain inviolate forever."
17        Do you recognize this New York
18  constitution provision, trial by jury?
19    A     No.
20    Q     Do you know what that -- what
21  "trial by jury" means?
22    A     When you go to court and it's
23  jury -- by -- by a jury, convicted by a jury
24  or whatever.  The jury is there.
25    Q     Do you know that everyone has a
```

70

```
1              M. Ashley
2  right to a trial by jury in a lawsuit?
3     A     Yes.
4         MR. STRAUSS:  Objection.
5  Come on.  Give me a break.
6     Q     Okay.  If you could go to
7  Plaintiffs' Exhibit 13, it says Seventh
8  Amendment.  "In suits at common law where the
9  value in controversy shall exceed twenty
10  dollars, the right of trial by jury shall be
11  preserved, and no fact tried by a jury shall
12  be otherwise re-examined in any court in the
13  United States, than according to the rules of
14  the common law."
15        Do you understand that this is
16  the U.S. constitution's --
17    A     Yeah, it's the U.S.
18  constitution, but I don't sit here and think
19  about it every day because I'm not a lawyer.
20    Q     Do you think that's an important
21  right to have?
22    A     Yeah.  I didn't write it, but
23  yeah, I guess.
24        MR. STRAUSS:  Objection.
25    Q     Do you think that's --
```

71

```
1              M. Ashley
2     A     I don't know what this has to do
3  with --
4         MR. STRAUSS:  Let him ask
5  you a question.
6         THE WITNESS:  Go ahead.
7  I'm sorry.  I apologize.
8     Q     Going back to the client manual
9  with the arbitration clause, it states that
10  arbitration does away with their right to
11  trial by jury.
12    A     Right.
13    Q     Do you believe that's an
14  important fact that customers should know
15  before entering into agreements with Citibank?
16        MR. STRAUSS:  Objection.
17        Do you want to speak to me?
18        THE WITNESS:  Yeah, I --
19  yeah, can -- I don't --
20        MR. STRAUSS:  Do you
21  understand what he's asking?
22        THE WITNESS:  Yeah.
23    A     If you're saying present this --
24  but that's in the manuals, it's in the
25  disclosure.  Do I sit there and disclose that
```

72

```
1              M. Ashley
2  to them verbally, no.  It's in the manual and
3  the disclosure.  I was not hired to -- to --
4  to go through every aspect.  It's there.  You
5  go over it.  That's it.  Plain and simple.  I
6  understand it, I just don't sit there and --
7         MR. STRAUSS:  Okay.  That's
8  your answer then.  Fine.
9     A     I'm -- again, I have never went
10  through this, so...
11        MR. STRAUSS:  It's okay.
12  It's all right.  It's okay.
13        MR. KELLY:  Can we take a
14  ten-minute break?
15        MR. STRAUSS:  Ten minutes?
16        THE WITNESS:  No, we don't
17  need ten minutes.
18        THE VIDEOGRAPHER:  I have
19  to change -- I've got to change
20  the disks anyway.
21        THE WITNESS:  I don't need
22  ten minutes, I --
23        THE VIDEOGRAPHER:  We're
24  now going off the record at
25  approximately 12:02 p.m.  End of
```

---

**73**

```
1              M. Ashley
2   Disk 1.
3              (Recess was taken.)
4              THE VIDEOGRAPHER:  This is
5   the beginning of Disk 2 in the
6   Ashley deposition.  We're now
7   going back on the record at
8   approximately 12:11 p.m.
9              MR. KELLY:  I would like to
10  introduce as Plaintiffs' Exhibit
11  Number 14 a document Bates stamped
12  Citi-0000119 through Citi-0000132,
13  and it's titled "Personal Bankers
14  Foundations Participant Guide,
15  North America Consumer."
16             (Plaintiffs' Exhibit
17  14-Personal Bankers Foundations
18  Participant Guide, North America
19  Consumer, was marked for
20  identification as of this date.)
21       Q    Can you -- do you recognize that
22  document?
23       A    The document, no.  I know of the
24  foundation, but I don't recognize the
25  document.
```

**74**

```
1              M. Ashley
2       Q    Have you ever read this document
3   before?
4       A    (Perusing document.)
5   No.
6       Q    All right.
7       A    Okay.
8       Q    If you could go to Page 123.  Do
9   you see it says "Customer care checklist"?
10      A    Right.
11      Q    Do you recognize that?
12      A    This, no.
13      Q    You've never seen a customer
14  care checklist?
15      A    No.
16      Q    Is this --
17      A    Not this particular checklist,
18  no.
19      Q    So when clients open up
20  accounts, you don't see this in your computer
21  system?
22      A    I can't reco- -- I cannot -- I
23  don't remember.
24      Q    You don't recall ever seeing a
25  customer care checklist --
```

**75**

```
1              M. Ashley
2       A    No.
3       Q    -- at Citibank?
4       A    The checklist -- I don't recall
5   back to the day, but as far as looking at --
6   no, I don't recollect.  I do not recall.
7       Q    If we could go back to the
8   client manual.
9              (Mr. Kelly and Mr. Sporn
10                 conferring.)
11      Q    If we could go back to the
12  client manual just real quick.  It states,
13  "Client Manual Consumer Accounts, including
14  our privacy notice."  And then the privacy
15  notice is attached.  Is that included with the
16  booklet, or is there a separate attachment?
17  Do you know?
18      A    I don't remember.  You're --
19  you're talking back to 2010.  I don't
20  remember.
21      Q    Do you recall if there was a
22  separate privacy notice that was also provided
23  to customers?
24      A    I can't recall.
25             MR. KELLY:  I would like to
```

**76**

```
1              M. Ashley
2   introduce as Plaintiffs' Exhibit
3   Number 15 a document entitled "Our
4   Privacy Notice For New Customers,
5   Citibank."
6              (Plaintiffs' Exhibit
7   15-Privacy Notice, was marked for
8   identification as of this date.)
9       Q    Can you just take a look at that
10  document real quick.
11      A    (Perusing document.)
12      Q    Can you compare it to the
13  privacy notice at the back of the client
14  manual.
15      A    (Perusing document.)
16             The back of the manual?
17      Q    Yeah.
18      A    Okay.  Right here.  Okay.
19      Q    Do you notice that the documents
20  look similar?
21      A    Yes.
22      Q    Do they look different in any
23  way?
24             MR. STRAUSS:  Objection.
25             They are what they are.
```

```
                                                    77
1              M. Ashley
2      Q     Do you agree that the
3  documents -- the paginations are different?
4              MR. STRAUSS:  Objection.
5          The page numbers?
6      A     What you're showing me here to
7  what's here, they look the same to me
8  (indicating).
9      Q     Do you agree that they're on
10 different pages?
11             MR. STRAUSS:  Objection.
12         Again, they're not the same
13         document.  I will object to this
14         entire line so I don't have to
15         keep objecting.
16     A     No, I don't -- when you're
17 saying they're separate, I don't -- no.  No, I
18 don't recall.
19     Q     You don't recall?
20     A     I don't know -- I don't
21 understand.
22             MR. STRAUSS:  Neither do I,
23         actually.
24     A     I don't understand.  You're
25 saying it's on the back of the manual that's
```

```
                                                    78
1              M. Ashley
2  here, it's separate (indicating).  I have
3  no -- I don't know how to -- I'm not answering
4  that.  I don't know how to answer that.
5      Q     Do you agree that the formatting
6  is different?
7              MR. STRAUSS:  Objection.
8          Do you want him to do a Compare
9          Write on these?  Maybe I could
10         have our IT people do that for
11         you, James.
12             MR. KELLY:  It's just a
13         simple question.
14             MR. STRAUSS:  The witness
15         isn't here to compare two
16         documents here.
17             MR. KELLY:  I just want to
18         get some stuff on the record.
19     Q     Would you agree that the
20 formatting is different, the fonts?  Do you
21 see the fonts?
22     A     You're at -- this has nothing to
23 do with me -- I'm not -- fonts?
24     Q     Would you agree that the
25 formatting is different where the content
```

```
                                                    79
1              M. Ashley
2  falls on the pages?  For example, in the
3  client manual, the privacy notice, it looks
4  like it's in a pamphlet form starting with
5  Page I, II, III, all enrollment -- in Roman
6  numerals, where in the separate privacy
7  notice, Plaintiffs' Exhibit 15, it shows the
8  Page numbers as 1, 2, and 3, not the Roman
9  numerals.  Do you agree with that?
10     A     Where?  I don't --
11             MR. STRAUSS:  Once again,
12         an objection.  James, we'll --
13         we'll stipulate that the page
14         numbers are Roman numerals on the
15         privacy notice on Exhibit 11, and
16         on 15, they're not in Roman
17         numerals, they're numerical, 1, 2,
18         3, 4.  So as to that, you have our
19         agreement.
20             MR. KELLY:  Thank you.
21             MR. STRAUSS:  Can we please
22         move on?
23             MR. KELLY:  Yeah, we will
24         move on.  Okay.
25     Q     Can we just go back to the
```

```
                                                    80
1              M. Ashley
2  client manual.  If you could look at Page 178,
3  Citi-178, at the bottom.
4      A     Okay.
5      Q     Do you see that signature card
6  there?
7      A     Yes.
8      Q     Was that ever filled out by
9  clients, the one contained in the client
10 manual?
11     A     That doesn't get filled out by a
12 client.
13     Q     Why?
14     A     It's put in the system when you
15 print out -- as we went through the
16 application, it prints out on the computer.
17 It clearly prints it.
18     Q     Is this just like a sample
19 template one?
20     A     I -- you're showing me something
21 that's -- looks like it's half cut off.  It
22 doesn't even look like the same card.  Well,
23 it's half of it.  It's a signature card.  It's
24 a template, yeah, because that section has --
25 I mean, it clearly looks like the same one
```



81

```
1              M. Ashley
2   that's right there.  This section, a part is
3   cut off.  It says "Signature" -- this is --
4   these are two different cards.
5           MR. KELLY:  I would like to
6           introduce as Plaintiffs' Exhibit
7           Number 16 a document Bates stamped
8           number Citi-0000184 through
9           Citi-0000208.
10          (Plaintiffs' Exhibit
11          16-Marketplace Addendum, was
12          marked for identification as of
13          this date.)
14  Q      Do you recognize this document?
15  A      Well, it looks like this is part
16  of the manual.  The manual, client manual.
17  This outlines all the products and the dif- --
18  as I said before, when the customer -- we hand
19  this out.  This table of contents where they
20  can go back to describes all the different
21  products and the services for -- actually,
22  down the road, if they choose to open up any
23  other accounts, it's their -- it's their
24  guidelines.
25  Q      Do you provide this document in
```

82

```
1              M. Ashley
2   the welcome kit also?
3   A      Yes, I do.  The manual and the
4   disclosure.  The client manual and the
5   disclosure booklet.  They're two separate
6   booklets.  And they're in -- they're put
7   inside the welcome kit, along with the
8   checkbook.  That's what I do.
9   Q      When you refer to "disclosure,"
10  you're referring to this document?
11  A      The manual booklet.
12  Q      The marketplace addendum?
13  A      It's part -- yeah, it's part of
14  the welcome kit.  It's in there.  Again, 2010,
15  I haven't been there.  I can't recall that
16  specific day.  But that packaging, it's there.
17  It's in the welcome kit.  Again, I can't go
18  back to 2010.  That's -- that's put in there.
19  It's part of the welcome kit.
20  Q      What are you referring to when
21  you say -- what are you referring to when you
22  say "disclosure"?
23  A      The welcome kit.  The manual and
24  the disclosure booklet.  I don't have it in
25  front of me.  I don't work at the bank no
```

83

```
1              M. Ashley
2   more.
3   Q      There's a disclosure booklet?
4   A      The booklet.  The manual and
5   the client -- the disclosure.  I don't have
6   the booklets in front of me.  Again, we're
7   going back to 2010.  The booklets that were
8   provided, I provided at account opening.
9   Q      Is this marketplace addendum, is
10  this a separate document, or is it --
11  A      I can't recall.  Again, it's
12  three years ago.
13          MR. KELLY:  I would like to
14          introduce as Plaintiffs' Exhibit
15          Number 16 --
16          MR. SPORN:  17.
17          MR. KELLY:  17, sorry.
18          -- the declaration -- it's
19          titled, "The declaration of Joanne
20          Haslam," H-A-S-L-A-M, J-O-A-N.
21  Q      Do you know who Joanne Haslam
22  is?
23          MR. STRAUSS:  It's Joan
24          Haslam.
25          MR. KELLY:  Joan Haslam.
```

84

```
1              M. Ashley
2           Excuse me.
3   A      No, I don't.
4   Q      If you could take a look at
5   Page 3, Paragraph 7 -- just to provide you a
6   foundation of this document, this document was
7   submitted by Citibank in this lawsuit
8   explaining the policies and procedures of
9   Citibank --
10  A      Okay.
11  Q      -- when they open up an account,
12  a customer.  And Joan Haslam is the vice
13  president and senior program manager for
14  Citibank.
15  A      Okay.
16  Q      And she says, in Paragraph 7,
17  that "Like any other deposit account opened
18  with Citibank from October 2010, the accounts
19  are subject to the Citibank client manual
20  effective January 1st, 2010 (the 'client
21  manual') attached hereto as Exhibit 3 as an
22  exemplar of the client manual.  In addition to
23  the client manual, the Romanov account is also
24  subject to the Citibank California and Nevada
25  marketplace addendum effective January 1st,
```

85

```
 1              M. Ashley
 2   2010."
 3           She doesn't state that New York
 4   customers are subject -- New York customers'
 5   accounts are subject to this marketplace
 6   addendum in New York that we just talked
 7   about.
 8       A    Okay.
 9       Q    Do you know why she --
10           MR. STRAUSS:  Objection.
11       A    No.
12           MR. STRAUSS:  He's not here
13       to testify as to what Joan Haslam
14       submitted in her declaration.  He
15       doesn't know who Joan Haslam is.
16       He has nothing to do with the
17       preparation of this.
18       Q    Just a few more questions to go
19   through.
20           Do you have any personal
21   recollection that Mr. Hirsch was provided a
22   welcome kit?
23           MR. STRAUSS:  Objection.
24       Form.
25       A    I provide --
```

86

```
 1              M. Ashley
 2       Q    It's yes or no.
 3       A    Yes.
 4       Q    You have a personal
 5   recollection?
 6       A    No.
 7           Retract the question because I'm
 8   jumping over you.  I -- rephrase the question
 9   again, please.
10       Q    Do you have a personal
11   recollection that Mr. Hirsch was provided a
12   welcome kit?
13           MR. STRAUSS:  Objection to
14       form.  Vague.
15       A    I can't recall that day.
16       Q    Do you have a personal
17   recollection that Mr. Hirsch was provided a
18   client manual?
19       A    Again, it's -- recall that day?
20   He -- I can't recall that day.  I know that
21   it's provided.  Can I go back to that day?
22   It's he said/she said.  I know what I provide.
23   I provide a manual, the disclosure and the
24   welcome kit at account openings when it's
25   done, the account opening.  That's why the
```

87

```
 1              M. Ashley
 2   signature card is signed for my protection.
 3   That's it.  I give out the disclosures and
 4   everything that's done at the end of account
 5   opening.  You're asking about something 2010.
 6   I can't -- you know --
 7       Q    Did Citibank -- anyone at
 8   Citibank ever ask you to provide a declaration
 9   or a statement, a signed statement, that you
10   provided the welcome kit or client manual to
11   Mr. Hirsch?
12           MR. STRAUSS:  Objection.
13       A    No.
14       Q    Do you know Nancy Wilson?
15       A    Who?
16       Q    A person named Nancy Wilson that
17   works at Citibank, do you know her?
18       A    No.  Did she work out of Great
19   Neck?  I don't know any Nancy Wilson.
20       Q    Do you know a Fazare Subear?
21       A    No.
22       Q    When did you first meet with
23   Citibank's attorneys to discuss this
24   deposition?
25       A    To discuss?  A week ago.
```

88

```
 1              M. Ashley
 2       Q    You met with them one time prior
 3   to today?
 4       A    Just today.  And back and forth,
 5   you know, to appear and when I was told what
 6   was to come about.
 7       Q    Were you provided any documents
 8   or did you review any documents in preparation
 9   for this deposition that were not presented to
10   you today?
11       A    Ver- -- documents?  Can I take a
12   five-minute break?
13           MR. STRAUSS:  Everything he
14       reviewed has been produced.
15       A    Reviewed.  I don't --
16       Q    If you could say that for the
17   record.
18       A    Yes, the documents were provided
19   to review, and that's -- yes.
20       Q    So there were no other documents
21   that you reviewed --
22       A    No.
23       Q    -- in preparation that were not
24   provided today?
25       A    No.  I don't know how to answer
```

89

```
1              M. Ashley
2    these questions.
3         Q     Do you know a George Lotto?
4         A    Yes, I do.
5         Q    Who is he?
6         A    The branch manager.
7         Q    For Great Neck?
8         A    Yes.
9         Q    Is he the one -- the manager
10   that brought you to Great Neck?
11            MR. STRAUSS:  Objection to
12            form.
13        A    No.
14        Q    Did you ever personally
15   introduce Mr. Hirsch to Mr. Lotto?
16        A    I can't -- I can't recollect.
17        Q    Was it --
18        A    We -- we -- at the end of
19   account opening, if there's a time frame, we
20   can.  Again, I cannot say to that date, but
21   our practice is to introduce.  But you're
22   asking me -- that day he could have said, "I
23   don't have time.  I have to go."  And that
24   does happen, but that's part of my practice.
25            So again, go back to that day,
```

90

```
1              M. Ashley
2    there's no videotape showing me doing it -- I
3    would bring the client over.  But nine out of
4    ten, "I have no time.  I gotta go."
5             Just like when you go through
6    the whole process.  "Yes, I understand.  Thank
7    you very much.  I will be in touch with you if
8    I need something."  Plain and simple.
9         Q    Okay.  I believe we have one
10   more.  If we would go back to the client
11   manual just one more time to -- to Page 177.
12   Back to the arbitration provision.  If you
13   look at the top, the first paragraph, it says,
14   "This section contains important information
15   regarding your deposit, ready credit, checking
16   plus or checking plus (variable rate) accounts
17   and the services related thereto."
18            Do you agree that this -- this
19   statement here does not apply to regular
20   checking accounts at Citibank?
21            MR. STRAUSS:  Objection.
22        A    It -- again, I don't know how to
23   answer this, because this is part -- this is
24   what's in the writing here.  Ready credit,
25   checking plus, that's a product.  That's part
```

91

```
1              M. Ashley
2    of the accounts, if they choose to open up an
3    account with having a bounce protection
4    product added to the checking account.
5             So you're asking me something
6    that I don't understand if there's something
7    different with -- in the disclosure.  I --
8    I -- so I don't -- I don't know how to answer
9    that.
10        Q    Do you see it state that this
11   section contains important information
12   regarding a regular checking account?
13            MR. STRAUSS:  Objection.
14            It says what it says.
15        A    It's there -- it's --
16            MR. KELLY:  I think we're
17   done.  Thank you.
18            MR. STRAUSS:  Okay.
19            THE VIDEOGRAPHER:  No
20   questions, sir?
21            MR. STRAUSS:  No.
22            THE VIDEOGRAPHER:  We're
23   now going off the record at
24   approximately 12:35 p.m.
25            This is the end of Disk
```

92

```
1
2    Number 2 in the Ashley deposition.
3    (Time noted:  12:35 p.m.)
4
5
6    _____
7            MICHAEL ASHLEY
8
9
10   Subscribed and sworn to
     before me this      day
11   of          , 2014.
12
13   _____
     Notary Public
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                        93
1
2                        INDEX
3    WITNESS           EXAMINATION BY        PA
4    Mr. Ashley        Mr. Kelly            6
5
6
7               PLAINTIFF EXHIBITS
8    Exhibit No.
9    Exhibit 9      Document Bates Stamped
                    Citi-000079 through Citi-000080    30
10
11   Exhibit 10     Citibank National Form Center    49
12   Exhibit 11     Client Manual               59
13   Exhibit 12     NYS CLS CONST ART I, Section 2
14   Exhibit 13     U.S. Constitution Seventh Amendme
15   Exhibit 14     Personal Bankers Foundations
                    Participant Guide, North America
16                  Consumer                73
17   Exhibit 15     Privacy Notice              76
18   Exhibit 16     Marketplace Addendum        81
19
20
21
22
23
24
25
```

```
                                                        95
1
2                C E R T I F I C A T I O N
3
4        I, CHERYL ROBERTSON, a Notary Public in
5    and for the State of New York, do hereby certify:
6        THAT the witness whose testimony is
7    hereinbefore set forth, was duly sworn by me; and
8        THAT the within transcript is a true
9    record of the testimony given by said witness.
10       I further certify that I am not related,
11   either by blood or marriage, to any of the parties
12   in this action; and
13       THAT I am in no way interested in the
14   outcome of this matter.
15       IN WITNESS WHEREOF, I have hereunto se
16   hand this 10th day of January 2014.
17
18
19
20       _____
21            Cheryl Robertson
22
23
24
25
```

```
                                                        94
1
2        ERRATA SHEET FOR THE TRANSCRIPT OF
3    Case Name:  Hirsch vs. Citibank
     Deposition Date:  January 6, 2014
4    Deponent:  Michael Ashley
     Place:  30 Cutter Mill Road, Great Neck, New York
5
6                    CORRECTIONS
7    PG   LN   NOW READS      SHOULD READ   REAS
8    __   ___  _____      _____   ____
9    __   ___  _____      _____   ____
10   __   ___  _____      _____   ____
11   __   ___  _____      _____   ____
12   __   ___  _____      _____   ____
13   __   ___  _____      _____   ____
14   __   ___  _____      _____   ____
15   __   ___  _____      _____   ____
16   __   ___  _____      _____   ____
17   __   ___  _____      _____   ____
18   __   ___  _____      _____   ____
19   __   ___  _____      _____   ____
20   __   ___  _____      _____   ____
21
22   Date_____        MICHAEL ASHLEY
23   Subscribed and sworn to before me
     this     day of          2014.
24
25       (NOTARY PUBLIC)
```

**$**

**$200** 29:4
**$25,000** 29:6

**-**

----------------------------------x 1:-
----------------------------------x 1:10
**-against-** 1:7

**1**

**1** 4:5 73:2 79:8,17
**10** 93:11
**10-citibank** 49:22
**10001** 2:-
**10019** 2:-
**10038** 2:-
**10:33** 1:13 4:4
**10th** 95:16
**11** 58:24 79:15 93:12
**11-client** 59:9
**1124** 1:-
**11757** 7:21
**11:03** 30:8
**11:04** 30:18
**11:18** 46:9
**11:30** 46:13
**12** 1:- 68:8 69:10 93:13
**12-nys** 68:20
**1200** 8:7
**123** 74:8
**12:02** 72:25
**12:11** 73:8
**12:35** 91:24 92:3
**12cv** 4:21
**12cv1124** 5:4
**13** 68:17 70:7 93:14
**13-u.s** 68:25
**135** 50:11 54:9
**14** 73:11 93:15
**14-personal** 73:17
**15** 76:3 79:7,16 93:17
**15-privacy** 76:7
**15th** 10:22
**16** 22:8 81:7 83:15 93:18
**16-marketplace** 81:11
**17** 83:16,17
**177** 64:25 90:11
**178** 80:2
**180** 2:13
**19-** 9:7
**1985** 7:24 9:7,20 16:8 17:2
**1986** 8:21
**1991** 9:8,21
**1993** 10:23
**1996** 16:8
**1998** 11:15
**1st** 59:6 84:20,25

**2**

**2** 54:7,11 68:10,12,21 69:12 73:5 79:8,17 92:2 93:13
**20,000** 29:6
**200** 47:7,14
**2000** 11:25 12:22
**2006** 12:22
**2007** 12:24 13:5
**2010** 13:5,17 59:7 75:19 82:14,18 83:7 84:18,20 85:2 87:5
**2014** 1:- 4:9 92:- 94:-,- 95:16
**21** 8:13
**23** 16:7
**24** 15:16 16:5,6,17 17:5 19:4 24:11
**244** 2:5

**3**

**3** 55:4,5 79:8,18 84:5,21
**30** 1:11 4:11 93:- 94:-
**393** 2:9
**3rd** 13:23

**4**

**4** 29:23 30:20 79:18
**40** 20:23
**411** 7:20
**44** 64:24
**45** 6:21 46:3
**49** 93:11
**49th** 2:9
**4th** 7:21

**5**

**5/12/67** 14:3
**50** 6:21
**59** 93:12
**5hh** 2:9
**5th** 2:5

**6**

**6** 1:- 22:6,12 24:10,15,22 93:4 94:-
**68** 93:13,14
**6th** 4:8

**7**

**7** 25:2 68:14 84:5,16
**73** 93:16
**76** 93:17
**79** 46:15
**7th** 7:24

**8**

**81** 93:18
**85** 18:2,25

**9**

**9** 30:21 93:9
**9-document** 30:12
**90** 11:23,24 29:6
**91** 9:9
**93** 11:7
**96** 11:7,10,15
**98** 11:25

**A**

**a.m** 1:13 30:18 46:9,13
**aadvantage** 47:11 48:5,8,16
**able** 11:3 22:18 23:2 41:7 52:6
**above-mentioned** 1:22
**accessible** 21:14 22:25
**according** 70:13
**account** 10:13 11:2 19:22 20:3,5,7,8,20 21:4,7 25:24 26:9,24 27:6 33:18 34:9,20 35:8,9 36:4,22 37:5,12 38:12,15,23 39:21,24 40:18,19 41:3,6,11,11 42:6,19 44:20 45:4,6 47:4 48:9 49:7,10 50:12,23 51:9,12,14,16 52:7,8,11,13,14,25 53:9,11 54:13,20,21 55:12,20 56:8 ,11,13 57:21 59:17,18 61:7 62:9 64:2 66:14 83:8 84:11 ,17,23 86:24,25 87:4 89:19 91:3,4,12
**accounts** 10:17,19 11:6,9,16 12:8,8 25:11 32:19 37:3 38:4 41:12 54:8,12 57:24 59:4 60:2 61:13 63:14 65:15 74:20 75:13 81:23 84:18 85:5 90:16,20 91:2
**accurate** 58:3
**accurately** 55:23
**acronyms** 10:14 31:12
**action** 1:7 65:21 66:9 67:25 95:12
**activity** 54:15
**actually** 8:16 13:15,20 15:11 77:23 81:21
**added** 91:4
**addendum** 81:11 82:12 83:9 84:25 85:6 93:18
**addition** 84:22
**additional** 27:9
**address** 7:19 52:24 63:2
**administration** 23:5
**administrators** 23:5
**affording** 50:19
**again** 9:14,20 11:2,4,14,16 17:25 18:20 20:23 22:19 24:8,20 25:3 26:16 27:14,15,24 31:12 34:10 39:25 40:3 41:16 47:6 48:5,10,17 49:13 51:18 54:24 55:13 56:8,14 59:18 60:12 66:13 72:9 77:12 79:11 82:14,17 83:6,11 86:9,19 89:20,25 90:22
**ago** 20:11 34:10 35:16,19 41:16 48:11 49:14 66:17 83:12 87:25

**agree** 77:2,9 78:5,19,24 79:9 90:18
**agreed** 3:4,9,13
**agreement** 37:6,20 79:19
**agreements** 71:15
**ahead** 71:6
**air** 48:21
**al** 4:17
**allegedly** 66:9
**allow** 24:22
**allowed** 25:4 59:20
**along** 6:16 15:5 18:3,13,17,19 45:8,18 68:17 82:7
**already** 18:14,15 30:23 54:5
**always** 18:20,24 21:2,14,17 26:2,3 34:15 61:3
**am** 5:11 14:16 52:2 95:10,13
**amendment** 68:19 69:2 70:8 93:14
**america** 4:18 73:15,18 93:-
**amount** 27:11 28:12 29:5
**analyst** 31:4,5,7,9,17,20,24 32:4,13 33:20
**annuities** 24:24
**answer** 7:11 14:24 15:3,5 21:24 31:21,22 32:22 33:13 ,15 34:11 35:11 47:19 57:6 63:25 67:8 68:4 72:8 78:4 88:25 90:23 91:8
**answered** 54:5
**answering** 78:3
**anybody** 18:7,12 34:14 65:8
**anymore** 34:24
**anyone** 87:7
**anything** 18:4,7,8,9,16 28:20,24 37:22 40:12 53:4 54:19 ,22 55:3 59:24
**anyway** 72:20
**apologize** 71:7
**appear** 88:5
**applicant** 51:9
**application** 33:12 34:18 42:23 47:11 48:8 55:16 80:16
**apply** 90:19
**appointment** 21:10 25:18
**appropriate** 50:19 57:10
**approximately** 4:4 46:9,13 72:25 73:8 91:24
**arbitrate** 61:22 62:2,3
**arbitration** 61:17,20 64:8,12 65:5,19,19,22 66:2,7,21 67:24 71:9,10 90:12
**arbitrator** 65:23
**area** 26:12
**areas** 26:5,6
**around** 9:11
**art** 68:9,21 93:13
**ashley** 1:20 4:1 5:1,5 6:1,12 7:1,20 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1,14 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1,6 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:2,7 93:4 94:4,22
**ask** 33:5 35:10 36:14 42:10 67:17,19 71:4 87:8
**asked** 11:10 65:4
**asking** 16:4 38:4 42:8 51:7 53:21 63:24 71:21 87:5 89:22 91:5
**aspect** 72:4
**aspects** 13:14
**assign** 33:16
**assigned** 32:11 33:14
**assistant** 10:18,25 12:5
**attached** 42:21 75:15 84:21
**attachment** 75:16
**attorney** 7:7,8 64:18,19
**attorneys** 2:-,- 5:6,16 87:23
**august** 9:8
**automatically** 40:24
**available** 21:11 41:18 63:17 64:5
**avenue** 2:5 9:7 10:22
**average** 20:22
**aware** 27:19 28:19 61:16 64:14
**away** 66:3,8 67:24 71:10

**B**

**back** 10:7,12 11:12 12:12,18 16:9 17:6 18:18 21:10 30:17 34:15 40:13 46:12 49:13 59:23 62:23 71:8 73:7 75:5,7,11,19 76:13,16 77:25 79:25 81:20 82:18 83:7 86:21 88:4 89:25 90:10,12
**background** 12:13,19 13:3 14:7 15:10
**backup** 37:18
**balance** 61:9

balances 56:21
bank 11:22 12:2,4,10 13:7,9 17:20 18:8,15 22:9,20
24:17 25:14,16 31:13 32:11 37:15,15 38:20 54:23 56:9
62:19,24 82:25
banker 12:17 23:14
bankers 22:24,24 73:13,17 93:15
banking 13:13 18:6 19:6 27:10
banks 18:6 62:25
based 18:6 47:10
basic 39:20,21
basically 10:19 12:7 29:13 39:22 59:21,25
bates 29:23 30:12 49:17 58:24 64:25 73:11 81:7 93:9
became 8:21 9:24
become 8:24 33:20
becomes 42:22
begin 7:17
beginning 4:5 11:24 14:5 73:5
behalf 1:- 5:21
believe 28:21 54:4 71:13 90:9
below 37:16 47:25 58:2
bertram 1:4 2:20 4:16 19:7 25:5 34:9,17
big 26:7
bill 29:8,10
binding 65:19
birth 14:2
bit 63:10
blood 95:11
blue 47:11 48:2,5,5,7
booklet 45:17 63:7,8 75:16 82:5,11,24 83:3,4
booklets 82:6 83:6,7
born 11:14,24 14:16
bottom 80:3
bought 12:11
bounce 9:11 39:3 91:3
brainshark 18:21
branch 8:23 9:7 11:14,18 13:9 19:16,17,23 20:5,16 23:4
,4 33:12 41:9 89:6
break 6:23,25 7:5 17:7,18 18:25 42:12 45:25 46:2,6
70:5 72:14 88:12
breaks 56:20
bridged 16:10
bring 27:14 43:2 55:2 90:3
brings 38:20
broaden 11:20
brooklyn 8:8 9:22 10:22 12:2 14:12,13,17
brought 25:7 89:10
build 25:12
building 40:2
bullet 51:8 53:7 54:8,11 57:7 58:2
bullets 55:22
business 11:5,8,16 12:8,9,15,17,21 13:13 21:12 45:7
53:10 63:11,15

C

california 84:24
call 28:14 51:25
called 6:7 9:14 10:12
campaign 28:2,3 29:2 37:14 47:7,12
campaigns 26:7 27:20 28:25 47:8
can't 17:5,5 18:25 20:10,12 27:25 28:4 32:21 33:13
34:11 35:15,19 38:3 47:5 48:10 49:5 60:12 66:5,15,16
74:22 75:24 82:15,17 83:11 86:15,20 87:6 89:16,16
cannot 19:3 51:11 74:22 89:20
caption 4:15
card 21:12 29:14 36:2,7,23 37:6,14,21,25 38:7 41:21
42:2,9,16,23 43:2,7 45:7,15 47:11 48:2,5,14,19,20,21
49:2,3,4 80:5,22,23 87:2
cards 9:19 37:8 48:4,7 61:9 66:13 81:4
care 74:9,14,25
career 8:4 17:10 26:6
case 4:18,20 5:3 94:3
cases 69:14
cashing 59:24
catch 43:24
cd 41:15
cds 25:11 39:4
cell 21:13
center 49:20,22 50:7 93:11
cert- 12:20
certain 26:6 27:11 48:10
certainly 36:8
certification 3:6
certified 31:4,5,6,9,19,23 32:2,2,9,13 33:20

certify 37:16 95:5,10
cfa 30:25 31:3
cfap 33:23
cfas 31:15
cfe 33:22
change 11:20 72:19,19
changed 10:11
changes 18:15 26:25,25 31:13
charged 46:25
check 58:9 59:24
checkbook 45:10,21 46:18,19,23 47:2,4 82:8
checking 35:24 37:4 38:11,13 39:2,10,20 40:18,23 41:5
,7,13 42:5 44:20 56:8,13 65:14,14 90:15,16,20,25 91:4
,12
checklist 74:9,14,17,25 75:4
checks 40:21 41:2,8 45:10 47:7,9,14,17,23 56:20
cheryl 1:23 6:3 95:4,21
chexsystems 51:19,25 54:19
choose 81:22 91:2
chooses 40:4
chronologically 17:3
citi 43:2 49:17
citi-0000079 44:8
citi-0000080 44:8
citi-00000119 73:12
citi-0000132 73:12
citi-0000133 49:18
citi-0000139 49:18
citi-0000155 58:25
citi-0000183 49:18
citi-0000184 81:8
citi-0000208 81:9
citi-0000079 29:23 30:13 93:-
citi-000080 29:24 30:13 93:-
citi-178 80:3
citibank 1:8,19 4:17 5:21 7:23 8:4 11:21 12:12 13:6,16
15:7,13,18 16:5,18 20:16 24:2 33:9,14 38:11 49:19
71:15 75:3 76:5 84:7,9,14,18,19,24 87:7,8,17 90:20
93:11 94:3
citibank's 7:8 87:23
citibusiness 31:13
citigold 29:2
civil 1:7,21
clarity 57:10
class 65:21 66:8 67:25
clause 61:17 64:8,12 65:5 66:2,7,21 67:24 71:9
clear 45:11 56:19 58:3
clearly 29:16 55:15,23 56:2 59:16 80:17,25
clerk 9:13
client 20:4,24 21:3 25:23 34:12 37:9,15 39:12,23 40:4,8
41:18,22 44:10 45:2 49:6 51:20 56:10,10 59:4,13 61:16
62:7,13 63:17,25 64:8,24 71:8 75:8,12,13 76:13 79:3
80:2,9,12 81:16 82:4 83:5 84:19,20,22,23 86:18 87:10
90:3,10 93:12
clients 19:19 20:20 32:18 40:4,7,16 60:20 74:19 80:9
close-knit 19:18
closed 14:14
cls 68:9,21 69:10 93:13
co-counsel 2:- 5:15
college 76:16
comfortable 39:15
coming 18:7,18 28:12 38:14
commercial 22:24 31:14
commission 24:20
committees 62:24
common 33:10 70:8,14
community 19:19
commute 11:12
companies 15:8
compare 76:12 78:8,15
complex 28:24
compute 18:22 35:8 74:20 80:16
con- 13:13
concierge 25:25 34:20
conditions 55:24
conferring 75:10
consider 50:18
const 68:9,21 93:13
constant 18:24
constitution 68:11,18,25 69:18 70:18 93:14
constitution's 70:16
constitutional 69:15
consumer 10:11,2,5,8,16 12:8,14,21 13:14 50:18
57:9,14 59:4 60:11 63:15 73:15,19 75:13 93:16
contained 80:9

contains 45:12 61:17 65:12 90:14 91:11
content 78:25
contents 81:19
controlled 38:5
controversy 70:9
conversation 25:6 37:10 39:14,23 45:11 56:23 61:6
conversations 10:5 19:11
convicted 69:23
copy 43:6
correct 60:8
correction 36:25
corrections 94:6
correctly 58:4
costs 55:25
couldn't 23:6
counsel 3:6 4:13 5:11 6:16
couple 47:25
course 25:25 26:22 61:19
court 1:2 3:16 4:19 6:2 43:12 61:24 62:3 65:20 68:3
69:22 70:12
cover 9:5
credit 65:14 90:15,24
critical 18:8
current 39:4
currently 13:6 35:10,11
customer 9:24,25 10:2,8,12,13 11:17 17:24 18:14 19:17
34:12 36:3,6,19 37:25 38:21 40:14 44:19 45:7 47:17
48:25 50:11 55:5,13,25 58:9,17 59:12 61:10 64:9 65:4
66:7,21 67:3,23 74:9,13,25 81:18 84:12
customers 10:5 21:5 26:3,7 27:22 28:12 32:17 40:10
47:3 50:20,22 55:10 58:6,14,20 62:8 66:2 71:14 75:23
76:4 85:4,4
cut 80:21 81:3
cutter 1:11 4:11 94:-
cv 1:-
cycle 50:21

D

daily 29:25
date 4:8 13:25 30:15 49:24 59:10 68:23 69:3 73:20 76:8
81:13 89:20 94:-,22
dates 11:23
day 8:18 13:21,23 19:9 34:19 37:4 56:9,10 66:15 70:19
75:5 82:16 86:15,19,20,21 89:22,25 92:10 94:- 95:16
days 29:7
deal 7:11
dealing 59:24
deals 24:24
death 69:7
debit 48:2,20 49:2,3,4
debits 29:11
decided 11:19 25:17
declaration 83:18,19 85:14 87:8
declined 47:17 49:2,4
defendant 1:9,20 2:- 5:21
definitely 19:16,23 26:5,11,12 58:21
deliver 57:9
department 62:24
depending 20:23
depends 21:4 24:12 28:5 55:17
deponent 94:4
deposit 27:10 29:3 65:13 84:17 90:15
deposition 1:19 4:9 5:11 6:18 30:21 73:6 87:24 88:9
92:2 94:-
describe 16:16
describes 81:20
designed 37:14
designs 62:22
desk 25:20 55:14
develop 12:4 40:15,16
developing 12:9
dialogue 39:14
didn't 14:8 23:10,13,16,16 33:16 37:22 52:6 67:9 70:22
dif- 81:17
different 8:25 15:18 33:5 38:25 41:12,14,15 48:4,7,13
,16,17 59:15 63:13 76:22 77:3,10 78:6,20,25 81:4,20
91:7
differently 53:15
difficult 43:21
diligence 62:22
dinosaur 18:2
disclose 37:18 71:25
disclosure 29:14 37:8 45:2,12,15,20 50:9 57:8,13 61:4
62:12 64:2 71:25 72:3 82:4,5,9,22,24 83:3,5 86:23 91:7

**disclosures** 25:20 29:16 57:23 63:4,12 67:2 87:3
**discuss** 38:9 87:23,25
**discussing** 38:25 55:19
**discussion** 30:9
**discussions** 20:2 23:2 35:5
**disk** 4:5 73:2,5 91:25
**disks** 72:20
**dispute** 65:22
**disputes** 65:18
**district** 1:2,3 4:19,20,23,25 5:2
**division** 25:15
**document** 29:20,24 30:3,5,19,22 34:7 35:24,25 42:17 44:17,21 46:15 49:19 50:2,3,4 58:24 59:3,11 60:9 68:9 69:10 73:11,22,23,25 74:2,4 76:3,10,11,15 77:13 81:7 ,14,25 82:10 83:10 84:6,6 93:9
**documents** 29:19 41:21 42:3,4,11,14 43:9 44:9,18 60:6 65:2 69:5,6 76:19 77:3 78:16 88:7,8,11,18,20
**doesn't** 22:9 34:23 52:22 80:11,22 85:3,15
**doing** 9:12 10:25 11:7 18:19 19:6 20:8 39:19 52:3 53:4 61:11,21 62:4 90:2
**dollar** 48:13,15
**dollars** 27:11 48:17 70:10
**don't** 10:9,13 15:11 17:7 24:2,3,8,20 27:3 31:21,22 32:10,21,22,22 33:2 35:18 38:7 41:19,19 43:2 47:22 49:8,11,14 50:6,8,24 51:3 52:19 53:2,5,14 56:16 57:6 60:21 61:14 62:17 63:3,24,24 64:4,19 66:11,11,23,25 67:17 70:18 71:2,19 72:6,16,21 73:24 74:20,23,24 75:4 ,6,18,19 77:14,16,17,18,19,20,20,24 78:3,4 79:10 82:24 ,25 83:5 84:3 87:19 88:15,25 89:23 90:22 91:6,8,8
**done** 22:6 44:22 86:25 87:4 91:17
**door** 13:10
**down** 14:14 17:8,19 18:25 32:5,18 38:19 39:12 42:12 49:7,9 54:6 55:4,12,22 56:18,20 81:22
**downtown** 12:2 14:17
**dual** 38:4
**due** 62:21
**duly** 6:8 95:7
**during** 7:6 9:9,16

**E**

**earlier** 60:3
**earn** 48:9,10
**east** 8:7 10:22
**eastern** 4:19
**education** 14:5,7
**effect** 3:15
**effective** 59:6 84:20,25
**eight-by-ten** 63:10
**either** 65:17 95:11
**elaborate** 53:19
**election** 13:23
**electronic** 29:8
**employment** 34:21
**enabled** 41:2
**enclosed** 61:5
**end** 11:15,25 13:16 42:18 43:5 61:5,6 72:25 87:4 89:18 91:25
**enough** 8:17
**enrollment** 79:5
**ensure** 58:9
**enter** 35:8,12 51:18 52:19,20 68:16
**entered** 39:6 68:13
**entering** 26:24 27:17 39:21 71:15
**entire** 50:21 53:25 54:2 77:7 77:14
**entitled** 29:24 68:9 76:3
**errata** 94:2
**especially** 19:21 21:3 45:4,9
**esq** 2:-,-,-
**establish** 41:5
**et** 4:17
**even** 21:12 22:13 23:8 24:3 25:19 28:13 31:14 39:9 80:22
**eventually** 10:18
**ever** 25:22 28:9 37:24 47:16 48:24 52:10 60:9 63:16 65:3,7,25 66:6,20,20 67:3 74:2,24 80:8 87:8 89:14
**every** 15:22 16:24 17:3,4 18:25 34:19 36:3 48:13,14,15 ,16 61:15 62:8 64:2 70:19 72:4
**everybody's** 36:17
**everyone** 69:25
**everything** 11:17 13:22 17:4 24:21 27:18,20 35:17 37:10 40:11,12 43:25 48:11 52:5 87:4 88:13
**everything's** 26:22,23
**exact** 10:14
**exactly** 19:12 38:12 47:21

**examination** 3:7,14 6:10 93:3
**examined** 6:9
**example** 59:19 79:2
**exceed** 70:9
**except** 3:10
**excuse** 84:22
**exemplar** 84:22
**exhibit** 29:20,22,23 30:11,20,21 49:21 58:24 59:8 68:8 ,14,14,17,20,24 69:10 70:7 73:10,16 76:23 79:7,15 81:6,10 83:14 84:21 93:8,9,11,12,13,14,15,17,18
**exhibits** 93:7
**existing** 39:7,9 54:13
**experience** 12:14 56:11
**explain** 22:16 27:5 36:6 56:4 65:4,7
**explained** 40:12 56:2,3,7,12
**explaining** 84:8
**extended** 27:9
**extent** 32:6

**F**

**face** 19:15,21 20:12
**faces** 19:10,17
**fact** 70:11 71:14
**fairness** 50:18
**false** 51:12,14 52:11,13
**familiar** 50:7
**far** 8:23 11:12 17:8,18 26:19,23 27:17 31:12 34:16 42:22 51:2,17 52:25 55:19 61:23 62:20 66:12,15 75:5
**fazare** 87:20
**fdic** 25:15
**february** 8:21
**federal** 1:21 3:2
**fee** 46:23 54:23
**fees** 56:21
**felt** 12:11
**few** 55:22 85:18
**filed** 4:18
**filing** 3:7
**filled** 80:8,11
**final** 37:12
**finance** 31:25
**financial** 31:4,5,6,9,17,20,24 32:9,13 33:20
**find** 55:6
**finds** 28:7
**fine** 72:8
**finish** 43:13,16 66:24 67:7,8,10
**finished** 44:22
**firm** 5:19
**first** 8:5 15:15 19:16,20 29:20 39:11 43:16 46:15,20 47:7,14 65:11 87:22 90:13
**five-minute** 88:12
**flatbush** 9:21
**follow** 21:8,9 27:12 45:17
**follow-up** 61:23
**following** 26:19
**follows** 6:9
**fonts** 78:20,21,23
**force** 3:15
**forever** 69:16
**form** 3:10 34:13 41:25 42:20 49:20,22 50:7 63:5,7 79:4 85:24 86:14 89:12 93:11
**forms** 50:25
**forth** 10:7 11:13 88:4 95:7
**foundation** 73:24 84:6
**foundations** 73:14,17 93:15
**frame** 22:23 89:19
**franklin** 14:11
**fraud** 54:14
**free** 47:8,15
**front** 36:24 44:14 82:25 83:6
**full** 8:16,18
**full-time** 8:21
**functions** 17:21 19:6
**funds** 24:25
**further** 3:9,13 53:3 95:10

**G**

**gain** 28:7
**gallagher** 2:19 4:6
**general** 9:13,13 44:23 45:3 66:18
**generally** 16:16

**geographical** 26:12
**george** 89:3
**gets** 42:21,23
**getting** 39:23 48:23,23 49:9
**give** 21:11 39:6 47:22 57:20 60:16 62:7 63:22,25 67:2 70:5 87:3
**giving** 52:4
**go** 9:17 10:7 12:15 13:16 14:8,10 15:11,18,22 17:5,20 18:22 22:20 23:24 27:2,2 36:1,22 36:21 37:7,9 ,23 38:9,24 39:10,17 40:5,6,11 41:17,22,23 42:24 44:22 50:6 52:18,23 54:6 55:4,12,20 56:13,12 60:10,15 61:21,22 61:14,14,24,25 62:3 64:23,24 65:20 66:14 67:3,20 69:22 70:6 71:6 72:4,5 74:8 75:7,11 79:25 81:20 82:17 85:18 86:21 89:23,25 90:4,5,10
**goes** 28:6 33:17 40:3,14
**going** 4:3 7:8 11:4,12,23 12:9 18:17,19 20:6 26:3 28:11 ,11,17,19,21 29:18,20 30:20 32:23 37:13 40:18 46:3,8 ,12 49:13 51:22 52:3 57:16 58:23 60:12 66:15 68:16 71:8 72:24 73:7 83:7 91:23
**gonna** 22:6
**good** 19:10
**gotta** 40:11 90:4
**graduated** 14:8
**great** 1:- 4:10,12 7:25 13:2,5 19:18 20:18 87:18 89:7,10 94:-
**guarantee-** 8:12
**guaranteed** 8:13 69:15
**guess** 7:16 13:23 64:23 70:23
**guide** 73:14,18 93:-
**guideline** 59:23
**guidelines** 81:24

**H**

**h-a-s-l-a-m** 83:20
**habit** 9:12
**half** 80:21,23
**half-hour** 20:22
**hand** 45:19 60:17 81:18 95:16
**handed** 32:7 45:6 62:11
**handled** 9:2
**happen** 89:24
**happened** 63:20
**happens** 25:25
**hard** 22:11 43:6,20
**haslam** 83:20,21,24,25 84:12 85:13,15
**haven't** 82:15
**having** 6:8 19:10 25:22 35:5 61:24 62:2 64:4 91:3
**he's** 34:23 42:7 52:3,3 64:18 71:21 85:12
**head** 9:3
**health** 22:4,5,10,15,19 23:7,11,13 24:6 32:4
**held** 1:22 4:10 30:9
**here's** 45:11
**hereby** 3:4,8 95:5
**herein** 1:20
**hereinbefore** 95:7
**hereto** 3:5 84:21
**heretofore** 69:15
**hereunto** 95:15
**hi** 6:12,13
**high** 14:5,8,10 15:9,12,14
**high-priority** 54:14
**highway** 10:21
**hired** 17:19 24:17 72:3
**hirsch** 1:4 2:20 4:16 19:7 34:9 35:6,13 37:5 49:9 51:14 85:21 86:11,17 87:11 89:15 94:3
**hirschbaum** 60:14
**hold** 22:9 43:13,13
**horizons** 11:20
**hours** 8:13 9:16 20:25 21:2 24:12 40:6
**however** 24:20 62:25
**hsbc** 12:11

**I**

**i'll** 40:13 51:5
**i'm** 5:15 6:15 7:13 11:23 13:6 18:14 19:5,9 21:16 22:2 23:14 27:16 31:22,22 32:2,9,24 33:6 35:11 36:15 37:3 38:22 43:17,18,23 44:4,22 47:13 48:6 50:6 51:22 52:21 58:22 61:10 64:14,19 66:18 67:2,18,19 68:16 70:19 71:7 72:9 78:3,23 86:7
**i've** 8:3 21:17 43:18 72:19
**id** 51:22 52:5,22,22
**identification** 30:14 34:3 49:23 52:23 59:10 68:22 69:3

73:20 76:8 81:12
**identify** 5:7 34:5
**ids** 38:8
**igor** 1:4 4:16
**ii** 79:5
**iii** 79:5
**imaging** 42:24
**important** 14:20 50:16 65:12 70:20 71:14 90:14 91:11
**in-house** 17:12,14,15,16
**included** 75:15
**including** 59:5 65:20 75:13
**inconsistencies** 53:8
**index** 93:2
**indicating** 5:25 42:21 44:15,17 77:8 78:2
**individual** 55:17
**influx** 28:22
**information** 18:23 26:24 39:21 50:17 51:3,10,11,12,15 ,17,21 52:12 53:9 55:24 58:10 65:13 90:14 91:11
**informed** 18:11 67:23
**informing** 65:25 66:6,20
**initial** 19:22 37:11 38:15 39:13 57:18
**initially** 21:9
**initiative** 65:8
**inn** 4:10
**insert** 43:7
**inserted** 45:5,10
**inside** 45:8 82:7
**instance** 52:10 65:3
**instead** 65:24
**insurance** 22:5,16,19 23:14
**insured** 25:14,15
**interest** 25:9 28:7
**interested** 38:22 95:13
**internal** 23:25 39:6
**interrupted** 67:13
**introduce** 38:19 49:17 58:23 68:7 73:10 76:2 81:6 83:14 89:15,21
**introducing** 29:19
**introduction** 50:9,14
**investment** 23:23 25:10,15
**inviolate** 69:16
**invitation** 27:3 29:15
**invitations** 26:8
**involved** 11:17 25:3 29:9 56:21
**island** 11:11 12:16
**isn't** 78:15
**issue** 62:20
**issues** 13:7
**it's** 5:24 9:12 14:13 24:12,25 25:14,15 26:5 27:14,18 28:23,23,24 31:25,25 32:6,16 34:10,11 37:13 38:6,6,7 39:18,18 40:8,17 41:11 43:20,21 44:3,3 45:10 46:19 47:6 48:12,20 51:4,5 52:17 56:15,18,22,23 57:15 59:12 ,16,16 61:5,23 63:7,8,9,14,23 64:3 66:19 70:17 71:24 72:2,4,11,12,12 73:13 77:25 78:2,12 79:4 80:14,21,23 ,23,23 81:23,23 82:13,13,14,16,17,19 83:11,18,23 86:2 ,19,21,22,24 91:15,15
**itself** 53:20 64:13

J

**j-o-a-n** 83:20
**james** 2:4,- 5:10 6:15 7:14 51:6 53:20 78:11 79:12
**january** 1:- 4:8 8:20,21 10:23 84:20,25 94:- 95:16
**joan** 83:23,25 84:12 85:13,15
**joanne** 83:19,21
**job** 15:15 19:4 35:6 61:11 63:23
**joseph** 2:- 5:18
**judge** 65:24
**july** 7:24,24 59:6
**jumping** 86:8
**june** 9:7
**jury** 64:10,16 65:24 66:3 68:12 69:13,14,18,21,23,23 ,24 70:2,10,11 71:11

K

**k-278** 2:5
**keep** 22:10,11 77:15
**kelly** 2:4,- 5:9,10,16,23 6:11,12,14,15,20 7:4,15 16:7,19 44:6 46:5 49:16 53:18,22 54:2 58:22 67:9,14,18,21 68:6 72:13 73:9 75:9,25 78:12,17 79:20,23 81:5 83:13,17,25 91:16 93:4
**kevin** 2:19 4:6
**kids** 11:24
**kind** 51:5

**kings** 10:21
**kit** 45:8,12,20 56:24 57:19,22 60:4,10,17,17,25 61:3,7 62:8 63:19 64:5 82:2,7,14,17,19,23 85:22 86:12,24 87:10
**kits** 44:23,24 62:10 67:2
**knew** 12:19 19:12
**know** 7:2 9:4,17,20 10:4,6,9 11:4 12:5,6,7,20 16:25 17:7 ,8,9,18 18:23 19:2,4,15,20 20:6,6,13 21:3,15 22:14,21 23:15 24:2,3 11,12,13 25:2,10,12 26:10 27:9,16 28:3,5 7,17,18,19,25,25 29:4,12 31:21,22,23 32:4,10,14,14,17 ,18,20,21,22,22 33:25 34:22 35:13,17,23 37:2 38:3,7 39:2,11,12,13,15,16,23,24,25 40:4,11,25 41:19,19 42:25 46:22 48:3 49:8,9 51:22 52:3,7,18,21 53:2,3,12 54:17,24,25 55:3 57:6,12,15,23,25 59:25 61:20 62:5,17 ,25 63:23,25 64:7,15,20 66:11 67:4 69:20,25 71:2,14 72:13 75:17 77:20 78:3,4 83:21 85:9,15 86:20,22 87:6 ,14,17,19,20 88:5,25 89:3 90:22 91:8
**knowing** 27:19 34:16 56:12
**known** 31:15

L

**laid** 29:11,13
**lane** 2:13 14:11
**last** 58:16
**later** 7:12
**lavan** 2:12 5:20
**law** 2:4 5:19 70:8,14
**lawsuit** 70:2 84:7
**lawyer** 19:12 62:2 70:19
**leading** 37:11
**learn** 8:24 9:18 10:2
**learned** 11:21 23:15 26:6
**leave** 13:15 44:25
**left** 12:18 16:10,12
**legal** 62:19,23
**less** 63:10
**let** 6:25 37:2 43:13,15 66:24 67:6,7,9 71:4
**let's** 14:19 15:4 36:12
**liberty** 87:9 91:6
**license** 22:5,16 23:22,23 31:16,20
**licensed** 32:5
**licenses** 21:19 22:9,21 23:3,9,10,18 25:3,20 31:18 32:3 ,5
**lies** 51:21
**life** 22:4,4,10,15,18 23:7,11,13 24:5 32:3 50:21
**likely** 58:4
**lindenhurst** 7:21
**line** 18:17 46:20 50:17 77:14
**lines** 18:19 47:25
**linked** 37:3
**linking** 37:3
**literature** 45:3
**living** 35:14,20
**llp** 2:12
**ln** 94:7
**located** 4:11
**location** 8:6
**locations** 8:4
**long** 11:11 12:16 16:4 20:20 24:8
**look** 34:13 46:15 49:25 50:10 59:23 69:9 76:9,20,22 77:7 80:2,22 84:4 90:13
**looking** 25:11 34:7 47:10 48:8 75:5
**looks** 79:3 80:21,25 81:15
**lose** 22:8,14
**lot** 7:9 9:12 11:21 19:19 21:5 27:22 29:8 40:10
**lotto** 35:18 89:3,15
**lunch** 9:16

M

**maiden** 2:13
**mail** 39:9 45:5
**mailers** 27:2
**mailing** 28:6
**maintenance** 59:17
**manager** 10:18,25 12:5,5,25 38:6 84:13 89:6,9
**managers** 23:4
**manual** 45:2,13,16,20 57:22 59:4,9,12,14,18,22 60:13 ,16,18,24 61:4,15,17 62:7,12 63:23,5 64:8 71:8 72:2 75:8,12,13 76:14,16 77:25 79:3 80:2,10 81:16,16,16 82:3,4,11,23 83:4 84:19,21,22,23 86:18,23 87:10 90:11

93:12
**manuals** 24:7 61:18 62:13,20,22 63:13,17 71:24
**mark** 30:20
**marked** 29:21,22 30:14,20 49:23 59:9 68:22 69:2 73:19 76:7 81:12
**market** 40:20,23,25 41:4,7 59:20
**marketplace** 82:12 83:9 84:25 85:5 93:18
**markets** 59:6
**marriage** 95:11
**married** 9:8
**mass** 28:5
**material** 53:8 55:23
**matter** 27:19 95:14
**may** 3:14 58:17
**maybe** 23:12 33:4 45:22 78:9
**mean** 14:23 17:9 27:24 28:25 31:3 35:18 48:3 55:19 80:25
**means** 34:22 46:22,25 52:9 53:12,23 54:17 65:5 69:21
**meat** 28:24
**meet** 20:19 55:7 87:22
**meeting** 19:8,14
**memory** 34:8,15
**met** 88:2
**mic** 5:24
**michael** 1:20 5:5 7:20 92:7 94:4,22
**microfilmed** 42:23
**mile** 48:15
**mileage** 48:17
**miles** 48:21,23 55:16
**mill** 1:11 4:11 94:-
**minimal** 24:25
**minute** 18:16
**minutes** 6:22,23 20:23 46:4 72:15,17,22
**money** 27:10 29:3 40:20,23,25 41:4,6,7 59:20
**month** 40:21 41:2 59:7
**months** 8:16 10:9 19:5 22:8 27:12
**morning** 5:5 6:3
**mortgage** 39:19
**move** 15:4 79:22,24
**moved** 11:11
**mr** 4:22 5:9,13,16,18,23 6:11,12,12,14,16,20 7:4,13,15 14:21,22 15:2,4,21 16:3,7,13,19 19:7 21:25 25:5 30:6 32:24 33:4 34:17,25 35:6,13 36:12,16 37:5 41:24 42:7 ,15 43:15,20,24 44:6,12 45:22 46:2,5,14 47:18 49:9,16 51:4 53:5,16,18,19,22,24 54:2,4 56:5 57:3,5 58:22 60:14 62:15 64:11,17 66:4,10 67:6,9,11,14,16,18,20,21 68:6 70:4,24 71:4,16,20 72:7,11,13,15 73:9 75:9,9,25 76:24 77:4,11,22 78:7,12,14,17 79:20 81:5 82:- 83:13,16,17,23,25 85:10,12,21,23 86:11,13,17 87:11,12 88:13 89:11,15,15 90:21 91:13,16,18,21 93:4,4
**mutual** 24:15
**myself** 12:4 21:11,14 37:16 38:19

N

**n.a** 1:8,19
**name** 4:6 5:4,9,13 6:14 7:18 30:25 34:16 36:25 94:3
**named** 87:16
**nancy** 87:14,16,19
**national** 11:22 12:2,10 49:20,22 50:5,7 93:11
**necessary** 57:11
**neck** 1:- 4:10,12 7:25 13:2,5 19:18 20:18 87:19 89:7,10 94:-
**need** 6:25 14:24 15:11 21:2,16 40:12 55:3 72:17,21 90:8
**needed** 21:13 29:12
**needs** 41:15 55:7 56:12
**neither** 77:22
**neutral** 65:23
**nevada** 84:24
**new** 1:3,-,23 2:-,-,-,-,-,- 4:7,12,20 5:2 6:4 7:21 8:7 18:7 ,10 22:2,3 39:8 43:18 44:4 68:11 69:10,17 76:4 85:3,4,6 94:- 95:5
**next** 13:10 30:25 35:4 40:14 53:7,7 57:7 58:2,8
**nine** 12:21 90:3
**no** 1:7 8:3 13:18 14:13,21,22 16:24 17:14 20:3,13 21:2 23:11 25:19 28:23,23,23 31:15 47:5 49:10 53:14 61:14 63:3,17 64:6,21,22 65:6,9 66:23 67:14 68:2,3,5 69:19 70:11 72:13 73:23 74:5,13,15,18 75:2,6 77:16 ,17,17 78:3 82:25 84:3 85:11 86:2,6 87:13,18,21 88:20 ,22,25 89:13 90:2,4 91:19,21 93:8 95:13
**normally** 32:14
**north** 4:17 7:21 73:15,18 93:-
**notary** 1:23 3:15 6:8 92:13 94:25 95:4
**note** 8:24,25
**noted** 92:3

**JA 560**

**notes** 54:14
**nothing** 26:25 78:22 85:16
**notice** 59:5 75:14,15,22 76:4,7,13,19 79:3,7,15 93:17
**notified** 28:9
**november** 13:23
**numb** 33:25
**number** 4:5,21 5:3 21:13 29:23 33:23 34:2,3 37:2 49:17 51:19,24 52:4,24 64:25 73:11 76:3 81:7,8 83:15 92:2
**numbers** 13:3 77:5 79:8,14
**numerals** 79:6,9,14,17
**numerical** 79:17
**ny** 68:9
**nys** 93:13

O

**object** 7:9,9 51:5 77:13
**objecting** 77:15
**objection** 15:21 41:24 47:18 56:5 57:3 62:15 64:11,17 66:4,10 70:4,24 71:16 76:24 77:4,11 78:7 79:12 85:10 ,23 86:13 87:12 89:11 90:21 91:13
**objections** 3:10 7:12
**occurs** 38:10
**october** 84:18
**ofac** 51:25
**off** 30:6,8,9 32:7 38:5,6 46:8 72:24 80:21 81:3 91:23
**off-** 62:23
**offended** 7:13
**offer** 12:12,15 25:23 26:14,15 27:9 28:8,11 29:15,17 39:10 45:5 48:25
**offers** 27:22
**office** 2:4 8:2 20:15 40:5
**oh** 26:8 35:2 43:17
**okay** 6:19 7:3 8:5 17:17 20:14 21:23 22:2 29:18,19 30:2 ,24 34:6 35:2,3 36:18 38:13 46:17 54:4,6,11 55:4,8,18 58:22 69:8 70:6 72:7,11,12 74:7 76:18,18 79:24 80:4 84:10,15 85:8 90:9 91:18
**old** 12:3,3
**once** 79:11
**one** 8:18 16:24 23:12 38:10 44:11 48:14,15 50:12 55:14 58:8,16 63:11,11 80:9,19,25 88:2 89:9 90:9,11
**ones** 29:2
**open** 12:20 20:20 21:7 25:24 26:9 32:19 33:18 34:19 35:7 36:4 38:22 39:4 40:23 41:12,13 42:5,9 44:19 47:4 48:9 51:9 52:6,7,8,14 54:21 56:11 59:20 62:8 74:19 81:22 84:11 91:2
**opened** 10:16,19 11:5,5 19:22 40:19 50:23 53:11 54:20 61:12,12 84:17
**opening** 10:13 19:22 20:4,5,7,9 21:4 26:24 27:6 34:9 35:9 36:22 37:12 38:16,23 39:20,24 41:14 43:5 45:6 49:10 50:12 51:16 52:25 55:12,21 56:13 57:21 59:17 61:5,7 63:14 64:2 66:14 83:8 86:25 87:5 89:19
**openings** 11:2 86:24
**opens** 38:11 49:7
**opportunities** 25:13
**opportunity** 13:4
**order** 46:19,19,23
**otherwise** 70:12
**outcome** 95:14
**outline** 45:16 56:20
**outlined** 56:22
**outlines** 59:15 81:17
**outside** 10:3 17:12 21:15 24:17 33:9
**over-exceeding** 41:4
**overdraft** 39:3 54:23
**owed** 54:22
**own** 20:15 65:8
**ownership** 59:17

P

**p.c** 2:8
**p.m** 72:25 73:8 91:24 92:3
**pace** 57:10
**packaging** 82:16
**page** 35:4,23 46:15 50:11 54:10 64:24 74:8 77:5 79:5,8 ,13 80:2 84:5 90:11 93:3
**pages** 77:10 79:2
**paginations** 77:3
**pamphlet** 63:5 79:4
**paragraph** 65:12 84:5,16 90:13
**part** 8:14 38:3 61:15 63:23 81:2,15 82:13,13,19 89:24 90:23,25
**part-time** 8:11
**participant** 73:14,18 93:-

**participate** 65:21 66:8 67:25
**particular** 50:8 74:17
**particularly** 46:24
**parties** 3:5 95:11
**party** 65:23
**payment** 29:8
**payments** 29:10
**pb** 31:10
**penalties** 37:17
**people** 8:17 9:3 18:3 24:11,17 27:25 28:3 32:13 78:10
**per** 11:2
**per-** 22:23
**perhaps** 42:9
**period** 15:24
**perks** 26:11 28:8
**person** 23:14 87:16
**personal** 10:16 22:24 44:25 51:12,14 52:12 63:11 73:13 85:20 86:4,10,16 93:15
**personally** 89:14
**persons** 23:3 25:10
**pertaining** 45:4
**perusing** 30:5 50:3 65:2 69:6 74:4 76:11,15
**pg** 94:7
**phonetic** 18:4
**plain** 1:22 94:-
**plain** 33:15 39:25 56:18 64:3 72:5 90:8
**plaintiff** 4:14 5:17 93:7
**plaintiffs** 1:6,21 2:-,- 5:21 9:22 30:11,21 49:21 58:23 59:8 68:7,14,17,20,24 69:9 70:7 73:10,16 76:2,6 79:7 81:6,10 83:14
**planner** 32:10
**platform** 9:17,18 10:17 12:6 22:22
**please** 79:21 86:9
**plus** 11:2 65:14,14 90:16,16,25
**point** 8:15,22 10:24 11:19,22 12:10,13 31:8 41:18 47:6 57:7 61:14
**points** 29:4,4,5,6
**policies** 12:23 84:8
**policy** 66:19
**positions** 17:23
**potatoes** 28:24
**practice** 66:19 89:21,24
**pre-** 28:18
**preparation** 28:21 85:17 88:8,23
**present** 2:18 39:10 53:14 66:12 71:23
**presented** 57:20 88:9
**preserved** 70:11
**president** 15:6 84:13
**press** 62:16
**pretty** 8:18 18:16
**previously** 29:21,22 30:19
**print** 80:15
**printed** 76:18 48:2
**printer** 43:8
**printing** 62:16
**printout** 43:6 51:2
**printouts** 34:18
**prints** 36:22 43:8 80:16,17
**prior** 53:10 88:2
**privacy** 59:5 75:14,14,22 76:4,13 79:3,6,15 93:17
**probably** 6:21 8:20 22:6 28:12 43:23
**problems** 10:6
**procedure** 1:21
**procedures** 26:20 63:13 84:8
**proceed** 6:6
**proceeding** 65:22
**process** 9:18 19:3 20:6 24:14 25:9 26:13,17 27:17 37:11 38:10,12,13,13,25 39:17 40:14,17 42:22 50:19,21 55:20 57:4,25 90:6
**produced** 88:14
**product** 41:17,17 50:21 90:25 91:4
**products** 23:6 38:25 55:6 81:17,21
**professional** 21:18
**profile** 33:18
**profiling** 25:8
**program** 17:4,12,13 84:13
**programs** 15:19 16:20,22,23 17:16
**promoted** 10:18
**promotion** 47:14 55:15
**promotional** 25:23 26:14,15 27:21 48:25
**promotions** 26:3 38:5,6 48:6,13,18
**proponents** 41:14
**protect** 37:15 61:10
**protected** 62:5
**protection** 39:3,4 87:2 91:3

**protects** 37:9
**protocol** 26:19
**provide** 57:10 60:25 62:22 63:3 81:25 84:5 85:25 86:22 ,23 87:8
**provided** 41:22 42:3,4,4 43:10 44:19 57:13,16,19,22 58:10 60:4 62:18 75:22 83:8,8 85:21 86:11,17,21 87:10 88:7,18,24
**provides** 64:9 65:17
**provision** 69:16,18 90:12
**public** 1:23 3:15 6:8 92:13 94:25 95:4
**punishable** 69:7
**purchases** 48:22
**pursuant** 1:21
**put** 5:23 15:24 29:6 63:18 64:5 80:14 82:6,18

Q

**question** 3:11 16:15 33:6,7 36:14 43:14,16 50:25 51:6 56:6 67:7,10,15,17,22 71:5 78:13 86:7,8
**questioning** 7:7
**questions** 6:22 7:10 44:23 45:19 58:17 60:22 67:5 85:18 89:2 91:20
**quick** 75:12 76:10

R

**ran** 63:18,21
**rate** 65:15 90:16
**rates** 39:4
**re-examined** 70:12
**reach** 21:13
**read** 53:17 57:8 65:11 74:2 94:7
**reading** 53:13
**reads** 4:15 94:7
**ready** 65:13 90:15,24
**real** 75:12 76:10
**reason** 94:7
**recall** 16:2 19:8,9 20:10 25:22 28:4 35:5 49:5,8,11 51:13 64:4 65:25 66:5,6,15,10,14 74:2 75:4,6,21,24 77:18,19 82:15 83:11 86:15,19,20
**receive** 15:17
**received** 15:19
**recess** 46:10 73:3
**reco-** 74:22
**recognize** 50:4,5 59:11 69:17 73:21,24 74:11 81:14
**recollect** 47:5 60:13 75:6 89:16
**recollection** 85:21 86:5,11,17
**record** 4:3 5:8 7:16,19 14:2 30:6,8,10,17 44:7 46:8,12 60:19 72:24 73:7 78:18 88:17 91:23 95:9
**refer** 82:9
**referring** 82:10,20,21
**refresh** 34:8
**regarding** 65:13 90:15 91:12
**regular** 19:17 48:20 90:19 91:12
**regulations** 66:13
**reinerate** 45:14
**reiterate** 36:24
**related** 65:16 90:17 95:10
**relationship** 40:3
**relationships** 40:16
**relevant** 24:3
**remain** 69:16
**remember** 10:13 13:21 16:24 17:3 19:13,21,25 20:8,11 ,12 24:8,21 27:25 29:2 35:15,16,19 47:14 48:6,10,12 49:15 50:8 74:23 75:18,20
**remembering** 19:10
**rep** 9:25 10:2,2 18:14
**repeat** 26:16
**rephrase** 86:8
**replaces** 65:19
**report** 30:2 54:21
**reporter** 6:2 43:12,21 68:3
**representation** 61:25
**representations** 58:3
**representing** 4:7
**represents** 6:4
**republic** 11:22 12:2,10,18
**request** 47:20 60:15
**requested** 61:2
**require** 65:18
**required** 22:20 51:10,11 57:8,13,20 66:12,22
**requirements** 56:22
**reserved** 33:12
**reside** 7:20
**resolve** 53:8

resolved 65:18
respect 41:20
respective 3:6
respond 58:17
resume 6:24
retail 11:18 12:14 18:8 28:14 54:8,12
retired 34:22,23 35:12 49:12
retract 86:7
review 23:8 30:2,22 54:13 69:4 88:8,19
reviewed 88:14,15,21
right 13:10 15:9,12,13 35:21 36:25 43:22 44:2,3,14,14
46:16 50:13,15 54:16 55:6 61:21,24 62:4 64:9,15 65:11
,20,20 66:3,8 67:24 69:11 70:2,10,21 71:10,12 72:12
74:6,10 76:18 81:2
right-hand 46:20
rights 62:5
risks 55:24
road 1:11 4:11 81:22 94:-
robertson 1:23 6:3 95:4,21
role 8:11 9:4,11 10:10 11:6,8 12:8,17 23:16 32:11
roles 8:23,25 9:15 10:4
roman 79:5,8,14,16
romanov 1:4 4:16 84:23
room 5:7 19:12 34:14
rough 14:14
rules 1:21 29:15 59:25,25 62:4 66:12 70:13
run 6:21 27:21

S

s-a-f-i-r 68:15
safir 68:15
said/she 86:22
sake 36:17
sales 10:4 12:5 13:3 23:11 25:6 27:16 37:10 40:17
42:18,22 43:5 56:9,23 57:4 61:6
sam 6:16
sample 28:17 80:18
samuel 2:- 5:14
sarcastic 35:18
sat 25:6
savings 12:3 25:11,13,24 37:4 38:11,23 39:3,18,21
40:19,23 41:11,11,13 42:5 44:20
say 6:23 36:11 37:5 38:22 54:21 56:25 82:21,22 88:16
89:20
saying 71:23 77:17,25
says 30:24 33:22 34:21 37:8 46:18 48:2 50:11,16 51:9
53:8 54:7,7,12,13 55:5,22 57:7 58:2,8 65:11 70:7 74:9
81:3 84:16 90:13 91:14,14
schoengold 2:8 5:14
school 14:5,8,10,14,14 15:10,12,14
screen 43:3
sealing 3:6
seasoned 27:16
sec 23:24 24:20
second 35:22 50:17 51:8
section 37:18 65:12 68:10,12,21 69:12 80:24 81:2
90:14 91:11 93:13
securities 24:18,19
security 37:2 51:19,23 52:4,23
seeing 74:24
seen 19:17,23 74:13
sell 22:18 23:6 25:4
send 18:18 28:16
senior 84:13
sense 53:10
sent 23:24 24:16 27:4 29:14 42:24
sentence 53:17,25 54:3
separate 12:6 63:12,12 75:16,22 77:17 78:2 79:6 82:5
83:10
series 22:6,12 24:10,15,22 25:2
service 9:24,25 10:2,7,8,12 11:17 17:24 18:14
services 55:6 65:15 81:21 90:17
set 21:9 25:18 44:24 48:20 95:7,15
seven 10:9
seventh 68:19,25 70:7 93:14
shall 69:16 70:9,10,11
sheet 94:2
short 17:19
shorten 56:15
show 54:20 61:3
showing 77:6 80:20 90:2
shows 59:16 79:7
sic 12:11 45:14 60:14 61:9
side 12:14 46:20

sign 23:16 37:6,21
signature 13:7,9 22:7 35:25 36:7 37:25 41:20 42:2,9,15
43:7 45:15 61:9 80:5,23 81:3 87:2
signed 3:14,16 37:25 38:5,6 42:18,20 44:9 61:9 66:14
87:2,9
signing 37:16,19
signs 36:4
similar 65:21 76:20
similarly 1:5
simple 33:15 39:25 56:19 64:3 67:22 72:5 78:13 90:8
single 15:23 16:24
sir 91:20
sit 17:3 20:24,25 32:5,18 38:18 39:11,12 40:6 49:7
55:12 70:18 71:25 72:6
site 25:10
sits 55:14
sitting 36:23 49:8
situated 1:5
situation 21:5 45:9 55:13 63:21
six 8:15 10:9 12:23 19:5 27:12 40:20 41:2 59:21
small 63:9
smithtown 11:13
social 37:2 51:18,23 52:4,23
software 18:10 27:18
solicit 25:4
solicitation 25:19
somebody 52:11
someone 27:2
something 18:15 21:16 52:3 63:24 80:20 87:5 90:8 91:5
,6
sometimes 27:23
son 11:14
soon 19:11
sorry 4:25 36:15 43:18 71:7 83:17
southern 1:3 4:22,24 5:2
speak 71:17
speaks 53:19 64:12
specific 18:5 19:25 20:3,12 55:14 82:16
specifical 18:4
specifically 40:24 42:8 48:19
specify 25:14
spelled 36:25
spend 20:21 40:9
spent 48:15
sporn 2:8,- 4:22 5:13,14,15 6:16 14:21 15:2 30:6 44:12
35:19 75:9 83:16
stage 50:12
stamp 64:25
stamped 30:12 58:25 73:11 81:7 93:9
stand 38:19
standard 34:18 66:19
start 7:22 29:19
started 8:2,10,14,19 9:23 15:9,12,13 17:2 18:2
starter 45:10
starting 79:4
state 1:23 7:18 13:25 14:4 38:10 44:7 55:23 68:11 85:3
91:10 95:5
stated 31:16 59:19
statement 87:9,9 90:19
states 1:3 57:23 59:16 69:12,13 70:13 71:9 75:12
status 37:17
stay 18:17 27:9 37:9 40:6
step 54:7,11 55:5
stephen 37:12 41:23
stipulate 78:13
stipulated 3:4,9,13
stipulations 3:2
stockbroker 32:3
strauss 2:- 5:8,19 7:13 14:22 15:4,21 16:3,13 21:25
32:24 33:4 34:25 36:12,16 41:24 42:7,15 43:15,20,24
45:22 46:2 47:18 51:4 53:5,16,19,24 56:5 57:3,5 62:15
64:11,17 66:4,10 67:6,11,16,20 70:4,24 71:4,16,20 72:7
,11,15 76:24 77:4,11,22 78:7,14 79:11,21 83:23 85:10
,12,23 86:13 87:12 88:13 89:11 90:21 91:13,18,21
street 2:9 7:21 10:22 14:18,19 15:6
strictly 11:8
stroock 2:12,12 5:20,20
study 24:6,10,11
stuff 25:21 78:18
sub 9:2
subear 87:20
subject 37:17 84:19,24 85:4,5
submits 51:21
submitted 65:23 84:7 85:14
subpoena 1:22

subscribed 92:- 94:23
suite 2:5,9
suits 70:8
superiors 28:10
supervisors 28:10
supplied 51:14,23 52:11
supplies 51:11
supply 51:10,11
supplying 51:2,17
supposed 52:2
sure 21:25 30:4 32:24 33:6 37:22 39:15 57:9
suspicious 54:14
swear 6:5
sworn 3:16 6:8 92:- 94:23 95:7
symbol 33:23
symbolic 13:22
syossset 12:16
system 11:18 26:25 39:22 51:18,20,24 52:5,17,19,20
54:19 74:21 80:14

T

table 27:15 81:19
taken 1:20 4:13 38:8 46:10 73:3
taking 5:10 6:17 22:12
talk 36:13 38:3 39:12
talked 85:6
talking 17:25 20:11 28:2 41:16 49:14 66:18 67:12 75:19
tax 37:16
technology 18:10 55:2
tell 36:19 47:24 59:13
teller 8:11,14,22,23,24,25 9:3,14,23 10:8 17:21,21
18:25 42:25
telling 49:11
template 80:19,24
ten 6:23 72:15,17,22 90:4
ten-minute 72:14
term 33:8,9
terms 54:24 56:19
test 24:13 32:15 33:19
testified 6:9
testify 85:13
testimony 95:6,9
tests 22:12 23:22
thank 29:4,5 67:21 79:20 90:6 91:17
that'll 22:13
that's 7:15 9:19 10:20 11:6 12:17 14:20,20 18:4 21:16
,16,17 23:17,19,19,19 26:11 27:3,4,5 29:12,14,21
31:10,10,11 32:4,10,12 33:9,10,11,13,14,14,16,16 34:3
,4 35:12,16 37:14 39:25 40:13 41:5,12,15 42:18,19,21
44:16 45:3,4,5,6,8 46:24 50:17 51:20,23 52:8,21,24
54:23,24,25 55:16 56:2 57:18 60:25 61:2,8,13 62:3 64:3
,22 69:10 70:20,25 71:13,24 72:5,7 77:25 80:21 81:2
82:8,18,18 86:25 87:3,4 88:19 89:24 90:25,25
themselves 1:- 5:8
there's 13:4 18:16,20,23 21:2 26:2 28:23 29:8 33:8,8
37:21 41:13 44:25 48:4,7 52:18 54:8 55:3 56:21 62:4
63:10,11,12,13 83:3 89:19 90:2 91:6
thereto 65:16 90:17
they'll 28:16,16
they're 18:17,18 31:15 37:19 38:5 40:9 53:4 61:4 62:10
,11,17,17,18 63:22 77:9,12,17 79:16,17 82:5,6,6
thing 22:3 32:16 37:13 43:5 44:4
things 18:16 29:9
think 29:18 42:7 70:18,20,25 91:16
though 23:8 25:19
three 20:10,11 29:10,11 34:10 35:16,19 41:16 48:11
49:14 66:16 83:12
three-day 24:8
three-week 24:14
throughout 8:4 15:19 17:22 50:18,20
tied 47:12
time 1:22 3:11 5:6 8:10,14,16,18 10:15 15:24 16:10
19:16,20 20:13 22:23 24:5 26:2 27:11 37:24 40:3,10
46:25 57:21 63:16 88:2 89:19,23 90:4,11 92:3
times 19:23 21:5 40:10
title 10:14 31:9,11,12 32:11 33:11,12,17
titled 49:19 59:3 73:13 83:19
titles 31:11,13
today 4:8 38:20 88:3,4,10,24
told 62:21 88:5
took 10:10 33:19
top 30:25 50:11 90:13
touch 90:7
train 24:18

training 9:25 15:17,19,23 16:17,20,21,23 17:4,6,9,11,20
  18:5 19:2 23:21,24,25,25 24:4,17,19,19
trainings 11:4 17:23
transaction 29:25
transactions 59:18,21
transcript 94:2 95:8
transfer 11:11 41:6
transferred 10:11,21 12:25
transition 9:10
transmittal 29:25
treatment 50:20
trial 3:12 64:10,16 66:3 68:12 69:12,13,18,21 70:2,10
  71:11
tried 70:11
true 44:12,16 95:8
try 56:15
trying 48:6 67:18
twenty 70:9
type 23:21 53:10
typica- 26:11
typical 26:12 57:2
typically 20:7,19 26:4 34:11 56:7

U

u.s 4:19 59:5 68:18 70:16,17 93:14
uncover 32:6
understand 33:3 42:12 50:24 51:3 56:6 58:10 70:15
  71:21 72:6 77:21,24 90:6 91:6
understanding 61:11
understands 32:25 33:7
understood 58:4
united 1:2 70:13
until 11:15 13:5
update 18:23 28:14
updated 18:9
updates 18:8,21,24
us 57:20 59:13 62:18,18,21
used 44:4 57:24
using 48:21
utility 9:13,13

V

vacation 9:3
vague 51:5 57:5 86:14
validate 9:19
value 70:9
variable 65:15 90:16
various 8:22 9:15 10:4
ver- 88:11
verbally 56:23,25 72:2
verification 52:24 53:2
verified 38:6,8
verify 42:25 52:22
verifying 51:19
veritext 4:7 6:4
versatile 11:3
versus 4:17 27:2 63:15
vice 84:12
videographer 2:19 4:2,24 5:22 30:7,16 46:7,11 72:18
  ,23 73:4 91:19,22
videotape 90:2
videotaped 1:19
violation 41:4
vivian 68:15
vs 94:3

W

wait 36:13 43:12
waived 3:8 69:13
waives 64:9
walk 26:4 34:12 38:14
walk-in 26:8
walked 19:11 27:25 31:14
walks 20:5
want 15:22,24 16:14,14,15,16 17:9 20:24 21:6,10 22:11
  26:10 33:5 38:15,16,22 40:9,22 44:6 45:22 47:19 56:16
  59:23 60:20 61:22 71:17 78:8,17
wanted 25:17
wants 28:7
wasn't 19:5,15,20 23:16 46:25
we'll 6:17 7:16 79:12,13
we're 28:11 29:18 30:7,16,20 32:23 35:9 46:7 61:21

62:4,21 66:25 68:8 72:23 73:6 83:6 91:16,22
week 8:13 24:9 87:25
welcome 44:24 45:8,12,19 56:24 57:19,22 60:4,10,17
  ,25 61:3 62:10 63:19 64:5 67:2 82:2,7,14,17,19,23
  85:22 86:12,24 87:10
well 27:5 31:25 33:8 36:21 42:11 43:11 44:21 48:4
  52:16 57:18 66:18,24,25 80:22 81:15
went 8:22,24 9:21,21,25 11:13,21,23 17:9,21,22,23 18:5
  ,13 19:2,3,24 24:7 60:13 72:9 80:15
weren't 8:12 37:20,22
west 2:9
what's 21:21 28:17,19 41:18 44:13 45:8 56:7 57:19 61:2
  62:21 77:7 90:24
whatever 37:3 52:20 61:4 69:24
whereof 95:15
whether 37:13 51:13
whole 12:21 17:10 22:3,23 25:8 37:11,13 38:16 39:22
  44:3 55:20 57:25 90:6
whose 95:6
why 32:4 41:5,12 54:25 61:8 67:17 80:13 85:9 86:25
will 3:7,11 5:7,10 6:5,20,22,24 7:4,10,11 14:24 20:25
  21:8 22:13 26:4 29:3,5 40:6 51:10 55:2 56:14 77:13
  79:23 90:7
williams- 12:3
williamsburg 12:3
wilson 87:14,16,19
win 35:17
withdrawal 41:10
withholding 37:18
within 3:7,14 95:8
without 61:24 62:2
witness 5:4 6:5,8,13,19 7:3 14:23 16:6,8 21:23 33:2
  36:15,18 43:17,22 44:2,13 45:24 68:5 71:6,18,22 72:16
  ,21 78:14 93:3 95:6,9,15
won't 22:9
wonderful 55:2
word 53:24
work 11:13 12:15 13:4,9 15:8 18:2,3 22:21 34:23 55:5
  60:2 62:19 82:25 87:18
worked 8:3,16,18 9:6,10 11:7,15,25 12:22,22,25 15:16
  16:9 18:13 22:11
working 7:22 22:19 35:10 56:9
works 40:18 87:17
world 18:6
wouldn't 22:13 37:21 51:22 52:6,7,18 53:3 54:24
write 40:20 41:2,8 70:22 78:9
writing 90:24
wrong 52:3 53:4

Y

yards 12:21
yeah 15:2 16:19 24:4 31:25 33:24,24 38:17 46:5,21
  47:20 51:4 52:16 70:17,22,23 71:18,19,22 76:17 79:23
  80:24 82:13
year 13:16,24
years 10:20 12:23 15:16,20 16:5,6,7,11,17 17:5,22 19:4
  20:10,11 34:10 35:16,19 41:16 48:11 49:14 66:16 83:12
yes 17:6 20:17 21:20 26:21 28:13 31:2 34:5 35:7 36:5
  44:14 53:18 54:10 55:11 56:2,12 57:17 58:7,11,13 60:5
  ,7 62:11 64:14 70:3 76:21 80:7 82:3 86:2,3 88:18,19
  89:4,8 90:6
ynnn 46:19
york 1:3,-,23 2:-,-,-,-,- 4:7,12,20 5:3 6:4 7:21 8:8 68:12
  69:10,17 85:3,4,6 94:- 95:5
you'd 9:5,18
you'll 27:13
you're 17:25 20:11 22:18 25:8,11 27:6 28:2,21 32:18
  37:6 38:4,14 39:8,19,19,20 40:25 41:14,16 48:21,22,22
  ,23 49:14 51:16,17 53:13 56:8,12,14 59:20 61:11 62:5
  63:14,23 71:23 75:18,19 77:6,16,24 78:22 80:20 82:10
  87:5 89:21 91:5
you've 18:19 61:12,12 74:13

```
                                              -
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2                  Case No. 12 Civ. 1124(DAB)
3
4      -------------------------
       BERTRAM HIRSCH and IGOR    :
5      ROMANOV, on behalf of
       themselves and all others :
6      similarly situated,
                                  :
7              Plaintiff,
                                  :
8      vs.               DEPOSITION OF:
                                  :
9      CITIBANK, N.A.,           BERTRAM HIRSCH
                                  :
10             Defendant.
       -------------------------:
11
12
13
14         TRANSCRIPT of testimony as taken by and
15     before PATRICIA A. SANDS, a Shorthand Reporte
16     and Notary Public of the States of New York and
17     New Jersey, at the offices of STROOCK & STROO
18     & LAVAN, LLP, 180 Maiden Lane, New York, New
19     York, on Thursday, January 16, 2014, commencing
20     at 10:20 in the forenoon.
21
22
23
24
25
```

```
                                              3
1
2                     I N D E X
3      WITNESS                    EXAMINATION
4      BERTRAM HIRSCH
5        Mr. Strauss            5
6
7                  E X H I B I T S
8      NUMBER      DESCRIPTION            PAGE
9      Hirsch
10
11     1    Brief                37
12     2    Transaction report        40
13     3    Signature card            52
14     4    Declaration               56
15     5    Account opening document        63
16     6    Client Manual             70
17     7    Statement                 82
18     8    Direct mail offer         85
19
20       (Exhibits retained by reporter.)
21
22
23
24
25
```

```
                                              2
1
2      A P P E A R A N C E S:
3
       SCHOENGOLD & SPORN PC
4      World Wide Plaza
       393 West 49th Street
       Suite 5HH
5      New York, New York 10019
       BY:  SAMUEL P. SPORN, ESQ.
6      For the Plaintiff
       212 964-0046
7
8      LAW OFFICE OF JAMES C. KELLY
       244 Fifth Avenue Suite K-278
9      New York, New York 10001
       BY:  JAMES C. KELLY, ESQ.
10     Co-Counsel for the Plaintiff
       212 920-5042
11     jkelly@jckellylaw.com
12
       STROOCK & STROOCK & LAVAN LLP
13     180 Maiden Lane
       New York, New York 10038-4982
14     BY:  JOSEPH E. STRAUSS, ESQ.
       For the Defendant
15     212 806-5497
       jstrauss@stroock.com
16
17
18
19
20
21
22
23
24
25
```

```
                                              4
1
2
3
4          IT IS HEREBY STIPULATED AND AGREED,
5      and between the attorneys for the respective
6      parties hereto, that this examination may be
7      sworn to before any Notary Public.
8
9          IT IS FURTHER STIPULATED AND AGREE
10     that the sealing and filing of the said
11     examination shall be waived.
12
13         IT IS FURTHER STIPULATED AND AGREE
14     that all objections to questions except as to
15     form shall be reserved for trial.
16
17
18
19
20
21
22
23
24
25
```

5

```
 1       B E R T R A M   H I R S C H,
 2       3 Arbor Street
         Great Neck, New York 11021,
 3       having been sworn, was examined
         and testified as follows:
 4
 5    EXAMINATION
 6    BY MR. STRAUSS:
 7       Q   Good morning, Mr. Hirsch?
 8       A   Good morning.
 9       Q   I know we've met before.  My name is
10    Joseph Strauss, I'm from the law firm of Strook
11    & Strook & Lavan representing Citibank in this
12    action and I will be taking your deposition
13    today.
14       Would you state and spell your full name.
15       A   Bertram Hirsch, B-E-R-T-R-A-M,
16    H-I-R-S-C-H.
17       Q   And could you please state your home
18    address for the record.
19       A   Three Arbor Street, Great Neck, New
20    York 11021.
21       Q   Have you ever had your deposition
22    taken before?
23       A   Never.
24       Q   Have you ever taken a deposition
25    before?
```

6

```
 1       A   I have participated, but I -- I would
 2    have to say no to that.
 3       Q   If you don't understand any of my
 4    questions for any reason, please let me know.
 5    If you answer a question, I will assume that
 6    you've understood it.
 7       Do you understand that?
 8       A   Yes.
 9       Q   And I am sure you know the testimony
10    you are giving here today is under oath,
11    subject to penalties of perjury just as if you
12    were testifying in a court of law.
13       Do you understand that?
14       A   Yes.
15       Q   Could you describe your educational
16    background since high school?
17       A   Okay.  Bachelor's degree, law degree.
18       Q   And where did you receive your
19    bachelor's degree from?
20       A   Queens College City University of New
21    York.
22       Q   And what year did you graduate from
23    Queens College?
24       A   1968.
25       Q   Did you have a major at Queens
```

7

```
 1    College?
 2       A   I had a triple major.
 3       Q   What was your triple major?
 4       A   Political science, sociology and
 5    history.
 6       Q   Were you awarded any honors or awards
 7    in college?
 8       A   At graduation I had what they called,
 9    I believe, if I remember correctly,
10    Departmental Honors in sociology, because I had
11    a triple A in sociology.  So that merited
12    Departmental Honors at graduation.  Other than
13    that I don't recall that there was anything
14    else.
15       Q   And where did you graduate from law
16    school?
17       A   New York University.
18       Q   What year did you graduate from law
19    school?
20       A   1971.
21       Q   So you went straight through after
22    graduating from college to law school?
23       A   Yes.
24       Q   Did you work while in law school?
25       A   I worked in college, I worked in law
```

8

```
 1    school, I worked in high school.
 2       Q   While in law school where did you
 3    work?
 4       A   I was substitute teaching for the New
 5    York City then called Board of Education, and I
 6    was also employed at the Association on
 7    American Indian Affairs.
 8       Q   And what were your duties for the
 9    Association of American Indian Affairs?
10       A   My duties were to -- I was -- my
11    title was assistant to the executive director,
12    which basically meant that I worked on whatever
13    the executive director assigned me to work on.
14    Which had to do with a lot of research for
15    legislative activities that the organization
16    was involved in, as well as just hands-on
17    assistance to Indian tribes across the country
18    on a multitude of concerns that were brought to
19    the attention of the organization by one or
20    another Indian tribe.
21       It was a very eclectic thing, no -- there
22    is no one way to define it.  It was ever
23    changing and covered a tremendous amount of
24    ground of issues.  If you want, I could expound
25    on it for hours, but.
```

9

1 Q I'm sure you could.
2 A Yeah.
3 Q While in law school did you have a
4 particular concentration?
5 A I don't recall that that was ever
6 something that law school, ah -- that one did
7 in law school, except at the master's level.
8 So no. The answer is no.
9 Q When you graduated from NYU did you
10 receive any honors or awards?
11 A No.
12 Q Were you on Law Review?
13 A No.
14 Q Were you on any other journal?
15 A No. Who had the time? You know, I
16 was, you know, between studies and all of the
17 work I was doing outside of studies -- no,
18 there was just no time for that.
19 Q Could you describe your employment
20 history since you graduated from law school.
21 A Upon graduation I went to work for
22 the Ogala Sioux tribe, O-G-A-L-A, Sioux tribe
23 in South Dakota at the Pine Ridge Indian
24 Reservation. And I was there for just under a
25 year.

10

1 And then I went to, ah -- I came back to
2 New York and I went back to work for the
3 Association on American Indian Affairs where I
4 was staff counsel -- ultimately chief staff
5 counsel, because we hired a couple of more
6 lawyers -- but I was staff counsel there from
7 1970, ah, spring of '72 to summer of '77.
8 And from then forward I was -- I have been
9 in private practice. Solo practitioner.
10 Q Could you describe your duties when
11 you worked -- I can't pronounce the tribe --
12 when you worked for the tribe in South Dakota
13 in 1971?
14 A Well, you know, I was fresh out of
15 law school, I was trying to learn how to be a
16 lawyer. It was not something that they teach
17 you in law school particularly. And so my
18 duties, I was actually -- I was employed by the
19 tribe, but I was physically situated in the
20 office of the attorney who was employed by
21 South Dakota Legal Services, a federally funded
22 legal services program.
23 And so I was basically doing whatever work
24 the tribe asked me to do. And in addition when
25 they didn't have something for me to do, I was

11

1 working with the legal services attorney on
2 some of his stuff.
3 But it included some very minimal criminal
4 law representation, and mostly tribal issues
5 having to do with treaty rights, having to do
6 with the relations between the tribe and the
7 federal government and dealing with different
8 federal agencies on issues of concern to the
9 tribe, whether it be housing, education,
10 health, just another broad range of categories
11 of things that the tribes are involved with the
12 federal government with respect to.
13 Q What types of issues arise in treaty
14 rights cases?
15 A Hunting rights, fishing rights, water
16 rights, land rights, religious freedom rights,
17 ah -- it just goes on and on.
18 Q And are these treaties between the
19 specific tribe you were working for and the
20 United States?
21 A Exactly.
22 Q And then you said you came back to
23 New York in 1972?
24 A Right.
25 Q To the Association of American Indian

12

1 Affairs?
2 A Association on American Indian
3 Affairs.
4 Q On American Indian Affairs. And
5 that's where you had worked previously while in
6 law school?
7 A I started in college and I worked
8 there all through law school, yes.
9 Q Could you describe your duties for
10 the Association on American Indian Affairs?
11 A Well, my duties were to, again, to
12 work on whatever the executive director wanted
13 to work on. To work on things that I
14 independently decided to work on that were okay
15 with the executive director and the board of
16 directors, I should say. And also to handle a
17 great deal of inquiries and requests for
18 assistance that came in over the phone every
19 day all day from tribes all across the country.
20 So, I mean, again, this involved -- it
21 involved litigation to a -- not to a great
22 extent, but the organization is a nonprofit
23 organization that relied on charitable
24 contributions, so the funds for litigation were
25 not extensive by any means, but there was

13

1  litigation that we involved ourselves in.
2      And a tremendous amount of work with
3  federal agencies, the Congress, lobbying bills.
4  Having a lot of success back then in the 1970s,
5  in particular, it was a great time for getting
6  legislation passed that was favorable to Indian
7  tribes. So I worked on just about every single
8  bit of, piece of legislation in the 1970s that
9  became law that are still law today and made
10  major milestones for tribes.
11      And a lot of advocacy with the US
12  Department of the Interior, which has primary
13  responsibility over indigenous affairs in the
14  United States. A lot of work with the then
15  called Department of Health, Education and
16  Welfare, now it's Health and Human Services.
17      And the Department of Treasury we had
18  worked with and the Department of Labor. I
19  don't think that the Department of Education
20  existed then -- oh, it was part of HEW, so it
21  didn't exist then. But, yeah, that was
22  essentially it.
23      Q    So you handled both legislative and
24  with some litigation matters?
25      A    Legislative, administrative,

14

1  litigation. A great deal of travel to
2  reservations around the country and working on
3  local issues for one tribe or another, yeah.
4      Q    When were you admitted to the bar at
5  this point?
6      A    1971 in South Dakota and Nebraska,
7  1972 in New York. And I think it was also 1972
8  in the District of Columbia.
9      Q    Any others?
10      A    No. I mean not state bars, but
11  numerous federal courts.
12      Q    Do you recall the federal courts you
13  were admitted to?
14      A    Okay. Second Circuit, ah, go through
15  the circuits -- Second, Eighth, Ninth, Tenth.
16  I'm trying to remember if I'm in the Eleventh.
17  I'm in the federal circuit, too, but. And then
18  federal district courts: The Southern District
19  of New York, Eastern District of New York,
20  Northern District of New York, South Dakota and
21  Nebraska.
22      Q    What about the United States Supreme
23  Court?
24      A    US Supreme Court, yes, of course. I
25  was admitted there in 1974. Argued a case in

15

1  1974.
2      Q    And what case was that? I'm sure you
3  remember.
4      A    Decoto against District County Court.
5  Which I think you can find at 425 US.
6      Q    Could you briefly describe --
7      A    1975 decision.
8      Q    1975?
9      A    March.
10      Q    Could you briefly describe the issue
11  in that case.
12      A    Well, the issue, ah, the narrowest
13  way to describe it is whether or not a
14  particular congressional enactment in 1891
15  terminated the reservation of the Sisseton-
16  Wahpeton Sioux tribe. S-I-S-S-E-T-O-N hyphen
17  W-A-H-P-E-T-O-N Sioux tribe. Which in the
18  Dakota language is Sisseton-Wahpeton
19  (pronunciation).
20      Q    Was the outcome favorable?
21      A    The outcome was not favorable.
22      Q    Okay.
23      A    It was a six to three defeat, and
24  Justice Douglas wrote the dissent. And I think
25  it was perhaps his last opinion I think

16

1  possibly before he left the court.
2      Q    Did you ever argue any other cases in
3  the US Supreme Court?
4      A    I didn't personally argue, but I have
5  participated in cases that where certiorari was
6  granted, but I was not the attorney who did the
7  argument. There were several of those.
8      Q    Were you ever involved in a case as
9  an attorney where one of the parties challenged
10  the existence of a contract?
11      A    The existence of a contract? Uhm,
12  not that I can recall, but maybe.
13  I mean, "contract" covers a broad scope of
14  territory, but, you know, what constitutes a
15  contract -- I mean, in a sense a treaty is a
16  contract, too.
17      Q    That's exactly where I was going, but
18  maybe more pertinent to your work, any cases in
19  which a party challenged the existence of a
20  treaty?
21      A    Oh, yeah. Oh, sure. Oh, the
22  existence of a treaty? No, not challenged
23  the -- no, no, I've never been involved in a
24  case where the existence of a treaty was
25  challenged. Interpretations of treaties, yes.

17

1    But not the actual existence itself, no.
2        Q    And with respect to the
3    interpretation of treaties, does that involve
4    contract law?
5        A    No.  No, it does not.
6        Q    It's confined to the particular
7    language of the treaty at issue?
8        A    Yeah, and a body of federal Indian
9    law that has developed with respect to that,
10   right.  Not contract law, I think as you mean
11   it, no.
12       Q    Have you ever been involved in a case
13   as an attorney in which a party asserted claims
14   against a bank or a credit card company?
15       A    No.
16       Q    And I believe you said that in the
17   summer of 1977 you left the Association on
18   American Indian Affairs and went into private
19   practice?
20       A    Yes.
21       Q    First, why did you leave the
22   Association on American Indian Affairs?
23       A    Well, it was time, I guess, to move
24   on. One thing. Two, I had an interest in,
25   frankly, in trying to increase my income.  That

18

1    was a significant motivating factor.  That was
2    basically it.  I mean, it was just -- it just
3    felt like the right time to move on.
4        There wasn't anything special about it.  I
5    mean, they would have been delighted had I
6    stayed.  They wanted me to stay.
7        Q    And since 1977 you have been in solo
8    practice?
9        A    Yes.
10       Q    Can you describe the nature of your
11   practice?
12       A    It was I would say 98 percent
13   representing Indian tribes, and national and
14   regional native American organizations.
15       Q    Representing them in what type of
16   matters?
17       A    I was general counsel to a number of
18   native American organizations simultaneously.
19   I mean, it was quite overwhelming really.  And
20   I was also a general counsel to a number of
21   Indian tribes at the same time.  And then with
22   respect to other tribes and organizations, I
23   just did piece work as it came in.
24       I actually had spent a lot of years doing
25   this.  I was -- I was known.  You know, I got

19

1    calls.  It was not hard to get work back in the
2    day, you know.  Now there is a lot more
3    competition for that work, a lot more.  But
4    back then much less so and it wasn't that
5    difficult to get work.
6        Q    And as general counsel your work, I
7    assume, was fairly varied?
8        A    Extraordinarily so, yes.
9        Q    So you would handle tort matters,
10   contract matters, land use?
11       A    Actually not so much, believe it or
12   not.  What I -- what I was handling was an
13   awful lot of disputes which were common then
14   and common now between tribes and states over
15   jurisdictional issues.
16       I mean, there is a long, long history of
17   states seeking to impinge on what tribes
18   believe to be their exclusive jurisdictional
19   domain in a whole host of areas, criminal and
20   civil, and the tribes fighting back as best
21   they could.  So there was that as a constant
22   element.
23       There was trying to assist tribes in
24   developing housing for their people.  And
25   tribally controlled schools, that's another

20

1    area of jurisdiction where the states thought
2    that tribal children needed to go to the state
3    or local county schools.  And the tribes were
4    resisting that tremendously at the time I came
5    along, because of discrimination.  Massive
6    amounts of discrimination.  They wanted their
7    own schools, which they ultimately achieved in
8    getting.  And I helped set up the first
9    tribally controlled schools in the country.
10       Much later on -- I mean, I'm just skipping
11   around here, but much later on when the battle
12   was won to recognize the right of tribes to
13   open and run casinos, I also helped establish
14   the very first tribal casinos in the country.
15   And litigated the very first challenge to that
16   law, successfully at that time, in the Eighth
17   Circuit.
18       And so on.  I mean, it was just, ah -- I
19   don't know what to tell you, but anything and
20   everything that was going on in federal Indian
21   law through several decades I was involved in.
22       The Indian Child Welfare Act was a major
23   thing that I was involved in.  It was signed
24   into law by Jimmy Carter in 1978, it took
25   eleven years to secure enactment of that.  I

**21**

1   was the principal drafter of that law, and
2   lobbied it for eleven years and we finally got
3   it passed.
4       That was the subject of a US Supreme Court
5   decision, twice. The first one was in 1989, a
6   decision by Justice Marshal which was a
7   tremendous victory, six to three in favor of
8   our position.
9       Q   What was your position?
10      A   But I didn't argue that case either,
11  but I had a major role in participating in it
12  at the Supreme Court level.
13      Q   What was the issue in that case?
14      A   The issue in that case had to do with
15  whether or not the adoption -- it was an Indian
16  Child Welfare case, it had to do with whether
17  or not the adoption of two children who were
18  twins and members of the Mississippi Choctaw
19  tribe, whether or not the adoption was valid.
20  Or whether it was invalid -- it was valid, the
21  Mississippi State Court said it was valid under
22  state law, but the challenge was that it wasn't
23  valid under the federal law.
24      And so the Supreme Court agreed that it
25  wasn't valid under the federal law, because

**22**

1   they said the, ah -- the ultimate decision was
2   that the tribe had exclusive jurisdiction to
3   determine that adoption and the State Court of
4   Mississippi had no jurisdiction. And so they
5   voided that adoption.
6       Q   What was the tribe's exclusive
7   jurisdiction based on?
8       A   On the statute.
9       Q   On the statute.
10      A   Yeah. The statute has a -- it's a
11  complicated statute, but one section of it says
12  that tribes have exclusive jurisdiction to
13  determine adoptions, foster care and child
14  custody issues pertaining to children who
15  either reside on or are domiciled on the
16  tribe's reservation.
17      Q   So it's --
18      A   And so there was a whole -- there was
19  a whole dispute in the case over the definition
20  of "domicile": Is it a state law definition of
21  "domicile", or is there a more universal
22  federal law definition which should apply here,
23  so that there is uniformity nationwide on how
24  the Indian child welfare records apply.
25  Ultimately the court opted for the latter.

**23**

1       Q   Are you currently retired from
2   practice?
3       A   To a significant degree, but I
4   wouldn't say entirely no.
5       Q   So you're semi-retired?
6       A   Yeah.
7       Q   What percentage of your time would
8   you say you spend practicing law today?
9       A   Oh, somewhere in the 15 to 20 percent
10  range.
11      Q   And was that the case as of
12  October 2010 as well?
13      A   Yeah, I would say so.
14      Q   Okay.
15      A   Yeah.
16      Q   And other than this action have you
17  ever been personally involved in a case as
18  either a plaintiff or a defendant?
19      A   I think I have had a couple of small
20  claims cases years ago, not anytime recently.
21  And as a plaintiff or a defendant -- never as a
22  defendant, no.
23      Q   That's good.
24      A   No. And as a plaintiff -- no, not
25  really.

**24**

1       Q   Just briefly, what were the small
2   claims cases?
3       A   Car accident, you know, petty stuff.
4       Q   Okay. Do you -- for your solo
5   practice did you maintain an office outside of
6   your home, or was your office -- did you have a
7   home office?
8       A   I started out by -- I bought a house
9   many years ago before I was married, so I
10  started out living in that house and working
11  out of that house. But then it was only about
12  a year after I bought the house that I got
13  married, and my wife owned a house and so I
14  moved in with her and kept the other house as
15  my place of work.
16      Q   So where is the first house that you
17  bought?
18      A   In Floral Park.
19      Q   In Floral Park?
20      A   Yeah.
21      Q   And you said you still maintain that
22  house today?
23      A   Yes, I do. I bought that house in
24  1981, I still have it.
25      Q   And the house that you reside in, is

```
                                                      25
1    that Arbor Street?
2        A    Yes.
3        Q    That's your current residence?
4        A    Uhm hum.
5        Q    With respect to your files pertaining
6    to your work, are those kept in the Floral Park
7    house?
8        A    Yes.
9        Q    What about personal files, are those
10   kept in the Floral Park house or in the Great
11   Neck house?
12       A    Largely in Floral Park.  Not
13   entirely, but largely.  My wife is a
14   thrower-awayer.  She hates to keep anything.
15   And me, I'm the exact opposite.
16       Q    You're a pack rat?
17       A    I wouldn't go that far, but
18   approaching that to some degree.
19       Q    You said your personal files are
20   largely at the Floral Park house?
21       A    Right.
22       Q    What personal files do you keep in,
23   ah -- well, you said -- I'm sorry.
24       You said your personal files are largely
25   at the Great Neck house?
```

```
                                                      26
1        A    No, the opposite.
2        Q    Oh, they are largely at the Floral
3    Park house.  So I was correct on that?
4        A    Right.
5        Q    Your personal files?
6        A    Yes.
7        Q    Okay.  So what personal files do you
8    keep at the Great Neck house?
9        A    Oh, files pertaining to credit card
10   statements and my passport, you know.  I don't
11   know that these necessarily rise to the level
12   of characterizing them as files, but just
13   everyday things that I use on a daily basis
14   that I need every day just in my personal life
15   every day.  Things that are less needed I store
16   away in the other place.
17       Q    What about banking records, where
18   would you keep those?
19       A    Banking records, I'm -- in Floral
20   Park, yeah.
21       Q    Do you receive -- generally speaking,
22   do you receive bank account statements?
23       A    I do, yeah, sure.
24       Q    Do those statements go to the Floral
25   Park house or the Great Neck house?
```

```
                                                      27
1        A    I get I would say well more than
2    90 percent of all of my mail goes to a PO box
3    in Great Neck.  At the Great Neck Post Office.
4    Including my banking statements.
5        Q    Why do you have a PO box?
6        A    Well, one is because I can get my
7    mail at 9 o'clock in the morning instead of
8    4 o'clock in the afternoon.  That's one reason.
9    That was an important reason.
10       And it just -- I was losing some mail here
11   and there when it came to the house.  There was
12   too much -- too much going on at the house
13   where I was expecting pieces of mail and they
14   wouldn't show up, and I wasn't there to get it
15   when the mail came.
16       Q    This is you're talking about the
17   Floral Park?
18       A    Great Neck.
19       Q    Oh, the Great Neck house.
20       A    In Great Neck.  I wasn't there to get
21   it when the mail came and then I would be
22   wondering what happened to the piece of mail I
23   was anticipating.  It was just -- it was just
24   better all around to get it at the PO box,
25   that's all.  It was just convenient and
```

```
                                                      28
1    efficient and I prefer it.
2        Q    And did you have both business and
3    personal mail go to the PO box?
4        A    Definitely.  The only address I use
5    for business mail was the PO box.  That's the
6    address on my letterhead.
7        Q    And you would go to the PO box, pick
8    up the mail and typically bring it to the
9    Floral Park house?
10       A    Typically.
11       Q    Okay.  But any banking statements
12   that would come in, they would come in to the
13   PO box as well?
14       A    Yes.
15       Q    And you would bring those to the
16   Great Neck house?
17       A    No.
18       Q    Those go to the Floral Park house?
19       A    Right.
20       Q    Other than the Citibank accounts at
21   issue in this lawsuit have you ever held any
22   other savings or checking accounts?
23       A    Sure.
24       Q    Have you ever held any savings or
25   checking accounts with Citibank?
```

---

29

```
1      A   No.
2      Q   What other banks have you held
3   savings or checking accounts with?
4      A   At any time?  Some of these banks
5   don't exist anymore, if you go back far enough.
6      Q   If you can remember.
7      A   With all of the mergers and all of
8   that stuff.
9      Q   Right.
10     A   Immigrant, Dime of Williamsburgh,
11  Capital One, Chase, Flushing Savings Bank,
12  Roslyn Savings Bank which is now part of New
13  York Community Bank.  State Bank of Long
14  Island, ah -- what else.  There are some
15  others.
16     Q   As of October 2010 did you have any
17  other savings or checking accounts?
18     A   Yes.
19     Q   Do you recall what banks those
20  accounts were with?
21     A   Flushing Savings Bank, Capital One,
22  Bank of America, I think that was it.  Possibly
23  Chase, maybe.  I don't remember.
24     Q   And, again, as of October 2010 what
25  about credit card accounts?
```

---

30

```
1      A   Credit card accounts, uhm, I probably
2   had a Citi credit card.  I probably had a Chase
3   credit card.  I say probably, because I have
4   had those throughout the years at one time or
5   another usually.  I usually have it.
6      I think I -- I believe at that time I had
7   a US Bank credit card as well.  And Capital
8   One.  And Capital One.  Barclays I might have
9   had then, maybe.  I have had Barclays from time
10  to time, I just can't -- I don't remember
11  precisely what I had in 2010 as opposed to 2009
12  or 2011.
13     Q   Sure.  With respect to the bank
14  accounts, and I think you said Capital One,
15  Flushing Savings and Bank of America, do you
16  still hold those accounts today?
17     A   All but Flushing.  I do not in
18  Flushing.
19     Q   Do you recall when you closed the
20  Flushing Savings account?
21     A   That was in March of 2013.  That was
22  a checking account, it wasn't a savings
23  account.  I have had savings account at
24  Flushing, but I didn't -- when that
25  relationship ended it was only a checking
```

---

31

```
1   account.
2      Q   Do you recall whether either the
3   Capital One, the Flushing account or the Bank
4   of America account was governed by an
5   agreement?
6      A   Do I recall whether it was governed
7   by an agreement -- no.
8      Q   Do you recall receiving an agreement
9   or terms and conditions governing those
10  accounts when you opened those accounts?
11     A   No.
12     Q   Do you have any reason to believe
13  that those accounts were not governed by an
14  agreement?
15         MR. SPORN:  Objection to the form.
16         Speculative, vague.
17         THE WITNESS:  I would assume that any
18     account I have with any entity, banking or
19     otherwise, is governed by some agreement,
20     but did I ever receive one, no.
21     Q   Do you recall reviewing an agreement
22  from either Capital One, Flushing or Bank of
23  America?
24     A   No, I recall not reviewing.  That's
25  what I recall.
```

---

32

```
1          MR. STRAUSS:  Can we go off the
2      record.
3          (Off the record.)
4          MR. STRAUSS:  Back on.
5          Can you read back the last question
6      and answer.
7   (The prior question and answer was read back by
8      the reporter.)
9      Q   So I assume you don't recall whether
10  any of those agreements contained an
11  arbitration clause?
12     A   I never saw an agreement, so I
13  wouldn't know one way or the other.
14     Q   When you say you never saw an
15  agreement from those three banks, are you
16  saying you don't recall seeing it or they did
17  not provide you with one?
18     A   I know that I was not provided with
19  an agreement by any one of those entities.
20     Q   How do you know you were not provided
21  with an agreement by Capital One?
22         MR. SPORN:  Objection to the form of
23     the question.
24         THE WITNESS:  Well, it's like --
25     okay, it's like asking whether I know
```

---

33

1      whether somebody is pregnant or not.
2            But look, I have very meticulous
3      records.  I keep everything.  I have
4      records going back a couple of decades,
5      which should go in the garbage, of bank
6      accounts and bank statements of banks that
7      no longer exist.  Why I have it, I
8      couldn't say, but it's just stupidity
9      on my part, but in any event, I have very
10     careful records and I know what I have are
11     my account opening documents, and they
12     never included an agreement.
13     Q    So Capital One never included an
14     agreement?
15     A    No.
16     Q    And Flushing Savings never included
17     an agreement?
18     A    No.
19     Q    And Bank of America never included a
20     agreement?
21     A    Bank of America is a different animal
22     for me.  Meaning, that I have a bank account
23     there through a brokerage account.  In other
24     words, I have a Merrill Lynch account and Bank
25     of America owns Merrill Lynch.

34

1      Q    Okay.
2      A    So I have -- I have a bank -- I have
3      a checking account, I do not have a savings
4      account, I have a checking account that's a
5      Bank of America checking account, but it's
6      through Merrill Lynch.
7            And so of course when I opened that
8      through the brokerage, I got extensive SEC
9      required, ah, you know, terms and conditions
10     for the brokerage account.
11           MR. SPORN:  Counselor, we have a
12     direction from the Second Circuit as to
13     the issue, the issues in this case.
14           You may inquire very, very broadly as
15     you have done in the last hour, but
16     fishing around for other accounts and
17     other pieces of paper is not following the
18     Second Circuit direction and mandate.  So
19     I'm going to ask you to stop at this
20     point.
21           MR. STRAUSS:  I disagree with your
22     objection and I'm going to continue.
23           MR. SPORN:  Go ahead and continue.
24     You have my objection.
25           MR. STRAUSS:  I have it.

35

1      Q    When did you open the Capital One
2      account?
3      A    Capital One, that would have been
4      2008, I believe.
5      Q    And have you kept all of the records
6      from the Capital One account?
7      A    Absolutely.
8      Q    And you know that they did not
9      provide you with an agreement because an
10     agreement is not in those records?
11     A    I know, because, number one, when I
12     opened the account I know exactly what I did
13     and who I did it with.  And they did not
14     provide me with that.  Number two, I also know
15     it from my records.
16     Q    And would the same answer that you
17     just gave for Capital One, would that also
18     apply to Flushing Savings?
19     A    Yes.
20     Q    And --
21     A    Well, not with respect to the year
22     that I opened the account.
23     Q    No, no, just with respect to the
24     agreement.
25     A    Right.

36

1      Q    And what year did you open the
2      Flushing Savings?
3      A    Ah --
4      Q    And when I say Flushing, I'm not
5      saying savings account.
6      A    Savings Bank, yeah.  Flushing Savings
7      Bank.  You know, Flushing Savings Bank has bee
8      in the community near where I live for decades
9      and I have had different accounts there at
10     different times.  Sometime in the 1990s I would
11     say.
12     Q    And you said you had opened the Bank
13     of America account through a brokerage?
14     A    Right.
15     Q    When did you open that account?
16           MR. SPORN:  I'm going to repeat my
17     objection, and I'm also going to move to
18     strike your continuing questions in this
19     area.
20           The Second Circuit told us what we
21     had for January 27th.  So far it's now
22     five after eleven, you have not asked him
23     one question about Citibank, his activity
24     at Citibank, whatever he did at Citibank
25     with regard to this promotional offer that

37

1    Citibank made.  And, sir, I think you are
2    going way, way afield and I move to strike
3    your previous questions.
4        Q    With respect to the Bank of America
5    account, where do you keep those files?
6        A    Floral Park.
7        Q    Do you ever recall ever declining to
8    open a bank account because the agreement
9    governing the account contained an arbitration
10    clause?
11        A    No.  Well, just to be clear about
12    that, I never saw one with an arbitration
13    clause to even consider whether to decline or
14    not.
15        MR. STRAUSS:  Can you please mark
16    this as Hirsch Exhibit 1.
17        (Exhibit 1 marked for
18    identification.)
19        Q    Mr. Hirsch, can you please take a
20    look at what has been marked as Hirsch
21    Exhibit 1.
22        A    Okay.
23        Q    Have you ever seen this document
24    before?
25        A    Yes.

38

1        Q    What is it?
2        A    It is the Appellees' Brief in the
3    lawsuit that you're currently taking the
4    deposition in that was presented to the Second
5    Circuit US Court of Appeals in July of 2013.
6        Q    Have you ever read it?
7        A    I skimmed it.
8        Q    If you could turn to page 12.
9        A    I did not read it as I would if I
10    were not the client.
11        Q    If you were arguing the case?
12        A    If I were arguing the case, or if I
13    were the practitioner who had to write it or
14    edit it, or anything like, you know --
15        I did not read it as a lawyer, okay, with
16    my typical meticulous lawyering skills.  I
17    didn't do that.
18        Q    I understand.
19        A    Go ahead.
20        Q    If you could turn to page 12.
21        A    Yeah.  Go ahead.
22        Q    The first full paragraph, the last
23    sentence.
24        A    Yeah.
25        Q    It says:  "However, Appellee Bertram

39

1    Hirsch, a semi-retired attorney, was very
2    careful in his dealing with Citibank and was
3    clear in his declaration as to the actual
4    documents he received from Citibank."
5        Do you agree with the statement that you
6    were very careful in your dealing with
7    Citibank?
8        A    Yes.
9        Q    Okay.
10        A    I mean, you know, I don't know how to
11    evaluate that sentence in terms of time.  You
12    know, dealing -- what, when I was opening the
13    account?  Subsequent to opening the account?
14        You know, if that, ah, if that statement
15    there is referring to when I was dealing, you
16    know, face to face with Citibank personnel in
17    opening the account, uhm, careful, I don't know
18    what -- I'm not sure what the word "careful"
19    denotes in that context.
20        I mean, I walked into the bank, I sat
21    down, I said I want to open an account, and we
22    went through the process.
23        Q    Okay.
24        A    I was as careful as I would normally
25    be in any business transaction, making sure

40

1    that I was getting what I came in the bank to
2    get, you know.
3        Q    Okay.  On October 25th, 2010 did you
4    open certain accounts with Citibank?
5        A    I did.
6        Q    Do you recall what types of accounts
7    you opened on October 25, 2010?
8        A    A checking account and a savings
9    account.
10        MR. STRAUSS:  Let's mark another
11    exhibit.
12        (Exhibit 2 marked for
13    identification.)
14        Q    Have you ever seen this document
15    before, Mr. Hirsch?
16        A    The first time I ever saw this
17    document was two days ago when it was
18    introduced as an exhibit at Mrs. Saffier's
19    (phonetic) deposition.
20        Q    Did you see it at Michael Ashley's
21    deposition?
22        A    I don't recall seeing it there.  I
23    don't remember whether that was an exhibit
24    there.  It probably was, but I don't remember
25    that.

41

1    Q    If you could look under "Account
2  Type", sort of the upper third of the page, it
3  says:  "Regular Checking and Savings Plus
4  Account."
5    A    I'm not quite focusing on that yet.
6  Where is that now?
7    Q    It's under sort of the first line.
8    A    Oh, I see.  Within the number 1 and
9  the 2, is that what you're talking about?
10   Q    That's it.
11   A    Yeah, okay.  Regular Checking, and
12  the number 2 is Savings Plus Account, yeah.
13   Q    Are those the accounts you opened on
14  October 25th, 2010 at Citibank?
15   A    Yes.
16   Q    Have you ever heard the term "deposit
17  account"?
18   A    Yes.
19   Q    Do you know what a deposit account
20  is?
21   A    My understanding is that's a savings
22  account and not a checking account.
23   Q    What does the word "deposit" mean to
24  you?
25   A    Putting something into something

42

1  else.
2    Q    That's good.
3    A    It doesn't need to be money, it
4  doesn't need to be a bank account.
5    Q    Do you know whether you can deposit
6  money into a checking account?
7    A    Yes, you can.
8    Q    And do you know whether you can
9  deposit money into a savings account?
10   A    Yes, you can.
11   Q    And did you, in fact, deposit funds
12  into the Regular Checking and Savings Plus
13  Account on October 25, 2010?
14   A    Yes.
15   Q    Now on October 25th, 2010 you opened
16  up your accounts at the Great Neck branch?
17   A    Correct.
18   Q    And you did it in person?
19   A    I did.
20   Q    Why did you choose to open up the
21  accounts in person?
22   A    As opposed to what?  How else do you
23  open an account?
24   Q    By the Internet, maybe over the
25  phone.

43

1    A    Well, I do not believe -- first of
2  all, I like to do business face to face.  I do
3  not like to open -- I have opened accounts over
4  the Internet and over the phone, but I don't
5  prefer that.  I have only done that when I
6  couldn't do it in person because the entity
7  that I was dealing with didn't have a local
8  place for me to go in person.  But if I can do
9  things face to face, I'm old fashioned, I like
10  to do that.
11       But the other reason, of course, is that
12  I, as you know, I had a promotional offer that
13  relates to these accounts having to do with
14  securing American Airlines frequent flyer miles
15  in relation to these account openings, and I
16  don't recall at this time that there was an
17  option to do that by phone or Internet.  I
18  think it had to be done in the bank.
19   Q    You said you have in the past opened
20  accounts via Internet or phone.  Do you recall
21  what accounts those were?
22   A    Invariably I would say CDs.
23   Q    So those were not the Capital One,
24  the Flushing Savings or Bank of America
25  accounts?

44

1    A    Capital One, yes.
2    Q    Okay.
3    A    I mean, I do have checking and
4  savings account at Capital One, but I also have
5  CDs.
6    Q    Okay.
7    A    And the CDs were opened entirely both
8  online and over the phone.
9    Q    And the --
10   A    And that, by the way, let me just --
11   Q    Sure.
12   A    -- point out to you, I mean, not that
13  it matters really, but just as a clarification,
14  that Capital One only recently acquired
15  branches in New York.  It was not a bank that
16  had branches in New York until just recently,
17  in the last several years.
18       And so prior to that they were
19  headquartered and still are headquartered in
20  Virginia.  And if you want to do business with
21  them, you have to deal with them over the phone
22  or by Internet through their offices in
23  Virginia.
24   Q    Do you recall after -- when you
25  opened the Capital One account, do you recall

---

45

```
 1    receiving any sort of mailing from them
 2    containing literature with respect to the
 3    account after you opened it?
 4        A   I got a mailing from them with, ah --
 5        Well, first of all, I had to submit an
 6    application through the mail even as a
 7    confirming kind of a thing after opening the
 8    account online and over the phone.  It was
 9    paperwork I had to actually physically sign and
10    send back.  And then I -- which they mailed to
11    me, they mailed to me what I needed to sign and
12    send back.  And then they ultimately, not long
13    after, mailed me the certificate of deposit.
14    And sure, those certificates of deposit came
15    with terms and conditions.
16        Q   In the mail?
17        A   In the mail.
18        Q   And those were --
19        A   None of which I -- as far as I
20    recall, were available online.  It was only
21    what I got in the mail, but it was part of the
22    account opening process.
23        Q   And you filed those terms and
24    conditions in the Floral Park home?
25        A   Yeah.
```

---

46

```
 1        Q   On October 25th, 2010 do you recall
 2    what time of day you went to the Great Neck
 3    branch?
 4        A   In the morning.  Late in the morning
 5    I would say.
 6        Q   Did you previously call for an
 7    appointment?
 8        A   No.
 9        Q   Did you go to the branch alone or was
10    somebody with you?
11        A   Alone.
12        Q   Prior to October 25th, 2010 had you
13    been to Citibank's Great Neck branch
14    previously?
15        A   Occasionally.
16        Q   And what was the purpose of prior
17    visits to the Citibank branch?
18        A   Every now and again I found it to be
19    convenient or whatever to pay my Citi credit
20    card bill there, monthly bill.  I would go in
21    and just go over to the teller and pay the
22    credit card bill.  I have had a Citi credit
23    card on and off over many years.
24        Q   Okay.
25        A   And but oftentimes I would pay the
```

---

47

```
 1    bill online, too.  So, yes, I stepped in there
 2    occasionally.
 3        Q   Do you recall any -- was there a
 4    particular teller whom you would go to?
 5        A   No.  No, you go on line and --
 6    usually there is really no line, maybe one
 7    person in front of me and then whoever was next
 8    there.
 9        Q   Okay.
10        A   I didn't get to know any of those
11    tellers.  Not like -- not like Capital One
12    where I go on a very regular basis, and
13    everybody in the bank knows me in the branch I
14    go to.  But at Citibank, no.  I didn't know
15    anybody there and they didn't know me.
16        Q   After October 25th, 2010 did you get
17    to know any of the Citibank personnel at the
18    Great Neck branch?
19        A   Depends on what you mean by "get to
20    know".
21        Q   Well, did you interact with them more
22    where they knew you if you were to walk in?
23        A   Oh, no.  Definitely not.
24        Q   And so on --
25        MR. STRAUSS:  Actually, maybe we
```

---

48

```
 1    could take a five-minute break.
 2        (Recess.)
 3        MR. STRAUSS:  Okay, back on.
 4        Q   Mr. Hirsch, when you first walked
 5    into the Great Neck branch on October 25th,
 6    2010 what did you do?
 7        A   What did I do -- I walked in and they
 8    have a person there at a podium a few feet
 9    inside the door.  Who I don't know the title
10    of, but I would generically call the person a
11    "greeter" for lack of a better description, who
12    asked me what I needed in the bank that day.
13    And I said I came to open an account.  And I
14    believe, if I remember correctly, that I had to
15    wait for one other person to be finished with
16    whatever transaction that person was doing, and
17    then I was -- I was taken next, maybe within
18    five to ten minutes.
19        Q   And who at the Great Neck branch
20    assisted you with opening your accounts?
21        A   Michael Ashley.
22        Q   Had you ever met Michael Ashley
23    before?
24        A   Never.
25        Q   Had you ever spoken with Michael
```

---

49

```
1       Ashley before?
2       A    No.  Nor since that day, either.
3       Q    Okay.
4       A    Until we met at the deposition last
5   week, but no.
6       Q    Did anyone else at the Citibank
7   branch assist you with opening your account on
8   October 25th, 2010?
9       A    No.
10       Q    Where in the branch did you open your
11   accounts?
12       A    In Mr. Ashley's office.
13       Q    Did Mr. Ashley have his own office?
14       A    Yes, he did.
15       Q    Was there a desk in his office?
16       A    Yes.  I sat on one side, he sat on
17   the other side.  My back was to the door, his
18   face was facing the door.
19       Q    What else do you remember about
20   Mr. Ashley's office -- was there a computer in
21   the room?
22       A    Sure.
23       Q    Did you notice any papers or files in
24   the room?
25       A    He had a file cabinet right behind
```

51

```
1   by this mailing that I had, and I handed him
2   the mailing.
3       Q    And after you handed him the mailing
4   what did he say to you?
5       A    Well, he proceeded to read it.  He
6   proceeded to read the backside of it, in
7   particular, which spells out for the banker,
8   you know, what the terms and conditions are of
9   the offer and what the banker needs to do to
10   assist the customer in fulfilling the terms and
11   conditions of that offer.
12       Q    Okay.
13       A    So he read it and then he proceeded
14   to carry through with opening the accounts.
15       Q    And while he was doing that did he
16   say anything to you?
17       A    You know, I'm sure we had some small
18   talk going back and forth, but I have no memory
19   of that.
20       Q    Do you recall Michael Ashley asking
21   you any questions during the account opening
22   process?
23       A    Sure, questions about can I have your
24   picture ID, you know.  I mean all of the
25   routine things that are necessary to opening an
```

50

```
1   his desk chair against the wall behind him.
2       Q    Were there any papers on his desk?
3       A    Yes, there were.
4       Q    Do you remember what papers those
5   were?
6       A    Not at all.
7       Q    How long --
8       A    It's not a matter of remembering what
9   they were, I don't think I ever knew what they
10   were.  I didn't look at them.
11       Q    How long did the account opening
12   process take from start to finish?
13       A    I believe that it was somewhere from
14   20 to 25 minutes.  It certainly wasn't more
15   than that.  It was very routine and very fast.
16       Q    So when you first sat down with
17   Michael Ashley did he say anything to you?
18       A    Well, he said hello and what can I
19   help you with.  I mean, not those exact words,
20   but that was the essence of it.
21       And I told him I have this Citibank
22   mailing that I received offering American
23   Airlines miles as part of the process of having
24   a savings and a checking account.  And I said I
25   wanted to open the accounts that are required
```

52

```
1   account.  My Social Security number, et cetera.
2   He asked me those basic account opening kinds
3   of questions.
4       Q    Anything else you can remember about
5   your conversation with --
6       A    No.
7       Q    -- Mr. Ashley?
8       A    No.
9       Q    Did you make any notes about your
10   conversation with Mr. Ashley?
11       A    I did not.
12       Q    Did you sign anything when you opened
13   your account?
14       A    Sure.
15       Q    What did you sign?
16       A    The signature card.
17       MR. STRAUSS:  Let's mark this as
18   Hirsch number 3.
19       (Exhibit 3 marked for
20   identification.)
21       MR. SPORN:  Just give the Bates
22   number for the record.
23       MR. STRAUSS:  What has been marked as
24   Hirsch number 3 is Bates number
25   CITI-000080.
```

53

1           THE WITNESS:  (Reviewing document.)
2      Q    I take it you recognize this
3  document?
4      A    I do.
5      Q    Is that your signature on this
6  document?
7      A    Yes, it is.  One of my better ones.
8      Q    And you remember signing the
9  signature card?
10      A    Yes.
11      Q    Do you remember Michael Ashley
12  presenting you with the signature card?
13      A    Yes.
14      Q    Did Michael Ashley say anything to
15  you when he gave you the signature card?
16      A    He said to me that I needed to sign
17  this.  This was -- this would have been toward
18  the end of the process of opening the account.
19  Or I should say accounts.  Plural.
20      Q    Did Mr. Ashley say anything else when
21  he gave you the signature card?
22      A    Regarding the signature card itself?
23      Q    Yes.
24      A    No, not that I can recall.
25      Q    Did you ask Michael Ashley any

54

1  questions about the signature card before you
2  signed it?
3      A    I did not ask him any questions about
4  the signature card.  I did ask him some
5  questions about the promotion, though, because
6  I had a particular concern.
7      Q    And when you say you did not ask
8  Mr. Ashley any questions about the signature
9  card, does that include both before you signed
10  the signature card and after you signed the
11  signature card?
12      A    No, I did not ask him any questions
13  about the signature card.  I looked at it, I
14  read it and I signed it and I handed it back to
15  him.
16      Q    Do you see on the signature card
17  toward the top of the page where it says "By
18  signing below, I (1) certify my tax status, (2)
19  agree to be bound by any agreement governing
20  any account opened in the title indicated on
21  this card"?
22      A    Yes.
23      Q    Did you ask Michael Ashley what the
24  "any agreement" referenced in this card was?
25      A    I did not.  Nor did he volunteer

55

1  anything about that.  We had no discussion
2  about that whatsoever.
3      Q    Did you ever ask Michael Ashley for a
4  copy of any agreement that is referenced in the
5  signature card?
6      A    I did not.
7      Q    Were you shown any other documents
8  during the account opening process?
9      A    You mean other than the signature
10  card?
11      Q    Other than the signature card.
12      A    Yeah, there was a -- there were --
13  you have them.  There were a couple of other
14  documents that deal with the, ah -- with each
15  account.  Showing the, ah, you know, the
16  account numbers and the deposit that I made to
17  open each account.
18      I don't recall the titles of those
19  particular documents, but, yes, of course he
20  handed me -- he handed me back to take home
21  with me the account opening documents for each
22  account.
23      Q    Were the account opening documents in
24  a folder?
25      A    No, they were not.

56

1      Q    So they were separately clipped, I
2  guess?
3      A    Separate pieces of paper, yes.
4      Q    Separate pieces of paper.
5      A    8 1/2 x 11, just like this one.
6      MR. STRAUSS:  Let's take a look at
7  another exhibit.
8      (Exhibit 4 marked for
9  identification.)
10      Q    Mr. Hirsch, do you recognize this
11  document?
12      A    I do.
13      Q    What is it?
14      A    It is a declaration that I signed on
15  April 12 of 2012.  And that was filed in this
16  lawsuit as a filing that was made in April of
17  2012 as part of some larger filing.
18      Q    And did you review this document
19  before you signed it?
20      A    I certainly did.
21      Q    If you could look at paragraph 15 of
22  the declaration on page 3.
23      A    Okay.
24      Q    It lists a number of documents that,
25  it says "Citibank gave to me."

57

```
1        A    Uhm hmm.
2        Q    Do you see that?
3        A    Yes, I do.
4        Q    Are the documents listed in paragraph
5    15 the documents you received on October 25th,
6    2010 at the branch?
7        A    Yes.
8        Q    And these are the documents that
9    Michael Ashley handed you during the account
10   opening process at the branch?
11       A    Yes.
12       Q    Did you receive any other documents
13   that day at the branch?
14       A    No.
15       Q    Now when Michael Ashley handed you
16   these documents did you review them?
17       A    Actually, I would say no to "b, c"
18   and "d"; but yes to "a".
19       Q    So at the time that Michael Ashley
20   handed you "a" --
21       And that's described in your declaration
22   as a document entitled "Citi Products Opened/
23   Applied For Today", and then in parenthesis it
24   says:  "(This document is your basic account
25   opening document showing the amount deposited
```

58

```
1    and the account numbers.)
2        -- you reviewed that document when he
3    handed it to you at the branch?
4        A    Yes, because that was the critical
5    document for me just to confirm that an account
6    was opened with the amount that I deposited in
7    each one.  And I just wanted to make sure that,
8    you know, what I expected was going to occur,
9    did, in fact, occur.
10       Q    And how long would you say you spent
11   reviewing -- I will call it the "Citi Products
12   Opened/Applied For Today" document?
13       A    A minute.
14       Q    A minute?
15       A    I don't think it takes more than
16   that.
17       Q    Now with respect to documents "b, c"
18   and "d", did you ever review those documents?
19       A    Well, as you can see, I declined the
20   Checking Plus account and I declined the Home
21   Equity Line of Credit.
22       So I didn't review -- when I said no
23   earlier to your question that I didn't review
24   it, what I meant is, uhm, I didn't read through
25   the documents, because I knew that I wasn't
```

59

```
1    there to secure a Checking Plus account nor was
2    I there to secure a Home Equity Line of Credit,
3    so I just virtually summarily said I'm not
4    interested in those.  So I declined them and I
5    didn't bother to read it.
6        And as far as the Citibank's Privacy
7    Notice is concerned, no, I did not read that.
8    I have read numerous privacy notices over the
9    years, I assumed it was more or less in the
10   same vein as so many others and I did not sit
11   there and read that, no.
12       Q    The declaration also says in that
13   same paragraph 15 that you kept all of the
14   papers Citibank gave to you.
15       These documents, these were kept at the
16   Floral Park home?
17       A    Yes.
18       Q    Where in the Floral Park home did you
19   keep these documents?
20       A    I have a file of banking records, and
21   it's in my file of banking records.  File
22   drawer, I should say.
23       Q    Did these documents go into a file
24   that was labeled "Citibank Accounts"?
25       A    I put it in my own folder and labeled
```

60

```
1    it "Citibank".
2        Q    Aside from these four documents
3    listed in the declaration, did you ever place
4    any other documents into that Citibank folder?
5        A    Well, I had the -- I had the
6    promotional offer for the miles, the American
7    Airlines miles, I put that in there.  And,
8    uhm -- no.  No.
9        Q    Did you put Citibank account
10   statements in that?
11       A    Oh, yes, I did.  Yeah, I did put
12   Citibank account statements in there.  Yes, I
13   did.  Thank you.
14       Q    How often did you access this
15   Citibank file?
16       A    I didn't bother accessing it, except
17   when the monthly statement came in I would just
18   go there and put it in, and not worry about it
19   again for another month.
20       Q    So approximately once a month you
21   would --
22       A    Well, I mean, I didn't access it in
23   terms of just putting another piece of paper
24   into the file, but not actually pulling the
25   file out and looking at it.
```

61

1    Q    How long do you keep the account
2    statements?
3    A    Well, as I indicated to you earlier,
4    forever.  I have got statements going back to
5    the 1960s.  I mean, it's just idiocy on my
6    part, but, yes.  I need to do a thorough
7    housecleaning, that's what I need to do.
8    Q    So you don't recall ever throwing
9    away any documents that had been placed in the
10   Citibank file?
11   A    I never did.  I still have them.
12   Q    Would anyone else have had access to
13   this Citibank file besides yourself?
14   A    No.
15   Q    Do you keep any documents relating to
16   your Citibank account anywhere else?
17   A    No.
18   Q    Not on a computer?
19   A    No.
20   Q    Did you review the documents in the
21   Citibank file in connection with this action?
22   A    Sure.
23   Q    Do you remember when?
24   A    When?  Ah, I would imagine that --
25   well, I don't want to say "I imagine", I know

62

1    that I looked at them again when I received the
2    1099 in January of 2011.  And of course I have
3    looked at it a number of times since in
4    relation to this litigation, and, ah -- and
5    even prior to my becoming involved in this
6    litigation.
7    Q    Did you review the documents in the
8    Citibank file in connection with your
9    declaration?
10   A    Yes, most definitely.
11   Q    Did you review the documents in your
12   Citibank file in connection with responding to
13   any document requests from Citibank in this
14   action?
15   A    Absolutely.
16   Q    And did you review the documents in
17   the Citibank file in preparation for this
18   deposition?
19   A    No.
20   Q    Did you review any documents in
21   connection with your preparation for this
22   deposition?
23   A    Do you mean review like in the last
24   24, 48 hours or something like that?
25   Q    Sure.

63

1    A    No.
2        MR. STRAUSS:  Okay.
3        (Exhibit 5 marked for
4    identification.)
5    Q    We've marked as Hirsch Exhibit 5, a
6    document bearing Bates number Bertram Hirsch-1
7    and Bertram Hirsch-11.
8    A    (Referring to document.)
9    Q    Mr. Hirsch, have you ever seen this
10   document before?
11   A    Yes.
12   Q    What is it?
13   A    It is the item referenced in
14   paragraph 15(a) of the declaration in Hirsch
15   Exhibit 4 that Mr. Ashley handed to me at the
16   conclusion, or near the conclusion of our
17   account opening on October 25, 2010.
18   Q    And this is one of the account
19   opening documents that you found in your file,
20   in your Citibank file?
21   A    Yes.
22   Q    Correct?
23   A    Yes.  I wouldn't say I found it.
24   Q    It's in your file?
25   A    It's in my file and I knew it was

64

1    there.
2    Q    Do you know why in the top of this
3    document it lists the PO Box number?
4    A    Yeah.  Do I know why?
5    Q    Yeah.
6    A    I do know why.
7    Q    Why?
8    A    Because I told Mr. Ashley that I
9    wanted to receive my mail at the PO box and not
10   at my physical address.  But of course, you
11   know, with respect to account opening, I
12   believe the bank requires a physical address.
13   And the physical address is what's on my
14   driver's license as well, but I make it clear
15   not only to Mr. Ashley, but to others, that I
16   want to get my mail at the PO box.  So that's
17   why.
18   Q    Okay.  Now in your declaration which
19   was the prior Exhibit 4, you described this
20   document as your basic account opening documen
21   showing the amount deposited and the account
22   numbers?
23   A    Yes.  To me this was -- this was the
24   only document I ever needed, you know.  As far
25   as I was concerned, this was the critical

65

```
1    account opening document.
2        Q   And when you had opened other bank
3    accounts previously did you also receive a
4    document that looked like this?
5        MR. SPORN:  Note my objection,
6    please.  You're talking about other banks
7    that he may have dealt with?  Well, sir,
8    again, my objection for reasons previously
9    stated.
10       MR. STRAUSS:  You can answer.
11       THE WITNESS:  The answer is yes,
12   except for -- if you want to turn the
13   clock back in time -- except for when
14   passbooks were given out.
15       But statement accounts, this is
16   typically what you get in a statement
17   account.
18       Q   Are there any other types of
19   documents that you would consider to be basic
20   account opening documents?
21       A   Basic, no.  This is the fundamental
22   document that I think would be expected in
23   opening up any account.  I mean, at any bank.
24       Q   Can you give me an example of another
25   type of document that you might consider to be
```

66

```
1    a basic or fundamental account opening
2    document?
3        A   Well, if you have a certificate of
4    deposit, you get the certificate of deposit.
5    That's a different kind of a document from the
6    one that we are looking at here in Exhibit 5.
7        But I mean it is -- it is quite similar in
8    respect of giving the title of the account, the
9    account number, and the amount on deposit.  And
10   those are the critical factors, it seems to me,
11   in any basic account opening document.
12       Q   Would you consider --
13       A   That, and of course, you know, CDs
14   have a term, so you get that, too, if you have
15   a CD.
16       Q   Would you consider a document
17   containing the terms and conditions applicable
18   to the account to be a basic account opening
19   document?
20       A   I would --
21       MR. SPORN:  Objection to the
22   question.
23       THE WITNESS:  I do consider that to
24   be a basic document if it's provided to
25   me.
```

67

```
1        Q   If you could turn to page 2 of
2    Exhibit 5.
3        A   Okay.  Uhm hum.
4        Q   In the second paragraph after the
5    three stars --
6        A   Right.
7        Q   -- in the second sentence it says:
8    "As noted in your Client Manual, all
9    deposits must be verified by bank personnel
10   and, when credited, appear on your account
11   statement."
12       A   Where are you reading?
13       Q   It's --
14       A   I don't see that.  Tell me where
15   you're reading.
16       Q   I hope you have the right document.
17       A   Oh, okay.  Sorry.  (Reviewing
18   document.)  Okay.
19       Q   And I believe you stated earlier that
20   you reviewed this document, the CITI Products
21   Opened/Applied For Today" document, at the time
22   that Michael Ashley handed you the document?
23       A   Yes.
24       Q   Did you ever ask Mr. Ashley what the
25   Client Manual referenced on page 2 of this
```

68

```
1    document is?
2        A   I did not.
3        Q   Did you ask anyone else at the
4    Citibank branch what the Client Manual is?
5        A   No.
6        Q   After receiving this document did you
7    ever request a copy of the Client Manual at any
8    time from anyone at Citibank?
9        A   No.
10       Q   Turn to page 1.  Just one more on
11   this document.
12       A   Okay.
13       Q   It says near the bottom of the page
14   under "Total Checking, Savings, Retirement", it
15   says: "You can access your accounts through
16   www.citibankonline.com."
17       Do you see that?
18       A   Yes, yes.
19       Q   Did you ever access your Citibank
20   accounts online at www.citibankonline.com?
21       A   I did.
22       Q   You did.  And when you accessed your
23   Citibank accounts online, what did you do --
24   what was the purpose of your accessing the
25   accounts online?
```

69

1      A    Just to look at the statement
2  basically, because the statement is available
3  online before it arrives in the mail.  And I
4  didn't really care very much, frankly, about
5  the, ah -- about the statements after the first
6  one, but I wanted to look at the first one and
7  make sure that it was exactly as I thought it
8  ought to be.
9      Q    The first account statement?
10      A    The first account statement, yes.
11      Q    But you had also -- you also received
12  physical mailings?
13      A    I did.
14      Q    Of the account statements in
15  addition?
16      A    I did.
17      Q    Did you ever access or review the
18  Client Manual online at www.citibankonline.com?
19      A    I did not.
20      Q    Did you ever access any documents or
21  pages other than the account statements at the
22  citibankonline.com site?
23      A    No.
24      MR. STRAUSS:  I'm marking as Hirsch
25  Exhibit 6 --

70

1      (Exhibit 6 marked for
2  identification.)
3      Q    This is a document entitled "Client
4  Manual Consumer Accounts Including Privacy
5  Notice US Markets" effective July 1st, 2010.
6  It bears Bates numbers CITI-0000155 through
7  CITI-0000183.
8      A    (Referring to document.)
9      Q    Mr. Hirsch, have you ever seen this
10  document before?
11      A    Yes.
12      Q    What is it?
13      A    Client Manual, Consumer Accounts,
14  Citibank, July 1, 2000.
15      Q    And am I correct that you have
16  asserted in this action that you did not
17  receive a Client Manual when you opened your
18  accounts on October 25th, 2010?
19      A    Correct.
20      MR. SPORN:  I just want to tell you
21  one thing.  Your Haslam declaration that
22  went up to the Second Circuit said it was
23  a January 2010 that was allegedly shown to
24  Mr. Hirsch, and it was admitted later in
25  your answer to interrogatories that it was

71

1  not this particular document that you have
2  given us as document 6.
3      So note my objection.  And while you
4  may continue on your questions, please
5  note my continuing objection that this is
6  not allegedly any alleged account document
7  that was provided to Mr. Hirsch.
8      MR. STRAUSS:  Counsel, I don't
9  understand that objection at all.
10      And please do not interrupt with
11  speeches, this is not the time or the
12  place for it.
13      MR. SPORN:  Well, it's not a speech.
14      You're showing him a document that
15  one of your certified people to the Second
16  Circuit said was not an alleged document
17  shown to Mr. Hirsch.  Now you're showing
18  him a document dated July 1 rather than
19  the January 1, and you're going to start
20  asking him questions.  I don't think
21  that's fair.
22      MR. STRAUSS:  May I please continue
23  with my questions now, counsel?
24      MR. SPORN:  Yes, please.
25      MR. STRAUSS:  Thank you.

72

1      Q    Just to go back.  Did you ever
2  receive any Client Manual, whether it was
3  effective July 1st, 2010 or effective on any
4  other date?
5      A    No.
6      Q    Did you view or access any Client
7  Manual at any other time?
8      A    Yes.
9      Q    In relation to this lawsuit?
10      A    Yes.  The first time -- just to be
11  clear, the first time I ever laid eyes on this
12  document of whatever date, I don't know, but
13  the first time I ever became aware of the
14  existence of this document was when it was
15  attached to a filing that you made in this
16  litigation.  And my attorney forwarded that
17  filing to me and that's when I first saw that.
18  It was some time in 2012.
19      Q    If you could turn to page 5 of the
20  Client Manual.
21      A    Page 5.
22      Q    It bears Bates number CITI-0000157.
23      A    (Referring to document.)
24      Q    And under "General Terms", it says:
25  "When you open a Citibank deposit account,

73

1    you are agreeing that your account will be
2    governed by this Client Manual (sometimes
3    referred to as 'Manual'), and any and all
4    accompanying Marketplace Addenda, (sometimes
5    referred to as 'Addendum').  Together, the
6    Manual and Addendum are referred to as
7    'Agreement,' which contain important terms and
8    conditions, details, rules and procedures
9    applicable to each of your accounts."
10        Do you see that?
11        A   I do.
12        Q    Are you familiar with the word
13   "agreement"?
14        A   Yes.
15        Q    What does that word mean to you?
16        A   It means something that arm's length
17   parties are bound by when they enter into a
18   transaction with each other.
19        Q    And are you familiar with the words
20   "terms and conditions"?
21        A   Yes.
22        Q    What do those words mean to you?
23        A   The provisions that are binding on
24   the parties to an agreement.
25        Q    Would you agree that a customer who

74

1    opens a Citibank deposit account and reviews
2    the Client Manual, particularly the sentences
3    we just read, would learn that their account is
4    governed by the Client Manual?
5        MR. SPORN:  Objection to the form of
6    the question.
7        THE WITNESS:  I don't know what a
8    customer would think.  I know what I would
9    think as a lawyer.  What your average
10   citizen who walks in the door with no
11   legal background would think, I couldn't
12   possibly tell you.
13       Q    Well, you, as a lawyer reading the
14   sentences I just read, would you have learned
15   that your account is governed by the Client
16   Manual?
17       MR. SPORN:  Objection to the form of
18   the question.
19       THE WITNESS:  What I would have
20   learned, had I read this at the time of
21   opening my account, and if I had gone
22   through and sat there for the hours it
23   would take to read through -- how many
24   pages here, I don't know -- almost 50
25   pages of documents, of language, what I

75

1    would have learned, Mr. Strauss, is that
2    the account, the savings account was
3    subject to this agreement.
4        But I also would have learned, at
5    least it's my view, that the checking
6    account was not.
7        Q    Why would the checking account not be
8    subject to this agreement?
9        A   Because somewhere else in this text,
10   which I'm not going to go hunting for at the
11   moment, there is language that says that it
12   pertains to a Checking Plus account.
13       (Reviewing document.)  Oh, okay.
14   In the arbitration provision on page 44,
15   it says that this arbitration section "--
16   regarding your deposit, Ready Credit, Checking
17   Plus or Checking Plus (variable rate) accounts
18   and the services related thereto."
19       As far as I was concerned, and still am
20   concerned, I opened up a regular checking
21   account and not a Checking Plus account.
22       So I would have -- so it was my view from
23   after this litigation began and after I got a
24   copy of this and reviewed it, it was my view
25   that the checking account was never subject to

76

1    this at all.
2        Q    So it's your view --
3        A   I mean, I understand that Citibank
4    has an opposite position on that, but I don't
5    read it the way Citibank reads it.
6        Q    So just to kind of close the loop on
7    this --
8        A   Yeah.
9        Q    It's your view that your checking
10   account that you opened on October 25th, 2010
11   is not a deposit account?
12       A   Well, let's put it this way:
13       If it is a deposit account, it's not a
14   deposit account subject to this agreement,
15   subject to this Client Manual.  But I'm not --
16   but I'm not sure how Citibank --
17       We went through this earlier in the
18   deposition where you asked me if I understood
19   the term "deposit".  Oh, sure, I know what the
20   dictionary definition of "deposit" is.
21       How Citibank uses that term to apply it to
22   one or another of its accounts, I have no idea,
23   frankly.  I don't know.  But it seems to me,
24   from reading this, that the checking account is
25   not considered by Citibank to be a deposit

77

1    account.
2        Q    Where does it say --
3        A    And the savings account is.
4        Q    Where does it say in the Client
5    Manual that Citibank does not consider a
6    checking account to be a deposit account?
7        A    Well, I don't know.  I would have to
8    go back and review this.  If you know that
9    Citibank has a definition of "deposit" account
10   somewhere in here, perhaps you can direct me to
11   it.  Or is it an undefined term?  I don't
12   remember right now.  It appears that it's an
13   undefined term.
14       Q    Okay.  Let's go back to where you led
15   me, it's page 44 of the Client Manual.
16       A    (Referring to document.)
17       Q    Do you see under "Disputes Covered by
18   Arbitration" --
19       A    Yes.
20       Q    It says:  "Any claim or dispute
21   relating to or arising out of your deposit,
22   Ready Credit, Checking Plus or Checking Plus
23   (variable rate) account, this Agreement, or our
24   relationship, will be subject to arbitration."
25       Do you know what the word "relationship"

78

1    means?
2        A    Well, it's the relationship that,
3    ah -- what the word "relationship" means?
4        Q    Yeah.
5        A    The, uhm, transaction that, ah -- let
6    me think about how to define the term here.
7        The transaction that was entered into
8    between myself and Citibank that resulted in a
9    bank account.
10       And by the way, let me say this, too,
11   about your prior question about "deposit".
12       To my way of thinking, again as a lawyer,
13   when Citibank decides in this page 44
14   recitation of the arbitration provision to
15   single out Checking Plus and Checking Plus
16   variable rate, it seems to me that checking is
17   an identifiable product that required separate
18   iteration from the other iteration of deposit
19   account.
20       So there's no mention in here of regular
21   checking.  So it -- isn't checking -- this is a
22   rhetorical question -- I'm just saying to my
23   way of thinking, isn't Checking Plus and
24   Checking Plus variable rate also a deposit
25   account?  Why is it separated out?  That's what

79

1    leads me to my analysis that checking is not --
2    regular checking is not a deposit account, as
3    far as Citibank is concerned.
4        Q    That's your analysis?
5        A    That's my analysis.
6        Q    As an attorney?
7        A    That's my analysis as an attorney.
8    But, yeah.
9        Q    If you could look at just Exhibit 1,
10   it's the Second Circuit brief.
11       A    Sure.  Go ahead.
12       Q    Turn to page 21, footnote ten.
13       A    Footnote -- oh, say that again,
14   please.
15       Q    I'm sorry.  Page 21.
16       A    Oh, 21.
17       Q    Footnote 10.
18       A    I was on page 10.  Okay, page 21,
19   footnote 10, yes.
20       Q    Footnote 10, the third sentence it
21   says in the Second Circuit brief:
22       "The Client Manual relates solely to term
23   and conditions concerning the relationship
24   between Citibank and its customers regarding
25   the use and operation of Citibank deposit

80

1    accounts."
2        Do you agree with that statement?
3        A    I agree with that statement, but as
4    amplified by the analysis that I just told you
5    I have about what a deposit account is, that it
6    does not include the checking account.
7        Q    I understand.
8        A    Well, I want the record to understand
9    it.
10       Q    She's got it.  Let's go back to the
11   Client Manual.
12       A    Sure.
13       Q    On page 2 of the Client Manual.
14       A    Page 2.
15       Q    It's the Table of Contents.
16       A    Okay.
17       Q    Do you see where it says
18   "Arbitration" in the Table of Contents?
19       A    I'm sure I will see it when I hunt
20   around for it enough.  Yes, okay.  At the top
21   there.
22       Q    So would you agree that a customer
23   who reviews the Table of Contents would see
24   that arbitration is discussed on page 8 of the
25   Client Manual?

81

1       A    Yes.
2       Q    If you could turn to page 8 of the
3   Client Manual.
4       A    Okay.  Go ahead.
5       Q    Do you see where it says
6   "Arbitration"?
7       A    I do.
8       Q    Could you please read that paragraph.
9       A    "This Agreement contains an
10  arbitration provision that authorizes either
11  party to elect mandatory and binding
12  arbitration of certain disputes.  The terms of
13  the arbitration provision are set forth in the
14  section entitled 'Resolution of Disputes by
15  Arbitration.'  Please read this arbitration
16  provision carefully."
17      Q    Would you agree that a customer
18  reviewing this arbitration paragraph on page 8
19  of the Client Manual would learn that the
20  Client Manual contains a section entitled
21  "Resolution of Disputes by Arbitration"?
22          MR. SPORN:  Objection to the form of
23      the question as to what somebody else
24      might think about, operation of someone
25      else's mind.

82

1           MR. STRAUSS:  You can answer.
2           THE WITNESS:  Most likely.
3           MR. STRAUSS:  Take a look at another
4       document.
5           (Exhibit 7 marked for
6       identification.)
7           THE WITNESS:  (Reviewing document.)
8       Q    Are you looking?
9       A    Yeah, sure.  Go ahead.
10      Q    Mr. Hirsch, have you ever seen this
11  document before?
12      A    Yes.
13      Q    What is it?
14      A    It is the first statement that I
15  received in the mail after I opened the
16  accounts on October 25 of 2010.  It's the
17  November 25, 2010 statement.
18      Q    I believe you -- was this the first
19  account statement you received after opening
20  your accounts?
21      A    Yes, it is.
22      Q    I believe you stated earlier that you
23  were -- that you accessed this account
24  statement online because you were particularly
25  concerned about your initial account statement

83

1   or something to that effect?
2           MR. SPORN:  Objection.
3           THE WITNESS:  I didn't say I was
4       particularly concerned, I just wanted to
5       review it before I received it in the
6       mail.
7       Q    Now on page -- on the first page of
8   this account statement towards the bottom it
9   says:
10          "Please refer to your Citibank Account
11      Terms and Conditions for how we
12      determine your monthly fees and charges."
13      A    Right.
14      Q    Do you see that?
15      A    I do.
16      Q    Did you ever inquire with anyone at
17  Citibank as to what the Citibank Account Terms
18  and Conditions were?
19      A    I did not, and I didn't feel that
20  there was any need to because my accounts
21  didn't carry any monthly fees or charges.
22      Q    So from your answer, if I am hearing
23  it correctly, did you assume that the Citibank
24  Account Terms and Conditions only related to
25  how Citibank determines your monthly fees and

84

1   charges?
2       A    I did not make that assumption.
3       Q    Okay.  But because you did not need
4   to learn the details on how Citibank determined
5   your monthly fees and charges, you did not
6   inquire about the Citibank Account Terms and
7   Conditions; is that correct?
8       A    That's correct.  It would also be
9   correct to say that I have had bank accounts
10  from the time I was a teenager going back 50
11  some years, and the only time that I can ever
12  recollect having to be concerned about a bank's
13  terms and conditions was having to do with stop
14  payment on a check or some other unusual
15  circumstance like that.
16      Otherwise, routinely over 50 years' time I
17  can tell you that I have never had a need to
18  ever review terms and conditions of the bank
19  accounts I had.  Because issues never arise
20  that require it.
21      Q    So based on that experience that
22  you've had with over 50 years of having bank
23  accounts, you did not feel the need to inquire
24  about the Citibank Account Terms and
25  Conditions?

```
                                          85
1       A   I feel the need to inquire when I
2   have some issue, not necessarily a dispute, but
3   some issue that pertains to my account that I
4   need to look at that particular portion of the
5   terms and conditions that deals with that
6   particular issue.
7       But as a general proposition, it is the
8   rarest of rare occasions to ever have such an
9   issue that requires that.
10      Q   Okay.
11      A   Wire transfers would be another
12  situation.  I have had occasions to make wire
13  transfers over the years, not typically, and
14  then you look at the terms and conditions
15  pertaining to wire transfers.  You know, so
16  it's that kind of thing.
17      MR. STRAUSS:  Now I will mark for
18  identification as Hirsch 8 a document
19  bearing Bates number Bertram Hirsch-2 and
20  Bertram Hirsch-3.
21      (Exhibit 8 marked for
22  identification.)
23      THE WITNESS:  (Reviewing document.)
24      Q   Do you recognize this document,
25  Mr. Hirsch?
```

```
                                          86
1       A   Well, not in this form, but it
2   appears to be the offer that I received for the
3   American Airlines miles that I responded to,
4   and that was the, ah -- that was the impetus
5   for opening the bank accounts that I opened in
6   October of 2010.
7       Q   When you say you don't recognize it
8   in this form, what do you mean?
9       A   Well, what I received in the mail was
10  a glossy, you know, attractive offering
11  document that was not on 8 1/2 x 11 paper like
12  this.  That's what I mean by that.
13      Q   Okay.  And do you know that your
14  counsel produced this document to Citibank in
15  response to Citibank's document requests?
16      A   Yes.
17      Q   But this particular document, or at
18  least the form of this particular document, is
19  not a document that is in your Citibank files?
20      A   No, it's not.
21      Q   But a form of this document is in
22  your Citibank files?
23      A   I have the original mailing that I
24  received from Citibank.
25      Q   Okay.
```

```
                                          87
1       A   In the envelope it came in.
2       Q   If you could look at the second page
3   of this document.
4       A   Sure.
5       Q   The first sentence, it says:
6   "All accounts subject to approval and
7   applicable terms and fees."
8       Do you see that?
9       A   I do.
10      Q   Did you ever inquire with anyone at
11  Citibank what the applicable terms of the
12  Citibank account were?
13      A   I did not.
14      MR. STRAUSS:  Let's just go off for
15  five minutes.
16      (Off the record.)
17      MR. STRAUSS:  I have no further
18  questions, Mr. Hirsch.  Thank you.
19      MR. SPORN:  Okay, thank you.
20
21  (The deposition was concluded at 12:26 p.m.)
22
23
24
25
```

```
                                          88
1           ACKNOWLEDGMENT OF DEPONENT
2       I, _____,
3   do hereby certify that I have read the
4   foregoing transcript of my testimony taken on
5   _____, 2014, and have signed it subject
6   to the following changes:
7
    PAGE LINE      CHANGE            REASON
8
9
10
11
12
13
14
15
16
17
18
19
20      _____
21
22  Sworn and subscribed to before me on this
23  _____ day of _____, 2014.
24
25
```

89

```
1              C E R T I F I C A T E
2
3        I, PATRICIA A. SANDS, a Shorthand Reporter
4    and Notary Public of the States of New York and
5    New Jersey, do hereby certify that prior to the
6    commencement of the examination the witness wa
7    sworn by me to testify the truth, the whole
8    truth and nothing but the truth.
9
10       I do further certify that the foregoing is
11   a true and accurate transcript of the testimony
12   as taken stenographically by and before me at
13   the time, place, and on the date hereinbefore
14   set forth.
15
16       I do further certify that I am neither of
17   counsel nor attorney for any party in this
18   action, and that I am not interested in the
19   event nor outcome of this litigation.
20
21
22   _____
23   New York Certificate No.:  01SA4974309
24   New Jersey Certificate No.:  2109345
25
```

| 0 |
| --- |
| **01sa4974309** 89:23 |

| 1 |
| --- |
| **1** 3:11 37:16,17,21 41:8 54:18 68:10 70:14 71:18,19 79:9 |
| **1/2** 56:5 86:11 |
| **10** 79:17,18,19,20 |
| **10001** 2:9 |
| **10019** 2:5 |
| **10038-4982** 2:- |
| **1099** 62:2 |
| **10:20** -:20 |
| **11** 56:5 86:11 |
| **11021** 5:-.20 |
| **1124(dab)** -:2 |
| **12** -:2 38:8,20 56:15 |
| **12:26** 87:21 |
| **15** 23:9 56:21 57:5 59:13 |
| **15(a)** 63:14 |
| **16** -:19 |
| **180** -:18 2:13 |
| **1891** 15:14 |
| **1960s** 61:5 |
| **1968** 6:24 |
| **1970** 10:7 |
| **1970s** 13:4,8 |
| **1971** 7:20 10:13 14:6 |
| **1972** 11:23 14:7,7 |
| **1974** 14:25 15:1 |
| **1975** 15:7,8 |
| **1977** 17:17 18:7 |
| **1978** 20:24 |
| **1981** 24:24 |
| **1989** 21:5 |
| **1990s** 36:10 |
| **1st** 70:5 72:3 |

| 2 |
| --- |
| **2** 3:12 40:12 41:9,12 54:18 67:1,25 80:13,14 |
| **20** 23:9 50:14 |
| **2000** 70:14 |
| **2008** 35:4 |
| **2009** 30:11 |
| **2010** 23:12 29:16,24 30:11 40:3,7 41:14 42:13,15 46:1 ,12 47:16 48:6 49:8 57:6 63:17 70:5,18,23 72:3 76:10 82:16,17 86:6 |
| **2011** 30:12 62:2 |
| **2012** 56:15,17 72:18 |
| **2013** 30:21 38:5 |
| **2014** -:19 88:5,- |
| **21** 79:12,15,16,18 |
| **2109345** 89:24 |
| **212** 2:-,-,15 |
| **24** 62:24 |
| **244** 2:- |
| **25** 40:7 42:13 50:14 63:17 82:16,17 |
| **25th** 40:3 41:14 42:15 46:1,12 47:16 48:5 49:8 57:5 70:18 76:10 |
| **27th** 36:21 |

| 3 |
| --- |
| **3** 3:13 5:2 52:18,19,24 56:22 |
| **37** 3:11 |
| **393** 2:4 |

| 4 |
| --- |
| **4** 3:14 27:8 56:8 63:15 64:19 |
| **40** 3:12 |
| **425** 15:5 |
| **44** 75:14 77:15 78:13 |
| **48** 62:24 |
| **49th** 2:4 |

| 5 |
| --- |
| **5** 3:5,15 63:3,5 66:6 67:2 72:19,21 |
| **50** 74:24 84:10,16,22 |
| **52** 3:13 |
| **56** 3:14 |
| **5hh** 2:- |

| 6 |
| --- |
| **6** 3:16 69:25 70:1 71:2 |
| **63** 3:15 |

| 7 |
| --- |
| **7** 3:17 82:5 |
| **70** 3:16 |
| **72** 10:7 |
| **77** 10:7 |

| 8 |
| --- |
| **8** 3:18 56:5 80:24 81:2,18 85:18,21 86:11 |
| **806-5497** 2:15 |
| **82** 3:17 |
| **85** 3:18 |

| 9 |
| --- |
| **9** 27:7 |
| **90** 27:2 |
| **920-5042** 2:- |
| **964-0046** 2:- |
| **98** 18:12 |

| A |
| --- |
| **absolutely** 35:7 62:15 |
| **access** 60:14,22 61:12 68:15,19 69:17,20 72:6 |
| **accessed** 68:22 82:23 |
| **accessing** 60:16 68:24 |
| **accident** 24:3 |
| **accompanying** 73:4 |
| **account** 3:15 26:22 30:20,22,23,23 31:1,3,4,18 33:11 ,22,23,24 34:3,4,4,5,10 35:2,6,12,22 36:5,13,15 37:5,8 ,9 39:13,13,17,21 40:8,9 41:1,4,12,17,19,22,22 42:4,6,9 ,13,23 43:15 44:4,25 45:3,8,22 48:13 49:7 50:21,24 51:21 52:1,2,13 53:18 54:20 55:8,15,16,17,21,22,23 57:9,24 58:1,5,20 59:1 60:9,12 61:1,16 63:17,18 64:11 ,20,21 65:1,17,20,23 66:1,8,9,11,18,18 67:10 69:9,10 ,14,21 71:6 72:25 73:1 74:1,3,15,21 75:2,2,6,7,12,21,21 ,25 76:10,11,13,14,24 77:1,3,6,6,9,23 78:9,19,25 79:2 80:5,6 82:19,23,25 83:8,10,17,24 84:6,24 85:3 87:12 |
| **accounts** 28:20,22,25 29:3,17,20,25 30:5 51:14 53:19 ,10,13 33:6 34:16 36:9 40:4,6 41:13 42:16,21 43:3,13 ,20,21,25 48:20 49:11 50:25 51:14 53:19 54:24 65:3,15 68:15,20,23,25 70:4,13,18 73:9 75:17 76:22 80:1 82:16 ,20 83:20 84:9,19,23 86:5 87:6 |
| **accurate** 89:11 |
| **achieved** 20:7 |
| **acknowledgment** 88:1 |
| **acquired** 44:14 |
| **across** 61:17 12:19 |
| **act** 20:22 |
| **action** 5:12 23:16 61:21 62:14 70:16 89:18 |
| **activities** 8:15 |
| **activity** 36:23 |
| **actual** 17:1 39:3 |
| **actually** 10:18 18:24 19:11 45:9 47:25 57:17 60:24 |
| **addenda** 73:4 |
| **addendum** 73:5,6 |
| **addition** 10:24 69:15 |
| **address** 5:18 28:4,6 64:10,12,13 |
| **administrative** 13:25 |
| **admitted** 14:4,13,25 70:24 |
| **adoption** 21:15,17,19 22:3,5 |
| **adoptions** 22:13 |
| **advocacy** 13:11 |
| **affairs** 8:7,9 10:3 12:1,3,4,10 13:13 17:18,22 |
| **afield** 37:2 |
| **afternoon** 27:8 |
| **again** 12:11,20 29:24 46:18 60:19 62:1 65:8 78:12 79:13 |
| **against** 15:4 17:14 50:1 |
| **agencies** 11:8 13:3 |
| **ago** 23:20 24:9 40:17 |
| **agree** 39:5 54:19 73:25 80:2,3,22 81:17 |
| **agreed** 4:4,9,13 21:24 |
| **agreeing** 73:1 |
| **agreement** 31:5,7,8,14,19,21 32:12,15,19,21 33:12,14 ,17,20 35:9,10,24 37:8 54:19,24 55:4 73:7,13,24 75:3,8 76:14 77:23 81:9 |
| **agreements** 32:10 |
| **ah** 9:6 10:1,7 11:17 14:14 15:12 20:18 22:1 25:23 29:14 |

| (col 3) |
| --- |
| 34:9 36:3 39:14 45:4 55:14,15 61:24 62:4 69:5 78:3,5 86:4 |
| **ahead** 34:23 38:19,21 79:11 81:4 82:9 |
| **airlines** 43:14 50:23 60:7 86:3 |
| **alleged** 71:6,16 |
| **allegedly** 70:23 71:6 |
| **almost** 74:24 |
| **alone** 46:9,11 |
| **along** 20:5 |
| **am** 6:9 70:15 75:19 83:22 89:16,18 |
| **america** 29:22 30:15 31:4,23 33:19,21,25 34:5 36:13 37:4 43:24 |
| **american** 8:7,9 10:3 11:25 12:2,4,10 17:18,22 18:14,18 43:14 50:22 60:6 86:3 |
| **amount** 8:23 13:2 57:25 58:6 64:21 66:9 |
| **amounts** 20:6 |
| **amplified** 20:4 |
| **analysis** 79:1,4,5,7 80:4 |
| **animal** 33:21 |
| **answer** 6:5 9:8 32:6,7 35:16 65:10,11 70:25 82:1 83:22 |
| **anticipating** 27:23 |
| **anybody** 47:15 |
| **anymore** 29:5 |
| **anyone** 49:6 61:12 68:3,8 83:16 87:10 |
| **anything** 7:13 18:4 20:19 25:14 38:14 50:17 51:16 52:4 ,12 53:14,20 55:1 |
| **anytime** 23:20 |
| **anywhere** 50:13 61:16 |
| **appeals** 38:5 |
| **appear** 67:10 |
| **appears** 77:12 86:2 |
| **appellee** 38:25 |
| **appellees** 38:3 |
| **applicable** 66:17 73:9 87:7,11 |
| **application** 45:6 |
| **applied** 57:23 |
| **apply** 22:22,24 35:18 76:21 |
| **appointment** 46:7 |
| **approaching** 25:18 |
| **approval** 87:6 |
| **approximately** 60:20 |
| **april** 56:15,16 |
| **arbitration** 32:11 37:9,12 75:14,15 77:18,24 78:14 80:18,24 81:6,10,12,13,15,18,21 |
| **arbor** 5:2,19 25:1 |
| **area** 20:1 36:19 |
| **areas** 19:19 |
| **argue** 16:24 21:10 |
| **argued** 14:25 |
| **arguing** 38:11,12 |
| **argument** 16:7 |
| **arise** 11:13 84:19 |
| **arising** 77:21 |
| **arm's** 73:16 |
| **around** 14:2 20:11 27:24 34:16 80:20 |
| **arrives** 69:3 |
| **ashley** 48:21,22 49:1,13 50:17 51:20 52:7,10 53:11,14 ,20,25 54:8,23 55:3 57:9,15,19 63:15 64:8,15 67:22,24 |
| **ashley's** 40:20 49:12,20 |
| **aside** 60:2 |
| **ask** 34:19 53:25 54:3,4,7,12,23 55:3 67:24 68:3 |
| **asked** 10:24 36:22 48:12 52:2 76:18 |
| **asking** 32:25 51:20 71:20 |
| **asserted** 17:13 70:16 |
| **assigned** 8:13 |
| **assist** 19:23 49:7 51:10 |
| **assistance** 8:17 12:18 |
| **assistant** 8:11 |
| **assisted** 48:20 |
| **association** 8:6,9 10:3 11:25 12:2,10 17:17,22 |
| **assume** 6:5 19:7 31:17 32:9 83:23 |
| **assumed** 59:9 |
| **assumption** 84:2 |
| **attached** 72:15 |
| **attention** 8:19 |
| **attorney** 10:20 11:1 16:6,9 17:13 39:1 72:16 79:6,7 89:17 |
| **attorneys** 4:5 |
| **attractive** 86:10 |
| **authorizes** 81:10 |
| **available** 45:20 69:2 |
| **avenue** 2:- |
| **average** 74:9 |
| **awarded** 7:6 |
| **awards** 7:6 9:10 |

**aware** 72:13
**away** 26:16 61:9
**awful** 19:13

B

**b-e-r-t-r-a-m** 5:15
**bachelor's** 6:17,19
**back** 10:1,2 11:22 13:4 19:1,4,20 29:5 32:4,5,7 33:4 45:10,12 48:3 49:17 51:18 54:14 55:20 61:4 65:13 72:1 77:8,14 80:10 84:10
**background** 6:16 74:11
**backside** 51:6
**bank** 17:14 26:22 29:11,12,13,13,21,22 30:7,13,15 31:3 ,22 33:5,6,19,21,22,24 34:2,5 36:6,7,7,12 37:4,8 39:20 40:1 42:4 43:18,24 44:15 47:13 48:12 64:12 65:2,23 67:9 78:9 84:9,18,22 86:5
**bank's** 84:12
**banker** 51:7,9
**banking** 26:17,19 27:4 28:11 31:18 59:20,21
**banks** 29:2,4,19 32:15 33:6 65:6
**bar** 14:4
**barclays** 30:8,9
**bars** 14:10
**based** 22:7 84:21
**basic** 52:2 57:24 64:20 65:19,21 66:1,11,18,24
**basically** 8:12 10:23 18:2 69:2
**basis** 26:13 47:12
**bates** 52:21,24 63:6 70:6 72:22 85:19
**battle** 20:11
**bearing** 63:6 85:19
**bears** 70:6 72:22
**became** 13:9 72:13
**becoming** 62:5
**began** 75:23
**behalf** -:5
**behind** 49:25 50:1
**believe** 7:9 17:16 19:11,18 30:6 31:12 35:4 43:1 48:14 50:13 64:12 67:19 82:18,22
**below** 54:18
**bertram** -:,9 3:4 5:15 38:25 63:6,7 85:19,20
**besides** 61:13
**best** 19:20
**better** 27:24 48:11 53:7
**bill** 46:20,20,22 47:1
**bills** 13:3
**binding** 73:23 81:11
**bit** 13:8
**board** 8:5 12:15
**body** 17:8
**bother** 59:5 60:16
**bottom** 68:13 83:8
**bought** 24:8,12,17,23
**bound** 54:19 73:17
**box** 27:2,5,24 28:3,5,7,13 64:3,9,16
**branch** 42:16 46:3,9,13,17 47:13,18 48:5,19 49:7,10 57:6,10,13 58:3 68:4
**branches** 44:15,16
**break** 48:1
**brief** 3:11 38:2 79:10,21
**briefly** 15:6,10 24:1
**bring** 28:8,15
**broad** 11:10 16:13
**broadly** 34:14
**brokerage** 33:23 34:8,10 36:13
**brought** 8:18
**business** 28:2,5 39:25 43:2 44:20

C

**cabinet** 49:25
**call** 46:6 48:10 58:11
**called** 7:8 8:5 13:15
**calls** 19:1
**can't** 10:11 30:10
**capital** 29:11,21 30:7,8,14 31:3,22 32:21 33:13 35:1,3,6 ,17 43:23 44:1,4,14,25 47:11
**car** 24:3
**card** 3:13 17:14 26:9 29:25 30:1,2,3,7 46:20,22,23 52:16 53:9,12,15,21,22 54:1,4,9,10,11,13,16,21,24 55:5 ,10,11
**care** 22:13 69:4
**careful** 33:10 39:2,6,17,18,24
**carefully** 81:16
**carry** 51:14 83:21

**carter** 20:24
**case** -:2 14:25 15:2,11 16:8,24 17:12 21:10,13,14,16 22:19 23:11,17 34:13 38:11,12
**cases** 11:14 16:2,5,18 23:20 24:2
**casinos** 20:13,14
**categories** 11:10
**cd** 66:15
**cds** 43:22 44:5,7 66:13
**certain** 40:4 81:12
**certainly** 50:14 56:20
**certificate** 45:13 66:3,4 89:23,24
**certificates** 45:14
**certified** 71:15
**certify** 54:18 88:3 89:5,10,16
**certiorari** 16:5
**cetera** 52:1
**chair** 50:1
**challenge** 20:15 21:22
**challenged** 16:9,19,22,25
**change** 88:-
**changes** 88:6
**changing** 8:23
**characterizing** 26:12
**charges** 83:12,21 84:1,5
**charitable** 12:23
**chase** 29:11,23 30:2
**check** 84:14
**checking** 28:22,25 29:3,17 30:22,25 34:3,4,5 40:8 41:3 ,11,22 42:6,12 44:3 50:24 58:20 59:1 68:14 75:5,7,12 ,16,17,20,21,25 76:9,24 77:6,22,22 78:15,15,16,21,21 ,23,24 79:1,2 80:6
**chief** 10:4
**child** 20:22 21:16 23:13,24
**children** 20:2 21:17 22:14
**choctaw** 21:16
**choose** 42:20
**circuit** 14:14,17 20:17 34:12,18 36:20 38:5 70:22 71:16 79:10,21
**circuits** 14:15
**circumstance** 84:15
**citi** 30:2 46:19,22 57:22 58:11 67:20
**citi-000155** 70:6
**citi-000157** 72:22
**citi-000183** 70:7
**citi-000080** 52:25
**citibank** -:9 5:11 28:20,25 36:23,24,24 37:1 39:2,4,7,16 40:4 41:14 46:17 47:14,17 49:6 50:21 56:25 59:14,24 60:1,4,9,12,15 61:10,13,16,21 62:13,13,17 63:20 68:4 ,8,19,23 70:14 72:25 74:1 76:3,5,16,21,25 77:5,9 78:8 ,13 79:3,24,25 83:10,17,17,23,25 84:4,6,24 86:14,19,22 ,24 87:11,12
**citibank's** 46:13 59:6 86:15
**citibankonline.com** 69:22
**citizen** 74:10
**city** 6:20 8:5
**civ** -:2
**civil** 19:20
**claim** 77:20
**claims** 17:13 23:20 24:2
**clarification** 44:13
**clause** 32:11 37:10,13
**clear** 37:11 39:3 64:14 72:11
**client** 3:16 38:10 67:8,25 68:4,7 69:18 70:3,13,17 72:2,6 ,20 73:2 74:2,4,15 76:15 77:4,15 79:22 80:11,13,25 81:3,19,20
**clipped** 56:1
**clock** 65:13
**close** 76:6
**closed** 30:19
**co-counsel** 2:10
**college** 6:20,23 7:1,7,22,25 12:7
**columbia** 14:8
**commencement** 89:6
**commencing** -:19
**common** 19:13,14
**community** 29:13 36:8
**company** 17:14
**competition** 19:3
**complicated** 22:11
**computer** 49:20 61:18
**concentration** 9:4
**concern** 11:8 54:6
**concerned** 59:7 64:25 75:19,20 79:3 82:25 83:4 84:12
**concerning** 79:23
**concerns** 8:18

**concluded** 87:21
**conclusion** 63:16,16
**conditions** 31:9 34:9 45:15,24 51:8,11 66:17 73:8,20 79:23 83:11,18,24 84:7,13,18,25 85:5,14
**confined** 17:6
**confirm** 58:5
**confirming** 45:7
**congress** 13:3
**congressional** 15:14
**connection** 61:21 62:8,12,21
**consider** 37:13 65:19,25 66:12,16,23 77:5
**considered** 76:25
**constant** 19:21
**constitutes** 16:14
**consumer** 70:4,13
**contain** 73:7
**contained** 32:10 37:9
**containing** 45:2 66:17
**contains** 81:9,20
**contents** 80:15,18,23
**context** 39:19
**continue** 34:22,23 71:4,22
**continuing** 36:18 71:5
**contract** 16:10,11,13,15,16 17:4,10 19:10
**contributions** 12:24
**controlled** 19:25 20:9
**convenient** 27:25 46:19
**conversation** 52:5,10
**copy** 55:4 68:7 75:24
**correct** 26:3 42:17 63:22 70:15,19 84:7,8,9
**correctly** 7:9 48:14 83:23
**couldn't** 33:8 43:6 74:11
**counsel** 10:4,5,6 18:17,20 19:6 71:8,23 86:14 89:17
**counselor** 34:11
**country** 8:17 12:19 14:2 20:9,14
**county** 15:4 20:3
**couple** 10:5 23:19 33:4 55:13
**course** 14:24 34:7 43:11 55:19 62:2 64:10 66:13
**court** -:1 6:12 14:23,24 15:4 16:1,3 21:4,12,21,24 22:3 ,25 38:5
**courts** 14:11,12,18
**covered** 8:23 77:17
**covers** 16:13
**credit** 17:14 26:9 29:25 30:1,2,3,7 46:19,22,22 58:21 59:2 75:16 77:22
**credited** 67:10
**criminal** 11:3 19:19
**critical** 68:4 64:25 66:10
**current** 25:3
**currently** 23:1 38:3
**custody** 22:14
**customer** 51:10 73:25 74:8 80:22 81:17
**customers** 79:24

D

**daily** 26:13
**dakota** 9:23 10:12,21 14:6,20 15:18
**date** 72:4,12 89:13
**dated** 71:18
**day** 12:19,19 19:2 26:14,15 46:2 48:12 49:2 57:13 88:- days 40:17
**deal** 12:17 14:1 44:21 55:14
**dealing** 11:7 39:2,6,12,15 43:7
**deals** 85:5
**dealt** 65:7
**decades** 20:21 33:4 36:8
**decided** 12:14
**decides** 78:13
**decision** 15:7 21:5,6 22:1
**declaration** 3:14 39:3 56:14,22 57:21 59:12 60:3 62:9 63:14 64:18 70:21
**decline** 37:13
**declined** 58:19,20 59:4
**declining** 37:7
**decoto** 15:4
**defeat** 15:23
**defendant** -:10 2:- 23:18,21,22
**define** 8:22 78:6
**definitely** 28:4 47:23 62:10
**definition** 22:19,20,22 76:20 77:9
**degree** 6:17,17,19 23:3 25:18
**delighted** 18:5
**denotes** 39:19
**department** 13:12,15,17,18,19

departmental 7:10,12
depends 47:19
deponent 88:1
deposit 41:16,19,23 42:5,9,11 45:13,14 55:16 66:4,4,9 72:25 74:1 75:16 76:11,13,14,19,20,25 77:6,9,21 78:11 ,18,24 79:2,25 80:5
deposited 57:25 58:6 64:21
deposition -:8 5:12,21,24 38:4 40:19,21 49:4 62:18,22 76:18 87:21
deposits 67:9
describe 6:15 9:19 10:10 12:9 15:6,10,13 18:10
described 57:21 64:19
description 3:8 48:11
desk 49:15 50:1,2
details 73:8 83:11 84:4
determine 22:3,13 83:12
determined 84:4
determines 83:25
developed 17:9
developing 19:24
dictionary 76:20
didn't 10:25 13:21 16:4 21:10 30:24 38:17 43:7 47:10 ,14,15 50:10 58:22,23,24 59:5 60:16,22 69:4 83:3,19,21
different 11:7 33:21 36:9,10 66:5
difficult 19:5
dime 29:10
direct 3:18 77:10
direction 34:12,18
director 8:11,13 12:12,15
directors 12:16
disagree 34:21
discrimination 20:5,6
discussed 80:24
discussion 55:1
dispute 22:19 77:20 85:2
disputes 19:13 77:17 81:12,14,21
dissent 15:24
district -:1,- 14:8,18,18,19,20 15:4
document 3:15 37:23 40:14,17 53:1,3,6 56:11,18 57:22 ,24,25 58:2,5,12 62:13 63:6,8,10 64:3,20,20,24 65:1,4 ,22,25 66:2,5,11,16,19,24 67:16,18,20,21,22 68:1,6,11 70:3,8,10 71:1,2,6,14,16,18 72:12,14,23 75:13 77:16 82:4,7,11 85:18,23,24 86:11,14,15,17,18,19,21 87:3
documents 33:11 39:4 55:7,14,19,21,23 56:24 57:4,5,8 ,12,16 58:17,18,25 59:15,19,23 60:2,4 61:9,15,20 62:7 ,11,16,20 63:19 65:19,20 69:20 74:25
doesn't 42:3,4
doing 9:17 10:23 18:24 48:16 51:15
domain 19:19
domicile 22:20,21
domiciled 22:15
don't 6:3 7:13 9:5 13:19 20:19 26:10 29:5,23 30:10 32:9 ,16 39:10,17 40:22,23,24 43:4,14 48:9 50:9 55:18 58:15 61:8,25 67:14 71:8,20 72:12 74:7,24 76:4,23 77:7,11 86:7
done 34:15 43:5,18
door 48:9 49:17,18 74:10
douglas 15:24
down 39:21 50:16
drafter 21:1
drawer 59:22
driver's 64:14
during 51:21 55:8 57:9
duties 8:8,10 10:10,18 12:9,11

E

earlier 58:23 61:3 67:19 76:17 82:22
eastern 14:19
eclectic 8:21
edit 38:14
education 8:5 11:9 13:15,19
educational 6:15
effect 83:1
effective 70:5 72:3,3
efficient 28:1
eighth 14:15 20:16
either 21:10 22:15 23:18 31:2,22 49:2 81:10
eleent 81:11
element 19:22
eleven 20:25 21:2 36:22
eleventh 14:16
else 7:14 29:14 42:1,22 49:6,19 52:4 53:20 61:12,16 68:3 75:9 81:23
else's 81:25

employed 8:6 10:18,20
employment 9:19
enactment 15:14 20:25
end 53:18
ended 30:25
enough 29:5 80:20
enter 73:17
entered 78:7
entirely 23:4 25:13 44:7
entities 32:19
entitled 57:22 70:3 81:14,20
entity 31:18 43:6
envelope 87:1
equity 58:21 59:2
esq 2:-,-,14
essence 50:20
essentially 13:22
establish 20:13
et 52:1
evaluate 39:11
even 37:13 45:6 62:5
event 33:9 89:19
ever 5:21,24 8:22 9:5 16:2,8 17:12 23:17 28:21,24 31:20 37:7,7,23 38:6 40:14,16 41:16 48:22,25 50:9 55:3 58:18 60:3 61:8 63:9 64:24 67:24 68:7,19 69:17,20 70:9 72:1 ,11,13 82:10 83:16 84:11,18 85:8 87:10
every 12:18 13:7 26:14,15 46:18
everybody 47:13
everyday 26:13
everything 20:20 33:3
exact 25:15 50:19
exactly 11:21 16:17 35:12 69:7
examination 3:3 4:6,11 5:5 89:6
examined 5:3
example 65:24
except 4:14 9:7 60:16 65:12,13
exclusive 19:18 22:2,6,12
executive 8:11,13 12:12,15
exhibit 37:16,17,21 40:11,12,18,23 52:19 56:7,8 63:3,5 ,15 64:19 66:6 67:2 69:25 70:1 79:9 82:5 85:21
exhibits 3:20
exist 13:21 29:5 33:7
existed 13:20
existence 16:10,11,19,22,24 17:1 72:14
expected 58:8 65:22
expecting 27:13
experience 84:21
expound 8:24
extensive 12:25 34:8
extent 12:22
extraordinarily 19:8
eyes 72:11

F

face 39:16,16 43:2,2,9,9 49:18
facing 49:18
fact 42:11 58:9
factor 18:1
factors 66:10
fair 71:21
fairly 19:7
familiar 73:12,19
far 25:17 29:5 36:21 45:19 59:6 64:24 75:19 79:3
fashioned 43:9
fast 50:15
favor 21:7
favorable 13:6 15:20,21
federal 11:7,8,12 13:3 14:11,12,17,18 17:8 20:20 21:23 ,25 22:22
federally 10:21
feel 53:19 84:23 85:1
fees 83:12,21,25 84:5 87:7
feet 48:8
felt 18:3
few 48:8
fifth 2:-
fighting 19:20
file 49:25 59:20,21,21,23 60:15,24,25 61:10,13,21 62:8 ,12,17 63:19,20,24,25
filed 45:23 59:8
files 25:5,9,19,22,24 26:5,7,9,12 37:5 49:23 86:19,22
filing 4:10 56:16,17 72:15,17
finally 21:2
find 15:5

finish 50:12
finished 48:15
firm 5:10
first 17:21 20:8,14,15 21:5 24:16 38:22 40:16 41:7 43:1 45:5 48:4 50:16 69:5,6,9,10 72:10,11,13,17 82:14,18 83:7 87:5
fishing 11:15 34:16
five 36:22 48:18 87:15
five-minute 48:1
floral 24:18,19 25:6,10,12,20 26:2,19,24 27:17 28:9,18 37:6 45:24 59:16,18
flushing 29:11,21 30:15,17,18,20,24 31:3,22 33:16 35:18 36:2,4,6,7 43:24
flyer 43:14
focusing 41:5
folder 55:24 59:25 60:4
following 34:17 88:6
follows 5:-
footnote 79:12,13,17,19,20
foregoing 88:4 89:10
forenoon -:20
forever 61:4
form 4:15 31:15 32:22 74:5,17 81:22 86:1,8,18,21
forth 51:18 81:13 89:14
forward 10:8
forwarded 72:16
foster 22:13
found 46:18 63:19,23
four 60:2
frankly 17:25 69:4 76:23
freedom 11:16
frequent 43:14
fresh 10:14
front 47:7
fulfilling 51:10
full 5:14 38:22
fundamental 65:21 66:1
funded 10:21
funds 12:24 42:11
further 4:9,13 87:17 89:10,16

G

garbage 33:5
gave 35:17 53:15,21 56:25 59:14
general 18:17,20 19:6 72:24 85:7
generally 26:21
generically 48:10
getting 13:5 20:8 40:1
give 52:21 65:24
given 65:14 71:2
giving 6:10 66:8
glossy 86:10
go 14:14 20:2 25:17 26:24 28:3,7,18 29:5 32:1 33:5 34:23 38:19,21 43:8 46:9,20,21 47:4,5,12,14 59:23 60:18 72:11 75:10 77:8,14 79:11 80:10 81:4 82:9 87:14
goes 11:17 27:2
going 16:17 20:20 27:12 33:4 34:19,22 36:16,17 37:2 51:18 58:8 61:4 71:19 75:10 84:10
gone 74:21
good 5:7,8 23:23 42:2
governed 31:4,6,13,19 73:2 74:4,15
governing 31:9 37:9 54:19
government 11:7,12
graduate 6:22 7:15,18
graduated 9:9,20
graduating 7:22
graduation 7:8,12 9:21
granted 16:5
great 5:-,19 12:17,21 13:5 14:1 25:10,25 26:8,25 27:3,3 ,18,19,20 28:16 42:16 46:2,13 47:18 48:5,19
greeter 48:11
ground 8:24
guess 17:23 56:2

H

h-i-r-s-c-h 5:16
handed 51:1,3 54:14 55:20,20 57:9,15,20 58:3 63:15 67:22
handle 12:16 19:9
handled 13:23
handling 19:12
hands-on 8:16
happened 27:22

hard 19:1
haslam 70:21
hates 25:14
having 5:3 11:5,5 13:4 43:13 50:23 84:12,13,22
headquartered 44:19,19
health 11:10 13:15,16
heard 41:16
hearing 83:22
held 28:21,24 29:2
hello 50:18
help 50:19
helped 20:8,13
hereby 4:4 88:3 89:5
hereinbefore 89:13
hereto 4:6
hew 13:20
high 6:16 8:1
hired 10:5
hirsch -:-,9 3:4,9 5:7,15 37:16,19,20 39:1 40:15 48:4
   52:18,24 56:10 63:5,9,14 69:24 70:9,24 71:7,17 82:10
   85:18,25 87:18
hirsch-10 63:6
hirsch-11 63:7
hirsch-2 85:19
hirsch-3 85:20
history 7:5 9:20 19:16
hmm 57:1
hold 30:16
home 5:17 24:6,7 45:24 55:20 58:20 59:2,16,18
honors 7:6,10,12 9:10
hope 67:16
host 19:19
hour 34:15
hours 8:25 62:24 74:22
house 24:8,10,11,12,13,14,16,22,23,25 25:7,10,11,20
   ,25 26:3,8,25,25 27:11,12,19 28:9,16,18
housecleaning 61:7
housing 11:9 19:24
however 38:25
hum 25:4 67:3
human 13:16
hunt 80:19
hunting 11:15 75:10
hyphen 15:16

I

i'm 5:10 9:1 14:16,16,17 15:2 20:10 25:15,23 26:19
   34:19,22 36:4,16,17 39:18 41:5 43:9 51:17 59:3 69:24
   75:10 76:15,16 78:22 79:15 80:19
i've 16:23
id 51:24
idea 76:22
identifiable 78:17
identification 37:18 40:13 52:20 56:9 63:4 70:2 82:6
   85:18,22
idiocy 61:5
igor -:-
imagine 61:24,25
immigrant 29:10
impetus 86:4
impinge 19:17
important 27:9 73:7
include 54:9 80:6
included 11:3 33:12,13,16,19
including 27:4 70:4
income 17:25
increase 17:25
independently 12:14
indian 8:7,9,17,20 9:23 10:3 11:25 12:2,4,10 13:6 17:8
   ,18,22 18:13,21 20:20,22 21:15 22:24
indicated 54:20 61:3
indigenous 13:13
initial 82:25
inquire 34:14 83:16 84:6,23 85:1 87:10
inquiries 12:17
inside 48:9
instead 27:7
interact 47:21
interest 17:24
interested 59:4 89:18
interior 13:12
internet 42:24,22 11:1,17,20 44:22
interpretation 17:3
interpretations 16:25

interrogatories 70:25
interrupt 71:10
introduced 40:18
invalid 21:20
invariably 43:22
involve 17:3
involved 8:16 11:11 12:20,21 13:1 16:8,23 17:12 20:21
   ,23 23:17 62:5
isn't 78:21,23
issue 15:10,12 17:7 21:13,14 28:21 34:13 85:2,3,6,9
issues 8:24 11:4,8,13 14:3 19:15 22:14 34:13 49:9
it's 13:16 17:6 22:10,17 32:24,25 33:8 34:5 36:21 41:7
   50:8 59:21 61:5 63:24,25 66:24 67:13 71:13 75:5 76:2,9
   ,13 77:12,15 78:2 79:10 80:15 82:16 85:16 86:20
item 63:13
iteration 78:18,18
itself 17:1 53:22

J

james 2:8,-
january -:19 36:21 62:2 70:23 71:19
jersey -:17 89:5,24
jimmy 20:24
jkelly@jckellylaw.com 2:11
joseph 2:14 5:10
journal 9:14
jstrauss@stroock.com 2:-
july 38:5 70:5,14 71:18 72:3
jurisdiction 20:1 22:2,4,7,12
jurisdictional 19:15,18
justice 15:24 21:6

K

k-278 2:-
keep 25:14,22 26:8,18 33:3 37:5 59:19 61:1,15
kelly 2:8,-
kept 24:14 25:6,10 35:5 59:13,15
kind 45:7 66:5 76:6 85:16
kinds 52:2
knew 47:22 50:9 58:25 63:25
know 5:9 6:4,9 9:15,16 10:14 16:14 18:25 19:2 20:19
   24:3 26:10,11 32:13,18,20,25 33:10 34:9 35:8,11,12,14
   36:7 38:14 39:10,10,12,14,16,17 40:2 41:19 42:5,8
   43:12 47:10,14,15,17,20 48:9 51:8,17,24 55:15 58:8
   61:25 64:2,4,6,11,24 66:13 72:12 74:7,8,24 76:19,23
   77:7,8,25 85:15 86:10,13
known 18:25
knows 47:13

L

labeled 59:24,25
labor 13:18
lack 48:11
laid 72:11
land 11:16 19:10
lane -:12
language 15:18 17:7 74:25 75:11
largely 25:12,13,20,24 26:2
larger 56:17
last 15:25 32:5 34:15 38:22 44:17 49:4 62:23
late 46:4
later 20:10,11 70:24
latter 22:25
lavan -:18 2:- 5:11
law 2:8 5:10 6:12,17 7:15,18,22,24,25 8:2 9:3,6,7,12,20
   10:15,17 11:4 12:6,8 13:9,9 17:4,9,10 20:16,21,24 21:1
   ,22,23,25 22:20,22 23:8
lawsuit 28:21 38:3 56:16 72:9
lawyer 10:16 38:15 74:9,13 78:12
lawyering 38:16
lawyers 10:6
leads 79:1
learn 10:15 74:3 81:19 84:4
learned 74:14,20 75:1,4
least 75:5 86:18
leave 17:21
led 77:14
left 16:1 17:17
legal 10:22 12:11 74:11
legislation 13:6,8
legislative 8:15 13:23,25

length 73:16
less 19:4 26:15 59:9
let 6:4 44:10 78:5,10
let's 40:10 52:17 56:6 76:12 77:14 80:10 87:14
letterhead 28:6
level 9:7 21:12 26:11
license 64:14
life 26:14
likely 82:2
line 41:7 47:5,6 58:21 59:2 88:-
listed 57:4 60:3
lists 56:24 64:3
literature 45:2
litigated 20:15
litigation 12:21,24 13:1,24 14:1 62:4,6 72:16 75:23
   89:19
live 36:8
living 24:10
llp -:18 2:-
lobbied 21:2
lobbying 13:3
local 14:3 20:3 43:7
long 19:16,16 29:13 45:12 50:7,11 58:10 61:1
longer 33:7
look 33:2 37:20 41:1 50:10 56:6,21 69:1,6 79:9 82:3
   85:4,14 87:2
looked 54:13 62:1,3 65:4
looking 60:25 66:6 82:8
loop 76:6
losing 27:10
lot 8:14 13:4,11,14 18:24 19:2,3,13
lynch 33:24,25 34:6

M

maiden -:18 2:13
mail 3:18 27:2,7,10,13,15,21,22 28:3,5,8 45:6,16,17,21
   64:9,16 69:3 82:15 83:6 86:9
mailed 45:10,11,13
mailing 45:1,4 50:22 51:1,2,3 86:23
mailings 69:12
maintain 24:5,21
major 6:25 7:2,3 13:10 20:22 21:11
making 39:25
mandate 34:18
mandatory 81:11
manual 3:16 67:8,25 68:4,7 69:18 70:4,13,17 72:2,7,20
   73:2,3,6 74:2,4,16 76:15 77:5,15 79:22 80:11,13,25
   81:3,19,20
march 15:9 30:21
mark 37:15 40:10 52:17 85:17
marked 37:17,20 40:12 52:19,23 56:8 63:3,5 70:1 82:5
   85:21
marketplace 73:4
markets 70:5
marking 69:24
married 24:9,13
marshal 21:6
massive 20:5
master's 9:7
matter 50:8
matters 13:24 18:16 19:9,10 44:13
maybe 16:12,18 29:23 30:9 42:24 47:6,25 48:17
mean 12:20 14:10 16:13,15 17:10 18:2,5,19 19:16 20:10
   ,18 39:10,20 41:23 44:3,12 47:19 50:19 51:24 55:9
   60:22 61:5 62:23 65:23 66:7 73:15,22 76:3 86:8,12
meaning 33:22
means 12:25 73:16 78:1,3
meant 8:12 58:24
members 21:18
memory 51:18
mention 78:20
mergers 21:12
merited 7:11
merrill 33:24,25 34:6
met 5:9 48:22 49:4
meticulous 32:3 38:16
michael 40:20 48:21,22,25 50:17 51:20 53:11,14,25
   54:23 55:3 57:9,15,19 67:22
miles 43:14 50:23 60:6,7 86:3
milestones 13:10
mind 81:25
minimal 11:3
minute 58:13,14

**minutes** 48:18 50:14 87:15
**mississippi** 21:18,21 22:4
**moment** 75:11
**money** 42:3,6,9
**month** 60:19,20
**monthly** 46:20 60:17 83:12,21,25 84:5
**morning** 5:7,8 27:7 46:4,4
**mostly** 11:4
**motivating** 18:1
**move** 17:23 18:3 36:17 37:2
**moved** 24:14
**mr** 3:5 5:6,7 31:15 32:1,4,22 34:11,21,23,25 36:16
 37:15,19 40:10,15 47:25 48:3,4 49:12,13,20 52:7,10,17
 ,21,23 53:20 54:8 56:6,10 63:2,9,15 64:8,15 65:5,10
 66:21 67:24 69:24 70:9,20,24 71:7,8,13,17,22,24,25
 74:5,17 75:1 81:22 82:1,3,10 83:2 85:17,25 87:14,17,18
 ,19
**mrs** 40:18
**multitude** 8:18
**myself** 78:8

N

**n.a** -:9
**name** 5:9,14
**narrowest** 15:12
**national** 18:13
**nationwide** 22:23
**native** 18:14,18
**nature** 18:10
**near** 36:8 63:16 68:13
**nebraska** 14:6,21
**necessarily** 26:11 85:2
**necessary** 51:25
**neck** 5:-,19 25:11,25 26:8,25 27:3,3,18,19,20 28:16
 42:16 46:2,13 47:18 48:5,19
**need** 26:14 42:3,4 61:6,7 83:20 84:3,17,23 85:1,4
**needed** 20:2 26:15 45:11 48:12 53:16 64:24
**needs** 51:9
**neither** 89:16
**new** -:-,16,17,18,18 2:5,5,9,9,-,- 5:-,19 6:20 7:17 8:4
 10:2 11:23 14:7,19,19,20 29:12 44:15,16 89:4,5,23,24
**next** 47:7 48:17
**ninth** 14:15
**no** -:2 6:2 8:21,22 9:8,8,11,13,15,17,18 14:10 16:22,23
 ,23 17:1,5,5,11,15 22:4 23:4,22,24,24 26:1 28:17 29:1
 31:7,11,20,24 33:7,15,18 35:23,23 37:11 46:8 47:5,5,6
 ,14,23 49:2,5,9 51:18 52:6,8 53:24 54:12 55:1,25 57:14
 ,17 58:22 59:7,11 60:8,8 61:14,17,19 62:19 63:1 65:21
 68:5,9 69:23 72:5 74:10 76:22 78:20 86:20 87:17 89:23
 ,24
**none** 45:19
**nonprofit** 12:22
**nor** 49:2 54:25 59:1 89:17,19
**normally** 39:24
**northern** 14:20
**notary** -:16 4:7 89:4
**note** 65:5 71:3,5
**noted** 67:8
**notes** 52:9
**nothing** 89:8
**notice** 49:23 59:7 70:5
**notices** 59:8
**november** 82:17
**number** 3:8 18:17,20 35:11,14 41:8,12 52:1,18,22,24,24
 56:24 62:3 63:6 64:3 66:9 72:22 85:19
**numbers** 55:16 58:1 64:22 70:6
**numerous** 14:11 59:8
**nyu** 9:9

O

**o'clock** 27:7,8
**o-g-a-l-a** 9:22
**oath** 6:10
**objection** 31:15 32:22 34:22,24 36:17 65:5,8 66:21 71:3
 ,5,9 74:5,17 81:22 83:2
**objections** 4:14
**occasionally** 46:15 47:2
**occasions** 85:8,12
**occur** 58:8,9
**october** 23:12 29:16,24 40:3,7 41:14 42:13,15 46:1,12
 47:16 48:5 49:8 57:5 63:17 70:18 76:10 82:16 86:6
**off** 32:1,3 46:23 87:14,16
**offer** 3:18 36:25 43:12 51:9,11 60:6 86:2

**offering** 50:22 86:10
**office** 2:8 10:20 24:5,6,7 27:3 49:12,13,15,20
**offices** -:17 44:22
**often** 60:14
**oftentimes** 46:25
**ogala** 9:22
**oh** 13:20 16:21,21,21 23:9 26:2,9 27:19 41:8 47:23
 60:11 67:17 75:13 76:19 79:13,16
**okay** 6:17 12:14 14:14 15:22 23:14 24:4 26:7 28:11
 32:25 34:1 37:22 38:15 39:9,23 40:3 41:11 44:2,6 46:24
 47:9 48:3 49:3 51:12 56:23 63:2 64:18 67:3,17,18 68:12
 75:13 77:14 79:18 80:16,20 81:4 84:3 85:10 86:13,25
 87:19
**old** 43:9
**once** 60:20
**one** 8:19,22 9:6 14:3 16:9 17:24 21:5 22:11 27:6,8 29:11
 ,21 30:4,8,8,14 31:3,22 32:13,17,19,21 33:13 35:1,3,6
 ,11,17 36:23 37:12 43:23 44:1,4,14,25 47:6,11 48:15
 49:16 53:7 56:5 58:7 63:18 66:6 68:10 69:6,6 70:21
 71:15 76:22
**ones** 53:7
**online** 44:8 45:8,20 47:1 68:20,23,25 69:3,18 82:24
**open** 20:13 35:1 36:1,15 37:8 39:21 40:4 42:20,23 43:3
 48:13 49:10 50:25 55:17 72:25
**opened** 31:10 34:7 35:12,22 36:12 40:7 41:13 42:15
 43:3,19 44:7,25 46:3 52:12 54:20 58:6 65:2 70:17 75:20
 76:10 82:15 86:5
**opened/** 57:22
**opened/applied** 58:12 67:21
**opening** 3:15 33:11 39:12,13,17 45:7,22 48:20 49:7
 50:11 51:14,21,25 52:2 53:18 55:8,21,23 57:10,25
 63:17,19 64:11,20 65:1,20,23 66:1,11,18 74:21 82:19
 86:5
**openings** 43:15
**opens** 74:1
**operation** 79:25 81:24
**opinion** 15:25
**opposed** 30:11 42:22
**opposite** 25:15 26:1 76:4
**opted** 22:25
**option** 43:17
**organization** 8:15,19 12:22,23
**organizations** 18:14,18,22
**original** 86:23
**otherwise** 31:19 84:16
**ought** 69:8
**ourselves** 13:1
**outcome** 15:20,21 89:19
**outside** 9:17 24:5
**overwhelming** 18:19
**own** 20:7 49:13 59:25
**owned** 24:13
**owns** 33:25

P

**p.m** 87:21
**pack** 25:16
**page** 3:8 38:8,20 41:2 54:17 56:22 67:1,25 68:10,13
 72:19,21 75:14 77:15 78:13 79:12,15,18,18 80:13,14,24
 81:2,18 83:7,7 87:2 88:-
**pages** 69:21 74:24,25
**paper** 34:17 56:3,4 60:23 86:11
**papers** 49:23 50:2,4 59:14
**paragraph** 38:22 56:21 57:4 59:13 63:14 67:4 81:8,18
**parenthesis** 57:23
**park** 24:18,19 25:6,10,12,20 26:3,20,25 27:17 28:9,18
 37:6 45:24 59:16,18
**part** 13:20 29:12 33:9 45:21 50:23 56:17 61:6
**participated** 6:1 16:5
**participating** 21:11
**particular** 9:4 13:5 15:14 17:6 47:4 51:7 54:6 55:19 71:1
 85:4,6 86:17,18
**particularly** 10:17 74:2 82:24 83:4
**party** 16:19 17:13 81:11 89:17
**passbooks** 65:14
**passed** 13:6 21:3
**passport** 26:10
**past** 43:19
**patricia** -:15 89:3
**pay** 46:19,21,25
**payment** 84:14
**pc** 2:3

**penalties** 6:11
**people** 19:24 71:15
**percent** 18:12 23:9 27:2
**percentage** 23:7
**perhaps** 15:25 77:10
**perjury** 6:11
**person** 42:18,21 43:6,8 47:7 48:8,10,15,16
**personal** 25:9,19,22,24 26:5,7,14 28:3
**personally** 16:4 23:17
**personnel** 39:16 47:17 67:9
**pertaining** 22:14 25:5 26:9 85:15
**pertains** 75:12 85:3
**pertinent** 16:18
**petty** 24:3
**phone** 12:18 42:25 43:4,17,20 44:8,21 45:8
**phonetic** 40:19
**physical** 64:10,12,13 69:12
**physically** 10:19 45:9
**pick** 28:7
**picture** 51:24
**piece** 13:8 18:23 27:22 60:23
**pieces** 27:13 34:17 56:3,4
**pine** 9:23
**place** 24:15 26:16 43:8 60:3 71:12 89:13
**placed** 61:9
**plaintiff** -:7 2:6,10 23:18,21,24
**plaza** 2:-
**please** 5:17 6:4 37:15,19 65:6 71:4,10,22,24 79:14 81:8
 ,15 83:10
**plural** 53:19
**plus** 41:3,12 42:12 58:20 59:1 75:12,17,17,21 77:22,22
 78:15,15,23,24
**po** 27:2,5,24 28:3,5,7,13 64:3,9,16
**podium** 48:8
**point** 14:5 34:20 44:12
**political** 7:4
**portion** 85:4
**position** 21:8,9 76:4
**possibly** 16:1 29:22 74:12
**post** 27:3
**practice** 10:9 17:19 18:8,11 23:2 24:5
**practicing** 23:8
**practitioner** 10:9 38:13
**precisely** 30:11
**prefer** 28:1 43:5
**pregnant** 33:1
**preparation** 62:17,21
**presented** 38:4
**presenting** 53:12
**previous** 37:3
**previously** 12:5 46:6,14 65:3,8
**primary** 13:12
**principal** 21:1
**prior** 32:7 44:18 46:12,16 62:5 64:19 78:11 89:5
**privacy** 59:6,8 70:4
**private** 19:17 18
**probably** 30:1,2,3 40:24
**procedures** 73:8
**proceeded** 51:5,6,13
**process** 39:22 45:22 50:12,23 51:22 53:18 55:8 57:10
**produced** 86:14
**product** 78:17
**products** 57:22 58:11 67:20
**program** 10:22
**promotion** 54:5
**promotional** 36:25 43:12 60:6
**pronounce** 10:11
**pronunciation** 15:19
**proposition** 85:7
**provide** 32:17 35:9,14
**provided** 32:18,20 66:24 71:7
**provision** 75:14 78:14 81:10,13,16
**provisions** 73:23
**public** -:16 4:7 89:4
**pulling** 60:24
**purpose** 46:16 68:24
**put** 59:25 60:7,9,11,18 76:12
**putting** 41:25 60:23

Q

**queens** 6:20,23,25
**question** 6:5 32:5,7,23 36:23 58:23 66:22 74:6,18 78:11
 ,22 81:23
**questions** 4:14 6:4 36:18 37:3 51:21,23 52:3 54:1,3,5,8

,12 71:4,20,23 87:18
quite 18:19 41:5 66:7

R

range 11:10 23:10
rare 85:8
rarest 85:8
rat 25:16
rate 75:17 77:23 78:16,24
rather 71:18
read 32:5,7 38:6,9,15 51:5,6,13 54:14 58:24 59:5,7,8,11 74:3,14,20,23 76:5 81:8,15 88:3
reading 67:12,15 74:13 76:24
reads 76:5
ready 75:16 77:22
really 18:19 23:25 44:13 47:6 69:4
reason 6:4 27:8,9 31:12 43:11 88:-
reasons 65:8
recall 7:13 9:5 14:12 16:12 29:19 30:19 31:2,6,8,21,24 ,25 32:9,16 37:7 40:6,22 43:16,20 44:24,25 45:20 46:1 47:3 51:20 53:24 55:18 61:8
receive 6:18 9:10 26:21,22 30:12 57:12 64:9 65:3 70:17 72:2
received 39:4 50:22 57:5 62:1 69:11 82:15,19 83:5 86:2 ,9,24
receiving 31:8 45:1 68:6
recently 22:24 44:14,16
recess 48:2
recitation 78:14
recognize 20:12 53:2 56:10 85:24 86:7
recollect 84:12
record 5:18 32:2,3 52:22 80:8 87:16
records 22:24 26:17,19 33:3,4,10 35:5,10,15 59:20,21
refer 83:10
referenced 54:24 55:4 63:13 67:25
referred 73:3,5,6
referring 39:15 63:8 70:8 72:23 77:16
regard 36:25
regarding 53:22 75:16 79:24
regional 18:14
regular 41:3,11 42:12 47:12 75:20 78:20 79:2
related 75:18 83:24
relates 43:13 72:9
relating 61:15 77:21
relation 43:15 62:4 72:9
relations 11:6
relationship 30:25 77:24,25 78:2,3 79:23
relied 12:23
religious 11:16
remember 7:9 14:16 15:3 29:6,23 30:10 40:23,24 48:14 49:19 50:4 52:4 53:8,11 61:23 77:12
remembering 50:8
repeat 36:16
report 3:12
reporter -:15 3:20 32:8 89:3
representation 11:4
representing 5:11 18:13,15
request 68:7
requests 12:17 62:13 86:15
require 84:20
required 34:9 50:25 78:17
requires 64:12 85:9
research 8:14
reservation 9:24 15:15 22:16
reservations 14:2
reserved 4:15
reside 22:15 24:25
residence 25:3
resisting 20:4
resolution 81:14,21
respect 11:12 17:2,9 18:22 25:5 30:13 35:21,23 37:4 45:2 58:17 64:11 66:8
respective 4:5
responded 86:3
responding 62:12
response 86:15
responsibility 13:13
resulted 78:8
retained 3:20
retired 23:1
retirement 68:14
review 9:12 56:18 57:16 58:18,22,23 61:20 62:7,11,16 ,20,23 69:17 77:8 83:5 84:18
reviewed 58:2 67:20 75:24

reviewing 31:21,24 53:1 58:11 67:17 75:13 81:18 82:7 85:23
reviews 74:1 80:23
rhetorical 78:22
ridge 9:23
right 11:24 17:10 18:3 20:12 25:21 26:4 28:19 29:9 35:25 36:14 49:25 67:6,16 77:12 83:13
rights 11:5,14,15,15,16,16,16
rise 26:11
role 21:11
romanov -:5
room 49:21,24
roslyn 29:12
routine 50:15 51:25
routinely 84:16
rules 73:8
run 20:13

S

s-i-s-s-e-t-o-n 15:16
saffier's 40:18
samuel 2:-
sands -:15 89:3
sat 39:20 49:16,16 50:16 74:22
savings 28:22,24 29:3,11,12,17,21 30:5,10,20,22,23 33:16 34:3 35:18 36:2,5,6,6,7 40:8 41:3,12,21 42:9,12 43:24 44:4 50:24 68:14 75:2 77:9
saw 32:12,14 37:12 40:16 72:17
say 6:2 12:16 18:12 23:4,8,13 27:1 30:3 32:14 36:4,11 43:22 46:5 50:17 51:4,16 53:14,19,20 54:7 57:17 58:10 59:2,9 62:23 77:2,4 78:10 79:13 83:3 84:9 86:7
saying 32:16 36:5 78:22
says 22:11 38:25 41:3 54:17 56:25 57:24 59:12 67:7 68:13,15 72:24 75:11,15 77:20 79:21 80:17 81:5 83:9 87:5
schoengold 2:3
school 6:17 7:16,19,22,24 8:1,1,2 9:3,6,7,20 10:15,17 12:6,8
schools 19:25 20:3,7,9
science 7:4
scope 16:13
sealing 4:10
sec 34:8
second 14:14,15 34:12,18 36:20 38:4 67:4,7 70:22 71:15 79:10,21 87:2
section 22:11 75:15 81:14,20
secured 20:25 59:1,2
securing 43:14
security 52:1
seeing 32:16 40:22
seeking 19:17
seems 66:10 76:23 78:16
seen 37:23 40:14 63:9 70:9 82:10
semi-retired 23:5 39:1
send 45:10,12
sense 16:15
sentence 38:23 39:11 67:7 79:20 87:5
sentences 74:2,14
separate 56:3,4 78:17
separated 78:25
separately 56:1
services 10:21,22 11:1 13:16 75:18
set 20:8 81:13 89:14
several 72:10 21 44:17
shall 4:11,15
she's 80:10
shorthand -:15 89:3
show 27:14
showing 55:15 57:25 64:21 71:14,17
side 49:16,17
sign 45:9,11 52:12,15 53:16
signature 3:13 52:16 53:5,9,12,15,21,22 54:1,4,8,10,11 ,13,16 55:5,9,11
signed 20:23 54:2,9,10,14 56:14,19 88:5
significant 18:1 23:3
signing 53:8 54:18
similar 66:7
similarly -:6
simultaneously 18:18
single 13:7 78:15
sioux 9:22,22 15:16,17
sir 37:1 65:7
sisseton- 15:15

sisseton-wahpeton 15:18
sit 59:10
site 69:22
situated -:6 10:19
situation 85:12
six 15:23 21:7
skills 38:16
skimmed 38:7
skipping 20:10
small 23:19 24:1 51:17
social 52:1
sociology 7:4,10,11
solely 79:22
solo 10:9 18:7 24:4
somebody 33:1 46:10 81:23
someone 81:24
sometime 36:10
sometimes 73:2 4
somewhere 23:9 75:9 77:10
sorry 25:23 67:17 79:15
sort 41:2,7 45:1
south 9:23 10:12,21 14:6,20
southern -:- 14:18
speaking 26:21
special 18:4
specific 11:19
speculative 31:16
speech 71:13
speeches 75:11
spell 5:14
spells 51:7
spend 23:8
spent 18:24 58:10
spoken 48:25
sporn 2:3,- 31:15 32:22 34:11,23 36:16 52:21 65:5 66:21 70:20 71:13,24 74:5,17 81:22 83:2 87:19
spring 10:7
staff 10:4,4,6
stars 67:5
start 50:12 71:19
started 12:7 24:8,10
state 5:14,17 14:10 20:2 21:21,22 22:3,20 29:13
stated 65:9 67:19 82:22
statement 3:17 39:5,14 60:17 65:15,16 67:11 69:1,2,9 ,10 80:2,3 82:14,17,19,24,25 83:8
statements 26:10,22,24 27:4 28:11 33:6 60:10,12 61:2 ,4 69:5,14,21
states -:1,16 11:20 13:14 14:22 19:14,17 20:1 89:4
status 54:18
statute 22:8,9,10,11
stay 18:6
stayed 18:6
stenographically 89:12
stepped 47:1
stipulated 4:4,9,13
stop 34:19 84:13
store 26:15
straight 7:11,21
strauss 2:14 3:5 5:6,10 32:1,4 34:21,25 37:15 40:10 47:25 48:3 52:17,23 56:6 63:2 65:10 69:24 71:8,22,25 75:1 82:1,3 85:17 87:14,17
street 2:4 5:2,19 25:1
strike 36:18 37:2
stroock -:17,17 2:-,-
strook 5:10,11
studies 9:16,17
stuff 11:2 24:3 29:8
stupidity 33:8
subject 6:11 21:4 75:3,8,25 76:14,15 77:24 87:6 88:5
submit 45:5
subscribed 88:-
subsequent 39:13
substitute 8:4
success 13:4
successfully 20:16
suite 2:-,-
summarily 59:3
summer 10:7 17:17
supreme 14:22,24 16:3 21:4,12,24
sure 6:9 9:1 15:2 16:21 26:23 28:3 30:13 39:18,25 44:11 45:14 49:22 51:17,23 52:14 58:7 61:22 62:25 69:7 76:16,19 79:11 80:12,19 82:9 87:4
sworn 4:7 5:3 88:- 89:7

## T

table 80:15,18,23
taken -:14 5:22,24 48:17 88:4 89:12
taking 5:12 38:3
talk 51:18
talking 27:16 41:9 65:6
tax 54:18
teach 10:16
teaching 8:4
teenager 84:10
tell 20:19 33:8 67:14 70:20 74:12 84:17
teller 46:21 47:4
tellers 47:11
ten 48:18 79:12
tenth 14:15
term 41:16 66:14 76:19,21 77:11,13 78:6 79:22
terminated 15:15
terms 31:9 34:9 39:11 45:15,23 51:8,10 60:23 66:17
72:24 73:7,20 81:12 83:11,17,24 84:6,13,18,24 85:5,14
87:7,11
territory 16:14
testified 5:-
testify 89:7
testifying 6:12
testimony -:14 6:9 88:4 89:11
text 75:9
thank 60:13 71:25 87:18,19
that's 12:5 16:17 19:25 23:23 25:3 27:8,25 28:5 31:24
34:4 41:10,21 42:2 57:21 61:7 64:16 66:5 71:21 72:17
78:25 79:4,5,7 84:8 86:12
themselves -:-
there's 78:20
thereto 75:18
thing 8:21 17:24 20:23 45:7 70:21 85:16
things 11:11 12:13 26:13,15 43:9 51:25
think 13:19 14:7 15:5,24,25 17:10 23:19 29:22 30:6,14
37:1 43:18 50:9 58:15 65:22 71:20 74:8,9,11 78:6 81:24
thinking 78:12,23
third 41:2 79:20
thorough 61:6
though 54:5
thought 20:1 69:7
three 5:19 15:23 21:7 32:15 67:5
throughout 30:4
thrower-awayer 25:14
throwing 61:8
thursday -:19
time 9:15,18 13:5 17:23 18:3,21 20:4,16 23:7 29:4 30:4
,6,9,10 39:11 40:16 43:16 46:2 57:19 65:13 67:21 68:8
71:11 72:7,10,11,13,18 74:20 84:10,11,16 89:13
times 36:10 62:3
title 8:11 48:9 54:20 66:8
titles 55:18
today 5:13 6:10 13:9 23:8 24:22 30:16 57:23 58:12
67:21
together 73:5
told 36:20 50:21 64:8 80:4
took 20:24
top 54:17 64:2 80:20
tort 19:9
total 68:14
toward 53:17 54:17
towards 83:8
transaction 3:12 39:25 48:16 73:18 78:5,7
transcript -:14 88:4 89:11
transfers 85:11,13,15
travel 14:1
treasury 13:17
treaties 11:18 16:25 17:3
treaty 11:5,13 16:15,20,22,24 17:7
tremendous 8:23 13:2 21:7
tremendously 20:4
trial 4:15
tribal 11:4 20:2,14
tribally 19:25 20:9
tribe 8:20 9:22,22 10:11,12,19,24 11:6,9,19 14:3 15:16
,17 21:19 22:2
tribe's 22:6,16
tribes 8:17 11:11 12:19 13:7,10 18:13,21,22 19:14,17
,20,23 20:3,12 22:12
triple 7:2,3
true 89:11
truth 89:7,8,8

trying 10:15 14:16 17:25 19:23
turn 38:8,20 65:12 67:1 68:10 72:19 79:12 81:2
twice 71:5
twins 21:18
type 18:15 41:2 65:25
types 11:13 40:6 65:18
typical 38:16
typically 28:8,10 65:16 85:13

## U

uhm 16:11 25:4 30:1 39:17 57:1 58:24 60:8 67:3 78:5
ultimate 22:1
ultimately 10:4 20:7 22:25 45:12
undefined 77:11,13
understand 6:3,7,13 38:18 71:9 76:3 80:7,8
understanding 41:21
understood 6:6 76:18
uniformity 22:23
united -:1 11:20 13:14 14:22
universal 22:21
university 6:20 7:17
until 44:16 49:4
unusual 84:14
upon 9:21
upper 41:2
us 13:11 14:24 15:5 16:3 21:4 30:7 36:20 38:5 70:5 71:2
use 19:10 26:13 28:4 79:25
uses 76:21
usually 30:5,5 47:6

## V

vague 31:16
valid 21:19,20,21,23,25
variable 75:17 77:23 78:16,24
varied 19:7
vein 59:10
verified 67:9
via 43:20
victory 21:7
view 72:6 75:5,22,24 76:2,9
virginia 44:20,23
virtually 59:3
visits 46:17
voided 22:5
volunteer 54:25
vs -:8

## W

w-a-h-p-e-t-o-n 15:17
wahpeton 15:16
wait 48:15
waived 4:11
walk 47:22
walked 39:20 48:4,7
walks 74:10
wall 50:1
want 8:24 39:21 44:20 61:25 64:16 65:12 70:20 80:8
wanted 12:12 18:6 20:6 50:25 58:7 64:9 69:6 83:4
wasn't 18:4 19:4 21:22,25 27:14,20 30:22 50:14 58:25
water 11:15
we've 5:9 63:5
week 49:5
welfare 13:16 20:22 21:16 22:24
well 8:16 10:14 12:11 15:12 17:23 23:12 25:23 27:1,6
28:13 30:7 32:24 35:21 37:11 43:1 45:5 47:21 50:18
51:5 58:19 60:5,22 61:3,25 64:14 65:7 66:3 71:13 74:13
76:12 77:7 78:2 80:8 86:1,9
went 7:21 9:21 10:1,2 17:18 39:22 46:2 70:22 76:17
west 2:4
what's 64:13
whatever 8:12 10:23 12:12 36:24 46:19 48:16 72:12
whatsoever 55:2
whether 11:9 15:13 21:15,16,19,20 31:2,6 32:9,25 33:1
37:13 40:23 42:5,8 72:2
whoever 47:7
whole 19:19 22:18,19 89:7
whom 47:4
why 17:21 27:5 33:7 42:20 64:2,4,6,7,17 75:7 78:25
wide 2:-
wife 24:13 25:13
will 5:12 6:5 58:11 73:1 77:24 80:19 85:17
williamsburgh 29:10

wire 85:11,12,15
within 41:8 48:17
witness 3:3 31:17 32:24 53:1 65:11 66:23 74:7,19 82:2
,7 83:3 85:23 89:6
won 20:12
wondering 27:22
word 39:18 41:23 73:12,15 77:25 78:3
words 33:24 50:19 73:19,22
work 7:24 8:3,13 9:17,21 10:2,23 12:12,13,13,14 13:2
,14 16:18 18:23 19:1,3,5,6 24:15 25:6
worked 7:25,25 8:1,12 10:11,12 12:5,7 13:7,18
working 11:1,19 14:2 24:10
world 2:-
worry 60:18
wouldn't 23:4 25:17 27:14 32:13 63:23
write 38:13
wrote 15:24
www.citibankonline.com 68:16,20 69:18

## Y

yeah 9:2 13:21 14:3 16:21 17:8 22:10 23:6,13,15 24:20
26:20,23 36:6 38:21,24 41:11,12 45:25 55:12 60:11
64:4,5 76:8 78:4 79:8 82:9
year 6:22 7:18 9:25 24:12 35:21 36:1
years 18:24 20:25 21:2 23:20 24:9 30:4 44:17 46:23
59:9 84:11,16,22 85:13
yes 6:8,14 7:23 12:8 14:24 16:25 17:20 18:9 19:8 24:23
25:2,8 26:6 28:14 29:18 35:19 37:25 39:8 41:15,18 42:7
,10,14 44:1 47:1 49:14,16 50:3 53:7,10,13,23 54:22
55:19 56:3 57:3,7,11,18 58:4 59:17 60:11,12 61:6 62:10
63:11,21,23 64:23 65:11 67:23 68:18,18 69:10 70:11
71:24 72:8,10 73:14,21 77:19 79:19 80:20 81:1 82:12
,21 86:16
yet 41:5
york -:-,16,18,19 2:5,5,9,9,-,- 5:-,20 6:21 7:17 8:5 10:2
11:23 14:7,19,19,20 29:13 44:15,16 89:4,23
you're 23:5 25:16 27:16 38:3 41:9 65:6 67:15 71:14,17
,19
you've 6:6 84:22
yourself 61:13

## 1

1
2  UNITED STATES DISTRICT COURT
3  SOUTHERN DISTRICT OF NEW YORK
4  -----------------------------------------x
5  BERTRAM HIRSCH and IGOR ROMANOV, on beh
6  of themselves and all others similarly
7  situated,
8                    Plaintiffs,
9     - against -
10  CITIBANK N.A.,
11                   Defendant.
12  -----------------------------------------x
13             January 7, 2014
14             9:45  a.m.
15        DEPOSITION of NANCY LEWIS, taken
16  by the Plaintiffs, pursuant to Notice,
17  held at the offices of Veritext LLC, 1250
18  Broadway, New York, New York, before
19  Debbie Zaromatidis, a Shorthand Reporter
20  and Notary Public of the State of New
21  York.
22
23
24
25

## 2

1
2  A P P E A R A N C E S :
3
4     THE JAMES C. KELLY LAW OFFICE
5     Attorneys for Plaintiffs
6          244 5th Avenue, Suite K-278
7          New York, New York 10001
8     BY:  JAMES C. KELLY, ESQ.
9          jkelly@jckellylaw.com
10        - and -
11    SCHOENGOLD & SPORN, P.C.
12         World Wide Plaza
13         393 West 49th Street
14         New York, New York 10019
15    BY:  SAMUEL P. SPORN, ESQ.
16         sporn@spornlaw.com
17
18    STROOCK & STROOCK & LAVAN, LLP
19    Attorneys for Defendant
20         180 Maiden Lane
21         New York, New York  10038
22    BY:  JOSEPH B. STRAUSS, ESQ.
23
24
25

## 3

1
2        S T I P U L A T I O N S
3
4        IT IS HEREBY STIPULATED AND
5  AGREED by and between the Attorneys for
6  the respective parties hereto that filing
7  and sealing be and the same are hereby
8  waived.
9        IT IS FURTHER STIPULATED AND
10  AGREED that all objections except as to
11  the form of the question, shall be
12  reserved to the time of the trial.
13        IT IS FURTHER STIPULATED AND
14  AGREED that the within examination may be
15  signed and sworn to before any notary
16  public with the same force and effect as
17  though signed and sworn to before this
18  Court.
19
20
21
22
23
24
25

## 4

1              LEWIS
2     N A N C Y   L E W I S,
3  having first been duly sworn by a Notary
4  Public of the State of New York, was
5  examined and testified as follows:
6  EXAMINATION BY MR. KELLY:
7     Q.   Good morning, Ms. Lewis.
8     A.   Good morning.
9     Q.   My name is James Kelly.  I am
10  plaintiffs counsel along with Mr. Samuel
11  Sporn, and we will be taking your
12  deposition today.  We are going to run
13  about 45, 50 minutes, and then we will
14  take a break, but if you need to take a
15  break just let me know, and we will stop
16  to take a break any time.
17        As I am questioning you, your
18  attorney will object a lot, but you are
19  still -- you should answer the question,
20  and we will handle the objections later.
21        Can you state your name and
22  address for the record?
23     A.   Nancy Lewis, 132 Baybright
24  Drive, Shirley, New York.
25     Q.   When did you start working at

**5**

```
 1              LEWIS
 2   Citibank?
 3       A.   2002.
 4       Q.   What were your duties when you
 5   started working there?
 6       A.   I was an area operations
 7   director.  I oversaw 21 branches.
 8       Q.   When you say you oversaw 21
 9   branches, what did you oversee?
10       A.   That the branches followed all
11   the prescribed policies and procedures.
12       Q.   Where was your office location?
13       A.   Plainview, Long Island.
14       Q.   Is that a Citibank branch?
15       A.   Yes.
16       Q.   Did you ever oversee that branch
17   also?
18       A.   I did.
19       Q.   All the branches that you
20   oversaw, were they located in New York?
21       A.   Yes.
22       Q.   Did you oversee the Great Neck
23   branch that is the issue of this lawsuit?
24       A.   I did not.
25       Q.   And since you began working at
```

**6**

```
 1              LEWIS
 2   Citibank as an area operations director in
 3   2002, is that the same position that you
 4   held up until now?
 5       A.   No.  I had that position for two
 6   years and then moved into my current role.
 7       Q.   And what is your current role?
 8       A.   I am a senior vice president.
 9   My team is responsible for branch support,
10   so any number of different administrative
11   functions including creating and
12   implementing all policies and procedures.
13       Q.   And where is your location now?
14       A.   Long Island City.
15       Q.   Is that the big Citibank
16   building?
17       A.   Yes.
18       Q.   You began that in about 2004
19   doing that?
20       A.   Yes.
21       Q.   Until present now?
22       A.   Correct.
23       Q.   Have you ever been deposed
24   before?
25       A.   Yes.
```

**7**

```
 1              LEWIS
 2       Q.   How many times?
 3       A.   Many.
 4       Q.   Many.  Can you state your date
 5   of birth for the record?
 6       A.   ████████
 7       Q.   Can you tell us what your
 8   education is beginning with your high
 9   school?
10       A.   I graduated from high school,
11   and I have a bachelors degree in business
12   administration.
13       Q.   Where did you go to high school?
14       A.   Saint John the Baptist in West
15   Islip.
16       Q.   Did you go to graduate school?
17       A.   No.
18       Q.   Do you have any professional
19   degrees?
20       A.   No.
21       Q.   When did you graduate and
22   receive your bachelors degree?
23       A.   1992.
24       Q.   Did you have any business
25   experience before starting at Citibank in
```

**8**

```
 1              LEWIS
 2   2002?
 3       A.   Yes, I worked for another bank
 4   for 23 years?
 5       Q.   Which bank was that?
 6       A.   Fleetbank.
 7            MR. SPORN:  Sorry.  I missed
 8   that.
 9            THE WITNESS:  Fleetbank.
10       Q.   What did you do at Fleetbank?
11       A.   A variety of roles.  I started
12   as a teller up to branch manager and then
13   a role similar to the role that I have
14   today.
15       Q.   When did you cease working at
16   Fleetbank?
17       A.   2000.
18       Q.   What did you do between 2000 and
19   2002?
20       A.   I took care of my daughter who
21   was ill.
22       Q.   Is that why you left Fleetbank
23   in 2000?
24       A.   Yes.
25       Q.   Did you resign or were you laid
```

9

```
1              LEWIS
2   off?
3      A.  I was -- my job was discontinued
4   when the Bank of America merger took
5   place.
6      Q.  Were you involved in creating
7   the policies for opening accounts for
8   Citibank?
9      A.  Yes.
10     Q.  Can you describe the current
11  policies for opening accounts, what the
12  Citibank representative has to do in order
13  to open an account?
14        MR. STRAUSS:  Objection, vague.
15  If you understand.
16     A.  They are required to take
17  identification, have the customer complete
18  paperwork, and provide the customer with
19  disclosures.
20     Q.  What paperwork does the customer
21  have to complete?
22     A.  It depends on the type of
23  account that is open but always a
24  signature card.
25     Q.  If it is a savings account or
```

10

```
1              LEWIS
2   checking account, what paperwork do they
3   have to complete?
4      A.  A signature card.
5      Q.  Just the signature card?
6      A.  Yes.
7      Q.  They have to just sign the
8   signature card?
9      A.  They have to sign the signature
10  card.
11     Q.  And what disclosures are
12  provided to customers when they open a
13  savings account or checking account?
14     A.  A customer manual?
15     Q.  A customer manual.
16     A.  Yes.
17     Q.  Are there any other disclosures?
18     A.  Depending on the type of
19  account, the marketplace.
20     Q.  Is this the same policy at every
21  Citibank branch throughout the country?
22     A.  Yes.
23     Q.  The client manual that is
24  provided to Citibank customers when they
25  open up an account, where is that created?
```

11

```
1              LEWIS
2   Is that created in-house?
3      A.  No, an outside vendor prints
4   them for us.
5         MR. SPORN:  I'm sorry.  I
6   missed that.
7         THE WITNESS:  An outside vendor
8   prints them for us.
9      Q.  Is that like a pamphlet form, a
10  booklet?
11     A.  Yes.
12     Q.  Has there ever been a situation
13  where a branch has run out of the client
14  manuals?
15     A.  I don't know.
16     Q.  How do you know how many client
17  manuals to provide to each branch?
18     A.  Branches order their own.
19     Q.  So when they run out they order
20  new client manuals?
21     A.  Yes, when they are running low.
22     Q.  Have you ever received any
23  indications or notices from any branches
24  or any complaints from customers that they
25  never received a client manual?
```

12

```
1              LEWIS
2         MR. STRAUSS:  Objection.
3      A.  No.
4      Q.  Do you know of any lawsuits or
5   arbitrations where a customer or his
6   representative claimed that they never
7   received a client manual?
8      A.  No.
9      Q.  Do you know what an arbitration
10  is?
11     A.  No.
12     Q.  Do you know what was said to the
13  plaintiffs in this lawsuit, Bertram Hirsch
14  and Igor Romanov?  Do you know anything
15  that was said to them by Citibank
16  representatives that opened up their
17  account?
18        MR. STRAUSS:  Objection.
19     A.  No.
20        MR. STRAUSS:  Who, what, where,
21  when?
22     Q.  When they opened up their
23  account.  It was -- it was in 2010.
24        MR. STRAUSS:  So what is the
25  question?
```

| | 13 |
|---|---|
| 1 | LEWIS |
| 2 | Q.   Do you know -- |
| 3 | MR. KELLY:   She said no.  The |
| 4 | question was if she knew what was said to |
| 5 | them when they opened up their accounts. |
| 6 | A.   No. |
| 7 | Q.   Is there any document or other |
| 8 | piece of evidence to show that the |
| 9 | plaintiffs in this lawsuit Bertram Hirsch |
| 10 | or Igor Romanov actually received a client |
| 11 | manual at the time they opened up their |
| 12 | accounts? |
| 13 | A.   The signature card. |
| 14 | Q.   How does that show that they |
| 15 | received the client manual when they |
| 16 | opened up the account? |
| 17 | A.   It states on it that the |
| 18 | customer is saying that they are going to |
| 19 | abide by the terms designated. |
| 20 | MR. KELLY:   Let's introduce as |
| 21 | Plaintiffs' Exhibit 18 a document Bates |
| 22 | stamped Citi-0000077 to 78 titled |
| 23 | "Concierge daily transaction transmittal |
| 24 | report," and along with that I am going to |
| 25 | introduce as Plaintiffs' Exhibit number 19 |

| | 14 |
|---|---|
| 1 | LEWIS |
| 2 | Bates stamp Citi-0000079 through 80 also |
| 3 | titled "Concierge daily transaction |
| 4 | transmittal report." |
| 5 | (Plaintiffs' Exhibit 18 and 19 |
| 6 | marked for identification.) |
| 7 | (Documents handed to witness.) |
| 8 | Q.   Can you turn to Plaintiffs' |
| 9 | Exhibit 18, the second page.  Do you |
| 10 | recognize that document? |
| 11 | A.   Yes. |
| 12 | Q.   Where do you see that on this |
| 13 | document, an indication that the customer |
| 14 | received a client manual? |
| 15 | A.   "By signing below I certify my |
| 16 | tax status and agree to be bound by any |
| 17 | agreement governing any account opened in |
| 18 | the title indicated on this card." |
| 19 | Q.   That tells you that the client |
| 20 | received a client manual? |
| 21 | A.   Yes. |
| 22 | MR. KELLY:   I would like to |
| 23 | introduce as Plaintiff's Exhibit number 20 |
| 24 | Bates stamp Citi-00000155 through 183 |
| 25 | titled "Client manual consumer accounts |

| | 15 |
|---|---|
| 1 | LEWIS |
| 2 | including our privacy notice U.S. markets |
| 3 | effective July 1, 2010." |
| 4 | (Plaintiffs' Exhibit 20 marked |
| 5 | for identification.) |
| 6 | (Document handed to witness.) |
| 7 | Q.   Can you just take a look at this |
| 8 | document, the client manual that was |
| 9 | introduced.  Do you recognize that |
| 10 | document? |
| 11 | A.   Yes. |
| 12 | Q.   This is the document that is |
| 13 | provided to customers when they open up |
| 14 | their accounts? |
| 15 | A.   Correct. |
| 16 | Q.   Is there anywhere on the front |
| 17 | page of this document that indicates this |
| 18 | is an agreement or contains any terms and |
| 19 | conditions? |
| 20 | MR. STRAUSS:   Objection. |
| 21 | A.   I don't understand what that |
| 22 | means. |
| 23 | Q.   Is there any indication on the |
| 24 | first page of this document that this is |
| 25 | an agreement? |

| | 16 |
|---|---|
| 1 | LEWIS |
| 2 | MR. STRAUSS:   Objection. |
| 3 | Seeking a legal conclusion.  It says what |
| 4 | it says.  I don't understand what you are |
| 5 | asking. |
| 6 | MR. SPORN:   She may answer. |
| 7 | A.   I don't understand the question. |
| 8 | MR. STRAUSS:   She already |
| 9 | answered it. |
| 10 | Q.   As part of Citibank's policies |
| 11 | and procedures when the Citibank |
| 12 | representative provides this to the |
| 13 | customer when they open an account, are |
| 14 | they required to review this document with |
| 15 | them? |
| 16 | A.   No. |
| 17 | Q.   Is there any training or |
| 18 | procedures training Citibank employees on |
| 19 | what arbitration is? |
| 20 | A.   No. |
| 21 | Q.   Has any Citibank branch manager |
| 22 | or Citibank employee asked you or anyone |
| 23 | in your office or department what |
| 24 | arbitration is? |
| 25 | A.   I can only answer for myself, |



17

LEWIS
1
2     not for anyone in my department, but no.
3        Q.   Did you help create that client
4     manual?
5        A.   No.
6        Q.   Do you know when it was
7     originally created?
8        A.   No.
9        Q.   Can you turn to page --
10        MR. STRAUSS:   Sorry.  I'll
11     object to the last question.
12        Q.   Can you turn to page Bates stamp
13     Citi-0000177.  At the top there it states
14     "Resolution of disputes by arbitration".
15     It states "This section contains important
16     information regarding your deposit,
17     credit, checking plus, checking plus
18     (variable rates) accounts and the services
19     related there to.  It provides that either
20     you or we can require that any dispute be
21     resolved by binding arbitration
22     arbitration and replaces the right to go
23     to court including the right to go to
24     class action or similar proceeding."
25        Do you see that?

18

LEWIS
1
2        A.   Yes.
3        Q.   Do you know that the Citibank
4     customers are entitled to trial by jury?
5        MR. STRAUSS:   Objection.
6        MR. KELLY:   Withdrawn.
7        Q.   Do you know that the U.S.
8     constitution provides that every citizen
9     is entitled to a trial by jury in a
10     lawsuit?
11        MR. STRAUSS:   Just so I don't
12     have to keep objecting, I'll object to
13     this entire line of questioning.
14        A.   No.
15        Q.   If you could turn to the next
16     page on the first page at the top, it
17     reads "You agree that no class action or
18     other claims may be pursued in arbitration
19     nor may such action be pursued in court if
20     either you or we elect arbitration."
21        Do you see that this arbitration
22     provision does away with the right of a
23     Citibank customer to bring a class action
24     here?
25        MR. STRAUSS:   Objection.  It

19

LEWIS
1
2     says what it says.
3        A.   I have no idea.
4        Q.   Do you think that if the U.S.
5     constitution provides that all citizens
6     are entitled to trial by jury in a lawsuit
7     that that is an important right to have?
8        MR. STRAUSS:   Objection.
9        A.   I don't have an opinion on that.
10        Q.   Do you agree that if this
11     arbitration takes away a right provided to
12     the customer by the U.S. constitution that
13     that is something that should be disclosed
14     and explained to a customer?
15        MR. STRAUSS:   Objection.
16        A.   I don't have an opinion on that
17     either.
18        MR. STRAUSS:   These questions
19     are also outside the enumerated topics of
20     examination in the 30(b)(6) notice, and
21     while you may ask them any answers she is
22     providing are not on behalf of
23     Citibank but on behalf of herself
24     personally.
25        MR. KELLY:   We disagree.  The

20

LEWIS
1
2     notice is very broad, and this is very
3     important --
4        MR. STRAUSS:   How does that
5     involve whether the validity or propriety
6     of arbitration.  Why don't you ask about
7     the supreme court's decision in AT&T
8     Mobility versus Concepcion and the supreme
9     court Discover v. Laster decision?  Do you
10     even know those cases exist, James?
11        MR. KELLY:   Yes.
12        MR. STRAUSS:   Okay.  Good.  You
13     should read them.
14        Q.   Can we go back to Plaintiff's
15     Exhibit number 20.  Do you see at the top
16     over there in the front it says CFA name?
17        A.   Yes.
18        Q.   Do you know what the designation
19     CFA is?
20        A.   What do you mean?
21        Q.   Do you know what that stands
22     for, CFA?
23        A.   Client financial associate I
24     believe, which was the prior job title of
25     a personal banker.

21

```
1              LEWIS
2      Q.   Do you know Michael Ashley?
3      A.   No.
4      Q.   Do you know that Michael Ashley
5   opened up Bertram Hirsch's account?
6      A.   Yes.
7      Q.   Do you know that he was deposed
8   yesterday?
9      A.   Yes.
10      Q.   Have you ever spoken with him
11   before?
12      A.   No.
13      Q.   What about Fazri Zuber?  Do you
14   know who that is?
15      A.   No.
16      MR. KELLY:  I would like to
17   introduce Plaintiff's Exhibit 21.  It's
18   the Seventh Amendment of the U.S.
19   Constitution, and as Exhibit 22 the New
20   York CLS CONST 2, which is the New York
21   State Constitution section 2, trial by
22   jury.
23      (Plaintiffs' Exhibits 21 and 22
24   marked for identification.)
25      (Documents handed to witness.)
```

22

```
1              LEWIS
2      Q.   Plaintiff's Exhibit 21, the
3   Seventh Amendment, have you ever heard of
4   that before?
5      MR. STRAUSS:  Objection.
6      A.   No.
7      Q.   Plaintiffs' Exhibit number 22,
8   section 2 of the New York State
9   Constitution, "Trial by jury in all cases
10   in which it has heretofore been guaranteed
11   by constitutional provision shall remain
12   inviolate forever, but a jury trial may be
13   waived by the parties in all civil cases
14   in the manner to be prescribed by law."
15      Have you ever seen that
16   provision before?
17      A.   No.
18      Q.   When you created the policies
19   and procedures, which included to provide
20   every customer the client manual, you
21   didn't think it was important that
22   Citibank representatives disclose that the
23   document does away with their right to a
24   trial by jury?
25      MR. STRAUSS:   Objection.
```

23

```
1              LEWIS
2      A.   I don't understand the question.
3      MR. STRAUSS:  Do you want to
4   take a break?
5      MR. KELLY:  Sure.
6      (Recess taken.)
7      MR. KELLY:  I would like to
8   introduce as Plaintiffs' Exhibit 23 a
9   document Bates stamped Citi-0000123
10   through 139.
11      (Plaintiffs' Exhibit 23 marked
12   for identification.)
13      (Document handed to witness.)
14      Q.   Ms. Lewis, can you review that
15   document?  Do you recognize this document?
16      A.   I do.
17      Q.   Can you state for the record
18   what the document is?
19      A.   The first page is a printout of
20   the home page of the National Form Center,
21   which is an intranet site for Citi
22   employees to go to, the same for the
23   second page, and then the remaining pages
24   are procedures for opening a consumer
25   account.
```

24

```
1              LEWIS
2      Q.   Were you involved in creating
3   policies and procedures in opening
4   accounts?
5      A.   Not for creating them.  My team
6   is responsible for updating them when we
7   require updates.
8      Q.   Do you know at what point the
9   customer is provided the client manual?
10   Is it after they sign the signature card
11   or before they sign the signature card?
12      A.   It is at the end of the session
13   when they receive the welcome kit.
14      Q.   Is that after they sign the
15   signature card?
16      A.   Yes.
17      Q.   And the client manual is
18   contained in the welcome kit?
19      A.   Yes.
20      Q.   Is that like a folder?
21      A.   Yes.
22      Q.   Does it say welcome kit on it?
23      A.   I don't know.
24      MR. KELLY:  I would like to
25   introduce as Plaintiff's Exhibit number 24
```

25

```
 1              LEWIS
 2    a document Bates stamped Citi-0000119
 3    through 122 titled "Personal banker
 4    foundations participant guide North
 5    America consumer."
 6          (Plaintiffs' Exhibit 24 marked
 7    for identification.)
 8          (Document handed to witness.)
 9       Q.   Do you recognize this document?
10       A.   I do.
11       Q.   Were you involved in the
12    creation of this document?
13       A.   No.
14       Q.   Were you involved in any
15    updating of this document?
16       A.   No.
17       Q.   How do you recognize this
18    document?
19       A.   It was reviewed with me by
20    Joseph.
21       Q.   In preparation for the
22    deposition?
23       A.   Yes.
24       MR. SPORN:  This Joseph?
25    Q.   Joseph Strauss?
```

26

```
 1              LEWIS
 2    A.   Yes.
 3       MR. STRAUSS:   The one and only.
 4    Q.   But prior to that time -- when
 5    did you review it with him?
 6    A.   Last week.
 7    Q.   Last week.
 8       Was that the first time you met
 9    with him in preparation for your
10    deposition?
11    A.   Yes.
12       Q.   Prior to that time you had never
13    seen this document before?
14       A.   Not this specific one.  I took
15    this training and when I took this
16    training I received that version.
17    Q.   This is a document provided in
18    connection with a training course?
19       A.   Yes.
20    Q.   What is the training course for?
21    A.   Personal banker foundations.
22    Q.   Why did you have to take
23    training for that?
24    A.   In my role when I joined Citi, I
25    needed to go through all of the branch
```

27

```
 1              LEWIS
 2    trainings, so that I would understand all
 3    the job functions within the branch.
 4       Q.   If you could turn to page 123,
 5    do you recognize that document? It says
 6    "Customer care checklist".
 7       A.   I do.
 8       Q.   Is that something all personal
 9    bankers must use when opening an account?
10       A.   No.
11       Q.   How is this used, this document?
12       A.   It can be used as a training
13    tool for new personal bankers.  They use
14    it mainly to remind them to order checks
15    or order a debit for the customer.
16       Q.   Is this something that is a
17    printout or available on the customer
18    screen when the customer opens up their
19    account?
20       A.   It prints out.
21       Q.   And does it have the customer's
22    name on each one, like the sample on here?
23       A.   Yes.
24       Q.   Are these kept in the customer's
25    file and printed out?
```

28

```
 1              LEWIS
 2       A.   No.
 3       Q.   What happens to them?
 4       A.   We have nothing in our
 5    procedures that talks about this, so I am
 6    not sure what -- what the bankers do.
 7       MR. KELLY:   I would like to
 8    introduce as Plaintiff's Exhibit number 25
 9    a document entitled "Our privacy notice
10    from new customer Citibank." This document
11    is a document provided by plaintiff Hirsch
12    in this lawsuit to us that he indicated
13    was provided to him when he opened up his
14    account at Citibank.
15          (Plaintiffs' Exhibit 25 marked
16    for identification.)
17          (Document handed to witness.)
18       Q.   Do you recognize this document?
19       A.   Yes.
20       Q.   Is this provided to every
21    customer that opens up an account at
22    Citibank?
23       A.   I don't believe so.  I believe
24    the privacy notice is included in the
25    customer manual.
```

29

```
1              LEWIS
2         MR. STRAUSS:  When you say
3    customer manual, you are referring to the
4    client manual.
5         Q.   You have never seen where a
6    privacy notice was not included in a
7    client --
8         A.   I don't understand the question.
9         Q.   You have never seen the privacy
10   notice as a separate document outside of
11   the client manual?
12        A.   So the privacy notice is
13   included in the client manual, but this is
14   a separate document in case a customer
15   asks for just a copy of the privacy
16   notice.
17        MR. KELLY:  I would like to
18   introduce as Plaintiff's Exhibit number 26
19   a document Bates stamped Citi-00000184
20   through 201 titled "Marketplace addendum
21   New York effective July 1, 2010."
22        (Plaintiffs' Exhibit 26 marked
23   for identification.)
24        (Document handed to witness.)
25        Q.   Do you recognize that document?
```

30

```
1              LEWIS
2         A.   Yes.
3         Q.   What is this document?
4         A.   It is a supplemental to the
5    customer manual.
6         Q.   Is it a separate document?
7         A.   Yes.
8         Q.   Do customers receive this when
9    they open an account?
10        A.   Yes.
11        Q.   So they receive the client
12   manual and the marketplace addendum, which
13   is two separate documents?
14        A.   Correct.
15        MR. KELLY:  I would like to
16   introduce as Plaintiffs' Exhibit number 27
17   the declaration of Joan Haslam,
18   H-A-S-L-A-M, J-O-A-N.
19        (Plaintiffs' Exhibit 27 marked
20   for identification.)
21        (Document handed to witness.)
22   Q.   Have you ever seen this document
23   before?
24   A.   No.
25   Q.   Do you know who Joan Haslam is?
```

31

```
1              LEWIS
2    A.   Yes.
3    Q.   Can you state for the record who
4    she is?
5    A.   Joan works in our legal
6    department at Citi.
7    Q.   Is she a lawyer?
8    A.   I don't know.
9    Q.   Is that the same Citibank
10   location where you work at in Long Island
11   City?
12   A.   Yes.
13   Q.   Can you turn to page 3,
14   paragraph 7. It states here "Like any
15   other deposit account opened with Citibank
16   in October 2010 the accounts are subject
17   to the client manual effective January 1,
18   2010 (the 'client manual').  Attached
19   hereto as Exhibit 3 is an exemplar of the
20   client manual.  In addition to the client
21   manual the Romanov account is also subject
22   to the Citibank California and Nevada
23   marketplace addendum effective January 1,
24   2010 (the 'marketplace')."
25        Do you know why Ms. Haslam did
```

32

```
1              LEWIS
2    not state that the New York plaintiff
3    Bertram Hirsch's account is not subject to
4    the marketplace addendum that I just
5    provided to you?
6    A.   No.
7    Q.   Do you know why Ms. Haslam
8    stated that the manuals effective January
9    1, 2010 governed the opening of
10   plaintiff's accounts when it was actually
11   the client manual effective July 1, 2010
12   that was the one that governed the
13   accounts when they opened it?
14   A.   I believe she made a mistake.
15        MR. KELLY:  I would like to
16   introduce as Plaintiff's Exhibit number 28
17   a document titled "Responses and
18   Objections of defendant Citibank N.A. to
19   plaintiff's first set of interrogatories."
20        (Plaintiffs' Exhibit 28 marked
21   for identification.)
22        (Document handed to witness.)
23   Q.   Do you recognize this document?
24   A.   No.
25        MR. STRAUSS:  Can we step out
```

33

LEWIS
1
2    for a second, two minutes?
3           MR. SPORN:  Just note counsel
4    for the defendant has asked for two
5    minutes.
6           MR. STRAUSS:  Yes, just two
7    minutes.
8           (Recess taken.)
9           MR. STRAUSS:  Back on the
10   record.
11          A.  Regarding your last question, I
12   have seen the specific responses and
13   objections and reviewed them.
14          MR. SPORN:  And what?
15          THE WITNESS:  And reviewed them.
16      Q.  I would like to introduce as
17   Plaintiff's Exhibit 29 a document, which
18   the first page is an e-mail from Joseph
19   Strauss to James Kelly and Samuel Sporn
20   with a CC to June Strictland, and it says
21   "Attached please find the verification
22   pages and Citibank responses and
23   objections to plaintiff's
24   interrogatories," and then the second page
25   is the verification page which is the

34

LEWIS
1
2    attachment to the e-mail.
3           (Plaintiffs' Exhibit 29 marked
4    for identification.)
5           (Document handed to witness.)
6       Q.  Do you recognize this
7    verification page?
8       A.  I do.
9       Q.  Do you know why this was
10   submitted after Citibank provided
11   plaintiff's responses -- responses and
12   objections to plaintiffs' first set of
13   interrogatories?
14          MR. STRAUSS:  Objection.
15      A.  I don't understand the question.
16      Q.  Do you know that the
17   verification was not provided with
18   Citibank's responses and objections to
19   plaintiff's first set of interrogatories?
20      A.  No.
21      Q.  Can you turn to page --
22          MR. STRAUSS:  It was provided
23   the day after, right?
24          MR. KELLY:  Yes, it was.
25          MR. STRAUSS:  After you got the

35

LEWIS
1
2    Federal Express signature.
3           MR. KELLY:  Signed the same
4    day, yes.
5       Q.  Can you turn to page 4?  It says
6    interrogatory number 1.  The second part
7    of that interrogatory says "Specifically
8    state whether said Citibank person knows
9    and/or recalls that client manuals were
10   physically delivered and accepted by
11   plaintiffs in this action at the time of
12   opening said accounts."
13          Did you try to determine whether
14   there was any -- from Citibank personnel
15   whether client manuals were physically
16   delivered and accepted by the plaintiffs
17   in this action?
18          MR. STRAUSS:  Objection.
19      A.  I don't know what you mean by
20   that.
21      Q.  Did you ask any Citibank
22   personnel whether there was any
23   information and communication that client
24   manuals were provided to plaintiffs in
25   this action when they opened up their

36

LEWIS
1
2    accounts?
3       A.  No.
4       Q.  Why not?
5       A.  Do you mean the two bankers that
6    opened the accounts?
7       Q.  Yes.
8       A.  I don't know why not.  I -- I
9    didn't.
10      Q.  Other than it being the policy
11   and procedure that client manuals have to
12   be provided to customers, how do you know
13   that they are actually following that
14   policy and procedure, the Citibank
15   personnel bankers that open up accounts?
16      A.  It is a required policy and
17   procedure.
18      Q.  But how do you know that it is
19   being followed?  Do you do audits?  Do you
20   have them check mark anything like a
21   checklist or any kind of indication that
22   yes at the time they opened an account
23   they provide a client manual or anything
24   like that?
25      A.  No.

37

```
 1              LEWIS
 2      Q.   Do you know George Lato?
 3      A.   No.
 4      Q.   You have never spoken with
 5 George Lato before?
 6      A.   No.
 7      Q.   Do you know Fabiola Diaz?
 8      A.   No.
 9      Q.   You have never spoken with
10 Fabiola Diaz?
11      A.   No.
12      Q.   Do you know of the Citibank
13 promotional offers that are the subject of
14 this lawsuit?
15      A.   Yes.
16      Q.   Can you state for the record
17 what they are?
18      A.   It was to get a American Airline
19 miles for new money that was brought into
20 Citi.
21      Q.   Did you have anything to do with
22 the promotional offer?
23      A.   No.
24      Q.   Do you know who does?
25      A.   Our sales and marketing.
```

38

```
 1              LEWIS
 2      Q.   Do you know the head of the
 3 sales and marketing department, what the
 4 person's name is?
 5      A.   Today?
 6      Q.   Yes.
 7      A.   I don't.
 8      Q.   How about in 2010?
 9      A.   No.
10      Q.   Do you know if the Citibank's
11 policies and procedures with respect to
12 opening up accounts are different in any
13 way if a customer has a promotional offer
14 as opposed to not having a professional
15 offer?
16      A.   They are never different.
17      Q.   Do you know when a promotional
18 offer that is the subject of this
19 complaint started?
20      A.   I don't.
21      Q.   Do you know how long it ran?
22      A.   No.
23      Q.   Do you know if it ran a year,
24 two years?
25      A.   I don't know.
```

39

```
 1              LEWIS
 2      Q.   Can we just go back to the
 3 client's manual real quick.  If you could
 4 go to page Bates stamp 177 at the top the
 5 first paragraph it states "This section
 6 contains important information regarding
 7 your deposit, ready credit checking plus
 8 or checking plus (variable rate) accounts
 9 and the services related thereto."
10          Do you know why Citibank regular
11 checking is not included here?
12      A.   No.
13      Q.   Do you agree that Citibank's
14 regular checking account is not subject to
15 this arbitration provision if it is not
16 included here?
17          (Continued on next page.)
18
19
20
21
22
23
24
25
```

40

```
 1              LEWIS
 2      MR. STRAUSS:   Objection.
 3      A.   I don't understand the question.
 4      MR. KELLY:   Can we take five
 5 minutes to wrap up.
 6      MR. STRAUSS:   Sure.
 7      (Recess taken.)
 8      MR. KELLY:  I think we are done
 9 here.  Thank you.
10      THE WITNESS:  Great.
11      (Time noted:  10:50 a.m.)
12
13
14
15
16
17
18          NANCY LEWIS
19
20 Subscribed and sworn to before me
21 this     day of          , 2014
22
23                  .
24
25
```

```
                                                    41
1              LEWIS
2        C E R T I F I C A T I O N
3
4
5
6      I, DEBBIE ZAROMATIDIS, a Shorthand
7   Reporter and a Notary Public, do hereby
8   certify that the foregoing witness, NANCY
9   LEWIS, was duly sworn on the date
10  indicated, and that the foregoing is a
11  true and accurate transcription of my
12  stenographic notes.
13     I further certify that I am not
14  employed by nor related to any party to
15  this action.
16
17
18
19
20
21
22
23             DEBBIE ZAROMATIDIS
24
25
```

```
                                                    42
1              LEWIS
2         E X H I B I T S
3
4   PLAINTIFFS'
5   EXHIBIT      DESCRIPTION        PAGE
6    18    Concierge daily transaction
7          transmittal report       14
8    19    Concierge daily transaction
9          transmittal report       14
10   20    Client manual            15
11   21    Seventh Amendment        21
12   22    New York State Constitution
13         Section 2          21
14   23    Document Citi-0000123
15         through 139        23
16   24    Document Citi-0000119
17         through 122        25
18   25    Privacy notice           28
19   26    Marketplace addendum     29
20   27    Declaration of Joan Haslam  30
21   28    Responses and objections to
22         Plaintiffs' first set of
23         Interrogatories         32
24   29    Verification page        34
25
```

| - | 14:17 16:13 21:5 23:25 27:9,19 28:14,21 30:9 31:15,21 32:3 36:22 39:14 | C |

**-**

-------------------------------------x 1:4,12

**1**

**1** 15:3 29:21 31:17,23 32:9,11 35:6
**10001** 2:7
**10019** 2:14
**10038** 2:21
**10:50** 40:11
**122** 25:3 42:17
**123** 27:4
**1250** 1:17
**132** 4:23
**139** 23:10 42:15
**14** 7:6 42:7,9
**15** 42:10
**177** 39:4
**18** 13:21 14:5,9 42:6
**180** 2:20
**183** 14:24
**19** 13:25 14:5 42:8
**1960** 7:6
**1992** 7:23

**2**

**2** 21:20,21 22:8 42:13
**20** 14:23 15:4 20:15 42:10
**2000** 8:17,18,23
**2002** 5:3 6:3 8:2,19
**2004** 6:18
**201** 29:20
**2010** 12:23 15:3 29:21 31:16,18,24 32:9,11 38:8
**2014** 1:13 40:21
**21** 5:7,8 21:17,23 22:2 42:11,11,13
**22** 21:19,23 22:7 42:12
**23** 8:4 23:8,11 42:14,15
**24** 25:25 25:6 42:16
**244** 2:6
**25** 28:8,15 42:17,18
**26** 29:18,22 42:19
**27** 30:16,19 42:20
**28** 32:16,20 42:18,21
**29** 33:17 34:3 42:19,24

**3**

**3** 31:13,19
**30** 42:20
**30(b)(6)** 19:20
**32** 42:23
**34** 42:24
**393** 2:13

**4**

**4** 35:5
**45** 4:13
**49th** 2:13

**5**

**50** 4:13
**5th** 2:6

**7**

**7** 1:13 31:14
**78** 13:22

**8**

**80** 14:2

**9**

**9:45** 1:-

**A**

**a.m** 1:- 40:11
**abide** 13:19
**accepted** 35:10,16
**account** 9:13,23,25 10:2,13,13,19,25 12:17,23 13:16

**accounts** 9:7,11 13:5,12 14:25 15:14 17:18 24:4 31:16 32:10,13 35:12 36:2,6,15 38:12 39:8
**accurate** 41:11
**action** 17:24 18:17,19,23 35:11,17,25 41:15
**actually** 13:10 32:10 36:13
**addendum** 29:20 30:12 31:23 32:4 42:19
**addition** 31:20
**address** 4:22
**administration** 7:12
**administrative** 6:10
**again** 20:13
**against** 1:9
**agree** 14:16 18:17 19:10 39:13
**agreed** 3:5,10,14
**agreement** 14:17 15:18,25
**airline** 37:18
**along** 4:10 13:24
**already** 16:8
**always** 9:23
**am** 4:9,17 6:8 13:24 28:5 41:13
**amendment** 21:18 22:3 42:11
**america** 9:4 25:5
**american** 37:18
**and/or** 35:9
**answer** 4:19 16:6,25
**answered** 16:9
**answers** 19:21
**anyone** 16:22 17:2
**anything** 12:14 36:20,23 37:21
**anywhere** 15:16
**arbitration** 12:9 16:19,24 17:14,21,22 18:18,20,21 19:11 20:6 39:15
**arbitrations** 12:5
**area** 5:6 6:2
**ashley** 21:2,4
**ask** 19:21 20:6 35:21
**asked** 16:22 33:4
**asking** 16:5
**asks** 29:15
**associate** 20:23
**at&t** 20:7
**attached** 31:18 33:21
**attachment** 34:2
**attorney** 4:18
**attorneys** 2:5,19 3:5
**audits** 36:19
**available** 27:17
**avenue** 2:13
**away** 18:22 19:11 22:23

**B**

**bachelors** 7:11,22
**back** 20:14 33:9 39:2
**bank** 8:3,5 9:4
**banker** 20:25 25:3 26:21
**bankers** 27:9,13 28:6 36:5,15
**baptist** 7:14
**bates** 13:21 14:2,24 17:12 23:9 25:2 29:19 39:4
**baybright** 4:23
**began** 5:25 6:18
**beginning** 7:8
**behalf** 1:5 19:22,23
**believe** 20:24 28:23,23 32:14
**below** 14:15
**bertram** 1:5 12:13 13:9 21:5 32:3
**big** 6:15
**binding** 17:21
**birth** 7:5
**booklet** 11:10
**bound** 14:16
**branch** 5:14,16,23 6:9 8:12 10:21 11:13,17 16:21 26:25 27:3
**branches** 5:7,9,10,19 11:18,23
**break** 4:14,15,16 23:4
**bring** 18:23
**broad** 20:2
**broadway** 1:18
**brought** 37:19
**building** 6:16
**business** 7:11,24

**california** 31:22
**card** 9:24 10:4,5,8,10 13:13 14:18 24:10,11,15
**care** 8:20 27:6
**case** 29:14
**cases** 20:10 22:9,13
**cc** 33:20
**cease** 8:15
**center** 23:20
**certify** 14:15 41:8,13
**cfa** 20:16,19,22
**check** 36:20
**checking** 10:2,13 17:17,17 39:7,8,11,14
**checklist** 27:6 36:21
**checks** 27:14
**citi** 23:21 26:24 31:6 37:20
**citi-00000155** 14:24
**citi-00000184** 29:19
**citi-0000077** 13:22
**citi-0000079** 14:2
**citi-0000119** 25:2 42:16
**citi-0000123** 23:9 42:14
**citi-0000177** 17:13
**citibank** 1:10 5:2,14 6:2,15 7:25 9:8,12 10:21,24 12:15 16:11,18,21,22 18:3,23 19:23 22:22 28:10,14,22 31:9 ,15,22 32:18 33:22 34:10 35:8,14,21 36:14 37:12 39:10
**citibank's** 16:10 34:18 38:10 39:13
**citizen** 18:8
**citizens** 19:5
**city** 6:14 31:11
**civil** 22:13
**claimed** 12:6
**claims** 18:18
**class** 17:24 18:17,23
**client** 10:23 11:13,16,20,25 12:7 13:10,15 14:14,19,20 ,25 15:8 17:3 20:23 22:20 24:9,17 29:4,7,11,13 30:11 31:17,18,20,20 32:11 35:9,15,23 36:11,23 42:10
**client's** 39:3
**cls** 21:20
**communication** 35:23
**complaint** 38:19
**complaints** 11:24
**complete** 9:17,21 10:3
**concepcion** 20:8
**concierge** 13:23 14:3 42:6,8
**conclusion** 16:3
**conclusions** 15:19
**connection** 26:18
**const** 21:20
**constitution** 18:8 19:5,12 21:19,21 22:9 42:12
**constitutional** 22:11
**consumer** 14:25 23:24 25:5
**contained** 24:18
**contains** 15:18 17:15 39:6
**continued** 39:17
**copy** 29:15
**correct** 6:22 15:15 30:14
**counsel** 4:10 33:3
**country** 10:21
**course** 26:18,20
**court** 1:2 3:18 17:23 18:19 20:9
**court's** 17:3
**create** 17:3
**created** 10:25 11:2 17:7 22:18
**creating** 6:11 9:6 24:2,5
**creation** 25:12
**credit** 17:17 39:7
**current** 6:6,7 9:10
**customer** 9:17,18,20 10:14,15 12:5 13:18 14:13 16:13 18:23 19:12,14 22:20 24:9 27:6,15,17,18 28:10,21,25 29:3,14 30:5 38:13
**customer's** 27:21,24
**customers** 10:12,24 11:24 15:13 18:4 30:8 36:12

**D**

**daily** 13:23 14:3 42:6,8
**date** 7:4 41:9
**daughter** 8:20
**day** 34:23 35:4 40:21
**debbie** 1:19 41:6,23
**debit** 27:15
**decision** 20:7,9

**declaration** 30:17 42:20
**defendant** 1:11 2:19 32:18 33:4
**degree** 7:11,22
**degrees** 7:19
**delivered** 35:10,16
**department** 16:23 17:2 31:6 38:3
**depending** 10:18
**depends** 9:22
**deposed** 6:23 21:7
**deposit** 17:16 31:15 39:7
**deposition** 1:15 4:12 15:22 26:10
**describe** 9:10
**description** 42:5
**designated** 13:19
**designation** 20:18
**determine** 35:13
**diaz** 37:7,10
**didn't** 22:21 36:9
**different** 6:10 38:12,16
**director** 5:7 6:2
**disagree** 19:25
**disclose** 22:22
**disclosed** 19:13
**disclosures** 9:19 10:11,17
**discontinued** 9:3
**discover** 20:9
**dispute** 17:20
**disputes** 17:14
**district** 1:2,3
**document** 13:7,21 14:10,13 15:6,8,10,12,17,24 16:14 22:23 23:9,13,15,15,18 25:2,8,9,12,15,18 26:13,17 27:5 ,11 28:9,10,11,17,18 29:10,14,19,24,25 30:3,6,21,22 32:17,22,23 33:17 34:5 42:14,16
**documents** 14:7 21:25 30:13
**doing** 6:19
**don't** 11:15 15:21 16:4,7 18:11 19:9,16 20:6 23:2 24:23 28:23 29:8 31:8 34:15 35:19 36:8 38:7,20,25 40:3
**done** 40:8
**drive** 4:24
**duly** 4:3 41:9
**duties** 5:4

**E**

**e-mail** 33:18 34:2
**education** 7:8
**effect** 3:16
**effective** 15:3 29:21 31:17,23 32:8,11
**either** 17:19 18:20 19:17
**elect** 18:20
**employed** 41:14
**employee** 16:22
**employees** 16:18 23:22
**end** 24:12
**entire** 18:13
**entitled** 18:4,9 19:6 28:9
**enumerated** 19:19
**esq** 2:8,15,22
**even** 20:10
**ever** 5:16 6:23 11:12,22 21:10 22:3,15 30:22
**every** 10:20 18:8 22:20 28:20
**evidence** 13:8
**examination** 3:14 4:6 19:20
**examined** 4:5
**except** 3:10
**exemplar** 31:19
**exhibit** 13:21,25 14:5,9,23 15:4 20:15 21:17,19 22:2,7 23:8,11 24:25 25:6 28:8,15 29:18,22 30:16,19 31:19 32:16,20 33:17 34:3 42:5
**exhibits** 21:23
**exist** 20:10
**experience** 7:25
**explained** 19:14
**express** 35:2

**F**

**fabiola** 37:7,10
**fazri** 21:13
**federal** 35:2
**file** 27:25
**filing** 3:6
**financial** 20:23
**find** 33:21
**first** 4:3 15:24 18:16 23:19 26:8 32:19 33:18 34:12,19

**39:5 42:22
**five** 40:4
**fleetbank** 8:6,9,10,16,22
**folder** 24:20
**followed** 5:10 36:19
**following** 36:13
**follows** 4:5
**force** 3:16
**foregoing** 41:8,10
**forever** 22:12
**form** 3:11 11:9 23:20
**foundations** 25:4 26:21
**front** 15:16 20:16
**functions** 6:11 27:3
**further** 3:9,13 41:13

**G**

**george** 37:2,5
**go** 7:13,16 17:22,23 20:14 23:22 26:25 39:2,4
**going** 4:12 13:18,24
**good** 4:7,8 20:12
**governed** 32:9,12
**governing** 14:17
**graduate** 7:16,21
**graduated** 7:10
**great** 5:22 40:10
**guaranteed** 22:10
**guide** 25:4

**H**

**h-a-s-l-a-m** 30:18
**handed** 14:7 15:6 21:25 23:13 25:8 28:17 29:24 30:21
**handle** 4:20
**happens** 28:3
**haslam** 30:17,25 31:25 32:7 42:20
**having** 4:3 38:14
**head** 38:2
**heard** 22:3
**held** 1:17 6:4
**help** 17:3
**hereby** 3:4,7 41:7
**hereto** 3:6 31:19
**heretofore** 22:10
**herself** 19:23
**high** 7:8,10,13
**hirsch** 1:5 12:13 13:9 28:11
**hirsch's** 21:5 32:3
**home** 23:20

**I**

**i'll** 17:10 18:12
**i'm** 15:10
**idea** 19:3
**identification** 9:17 14:6 15:5 21:24 23:12 25:7 28:16 29:23 30:20 32:21 34:4
**igor** 1:5 12:14 13:10
**ill** 8:21
**implementing** 6:12
**important** 17:15 19:7 20:3 22:21 39:6
**in-house** 11:2
**included** 22:19 28:24 29:6,13 39:11,16
**including** 6:11 15:2 17:23
**indicated** 14:18 28:12 41:10
**indicates** 15:17
**indication** 14:13 15:23 36:21
**indications** 11:23
**information** 17:16 35:23 39:6
**interrogatories** 32:19 33:24 34:13,19 42:23
**interrogatory** 35:6,7
**intranet** 23:21
**introduce** 13:20,25 14:23 21:17 23:8 24:25 28:8 29:18 30:16 32:16 33:16
**introduced** 15:9
**inviolate** 22:12
**involve** 20:5
**involved** 9:6 24:2 25:11,14
**island** 5:13 6:14 31:10
**islip** 7:15
**issue** 5:23
**it's** 21:17

**J**

**j-o-a-n** 30:18
**james** 2:4,8 4:9 20:10 33:19
**january** 1:13 31:17,23 32:8
**jkelly@jckellylaw.com** 2:9
**joan** 30:17,25 31:5 42:20
**job** 9:3 20:24 27:3
**john** 7:14
**joined** 26:24
**joseph** 2:22 25:20,24,25 33:18
**july** 15:3 29:21 32:11
**june** 7:6 33:20
**jury** 18:4,9 19:6 21:22 22:9,12,24

**K**

**k-278** 2:6
**keep** 18:12
**kelly** 2:4,8 4:6,9 13:3,20 14:22 18:6 19:25 20:11 21:16 23:5,7 24:24 28:7 29:17 30:15 32:15 33:19 34:24 35:3 40:4,8
**kept** 27:24
**kind** 36:21
**kit** 24:13,18,22
**knew** 13:4
**know** 4:15 11:15,16 12:4,9,12,14 13:2 17:6 18:3,7 20:10 ,18,21 21:2,4,7,14 24:8,23 30:25 31:8,25 32:7 34:9,16 35:19 36:8,12,18 37:2,7,12,24 38:2,10,17,21,23,25 39:10
**knows** 35:8

**L**

**laid** 8:25
**lane** 2:20
**last** 17:11 26:6,7 33:11
**laster** 20:9
**later** 4:20
**lato** 37:2,5
**lavan** 2:18
**law** 2:4 22:14
**lawsuit** 5:23 12:13 13:9 18:10 19:6 28:12 37:14
**lawsuits** 12:4
**lawyer** 31:7
**left** 8:22
**legal** 16:3 31:5
**let** 4:15
**let's** 13:20
**lewis** 1:15 4:1,7,23 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 ,14 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1,18 41:1,9 42:1
**line** 18:13
**llc** 1:17
**llp** 2:18
**located** 5:20
**location** 5:12 6:13 31:10
**long** 5:13 6:14 31:10 38:21
**look** 15:7
**lot** 4:18
**low** 11:21

**M**

**maiden** 2:20
**mainly** 27:14
**manager** 8:12 16:21
**manner** 22:14
**manual** 10:14,15,23 11:25 12:7 13:11,15 14:14,20,25 15:8 17:4 22:20 24:9,17 28:25 29:3,4,11,13 30:5,12 31:17,18,20,21 32:11 36:23 39:3 42:10
**manuals** 11:14,17,20 32:8 35:9,15,24 36:11
**mark** 36:20
**marked** 14:6 15:4 21:24 23:11 25:6 28:15 29:22 30:19 32:20 34:3
**marketing** 37:25 38:3
**marketplace** 10:19 29:20 30:12 31:23,24 32:4 42:19
**markets** 15:2
**may** 3:14 16:6 18:18,19 19:21 22:12
**mean** 20:20 35:19 36:5
**means** 15:22
**merger** 9:4
**met** 26:8

michael 21:2,4
miles 37:19
minutes 4:13 33:2,5,7 40:5
missed 8:7 11:6
mistake 32:14
mobility 20:8
money 37:19
morning 4:7,8
moved 6:6
mr 4:6,10 8:7 9:14 11:5 12:2,18,20,24 13:3,20 14:22
15:20 16:2,6,8 17:10 18:5,6,11,25 19:8,15,18,25 20:4
,11,12 21:16 22:5,25 23:3,5,7 24:24 25:24 26:3 28:7
29:2,17 30:15 32:15,25 33:3,6,9,14 34:14,22,24,25 35:3
,18 40:2,4,6,8
ms 4:7 23:14 31:25 32:7
myself 16:25

N

n.a 1:10 32:18
name 4:9,21 20:16 27:22 38:4
nancy 1:15 4:23 40:18 41:8
national 23:20
neck 5:22
need 4:14
needed 26:25
nevada 31:22
new 1:3,18,18,20 2:7,7,14,14,21,21 4:4,24 5:20 11:20
21:19,20 22:8 27:13 28:10 29:21 32:2 37:19 42:12
next 18:15 39:17
no 6:5 7:17,20 11:3 12:3,8,11,19 13:3,6 16:16,20 17:2,5
,8 18:14,17 19:3 21:3,12,15 22:6,17 25:13,16 27:10
28:2 30:24 32:6,24 34:20 36:3,25 37:3,6,8,11,23 38:9
,22 39:12
nor 18:19 41:14
north 25:4
notary 1:20 3:15 4:3 41:7
note 33:3
noted 40:11
notes 41:12
nothing 28:4
notice 1:16 15:2 19:20 20:2 28:9,24 29:6,10,12,16
42:18
notices 11:23
number 6:10 13:25 14:23 20:15 22:7 24:25 28:8 29:18
30:16 32:16 35:6

O

object 4:18 17:11 18:12
objecting 18:12
objection 9:14 12:2,18 15:20 16:2 18:5,25 19:8,15 22:5
,25 34:14 35:18 40:2
objections 3:10 4:20 32:18 33:13,23 34:12,18 42:21
october 31:16
off 9:2
offer 37:22 38:13,15,18
offers 37:13
office 2:4 5:12 16:23
offices 1:17
okay 20:12
one 26:3,14 27:22 32:12
open 9:13,23 10:12,25 15:13 16:13 30:9 36:15
opened 12:16,22 13:5,11,16 14:17 21:5 28:13 31:15
32:13 35:25 36:6,22
opening 9:7,11 23:24 24:3 27:9 32:9 35:12 38:12
opens 27:18 28:21
operations 5:6 6:2
opinion 19:9,16
opposed 38:14
order 9:12 11:18,19 27:14,15
originally 17:7
outside 11:3,7 19:19 29:10
oversaw 5:7,8,20
oversee 5:9,16,22
own 11:18

P

p.c 2:11
page 14:9 15:17,24 17:9,12 18:16,16 23:19,20,23 27:4
31:13 33:18,24,25 34:7,21 35:5 39:4,17 42:5,24
pages 23:23 33:22
pamphlet 11:9
paperwork 9:18,20 10:2

paragraph 31:14 39:5
part 16:10 35:6
participant 25:4
parties 3:6 22:13
party 41:14
person 35:8
person's 38:4
personal 20:25 25:3 26:21 27:8,13
personally 19:24
personnel 35:14,22 36:15
physically 35:10,15
piece 13:8
place 9:5
plaintiff 28:11 32:2
plaintiff's 14:23 20:14 21:17 22:2 24:25 28:8 29:18
32:10,16,19 33:17,23 34:11,19
plaintiffs 1:8 16:2 5:4:10 12:13 13:9,21,25 14:5,8 15:4
21:23 22:7 23:8,11 25:8 28:15 29:22 30:16,19 32:20
34:3,12 35:11,16,24 42:4,22
plainview 5:13
plaza 2:12
please 33:21
plus 17:17,17 39:7,8
point 24:8
policies 5:11 6:12 9:7,11 16:10 22:18 24:3 38:11
policy 10:20 36:10,14,16
position 6:3,5
preparation 25:21 26:9
prescribed 5:11 22:14
present 6:21
president 6:8
printed 27:25
printout 23:19 27:17
prints 11:3,8 27:20
prior 20:24 26:4,12
privacy 15:2 28:9,24 29:6,9,12,15 42:18
procedure 36:11,14,17
procedures 5:11 6:12 16:11,18 22:19 23:24 24:3 28:5
38:11
proceeding 17:24
professional 7:18 38:14
promotional 37:13,22 38:13,17
propriety 20:5
provide 9:18 11:17 22:19 36:23
provided 10:12,24 15:13 19:11 24:9 26:17 28:11,13,20
32:5 34:10,17,22 35:24 36:12
provides 16:12 17:19 18:8 19:5
providing 19:22
provision 18:22 22:11,16 39:15
public 1:20 3:16 4:4 41:7
pursuant 1:16
pursued 18:18,19

Q

question 3:11 4:19 12:25 13:4 16:7 17:11 23:2 29:8
33:11 34:15 40:3
questioning 4:17 18:13
questions 19:18
quick 39:3

R

ran 38:21,23
rate 39:8
rates 17:18
read 20:13
reads 18:17
ready 39:7
real 39:3
recalls 35:9
receive 7:22,24 13:30:8,11
received 11:22,25 12:7 13:10,15 14:14,20 26:16
recess 23:6 33:8 40:7
recognize 14:10 15:9 23:15 25:9,17 27:5 28:18 29:25
32:23 34:6
record 4:22 7:5 23:17 31:3 33:10 37:16
referring 29:3
regarding 17:16 33:11 39:6
regular 39:10,14
related 17:19 39:9 41:14
remain 22:11
remaining 23:23
remind 27:14
replaces 17:22

report 13:24 14:4 42:7,9
reporter 1:19 41:7
representative 9:12 12:6 16:12
representatives 12:16 22:22
require 17:20 24:7
required 9:16 16:14 36:16
reserved 3:12
resign 8:25
resolution 17:14
resolved 17:21
respect 38:11
respective 3:6
responses 32:17 33:12,22 34:11,11,18 42:21
responsible 6:9 24:6
review 16:14 23:14 26:5
reviewed 25:19 33:13,15
right 17:22,23 18:22 19:7,11 22:23 34:23
role 6:6,7 8:13,13 26:24
roles 8:11
romanov 1:5 12:14 13:10 31:21
run 4:12 11:13,19
running 11:21

S

saint 7:14
sales 37:25 38:3
sample 27:22
samuel 2:15 4:10 33:19
savings 9:25 10:13
say 5:8 24:22 29:2
saying 13:18
says 16:3,4 19:2,2 20:16 27:5 33:20 35:5,7
schoengold 2:11
school 7:9,10,13,16
screen 27:18
sealing 3:7
second 14:9 23:23 33:2,24 35:6
section 17:15 21:21 22:8 39:5 42:13
seeking 16:3
seen 22:15 26:13 29:5,9 30:22 33:12
senior 6:8
separate 29:10,14 30:6,13
services 17:18 39:9
session 24:12
set 32:19 34:12,19 42:22
seventh 21:18 22:3 42:11
shall 3:11 22:11
shirley 4:24
shorthand 1:19 41:6
show 13:8 14:1
sign 10:7,9 24:10,11,14
signature 9:24 10:4,5,8,9 13:13 24:10,11,15 35:2
signed 3:15,17 35:3
signing 14:15
similar 8:13 17:24
similarly 1:6
site 23:21
situated 1:7
situation 11:12
something 19:13 27:8,16
sorry 8:7 11:5 17:10
southern 1:3
specific 34:13 33:12
specifically 35:7
spoken 21:10 37:4,9
sporn 2:11,15 4:11 8:7 11:5 16:6 25:24 33:3,14,19
sporn@spornlaw.com 2:16
stamp 14:2,24 17:12 39:4
stamped 13:22 23:9 25:2 29:19
stands 20:21
start 4:25
started 5:5 8:11 38:19
starting 7:25
state 1:20 4:4,21 7:4 21:21 22:8 23:17 31:3 32:2 35:8
37:16 42:12
stated 32:8
states 1:2 13:17 17:13,15 31:14 39:5
status 14:16
stenographic 41:12
step 32:25
stipulated 3:4,9,13
stop 4:15
strauss 2:22 9:14 12:2,18,20,24 15:20 16:2,8 17:10
18:5,11,25 19:8,15,18 20:4,12 22:5,25 23:3 25:25 26:3

JA 607

29:2 32:25 33:6,9,19 34:14,22,25 35:18 40:2,6
**street** 2:13
**strictland** 33:20
**stroock** 2:18,18
**subject** 31:16,21 32:3 37:13 38:18 39:14
**submitted** 34:10
**subscribed** 40:20
**suite** 2:6
**supplemental** 30:4
**support** 6:9
**supreme** 20:7,8
**sure** 23:5 28:6 40:6
**sworn** 3:15,17 4:3 40:20 41:9

---
                                    T
---

**taken** 1:15 23:6 33:8 40:7
**taking** 4:11
**talks** 28:5
**tax** 14:16
**team** 6:9 24:5
**tell** 7:7
**teller** 8:12
**tells** 14:19
**terms** 13:19 15:18
**testified** 4:5
**thank** 40:9
**themselves** 1:6
**thereto** 39:9
**think** 19:4 22:21 40:8
**though** 3:17
**throughout** 10:21
**time** 3:12 4:16 13:11 26:4,8,12 35:11 36:22 40:11
**times** 7:2
**title** 14:18 20:24
**titled** 13:22 14:3,25 25:3 29:20 32:17
**today** 4:12 8:14 38:5
**took** 8:20 9:4 26:14,15
**tool** 27:13
**top** 17:13 18:16 20:15 39:4
**topics** 19:19
**training** 16:17,18 26:15,16,18,20,23 27:12
**trainings** 27:2
**transaction** 13:23 14:3 42:6,8
**transcription** 41:11
**transmittal** 13:23 14:4 42:7,9
**trial** 3:12 18:4,9 19:6 21:21 22:9,12,24
**true** 41:11
**try** 35:13
**turn** 14:8 17:9,12 18:15 27:4 31:13 34:21 35:5
**type** 9:22 10:18

---
                                    U
---

**u.s** 15:2 18:7 19:4,12 21:18
**understand** 9:15 15:21 16:4,7 23:2 27:2 29:8 34:15 40:3
**united** 1:2
**until** 6:4,21
**updates** 24:7
**updating** 24:6 25:15
**us** 7:7 11:4,8 28:12
**use** 27:9,13
**used** 27:11,12

---
                                    V
---

**vague** 9:14
**validity** 20:5
**variable** 17:18 39:8
**variety** 8:11
**vendor** 11:3,7
**verification** 33:21,25 34:7,17 42:24
**veritext** 1:17
**version** 26:16
**versus** 20:8
**vice** 6:8

---
                                    W
---

**waived** 3:8 22:13
**want** 23:3
**week** 26:6,7
**welcome** 24:13,18,22
**west** 2:13 7:14

**whether** 20:5 35:8,13,15,22
**why** 8:22 20:6 26:22 31:25 32:7 34:9 36:4,8 39:10
**wide** 2:12
**will** 4:11,13,15,18,20
**withdrawn** 18:6
**within** 3:14 27:3
**witness** 8:9 11:7 14:7 15:6 21:25 23:13 25:8 28:17 29:24 30:21 32:22 33:15 34:5 40:10 41:8
**work** 31:10
**worked** 8:3
**working** 4:25 5:5,25 8:15
**works** 31:5
**world** 2:12
**wrap** 40:5

---
                                    Y
---

**year** 38:23
**years** 6:6 8:4 38:24
**yes** 5:15,21 6:17,20,25 8:3,24 9:9 10:6,16,22 11:11,21 14:11,21 15:11 18:2 20:11,17 21:6,9 24:16,19,21 25:23 26:2,11,19 27:23 28:19 30:2,7,10 31:2,12 33:6 34:24 35:4 36:7,22 37:15 38:6
**yesterday** 21:8
**york** 1:3,18,18,21 2:7,7,14,14,21,21 4:4,24 5:20 21:20 ,20 22:8 29:21 32:2 42:12

---
                                    Z
---

**zaromatidis** 1:19 41:6,23
**zuber** 21:13

**Page 1**

```
1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF NEW YORK
3
4
5    BERTRAM HIRSCH and IGOR   )
     ROMANOV, on behalf of     )
6    themselves and all others )
     similarly situated,       )
7                              )
8                              )
         Plaintiffs,           )
9                              )
10       VS.          ) Case No.
                      ) 12-cv-1123(DAB)(JCL)
11   CITIBANK, N.A,            )
12                            )
13       Defendants.    )
     _____)
14
15
16
17   DEPOSITION OF:
18       IGOR ROMANOV
19       THURSDAY, JANUARY 9, 2014
20       12:00 P.M.
21
22
23
24   Reported by:  GINA M. CLOUD
25            CSR No. 6315
```

**Page 2**

```
1         Deposition of IGOR ROMANOV, the witness,
2    taken on behalf of the Plaintiffs, on Thursday,
3    January 9, 2014, 12:00 P.M. at 2029 Century Park
4    East, 16th Floor, Los Angeles, California 90067,
5    before GINA M. CLOUD, CSR No. 6315, pursuant to
6    NOTICE.
7
8    APPEARANCES OF COUNSEL:
9
10   FOR PLAINTIFFS:
11       LAW OFFICES OF JAMES KELLY
12       BY:  JAMES KELLY, ESQ.
13       244 5th Avenue
14       Suite K-278
15       New York, New York 10001
16       (212) 920-5042
17       Jkelly@jckellylaw.com
18   FOR DEFENDANTS:
19       STROOCK & STROOCK & LAVAN
20       BY:  SHANNON PONEK, ESQ.
21       2029 Century Park East
22       16th Floor
23       Los Angeles, California 90067
24       Sponek@stroock.com
25
```

**Page 3**

```
1    APPEARANCES: (CONTINUED)
2
3
4    ALSO PRESENT:
5        SOSEH KEVORKIAN, Videographer
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1                 I N D E X
2
3    WITNESS       EXAMINATION      PAGE
4    IGOR ROMANOV
5        (By Mr. Kelly)      7
6        (By Ms. Ponek)     17
7
8
9
10              E X H I B I T S
11   NO.       DESCRIPTION            PAGE
12   Exhibit 36  Concierge Daily       11
13       Transaction/Transmittal
14       Report
15   Exhibit 37  Bates Nos. CITI-0000155   12
16       through CITI-0000183
17   Exhibit 38  Marketplace Addendum,     13
18       California and Nevada
19       effective January 1, 2010
20   Exhibit 39  Personal Banker Foundations 14
21       Participant Guide, North
22       American Consumer
23       DEFENDANTS' EXHIBITS        45
24   Exhibit 1   Account statement dated
25       11/1- 11/30/10
```

---

**5**

1  Exhibit 2   Declaration of Igor Romanov   47
2            In Support of Plaintiff's
3            Opposition to Defendant's
4            Motion to Compel
5            Arbitration and Stay the
6            Action dated April 12, 2012
7  Exhibit 3   Defendant Citibank's First   56
8            Set of Request For
9            Production of Documents
10           dated December 5, 2013
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**6**

1  LOS ANGELES, CALIFORNIA, THURSDAY, JANUARY
2            12:00 P.M.
3
4
5      THE VIDEOGRAPHER:  Good afternoon, we're on
6  the record at 12:03 p.m. on January 9, 2014.  This
7  is the video recorded deposition of Igor Romanov.
8  My name is Soseh Kevorkian here with our court
9  reporter Gina Cloud.  We're here from Veritext Legal
10  Solutions at the request of counsel for plaintiff.
11  This deposition is being held at 2029 Century Park
12  East in Los Angeles, California.  The caption of
13  this case is Bertram Hirsch, et al.  versus Citibank
14  N.A, case number 12-cv-1124(DAB)(JCL).
15      At this time would counsel and all present
16  please identify themselves for the record.
17      MR. KELLY:  My name is James Kelly, counsel
18  for plaintiffs.
19      MS. PONEK:  Shannon Ponek, counsel for
20  defendant.
21
22
23         IGOR ROMANOV,
24       having been first duly sworn, was
25       examined and testified as follows:

---

**7**

1                EXAMINATION
2
3  BY MR. KELLY:
4      Q.  Good afternoon, Mr. Romanov.
5      A.  Good afternoon.
6      Q.  I'm here to take your deposition.  We're
7  going to go maybe about 15, 20 minutes with some
8  questions and then Citibank's counsel will ask you
9  some questions.
10      A.  Okay.
11      Q.  Can you state your name and address for the
12  record?
13      A.  My name is Igor Romanov and my current
14  address at the time case opened, 330 South Reeves
15  Drive, unit 203 in Beverly Hills, California 90212.
16      Q.  Can you state for the record when you
17  opened up your accounts at Citibank?
18      A.  I don't remember the date, but couple of
19  years ago it was opened.  Couple of years ago.  It's
20  a Citibank branch where my friend lives in Marina Del
21  Rey.
22      Q.  Can you state for the record how the
23  process went when you opened up your account at
24  Citibank?
25      A.  Yes, my friend called me and he said since

---

**8**

1  you've been gold member, some kind of privilege
2  member in Citibank, you open an account and you
3  receive bonus miles for opening account, checking
4  account.  You have to deposit certain amount, $25,000
5  or $50,000, certain amount of money, you would get
6  after you make several transaction using your ATM
7  card you would get certain amount of bonus miles, and
8  he told me this is good and convenient and nice based
9  on interest on money you deposited, and I told him I
10  would do the same.  He took me to the branch and he
11  met with gentleman Zubair.
12      He was the one taking care of my friend's
13  account because he lived right behind his branch and
14  he said you're welcome as well, because they had me
15  in the system, for some reason I had some banking
16  relationship with Citibank in the past and at that
17  time, I didn't currently have a CD with Citibank as
18  well and we opened, I was told I would get the same
19  thing as my friend did and he just mentioned would he
20  open to my friend Igor Romanov as did you.
21      By the way, my friend is available, I have
22  his phone number, he still lives there and he can be
23  called or contacted, no problem at any time.
24      Q.  What's his name?
25      A.  Zach Katz, last name K-a -- his son is Glen

---

**9**

1  and he was the one who contacted you, but he is
2  available at any time.  I just spoke to him this
3  morning.
4      Q.  What Citibank branch was that?
5      A.  It's in Marina Del Rey branch in shopping
6  center right in middle of shopping center is the
7  Citibank branch, and the reason I visited my friend,
8  and is he live right behind, so we walked and he
9  introduced me to Mr. Zubair and he is like a private
10  banker, manager, I don't know.  He was on the
11  right-hand side on the table, like different position
12  and he opened it for me and that was it.
13      After that I received my bonus miles in
14  certain amount of time and doing certain amount of
15  transaction like they requested.  I used my ATM card,
16  I got my miles, and beginning of the year I received
17  1099 for $1,000, and at that time, I usually around
18  this time I receive the forms from different bank
19  where I was interest earned because I had several CD
20  in different bank institution, and I know for sure I
21  didn't earn that much interest in Citibank because I
22  didn't have a CD and I called, contact the branch and
23  said maybe it's a mistake of some kind.  I never
24  received $1,000, what is this for, and he told me
25  they don't know, they contact me.  I spoke to a

**10**

1  couple times the branch and I spoke to my
2  accountant -- no, I called to Citibank, 1 (800)
3  general office, and I was told I've got this thousand
4  dollars form, IRS form to pay taxes for the mileage I
5  received.  I said what does it have to do with that,
6  I really got confused because I didn't understand
7  even the nature of this form because for fact I did
8  not receive $1,000.
9      I called to my accountant and I told him
10  since -- we calculated like your miles bonus you
11  received opening account equivalent to $1,000.  I
12  said what is the rate then for miles, so I was trying
13  to pay taxes using my miles as well since I got
14  miles, not dollars, so I said I want to pay IRS with
15  the miles and they laugh at me, my accountant said
16  that's not acceptable, IRS does not take miles.
17      Then I called the branch and I said what is
18  the rate for bank and miles, so I have several
19  thousand miles with different airlines and they want
20  exchange it for money --
21      MS. PONEK:  Can I just interrupt, this is
22  beyond the scope of discovery at this point.  We're
23  in a very limited stage.
24  BY MR. KELLY:
25      Q.  That's fine, what counsel is saying there

**11**

1  was an order put into place by the magistrate judge
2  that we wanted to limit the discovery at this point
3  to just the account opening.
4      A.  So we're done, okay, no problem.
5      Q.  We'll move on.
6      A.  Just ask me interrupt because I don't know
7  what you want to hear, so I will tell you.  I just
8  tell you the best of my knowledge and best I can.
9      MR. KELLY:  I would like to introduce as
10  Plaintiff's Exhibit 36 a document Bates stamped
11  CITI-0000077 through CITI-0000078 titled Concierge
12  Daily Transaction/Transmittal Report.
13      (The document referred to was marked
14  by the reporter as Exhibit 36 for identification
15  and is attached hereto.)
16  BY MR. KELLY:
17      Q.  If you could turn to the next page,
18  Mr. Romanov.  Do you see where you signed here the
19  Citibank card?  Was this the card that Mr. Zubair
20  when you signed up to open your accounts presented
21  you for signature?
22      A.  This is my signature obviously.
23      Q.  Was this card that he presented you, do you
24  recall this card being presented to you?
25      A.  Since it's my signature I obviously signed

**12**

1  this one, yes, this is my signature.
2      Q.  When he presented you this card, did he
3  explain to you that you were agreeing to certain
4  terms and conditions with Citibank by signing this
5  card?
6      A.  No, I wasn't told anything like that,
7  nothing at all.  He said you have to sign it here,
8  they gave me a receipt and that was end of story, and
9  he said if you have any banking needs, feel free,
10  come into this branch and I could help you because
11  I'm like private banker, I don't know how you call,
12  but certain type of personal relationship with the
13  clients, but I signed something and I was given like
14  a receipt for my deposit.  I wrote a check for
15  whatever was the amount, 25 I think thousand dollars
16  or more and that's about it.
17      Q.  Did he provide you any other documents?
18      A.  No.  He gave a receipt for my deposit and
19  then he said you receive by mail like a statement.
20      MR. KELLY:  I would like to enter
21  Plaintiff's Exhibit 37, which is a document Bates
22  stamped CITI-0000155 through CITI-0000183.
23      (The document referred to was marked
24  by the reporter as Exhibit 37 for identification
25  and is attached hereto)

---

**13**

1   BY MR. KELLY:
2       Q.  Can you take a look at this document,
3   Mr. Romanov.
4       A.  Uh-huh.
5       Q.  Do you recognize this document?
6       A.  Not really.
7       Q.  Did Mr. Zubair provide you this document
8   when you opened up your account?
9       A.  No.  He only gave me a receipt for opening
10  the account, writing my checks, and this is basically
11  my receipt, and he said you'll receive everything by
12  mail.  He just told me I have to use certain amount
13  of time ATM card in order to qualify for the thing,
14  and they want to have more business and bring new
15  funds into the bank, and he said thank you for your
16  business and thank you for coming in, and that's
17  about it, because my question was about the mileage
18  and he told me that you receive miles after you use
19  it, I don't remember five or six times during a
20  month's period, something like that.  I don't
21  remember, but that's what it was and that's about it.
22      MR. KELLY:  I would like to introduce as
23  Plaintiff's Exhibit 38 a document Bates stamped
24  CITI-0000029 through CITI-0000076.  It's titled
25  Marketplace Addendum, California and Nevada

---

**14**

1   effective January 1, 2010.
2       (The document referred to was marked
3   by the reporter as Exhibit 38 for identification
4   and is attached hereto).
5   BY MR. KELLY:
6       Q.  Do you recognize that document Mr. Romanov?
7       A.  No.
8       Q.  Did Mr. Zubair provide you that document
9   when you opened up your account at Citibank?
10      A.  No, I haven't got anything.
11      Q.  Has Citibank ever provided you that
12  document?
13      A.  I can't recall that, no, because it was only
14  specific discussion which I had with Mr. Zubair.  I
15  ask him is there any fee involved, something extra
16  fee because I opened -- the reason I opened an
17  account is because my friend asked me, it would be
18  nice, that's all, but I haven't got this one.
19      MR. KELLY:  I would like to introduce as
20  Plaintiff's Exhibit 39 a document Bates stamped
21  CITI-0000119 through CITI-0000132.  It's titled
22  Personal Banker Foundations Participant Guide, North
23  American Consumer.
24      (The document referred to was marked
25  by the reporter as Exhibit 39 for identification

---

**15**

1   and is attached hereto).
2   BY MR. KELLY:
3       Q.  Mr. Romanov, can you take a look at this
4   document and in particular turn to page 123.  Do you
5   see where it says "Customer Care Checklist"?
6       A.  I have numbers on the pages.
7       Q.  Do you see where it says "Customer Care
8   Checklist" there?
9       A.  Yes.
10      Q.  Did Mr. Zubair provide this to you when you
11  opened up your account?
12      A.  First time I see this paper, no.
13      Q.  Did he explain and give to you a client
14  manual as it says below there?
15      A.  No, I haven't got anything besides the
16  receipt for the deposit I was given, and he is nice
17  gentleman, he kindly explain me as far as fee and how
18  many times do I use, and I usually don't use a lot of
19  ATM card and he said you have to use it like shopping
20  and this and that, and I asked him how to use it
21  because I have no experience with doing it.
22  I remember I deposit additional like
23  thousand dollars just to have.  He asked me to open
24  this account and that account, and I guess it's
25  benefit, he was an employee somehow and I said you

---

**16**

1   nice to me, I'll be more than happy to do if it
2   doesn't cost me extra fees.
3       Q.  Did Mr. Zubair ever explain to you that by
4   opening up the accounts that you opened up at
5   Citibank, that you were entering into an arbitration
6   agreement with Citibank?
7       A.  No.  I know for sure because I didn't even
8   know what arbitration agreement means, just a lack of
9   legal education probably.  I don't know what it is, I
10  never heard this.
11      Q.  Did Mr. Zubair at the end or at any time
12  during the sign up process ask you to meet with his
13  manager at the branch?
14      A.  No, I never met anybody else.
15      MR. KELLY:  I'm done.  We're done here.
16      MS. PONEK:  Okay.  Can we go off the record
17  and get situated.
18      THE VIDEOGRAPHER:  Going off the record at
19  12:18 p.m.
20      (Recess taken)
21      THE VIDEOGRAPHER:  We're going back on the
22  record at 12:21 p.m.
23  ///
24  ///
25  ///

---

17

```
1                    EXAMINATION
2
3    BY MS. PONEK:
4        Q.   Mr. Romanov, I'm Shannon Ponek, counsel for
5    Citibank in this action.
6        A.   We met?
7        Q.   Yes, we met earlier today before we started
8    the deposition.  I'm going to ask you some
9    additional questions and I just want your honest
10   answers.  If you don't understand any of my
11   questions, please let me know and I'll try to
12   rephrase them.
13       A.   Thank you.
14       Q.   I'm entitled to your best answer today so I
15   don't want you to guess, but I am entitled to a best
16   estimate, so if I asked you what you estimate the
17   length of this table to be, you could do that
18   because you could see the table, right?
19       A.   Right.
20       Q.   But if I asked you to estimate the length
21   of my desk in my office, you wouldn't be able to do
22   that because you've never seen it, correct?
23       A.   Exactly.
24       Q.   So I'm entitled to your best estimate but I
25   don't want you to guess.  Do you understand that?
```

18

```
1        A.   Okay, yes.
2        Q.   Have you ever had your deposition taken
3    before?
4        A.   In this case or generally?
5        Q.   Generally.
6        A.   I think it was a deposition, I don't know
7    the legal definition of deposition, but I met once, I
8    got like a car accident and I spoke to insurance
9    adjuster, but it was like 15 years ago, maybe 18 or
10   something like that.  I don't know if you call it
11   deposition or statement taken.  I just don't want to
12   get wrong.
13       Q.   Sitting in a room like this with a court
14   reporter?
15       A.   Not with a camera or stuff like that, no.
16       Q.   Like I said before I'm going to ask you
17   questions.  Give some time for your counsel to
18   object if he has any objections and then you're
19   going to answer them.  If you need any break, let me
20   know, and again, if you don't understand a
21   question --
22       A.   Of course I'm ask you, thank you.
23       Q.   Do you understand that your testimony given
24   here today is under oath?
25       A.   Yes.
```

19

```
1        Q.   And it's under the same penalties of
2    perjury apply here in the same manner as if you were
3    giving testimony in a court of law?
4        A.   Yes.
5        Q.   Have you taken any prescription or
6    nonprescription medication in the last 24 hours that
7    would affect your memory?
8        A.   No.
9        Q.   I'm going to start with some background
10   information.  Did you attend any college or graduate
11   school?
12       A.   Yes.
13       Q.   What college did you attend?
14       A.   Graduated pharmaceutical school in Soviet,
15   but it was in Soviet Union.
16       Q.   And what is the name of the school?
17       A.   Pharmacy school.
18       Q.   Is there a name for the actual school?
19       A.   No, they call it pharmacy school.  Like
20   eight in city, pharmacy school, medical school,
21   wasn't named like it is here.  It was only one.
22       Q.   Did you receive any certificate or diploma
23   at the pharmacy school?
24       A.   I complete the school but physically I did
25   not receive diploma because I left as a political
```

20

```
1    refugee to United States was one of the reasons.
2        Q.   Do you have any other special training?
3        A.   No, no.
4        Q.   Any other certifications or diplomas, other
5    than what you would have received at the pharmacy
6    school?
7        A.   No.
8        Q.   Can you describe your employment history
9    since you came to the United States?
10       A.   Since I came, when I came, I worked in
11   pharmacy.  I worked in the pharmacy back in San Diego
12   where I came.  After that I work and own a taxicab
13   and taxicab company in Los Angeles, Bell Cab, and
14   then since then I was working managing acupuncture
15   office.  I couldn't tell you exact dates because it
16   was way too long ago.
17       Q.   Let's just go back for a minute.  When did
18   you come to the United States?
19       A.   March of 1990.
20       Q.   For about how long were you in a pharmacy,
21   working in a pharmacy after that?
22       A.   Eight months -- less than a year.  I believe
23   so.  I can't remember.
24       Q.   Then you started doing your own taxicab
25   after that?
```

---

**21**

1    A.   Right, I moved to Los Angeles and after
2  that, I don't remember the dates, I couldn't tell you
3  the dates.
4    Q.   Approximately 1991?
5    A.   Probably so.
6    Q.   About how long did you do that?
7    A.   Like I own it for about a year, but I worked
8  there on and off, within a couple years probably.
9    Q.   And then you started managing an
10  acupuncture office?
11    A.   Yes.
12    Q.   And approximately when did you begin doing
13  that?
14    A.   Probably '93, '92, '93, I don't remember.  I
15  just give an approximate date.  I could be wrong.  It
16  could be '94.  If you tell me '95, then I don't take
17  it for granted.
18    Q.   Are you still managing the acupuncture
19  office?
20    A.   No, no, no, it was until probably '98.
21  Since then I owned the business.  I own the business
22  for financial business.
23    Q.   So starting 1998 you began owning your own
24  financial --
25    A.   Yes --

---

**22**

1    Q.   What's the title of that business?
2    A.   I was the president of the company.
3    Q.   What is the name of the business that you
4  own?
5    A.   A-1 Financial.  I don't own it anymore
6  because my partner passed away year and a half ago.
7  It was dissolved and sold.
8    Q.   So you were the president at A-1?
9    A.   A, as in Anna-1, financial, which was closed
10  like already like six years ago.
11    Q.   So from approximately 1998 to approximately
12  2007 --
13    A.   I would say 2006, 2005, something like that.
14  Then I sold it and kept it as a finance company for
15  different corporation.
16    Q.   What were your responsibilities at the
17  company, at A-1 Financial?
18    A.   Run and developing the company, managing the
19  opening multiple occasions, and I was in charge of
20  general management I would say.
21    Q.   As part of your duties, did you ever review
22  contracts for the company?
23    A.   For my company, did they review?  Like lease
24  contracts I saw, right.  Leases basically.  No
25  contract because for that I use an attorney.

---

**23**

1    Q.   What exactly did A-1 financial do?
2    A.   Lending and money -- miscellaneous financial
3  services is what I got license for.  Miscellaneous
4  financial services like a bill pay, money transfer.
5  We accept basically work as an agent of major company
6  like Western Union.
7    Q.   So do you have your own individual
8  customers that come into the office and ask for
9  financial help?
10    A.   Yes, kind of that, but I didn't deal with
11  customers directly because it was an employee who
12  deal with that.  Each office, which I used to own six
13  of them, so they ran, a couple of people worked
14  there.  I didn't personally talk to customers.
15    Q.   When the customers came in, and you were
16  offering them financial assistance, what were the
17  general type of financial --
18    A.   Loans.
19    Q.   Let me finish asking my question before you
20  go ahead and answer.  Sometimes it's pretty easy to
21  know what my next question is going to be, but let
22  me answer it so that the court reporter, she's
23  taking down everything we say and if we're talking
24  over each other, then she can't get what we're both
25  saying at the same time, so let me finish a question

---

**24**

1  and remember to give your counsel a moment to see if
2  he wants to object and then answer.  Okay?
3    A.   Uh-huh.
4    Q.   So you at A-1 Financial, you gave
5  individual customers loans?
6    A.   Yes.
7    Q.   As part of the those transactions, did you
8  have agreements with customers?
9    A.   Of course.
10    Q.   After owning A-1 Financial, what did you
11  do?
12    A.   I own another after company lead to the
13  sickness of my partner.  I own similar type of
14  company which own similar type of business which pay
15  partial is sold like full five years ago, and last
16  branch I owned, I sold it, last year.
17    Q.   So starting from 2005 until approximately
18  last year, you owned a different type of financial
19  company?
20    A.   Yes, same type, but different corporation
21  because I own it solely.
22    Q.   What's the name of the corporation?
23    A.   American cash market, which I sold last
24  year.
25    Q.   Who did you sell it to?

---

25

```
1        A.  It was a human, it was a person.
2        Q.  What is the person's name?
3        A.  Vlad, V-l-a-d, and I can't remember his last
4   name.
5        Can I ask you a question, how is related to
6   my Citibank?
7        Q.  I'm just getting a general --
8        A.  It's no problem, I don't know how the legal
9   system work, I don't want to even discuss who I sold
10  it for.  I think it's a trade secret.  I don't think
11  it's related to the case and I don't want to discuss
12  it to disclose it, maybe he won't even happy.  Is
13  that for me to tell you that, if it's okay?  Unless
14  it's mandatory.  I just don't understand how the
15  system work.
16       MS. KELLY:  I'll object to that question.
17  BY MS. PONEK:
18       Q.  If there is a problem with any of my
19  questions --
20       A.  Like certain question do I have right to
21  refuse to answer, like certain thing I don't want to
22  discuss?  Like I don't want to disclose name of the
23  person who I sold it for and how much I sold it for
24  and thing like that.
25       Q.  That's fine, I'm not going to go into
```

26

```
1   detail there.
2        A.  You can ask me, I don't want to discuss it.
3        MR. KELLY:  You can state it's
4   confidential.  It's confidential.
5   BY MS. PONEK:
6        Q.  And remember not to interrupt each other
7   because the court reporter needs to take everything
8   down.
9        So from 2005 to approximately 2012, you
10  owned American Cash Market?
11       A.  Yes.
12       Q.  What type of business did American Cash
13  handle?
14       A.  Miscellaneous financial services.
15       Q.  Similar to A-1?
16       A.  Very similar, less service was provided.
17       Q.  What do you mean by that?
18       A.  It means I did not take bill payment for
19  phone company, for instance or gas company or
20  Department of Water and Power, and I raise the price
21  of money order, if you want to know.  Used to be 90
22  cents, I sold it for $1 after that.  That's what
23  makes difference between A-1 Financial and American
24  Cash Market.
25       Q.  You stated earlier you don't recall when
```

27

```
1   you opened an account at Citibank; is that correct?
2        A.  I don't remember what?
3        Q.  That you don't recall the date that you
4   opened your Citibank account?
5        A.  Date, no, I do not recall the date at this
6   time, at this present moment.
7        Q.  Was it approximately October 2010?
8        A.  Yes, it was end of '10 probably.
9        Q.  Do you know what types of accounts you
10  opened at Citibank?
11       A.  Savings and one account, one I don't know
12  how you call it, I deposit thousand dollars to use to
13  do certain amount of transactions.
14       Q.  It was a checking account?
15       A.  The one for 25, it was a savings account,
16  but the on one checking account they ask me to use
17  ATM for.  I opened two accounts.  One for $1,000 and
18  one for $25,000.
19       Q.  And you opened your accounts in person --
20       A.  Yes.
21       Q.  -- at a -- let me finish the question.
22       A.  I'm sorry, I apologize.
23       Q.  You opened the account at the Marina Del
24  Rey branch; is that correct?
25       A.  Yes, that's correct.
```

28

```
1        Q.  When you opened the account, was anybody
2   with you?
3        A.  Yes.
4        Q.  Who was with you?
5        A.  It was my friend, his name is Zach Katz.
6        Q.  Do you know Zach Katz's address?
7        A.  I don't remember his address, but I have
8   phone number.  If you would let me call him right
9   now, I could get his address.
10       Q.  That's okay.
11       A.  I have a phone number for him.  Visually I
12  know it's on Fiji Drive.
13       Q.  Can you state his phone number, please?
14       A.  Yes, of course.  You should have his
15  information because he received a lot of paperwork
16  from you guys, from the law firm.  Phone number is
17  (310) 804-9487.
18       Q.  Thank you.
19       A.  That's mobile number I use to call, and his
20  work number I don't remember.
21       Q.  That's sufficient, thanks.  Are you aware
22  Zachary Katz also sued Citibank?
23       A.  No.  We went together.  We file with him,
24  how you call it, small claim court, we went to small
25  claim court and came a couple times, and after that
```

### 29

1  we did not communicate, but I told him I would have
2  deposition today and he told me if you need to speak
3  to him, he is available. That's what I was told.
4     Q.  So when was the last time you spoke with
5  Zachary Katz?
6     A.  This morning.
7     Q.  What did you discuss?
8     A.  We discussed how cold is it today and after
9  that I told him I have a deposition with you guys and
10  he said he is available, feel free to call, "if you
11  need me," he said, "I'm available for assistance."
12    Q.  Did you discuss what your testimony would
13  be about today?
14    A.  No.
15    Q.  Have you ever discussed this case with
16  Zachary Katz?
17    A.  We file together as I said the small claim
18  court.  We went there and it went the George told me,
19  he obviously told me I would rule in your favor, but
20  Citibank took your case into different court and
21  nothing they can do, and then I didn't know how to
22  handle it technically because lack of I don't know,
23  technicality of trial and legal stuff, that's why I
24  start looking online and how do I find the counsel,
25  James Kelly.

### 30

1     Q.  Did you ever discuss with Zachary Katz
2  whether you received the client manual when you
3  opened your account at Citibank?
4     A.  No, I didn't discuss it, no.  We didn't
5  speak about it.
6     Q.  Why did you choose to open your account in
7  person?
8     A.  I didn't know there was any other way to
9  open an account besides physical.  I didn't know such
10  option exist besides to come into the bank.  I still
11  believe now that you have to be present.  That's why
12  I open it in person.
13    Q.  Was anyone other than Zachary Katz with you
14  the day that you opened the account?
15    A.  No.
16    Q.  Prior to account 2010 when you opened your
17  account, had you ever been to Citibank's Marina Del
18  Rey branch before?
19    A.  No.
20    Q.  Do you know who Bertram Hirsch is, he is
21  another plaintiff in this action?
22    A.  Who?
23    Q.  Bertram Hirsch.
24    A.  I read this name but I don't know who.
25    Q.  Have you ever spoken with him?

### 31

1     A.  Never.
2     Q.  Prior to filing the lawsuit, did you know
3  who Mr. Hirsch was?
4     A.  No.
5     Q.  When you first walked into the branch of
6  the Marina Del Rey branch in October 2010 to open
7  your accounts, who did you speak with?
8     A.  I think his name is Zubair.  I have his
9  business card.  Zubair.  I'm not sure if it's a first
10  or last name but I call him Zubair and I guess it was
11  okay.  My friend, Mr. Katz call him the same way.
12    Q.  It's his last name.  Did you speak with a
13  teller before speaking with Mr. Zubair?
14    A.  No.
15    Q.  When you approached Mr. Zubair, what did
16  you say?
17    A.  Actually I called him and schedule an
18  appointment.  I call him and he said you are welcome
19  to come in, and my friend said we would come into the
20  branch to confirm I get the same type of account as
21  he had.
22    Q.  So then when you went into the branch, what
23  did you and Mr. Zubair discuss?
24    A.  Nothing.  He told me open an account, thank
25  you for coming, and he like to meet me and he said we

### 32

1  would like to have you as a customer in Citibank and
2  I'll open, it's the same account as your friend did
3  and I ask him detail as far as like monthly fees, and
4  he told me there is going to be none, and I said what
5  should I do in order to get mileage, and he said you
6  have to use ATM card, and how to use it.  I don't use
7  an ATM card at all and he explained to me how to do
8  it and that was it.
9     Q.  Let's just take a step back.  Did
10  Mr. Zubair take any of your personal information
11  down?
12    A.  Actually, I remember that I gave him my
13  driver's license and he looked in his computer and he
14  said, "I have you in the system, because in the past
15  I had credit cards with Citibank, I'm sure I had like
16  long time ago, line of credit ago, nine, ten years
17  ago with Citibank, so I guess they have the same
18  system.  They must have.  He must know who I am.  My
19  address didn't change for last nine years.
20    Q.  Did you need to provide him with your
21  social security number, anything like that?
22    A.  Yes, he asked me for my social.  He asked me
23  certain things put into the system like address 330.
24    Q.  So he asked you for your driver's license,
25  your social security number and your address,

## 33

1    correct?

2      A.  Right.

3      Q.  Did he ask you for any other information?

4      A.  I think, I don't remember if he personally

5    asked me or asked me over the phone, the information

6    of my American airline, how is it called, mileage

7    account number, so where the miles supposed to go to.

8    I don't remember that part even he asked me which

9    stage they asked me for this account, but I

10    definitely was asked because they asked me where to

11    forward the bonus miles and I gave him my American

12    Airline account information.

13      Q.  Did you provide him with any other

14    information than the information we've discussed so

15    far?

16      A.  My address, my social, like I said, my

17    driver's license information, I guess that's it.  I

18    don't remember if he asked me for second type of I.D.

19    or not.  Sometimes bank ask for, but I do bank with

20    many banks so I don't remember.

21      Q.  You don't remember, okay.

22      A.  Probably he asked for I have with me several

23    cards which could be taken as a second identity.  As

24    a second identification.

25      Q.  Did anyone other than Mr. Zubair assist you

## 34

1    when you were at the Citibank branch --

2      A.  No, not at that time, no.

3      MR. KELLY:  Let her finish.

4      THE WITNESS:  I'm sorry.

5    BY MS. PONEK:

6      Q.  It will be an interesting transcript when

7    we're talking over each other.

8      When you were opening your account, where

9    in the branch were you sitting?

10      A.  Next to Mr. Zubair's desk.  He has like a

11    table and I sit in front of him, my friend Zach Katz

12    is like Mr. Kelly is sitting right now, in the same

13    position.

14      Q.  Approximately how long did it take you to

15    open that account?

16      A.  It wasn't long, it was 15, 20 minutes.

17      Q.  Did Mr. Zubair ask you any questions while

18    you were opening the account?

19      A.  Why, I don't remember that, he was

20    appreciate that I open an account and bringing them

21    more business.

22      Q.  You stated earlier that you asked

23    Mr. Zubair questions such as how to use an ATM card,

24    how many times you had to use your ATM card, and

25    whether you would be charged a fee for opening the

## 35

1    accounts; is that correct?

2      A.  I asked him how many times should I use ATM

3    card in order to be qualified for this promotion.  He

4    told me it's very important to use certain amount,

5    probably six times within the month period in order

6    to do it, and I asked him is ATM card charge fees or

7    something like that, because I did not use it in the

8    past.

9      Q.  Did you ask Mr. Zubair any other questions?

10      A.  Ask him when I would receive my bonus miles

11    and how long should I keep my money in a bank, and

12    because some banks they charge you penalty if you

13    withdraw funds, and I said I would open it as long as

14    it benefit you and me and I won't be penalized for

15    closing if I don't like it for any reason, or if I

16    want to move funds for different use.

17      Q.  Did you ask him any other questions other

18    than the ones you've already stated?

19      A.  No, I just ask him when my miles would be

20    deposited into my accounts.  Ask him on savings

21    account what interest it would earn and it was

22    relatively low, but it was okay.

23      Q.  Did you ask him any other questions?

24      A.  Not that I can remember right now.

25      Q.  So after Mr. Zubair took down your personal

## 36

1    information in the computer, what happened next?

2      A.  I wrote the check.  I had the check with me

3    and I asked him how I was make it payable to and I

4    think it was two checks.  I don't remember, I think

5    one for thousand dollars.  I don't remember, it was

6    two items, I believe, if I'm correct.

7      Q.  Earlier we entered as an exhibit, Exhibit

8    36, and the second page of that exhibit is the

9    signature card.  Did you write the check before or

10    after you signed the signature card?

11      A.  I cannot tell you that right now, I don't

12    remember.  I don't remember what was -- what comes

13    first.

14      Q.  You stated earlier this is your signature?

15      A.  Yes, it is my signature, looks like my

16    signature.

17      Q.  Do you remember signing this signature

18    card?

19      A.  In a bank you always sign a signature card

20    for opening account.  It's standard procedure, I

21    guess.

22      Q.  I'm asking something just a little bit

23    different.  Do you have a specific recollection

24    about actually signing this Citibank signature card?

25      A.  As I told you I have accounts in numerous

**37**

```
1    banks and every time I open an account, they ask me
2    to sign the card, and I guess it was Citibank I have
3    an account in five or six banks at the same time and
4    some of them have couple accounts, several accounts,
5    so I guess it was one of them and that's all I could
6    say.
7        Q.   I'm asking something just a little bit
8    different.  I understand that you realize that
9    there's a process when you open a new account at a
10   bank that you typically sign a signature card?
11       A.   Yes, always.
12       Q.   So I'm asking you if you have a specific
13   recollection of signing this actual signature card
14   at Citibank?
15       A.   It's a copy.  If you would bring original
16   card, maybe I would say for sure, but I can't tell
17   you right now, it's three years since then.  Of
18   course I signed the signature card.  Was it this
19   card?  Because like I said I have numerous account
20   for Citibank.  Maybe this card from my CD which I
21   opened at Citibank as well.  I have a CD currently.
22       MR. KELLY:  Maybe you can rephrase and ask
23   him does he recall Mr. Zubair presenting him a
24   signature card or this signature card and him
25   signing it.
```

**38**

```
1    BY MS. PONEK:
2        Q.   That's a great question.
3        A.   Yes.
4        Q.   Do you recall him presenting you a
5    signature card and signing it?
6        A.   Yes, exactly.
7        Q.   Do you recall when in the process you
8    signed the signature card?  I know before you stated
9    you weren't sure if you wrote out the checks to open
10   the accounts or if your received the signature card
11   first, but do you recall when you received the
12   signature card?
13       A.   I can't tell what come first, what come
14   second.  It happen like the same time, like you write
15   a check.
16       Q.   When you were given a signature card to
17   sign, did Mr. Zubair say anything to you?
18       A.   He just said you have to sign here and sign
19   here.  It's a signature card.
20       Q.   Did he say anything else that you recall?
21       A.   No, I knew it's a signature card, you have
22   to sign it.
23       Q.   Did you ask any questions about the
24   signature card before signing it?
25       A.   No, I did not.
```

**39**

```
1        Q.   Did you ask any questions after signing the
2    signature card?
3        A.   About signature card no questions were
4    asked, because as far as I know, it's a standard
5    banking procedure.
6        Q.   Do you see there is a box at the top of the
7    signature card that says "name signer" and your name
8    is in there, Igor Romanov?
9        A.   Yes.
10       Q.   And then underneath it there is a sentence
11   that says "by signing below, I, one, certify my tax
12   status; two, agree to be bound by any agreement
13   governing any account opened in title indicated in
14   this card."  Do you see that?
15       A.   Right now I could see it, yes.
16       Q.   Did you ever ask anyone about this
17   statement on the signature card?
18       A.   No.
19       Q.   Either before signing it or after signing
20   it?
21       A.   No.
22       Q.   Did you ever ask about the agreement that's
23   referenced in this sentence in the signature card?
24       A.   No, I did not.  I would have to receive any
25   type of agreement.  All I know I put my social
```

**40**

```
1    security number because I earned an interest on
2    savings account and I should receive it, usually I
3    receive from all banks interest for the money earned
4    with the bank, tax form for the interest I earned.
5        Q.   Did you ask anyone if you received the
6    agreement?
7        MR. KELLY:  Objection, it doesn't state
8    that there is an actual agreement in that sentence.
9    It states any agreement, which could be read that
10   there is no agreement.
11   BY MS. PONEK:
12       Q.   Let me rephrase the question.  Did you ever
13   ask about the agreement referenced in the signature
14   card?
15       A.   No, I did not ask.
16       Q.   Did you ask what it was?
17       A.   No, I did not ask because I was under
18   impression that it was a bank employee telling me,
19   it's still an explanation of what's going to happen.
20   He is representative of Citibank basically.  I told
21   to not Mr. Zubair, Citibank.
22       Q.   You stated earlier that you received a
23   receipt for account opening after you opened the
24   accounts, correct?
25       A.   Yes, I think so.
```

41

1    Q.   And you received or signed the signature
2  card; is that correct?
3    A.   Yes, I did.
4    Q.   Were you shown any other documents during
5  the account opening process?
6    A.   No.
7    Q.   Did you receive any folder that had any
8  documents in it?
9    A.   No.
10   Q.   Were you provided with any documents at any
11 time during the account opening process, other than
12 the signature card and the account receipt?
13   A.   No.
14   Q.   Did you think it was weird that you weren't
15 handed any other documents while you were opening
16 the account?
17   A.   No, I did not because they already had me in
18 the system as a customer.  That's why I was pretty
19 sure they have all information they need and they
20 provided me everything I need to know.
21   Q.   You stated earlier that you had several
22 accounts open at different banks during this time;
23 is that correct?
24   A.   Yes.
25   Q.   When you opened those accounts, did you

42

1  receive any documents while opening those accounts?
2    A.   Sometimes they give you like new customers,
3  they give you like a folder, large side folder with
4  some information, a contract, similar to this type of
5  client manual when you open, but if it's existing
6  customer, not as I remember.  If it's a business
7  account, obviously I was given different information
8  and I received also business type of like a brochure,
9  something from a bank, but if it's a personal
10 checking account, like for instance I have it in
11 Union Bank, I have a CD and I have -- not CD but
12 money market, personal, different type of checking
13 account in order to avoid bank fees you have to have
14 certain amount of accounts and hold certain amount of
15 money there, and I received it initially when I
16 opened new account.
17   Q.   Prior to opening the accounts in October
18 2010 at Citibank, did you have any other Citibank
19 accounts?  And I'm not talking about credit cards,
20 I'm talking about a checking or savings account at
21 Citibank?
22   A.   I remember I had a checking account of some
23 kind but I don't remember an exact date and I
24 currently even have the CD with Citibank.  I bought
25 it for five years CD and mature date I think is next

43

1  year, or this year, but I've been having it for
2  around four years, I think.  By the way, it was also
3  open in October.  I have at home records which
4  indicates exact date when I opened the CD.
5    Q.   Where do you store those records that show
6  when you opened the CD?
7    A.   At home.
8    Q.   Where in your house?
9    A.   I have files --
10   MR. KELLY:  Objection, this is outside I
11 believe --
12   THE WITNESS:  You mean which place
13 physically?
14   MR. KELLY:  When I object -- I believe this
15 is outside the discovery parameters set by
16 magistrate James Cott.
17   MS. PONEK:  I'll move on.
18   Q.   You stated that you received a receipt for
19 the account opening when you opened the accounts at
20 Citibank, correct?
21   A.   Yes.
22   Q.   Where did you put those documents?
23   A.   In a pocket.
24   Q.   And when you got home that day, did you
25 store those documents anywhere?

44

1    A.   Yes, usually I do, I have like every month
2  folder for tax purposes for next year, but for this
3  particular case I didn't even need it because I wrote
4  them by check, it's my receipt.  It has double
5  function as a monetary instrument, and it's a
6  receipt.
7    Q.   So when you returned home from the bank
8  that day, did you take the account opening receipt
9  and store it in the monthly folder?
10   A.   I believe so.  I can't recall it right now
11 for sure where did I put the physical.  It's where I
12 put.  Usually I put all my receipts in the same
13 place, certain amount of time.
14   Q.   Can you look at the document marked as
15 Exhibit 37.  Other than today, have you ever seen
16 this document before?
17   A.   No.  Maybe I saw it, but long time ago, I
18 don't think so.
19   Q.   Have you ever reviewed this document before
20 today?
21   A.   No, even today I do not remember it yet.
22   Q.   Have you ever accessed Citibank's account,
23 online account system?  It's www.Citibank.on
24 line.com.  Have you ever accessed that website?
25   A.   I don't think so.

```
                                                    45
1      Q.  You've never logged in to review your
2   account?
3      A.  No.  I try not to do online banking.  For
4   security.
5         MR. KELLY:  I'm going to mark as
6   Defendant's Exhibit 1 an account statement dated
7   November 1 to November 30, 2010.
8         (The document referred to was marked
9   by the reporter as Exhibit 1 for identification
10  and is attached hereto).
11        MR. KELLY:  I'm going to object to the
12  entry of this exhibit as outside the parameters of
13  Magistrate James Cott's order.
14        MS. PONEK:  I understand your objection,
15  but I'm going to continue.
16     Q.  Have you ever seen this document before?
17     A.  Yes, I receive by mail, it's a bank
18  statement, yes.
19     Q.  It's an account statement for your CitiGold
20  account at Citibank, correct?
21     A.  Right.
22     Q.  Did you receive monthly account statements
23  from Citibank?
24     A.  By mail, yes.
25     Q.  And did you review them?
```

```
                                                    46
1      A.  Yes.
2      Q.  What did you do with the statements after
3   receiving them?
4      A.  I put all my statements, I put in the folder
5   and I hold it I think for five years my cousin told
6   me I have to keep them.
7      Q.  On page 2 of this document in the section
8   under fees and rate detail, there is a statement
9   that says:  "Please refer to your Client Manual and
10  Marketplace Addendum Booklet and amendments for
11  details."  Do you see that statement?
12     A.  Where is it?  Yes, I could see it right
13  under $250,000.
14     Q.  After receiving this statement, did you
15  ever request a copy of the client manual --
16     A.  No, I did not.
17     Q.  -- from Citibank.  Did you ever request a
18  copy of the Marketplace Addendum from Citibank?
19     A.  No, I did not.
20     Q.  Did you ever request a copy of the terms
21  and conditions governing your Citibank --
22     A.  No, I did not.
23        MR. KELLY:  I'm objecting to all these
24  questions as they are in direct violation of
25  Magistrate James Cott's order and Citibank's
```

```
                                                    47
1   representation on the record that they would not be
2   pursuing an estoppel argument.
3         MS. PONEK:  I'm going to mark as
4   Defendant's Exhibit 2 the Declaration of Igor
5   Romanov In Support of Plaintiff's Opposition to
6   Defendant's Motion to Compel Arbitration and Stay
7   the Action dated April 12, 2012.
8         (The document referred to was marked
9   by the reporter as Exhibit 2 for identification
10  and is attached hereto)
11  BY MS. PONEK:
12     Q.  Have you seen this document before?
13     A.  I think I receive it by mail.
14     Q.  What is this document?
15     A.  I think I receive it from an attorney.  I
16  don't know where it came from.
17     Q.  Please turn to page 3.  Is that your
18  signature at the bottom of page 3?
19     A.  Yes, it is mine.
20     Q.  Paragraph 12 of this document on page 3
21  states, "I never received the Citibank Client Manual
22  that Citibank refers to in its motion to compel
23  arbitration."  Do you see that?
24     A.  Yes.
25     Q.  Are you aware that Citibank's motion to
```

```
                                                    48
1   compel arbitration incorrectly referred to a client
2   manual that was effective as of January 2010?
3      A.  I never received, what is it?  I don't
4   understand what it says.  I don't know what is motion
5   to compel arbitration.
6      Q.  Before you signed this document, did you
7   review it?
8      A.  Yes, I did, yes, but it's been couple years
9   ago so it's hard for me.
10     Q.  When you signed this document, did you
11  understand all of the statements that were in it?
12     A.  Mostly I did.  Maybe I just missed this
13  part.
14     Q.  Did you ever receive the client manual
15  effective July 2010?
16     A.  No.  I just saying about the dates, that's
17  what I'm confused you tell me 2003 or 2010, I cannot
18  tell you something I don't recall.
19     Q.  Your declaration does not refer to any
20  document that you received from Citibank when you
21  opened your account; is that correct?
22     A.  Yes.
23     Q.  But you did receive an account opening
24  receipt, correct?
25     A.  Yes.
```

---

**49**

1  Q.  And as you've testified, you don't believe
2  you received any other documents when you opened
3  your account?
4  A.  Right.
5  Q.  How do you know that you didn't receive any
6  other documents from Citibank when you opened your
7  account?
8  A.  I don't know how to answer the question how
9  do I know that I did not receive a document.  I don't
10  know how to answer this question.
11  MR. KELLY:  Objection.
12  BY MS. PONEK:
13  Q.  You stated that you have monthly files that
14  you maintain, correct?
15  A.  Most of them, yes.  All important documents
16  I hold.
17  Q.  Have you checked your monthly files to see
18  if you have any other documents from Citibank?
19  A.  I'll check always monthly files before
20  filing income taxes, in preparing, they then
21  preparing income tax and give it to my accountant.
22  Q.  Did you check your files prior to signing
23  this declaration to make sure that you didn't have
24  any other documents from Citibank?
25  A.  I can't recall the date, but I usually check

---

**50**

1  my files with my documents before the tax file, which
2  is before April 15, on usual occasion and I don't
3  know whether was it exactly on April 10 or April 12,
4  I cannot recall you the dates.
5  Q.  So in April 2012, would you have reviewed
6  documents in your files from the year 2010?
7  A.  Yes, most likely, by this time I would know
8  the year before because I never filed on the last
9  day.  I always try to file like in the middle of tax
10  season.
11  Q.  Let me finish asking my question before you
12  answer, okay.  This declaration was signed in April
13  2012, correct?
14  A.  April 12 actually.
15  Q.  April 2012?
16  A.  The one I have it says '12.
17  Q.  And you opened your account in 2010,
18  correct?
19  A.  Yes.
20  Q.  So in 2012 when you were reviewing your
21  files for tax purposes, would you have reviewed
22  files for the year 2010?
23  A.  No, I reviewed files for 2011 at this time.
24  Q.  So when you signed this declaration, you
25  did not review your files for the year 2010,

---

**51**

1  correct?
2  A.  For the year 2010, I requested my files in
3  2011 in the tax period before.
4  Q.  Have you ever conducted a search, a review
5  of your files specifically for this lawsuit?
6  A.  No, because I don't have many documents, I
7  don't have any documents, and there is nothing for me
8  to review.  I only had a lot of paperwork which you
9  sent to me from your law firm, not you personally.  I
10  spoke over the phone once.  I also have paper which I
11  file with the small claim court in City of Santa
12  Monica.
13  Q.  Did you keep any papers relating to your
14  Citibank accounts?
15  A.  I have a paper of my CD which I currently
16  have.  And my credit card statement.
17  Q.  Did you keep the account statements
18  relating to Citibank accounts?
19  A.  At the time --
20  MR. KELLY:  Objection.  Answer.
21  THE WITNESS:  I'm sorry, he said something
22  do I keep statements?
23  MS. PONEK:  Could you read the question
24  back.
25  (Record read)

---

**52**

1  THE WITNESS:  At the time, of course I did.
2  BY MS. PONEK:
3  Q.  And you kept them in the monthly folders,
4  correct?
5  A.  Yes.
6  Q.  Did you keep any disclosures relating to
7  your Citibank account?
8  A.  I would keep if I have.  I don't have now.
9  Q.  So, for instance, if a disclosure came in
10  the mail with your account statement, and this is
11  just an example, would you keep those disclosures
12  with your Citibank statements?
13  A.  I usually keep my account, my statement, I
14  keep in the folder in the same envelope as it comes
15  in, so whatever is in there, usually.  I just look at
16  it.  If it's any promotion or any flyers, I usually
17  put them there and I put it back in an envelope and
18  keep it in a file.
19  Q.  How long do you keep those papers in the
20  files?
21  A.  I think I have them for a long time.  For
22  long enough.  I didn't trash them yet.  I don't know
23  if they have to have it like three for state or five
24  for federal, I don't remember that.  I have to call
25  accountant to tell you because he told me that they

---

---

**53**

1  have to keep them certain amount of time.  I keep
2  them in storage space.
3       Q.  So you would still keep documents from
4  2010, you would still have those documents?
5       A.  I think I do have them.
6       Q.  Where do you keep those files?  For
7  instance --
8       A.  In a special space.
9       Q.  Are they in your house?
10      A.  It's close to my space, to the space I live.
11      Q.  So are they in a storage unit?
12      A.  I have a storage unit as well.
13      Q.  And is that where you keep the papers, for
14  instance statements relating to your Citibank
15  account?
16      A.  All my paperwork I have a box for every year
17  for company and personal, I have like two boxes and
18  each of them has personal information and business
19  information, because it's separate.
20      Q.  So I'm just asking where the physical
21  location is?
22      A.  Address?
23      Q.  Yes.  Address is fine.
24      A.  It's in Beverly Hills, California.
25      Q.  And is it at an office?

---

**54**

1       A.  It's a room, half of this size and I keep
2  all my things in there.
3       Q.  Is it a storage unit?
4       A.  It's in my building, I have special space
5  where I keep my paperwork.
6       Q.  What is the address where you keep those
7  papers?
8       A.  Where I live, at the same address as my
9  residence address.
10      Q.  Other than when you review your files for
11  tax purposes, do you access those files for any
12  other reason?
13      A.  If I look for certain type of transaction
14  from credit card, something, but it's not usually
15  happen for last couple of years, I have like
16  unauthorized transaction so I have to find it, I do
17  not receive any check my mail or something like that.
18      Q.  Does anyone else in your house have access
19  to your files?
20      A.  Nobody go into my files.
21      Q.  Does anyone have access to the files?
22      A.  Yes.
23      Q.  Who has access?
24      A.  Hypothetically people who clean my house,
25  but they do not have access to my storage space.  I

---

**55**

1  don't know.  The person I live with, I don't know,
2  whoever.  It's not too many people.
3       Q.  So who do you live with that would have
4  access to your files?
5       MR. KELLY:  Objection.
6  BY MS. PONEK:
7       Q.  You can go ahead and answer.
8       A.  Do I have to tell you who do I live with?  I
9  don't want to discuss that.  It's my private matter.
10      MR. KELLY:  I don't see what you're getting
11  at here with these questions.
12      MS. PONEK:  I'm trying to figure out where
13  he keeps his files that would be related to this
14  case.
15      Q.  You're not going to give me the name, but
16  anybody living with you would have access to your
17  files; is that correct?
18      A.  Theoretically, yes.  Even you, you can get
19  my key and get access to my house.  Potentially have
20  an access to my house.
21      Q.  Are they --
22      A.  Valet parking could potentially have access
23  to my house because I left the key with him.
24      Q.  Are they in a locked room?
25      A.  The files?

---

**56**

1       Q.  Uh-huh.
2       A.  Yes, they are locked, yes.
3       Q.  Do you know if anyone in your house ever
4  threw away any papers relating to your Citibank
5  account?
6       A.  No, usually nobody takes my papers.
7       THE REPORTER:  Could we take a quick break?
8       MR. KELLY:  That's fine, off the record.
9       THE VIDEOGRAPHER:  Going off the record at
10  1:13 p.m.
11      (Brief recess)
12      THE VIDEOGRAPHER:  We're going back on the
13  record at 1:24 p.m.
14      MS. PONEK:  I'm going to mark as
15  defendant's Exhibit 3, Defendant Citibank's First
16  Set of Request For Production of Documents dated
17  December 5, 2013.
18      (The document referred to was marked
19  by the reporter as Exhibit 3 for identification
20  and is attached hereto) dated December 5, 2013.
21  BY MS. PONEK:
22      Q.  Have you seen this document before?
23      A.  Yes.
24      Q.  When did you see it?
25      A.  When I received it by mail.

---

| | |
|---|---|
| 57 | 59 |

**Page 57**

1     Q. Do you know approximately when you received
2 it by mail?
3     A. A couple of years ago, I think.
4     Q. It's dated December 5, 2013 so it would
5 have been recently if you received it?
6     A. Maybe December 5, yes.
7     Q. Did you have in the month of December at
8 some point, you received this document?
9     A. Yes, because I received so many of them,
10 mostly you are the one who sent it to me. It was
11 like ten pounds. Mr. Katz said he is going recycle,
12 price is more than he asked for in papers and copies
13 and probably the cartridge cost was more, the nature
14 of the claim.
15     Q. After December 5, 2013, did you undertake a
16 search for any documents relating to your accounts,
17 your Citibank accounts?
18     A. Was I asked to look for it?
19     Q. Yes.
20     A. Yes, I received an e-mail from my attorney
21 that they have to have whatever I have with Citibank,
22 whatever business relationship do I have with them, I
23 have documents and, as of now, I have a CD as I
24 mentioned, which was 5-year CD, which I opened also
25 only about the same time, so it's mature date going

**Page 59**

1     Q. If you can turn to page 4, please. Under
2 request for production No. 1, it says: "All
3 documents relating to the accounts," and let me just
4 clarify. The accounts is defined as any account
5 opened by you with Citibank, including but not
6 limited to the accounts -- basically your checking
7 and savings account that you opened in 2010.
8     A. Yes, so what is your question?
9     Q. So in December 2013, since December 5,
10 2013, have you done a search for all of the
11 documents relating to your Citibank account?
12     A. I did not have time for it besides the CD.
13     Q. No. 4 states: "All requests for
14 production, all contracts or agreements relating to
15 the accounts, including any amendment or changes to
16 such contracts or agreements." Do you see that?
17     A. Yes, I could see it, No. 4.
18     Q. And again, you didn't --
19     A. I don't have any. I don't have any contract
20 because I haven't reached any.
21     Q. But you did say you receive monthly
22 statements --
23     A. Monthly statement, yes, yes.
24     Q. And that you stored those monthly
25 statements and any documents that were sent with the

| | |
|---|---|
| 58 | 60 |

**Page 58**

1 to be five years in October, I think end of the year,
2 October, maybe September.
3     Q. I'm sorry, I wasn't very clear. I'm just
4 asking if you looked for any documents relating to
5 your checking and savings account that you opened at
6 Citibank in 2010?
7     A. There is nothing, documents, I wasn't asked
8 for look for the statements you just show me similar
9 to this one.
10     Q. Did you look back at your monthly files to
11 see if you had the account opening --
12     A. Not for 2010. I didn't look for files for
13 2010.
14     Q. So you haven't looked for any documents
15 dated in 2010 relating to the Citibank accounts that
16 you opened?
17     A. No, I did not look for it as of now. I look
18 only for statement I have. I looked for Citibank and
19 know I have this only current account which I have a
20 CD, there is nothing else. I have credit card, I
21 think.
22     Q. Did you look for any documents relating to
23 your checking and savings accounts that you opened
24 in 2010?
25     A. For 2010, no.

**Page 60**

1 monthly statements in your files, correct?
2     A. Yes, but in my understanding in contract,
3 just my understanding of laws, it's statement is not
4 a contract to an agreement.
5     MR. KELLY: For the record, Citibank also
6 has all these statements in their own possession.
7     MS. PONEK: We can discuss that afterwards.
8 I don't think it's necessary to discuss it in the
9 deposition.
10 I don't have any further questions. We are
11 going to enter into the same stipulation. The
12 original transcript will be sent to our offices --
13 I'm sorry, will be sent to you, and you will send it
14 to Mr. Romanov for his review and signature. He'll
15 return it within 30 days, and we also waive your
16 obligation to keep the original transcript.
17     THE REPORTER: Do you stipulate to what she
18 said?
19     MR. KELLY: Yes.
20     THE VIDEOGRAPHER: We're off the record at
21 1:30 p.m. and this concludes the testimony given by
22 Igor Romanov. The total number of media used was
23 one and will be retained by Veritext, LLC.
24     (The deposition was concluded at 1:30 p.m.)
25

---

61

1                 DECLARATION
2
3
4
5        I hereby declare I am the deponent in
6 the within matter; that I have read the foregoing
7 deposition and know the contents thereof, and I
8 declare that the same is true of my knowledge except
9 as to the matters which are therein stated upon my
10 information or belief, and as to those matters, I
11 believe it to be true.
12        I declare under the penalties of
13 perjury of the State of California that the
14 foregoing is true and correct.
15        executed on the _____ day of _____
16 2014, at _____, California
17
18
19
20
21              _____
                W I T N E S S
22
23
24
25

---

62

1        I, GINA M. CLOUD, a certified shorthand
2 reporter for the State of California, do hereby
3 certify:
4        that prior to being examined, the
5 witness named in the foregoing deposition, was by me
6 duly sworn to testify the truth, the whole truth,
7 and nothing but the truth pursuant to Section No.
8 2093 of the Code of Civil Procedure;
9        That said deposition was taken before
10 me pursuant to notice, at the time and place therein
11 set forth, and was taken down by me in shorthand and
12 thereafter reduced to typewriting via computer-aided
13 transcription under my direction;
14        I further certify that I am neither
15 counsel for, nor related to, any party to said
16 action, nor in anywise interested in the outcome
17 thereof.
18        IN WITNESS WHEREOF, I have hereunto
19 subscribed my name this _____ day of _____,
20 2014.
21
22
23              _____
              GINA M. CLOUD
24               CSR No. 6315
25

---

63

1               ERRATA SHEET
          VERITEXT/NEW YORK REPORTING, LLC
2 CASE NAME: Hirsch, Bertram, Et Al v. Citibank, NA
3 DATE OF DEPOSITION: 1/9/2014
  WITNESSES' NAME:
4
5 PAGE   LINE (S)   CHANGE     REASON
6 _____|_____|_____|_____
7 _____|_____|_____|_____
8 _____|_____|_____|_____
9 _____|_____|_____|_____
10 _____|_____|_____|_____
11 _____|_____|_____|_____
12 _____|_____|_____|_____
13 _____|_____|_____|_____
14 _____|_____|_____|_____
15 _____|_____|_____|_____
16 _____|_____|_____|_____
17 _____|_____|_____|_____
18 _____|_____|_____|_____
19 _____|_____|_____|_____
20 _____|_____|_____|_____
21
22 SUBSCRIBED AND SWORN TO BEFORE ME
23 THIS _____ DAY OF _____, 20__.
24
25  (NOTARY PUBLIC)     MY COMMISSION EXPIRES:

---

| $ | 6 | |
|---|---|---|

**anyone** 30:13 33:25 39:16 40:5 54:18,21 56:3
**anything** 12:6 14:10 15:15 32:21 38:17,20
**anywhere** 43:25
**anywise** 62:16
**apologize** 27:22
**appearances** 2:8 3:1
**apply** 19:2
**appointment** 31:18
**appreciate** 34:20
**approached** 31:15
**approximate** 21:15
**approximately** 21:4,12 22:11,11 24:17 26:9 27:7 34:14 57:1
**april** 5:6 47:7 50:2,3,3,5,12,14,15
**arbitration** 5:5 16:5,8 47:6,23 48:1,5
**argument** 47:2
**around** 9:17 43:2
**ask** 7:8 11:6 14:15 16:12 17:8 18:16,22 23:8 25:5 26:2 27:16 32:3 33:3,19 34:17 35:9,10,17,19,20,23 37:1,22 38:23 39:1,16,22 40:5,13,15,16,17
**asked** 14:17 15:20,23 17:16,20 32:22,22,24 33:5,5,8,9 ,10,10,18,22 34:22 35:2,6 36:3 39:4 57:12,18 58:7
**asking** 23:19 36:22 37:7,12 50:11 53:20 58:4
**assist** 33:25
**assistance** 23:16 29:11
**atm** 8:6 9:15 13:13 15:19 27:17 32:6,7 34:23,24 35:2,6
**attached** 11:15 12:25 14:4 15:1 45:10 47:10 56:20
**attend** 19:10,13
**attorney** 22:25 47:15 57:20
**available** 8:21 9:2 29:3,10,11
**avenue** 2:13
**avoid** 42:13
**aware** 28:21 47:25
**away** 22:6 56:4

**$1** 26:22
**$1,000** 9:17,24 10:8,11 27:17
**$25,000** 8:4 27:18
**$250,000** 46:13
**$50,000** 8:5

**6315** 1:25 2:5 62:24

| 1 | 7 | |
|---|---|---|

**1** 4:19,24 10:2 14:1 45:6,7,9 59:2
**1/9/2014** 63:3
**10** 27:8 50:3
**10001** 2:15
**1099** 9:17
**11** 4:12
**11/l-** 4:25
**11/30/10** 4:25
**12** 4:15 15:6 47:7,20 50:3,14,16
**12-cv-1123(dab)(jcl)** 1:-
**12-cv-1124(dab)(jcl)** 6:14
**123** 15:4
**12:00** 1:20 2:3 6:2
**12:03** 6:6
**12:18** 16:19
**12:21** 16:22
**13** 4:17
**14** 4:20
**15** 7:7 18:9 34:16 50:2
**16th** 2:4,22
**17** 4:6
**18** 18:9
**1990** 20:19
**1991** 21:4
**1998** 21:23 22:11
**1:13** 56:10
**1:24** 56:13
**1:30** 60:21,24

**7** 4:5

| 8 | | |

**800** 10:2
**804-9487** 28:17

| 9 | | |

**9** 1:19 2:3 6:1,6
**90** 26:21
**90067** 2:4,23
**90212** 7:15
**92** 21:14
**920-5042** 2:16
**93** 21:14,14
**94** 21:16
**95** 21:16
**98** 21:20

| A | | |

**a-1** 22:5,8,17 23:1 24:4,10 26:15,23
**able** 17:21
**accept** 23:5
**acceptable** 10:16
**access** 54:11,18,21,23,25 55:4,16,19,20,22
**accessed** 44:22,24
**accident** 18:8
**account** 4:24 7:23 8:2,3,4,13 10:11 11:3 13:8,10 14:9 ,17 15:11,24,24 27:1,4,11,14,15,11,12,16 42:7,10 ,13,16,20,22 43:19 44:8,22,23 45:2,6,19,20,22 48:21,23 49:3,7 50:17 51:17 52:7,10,13 53:15 56:5 58:5,11,19 59:4,7,11
**accountant** 10:2,9,15 49:21 52:25
**accounts** 7:17 11:20 16:4 27:9,17,19 31:7 35:1,20 36:25 37:4,4 38:10 40:24 41:22,25 42:1,14,17,19 43:19 51:14,18 57:16,17 58:15,23 59:3,4,6,15
**action** 5:6 17:5 30:21 47:7 62:16
**actual** 19:18 37:13 40:8
**actually** 31:17 32:12 36:24 50:14
**acupuncture** 20:14 21:10,18
**addendum** 4:17 13:25 46:10,18
**additional** 15:22 17:9
**address** 7:11,14 28:6,7,9 32:19,23,25 33:16 53:22,23 54:6,8,9
**adjuster** 18:9
**affect** 19:7
**afternoon** 6:5 7:4,5
**afterwards** 60:7
**again** 18:20 59:18
**agent** 23:5
**ago** 7:19,19 18:9 20:16 22:6,10 24:15 32:16,17 44:17 48:9 57:3
**agree** 39:12
**agreeing** 12:3
**agreement** 16:6,8,9 39:12,22,25 40:6,8,9,10,13 60:4
**agreements** 24:8 59:14,16
**ahead** 33:20 55:7
**airline** 33:6,12
**airlines** 10:19
**al** 6:13 63:-
**already** 22:10 35:18 41:17
**always** 36:19 37:11 49:19 50:9
**am** 5:2 32:18 61:5 62:14
**amendment** 59:15
**amendments** 46:10
**american** 4:22 14:23 24:23 26:10,12,23 33:6,11
**amount** 8:4,5,7 9:14,14 12:15 13:12 27:13 35:4 42:14 ,14 44:13 53:1
**angeles** 2:4,23 6:1,12 20:13 21:1
**anna-1** 22:9
**answer** 17:14 18:19 23:20,22 24:2 25:21 49:8,10 50:12 51:20 55:7
**answers** 17:10
**anybody** 16:14 28:1 55:16
**anymore** 22:5

| 2 | | |

**2** 5:1 46:7 47:4,9
**20** 7:7 34:16
**2003** 48:17
**2005** 22:13 24:17 26:9
**2006** 22:13
**2007** 22:12
**2010** 4:19 14:1 27:7 30:16 31:6 42:18 45:7 48:2,15,17 50:6,17,22,25 51:2 53:4 58:6,12,13,15,24,25 59:7
**2011** 50:23 51:3
**2012** 5:6 26:9 47:7 50:5,13,15,20
**2013** 5:10 56:17,20 57:4,15 59:9,10
**2014** 1:19 2:3 6:1,6 61:16 62:20
**2023** 2:3,21 6:11
**203** 7:15
**2093** 62:8
**20__** 63:-
**212** 2:16
**24** 19:6
**244** 2:13
**25** 12:15 27:15

| B | | |

**back** 16:21 20:11,17 32:9 51:24 52:17 56:12 58:10
**background** 19:9
**bank** 9:18,20 10:18 13:15 30:10 33:19,19 35:11 36:19 37:10 40:4,18 42:9,11,13 44:7 45:17
**banker** 4:20 9:10 12:11 14:22
**banking** 8:15 12:9 39:5 45:3
**banks** 33:20 35:12 37:1,3 40:3 41:22
**based** 8:8
**basically** 13:10 22:24 23:5 40:20 59:6
**bates** 4:15 11:10 12:21 13:23 14:20
**began** 21:23
**begin** 21:12
**beginning** 9:16
**behalf** 1:- 2:2
**behind** 8:13 9:8
**belief** 61:10
**believe** 20:22 30:11 36:6 43:11,14 44:10 49:1 61:11
**bell** 20:13
**below** 15:14 39:11
**benefit** 15:25 35:14
**bertram** 1:5 6:13 30:20,23 63:-
**besides** 15:15 30:9,10 59:12
**best** 11:8,8 17:14,15,24
**beverly** 7:15 53:24
**beyond** 10:22
**bill** 23:4 26:18
**bit** 36:22 37:7
**bonus** 8:3,7 9:13 10:10 33:11 35:10
**booklet** 46:10
**bottom** 47:18
**bought** 42:24
**bound** 39:12
**box** 39:6 53:16
**boxes** 53:17
**branch** 7:20 8:10,13 9:4,5,7,22 10:1,17 12:10 16:13 24:16 27:24 30:18 31:5,6,20,22 34:1,9
**break** 18:19 56:7
**brief** 56:11
**bring** 13:14 37:15
**bringing** 34:20
**brochure** 42:8
**building** 54:4
**business** 13:14,16 21:21,22,22 22:1,3 24:14 26:12 31:9 34:21 42:6,8 53:18 57:22

| 3 | | |

**3** 5:7 47:17,18,20 56:15,19
**30** 45:7 60:15
**310** 28:17
**330** 7:14 32:23
**36** 4:12 11:10,14 36:8
**37** 4:15 12:21,24 44:15
**38** 4:17 13:23 14:3
**39** 4:20 14:20,25

| C | | |

**cab** 20:13

| 4 | | |

**4** 59:1,13,17
**45** 4:23
**47** 5:1

| 5 | | |

**5** 5:10 56:17,20 57:4,6,15 59:9
**5-year** 57:24
**56** 5:7
**5th** 2:13

**calculated** 10:10
**california** 2:4,23 4:18 6:1,12 7:15 13:25 53:24 61:13,16 62:2
**call** 12:11 18:10 19:19 27:12 28:8,19,24 29:10 31:10,11 ,18 52:24
**called** 7:25 8:23 9:22 10:2,9,17 31:17 33:6
**camera** 18:15
**can't** 14:13 20:23 23:24 25:3 37:16 38:13 44:10 49:25
**cannot** 36:11 48:17 50:4
**caption** 6:12
**car** 18:8
**card** 8:7 9:15 11:19,19,23,24 12:2,5 13:13 15:19 31:9 32:6,7 34:23,24 35:3,6 36:9,10,18,19,24 37:2,10,13,16 ,18,19,20,24,24 38:5,8,10,12,16,19,23 39:2,3,7,14 ,17,23 40:14 41:2,12 51:16 54:14 58:20
**cards** 32:15 33:23 42:19
**care** 8:12 15:5,7
**cartridge** 57:13
**case** 1:10 6:13,14 7:14 18:4 25:11 29:15,20 44:3 55:14 63:-
**cash** 24:23 26:10,12,24
**cd** 8:17 9:19,22 37:20,21 42:11,11,24,25 43:4,6 51:15 57:23,24 58:20 59:12
**center** 9:6,6
**cents** 26:22
**century** 2:3,21 6:11
**certain** 8:4,5,7 9:14,14 12:3,12 13:12 25:20,21 27:13 32:23 35:4 42:14,14 44:13 53:1 54:13
**certificate** 19:22
**certifications** 20:4
**certified** 62:1
**certify** 39:11 62:3,14
**change** 32:19 63:5
**changes** 59:15
**charge** 22:19 35:6,12
**charged** 34:25
**check** 12:14 36:2,2,9 38:15 44:4 49:19,22,25 54:17
**checked** 49:17
**checking** 8:3 27:14,16 42:10,12,20,22 58:5,23 59:6
**checklist** 15:5,8
**checks** 13:10 36:4 38:9
**choose** 30:6
**citi-0000029** 13:24
**citi-0000076** 13:24
**citi-0000077** 11:11
**citi-0000078** 11:11
**citi-0000119** 14:21
**citi-0000132** 14:21
**citi-0000155** 4:15 12:22
**citi-0000183** 4:16 12:22
**citibank** 1:- 6:13 7:17,20,24 8:2,16,17 9:4,7,21 10:2 11:19 12:4 14:9,11 16:5,6 17:5 25:6 27:1,4,10 28:22 29:20 30:3 32:1,15,17 34:1 36:24 37:2,14,20,21 40:20 ,21 42:18,18,21,24 43:20 45:20,23 46:17,18,21 47:21 ,22 48:20 49:6,18,24 51:14,18 52:7,12 53:14 56:4 57:17 ,21 58:6,15,18 59:5,11 60:5 63:-
**citibank's** 5:7 7:8 30:17 44:22 46:25 47:25 56:15
**citigold** 45:19
**city** 19:20 51:11
**civil** 62:8
**claim** 28:24,25 29:17 51:11 57:14
**clarify** 59:4
**clean** 54:24
**clear** 58:3
**client** 15:13 30:2 42:5 46:9,15 47:21 48:1,14
**clients** 12:13
**close** 53:10
**closed** 22:9
**closing** 35:15
**cloud** 1:24 2:5 6:9 62:1,-
**code** 62:8
**cold** 29:8
**college** 19:10,13
**coming** 13:16 31:25
**commission** 63:25
**communicate** 29:1
**company** 20:13 22:2,14,17,18,22,23 23:5 24:12,14,19 26:19,19 53:17
**compel** 5:4 47:6,22 48:1,5
**complete** 19:24
**computer** 32:13 36:1
**computer-aided** 62:12
**concierge** 4:12 11:11
**concluded** 60:24
**concludes** 60:21

**conditions** 12:4 46:21
**conducted** 51:4
**confidential** 26:4,4
**confirm** 31:20
**confused** 10:6 48:17
**consumer** 4:22 14:23
**contact** 9:22,25
**contacted** 8:23 9:1
**contents** 61:7
**continue** 45:15
**continued** 3:1
**contract** 22:25 42:4 59:19 60:2,4
**contracts** 22:22,24 59:14,16
**convenient** 8:8
**copies** 57:12
**copy** 37:15 46:15,18,20
**corporation** 22:15 24:20,22
**correct** 17:22 27:1,24,25 33:1 35:1 36:6 40:24 41:2,23 43:20 45:20 48:21,24 49:14 50:13,18 51:1 52:4 55:17 60:1 61:14
**cost** 16:2 57:13
**cott** 43:16
**cott's** 45:13 46:25
**couldn't** 20:15 21:2
**counsel** 2:8 6:10,15,17,19 7:8 10:25 17:4 18:17 24:1 29:24 62:15
**couple** 7:18,19 10:1 21:8 23:13 28:25 37:4 48:8 54:15 57:3
**course** 18:22 24:9 28:14 37:18 52:1
**court** 1:1 6:8 18:13 19:3 23:22 26:7 28:24,25 29:18,20 51:11
**cousin** 46:5
**credit** 32:15,16 42:19 51:16 54:14 58:20
**csr** 1:25 2:5 62:24
**current** 7:13 58:19
**currently** 8:17 37:21 42:24 51:15
**customer** 15:5,7 32:1 41:18 42:6
**customers** 23:8,11,14,15 24:5,8 42:2

D

**daily** 4:12 11:12
**date** 7:18 21:15 27:3,5,5 42:23,25 43:4 49:25 57:25 63:3
**dated** 4:24 5:6,10 45:6 47:7 56:16,20 57:4 58:15
**dates** 20:15 21:2,3 48:16 50:4
**day** 30:14 43:24 44:8 50:9 61:15 62:19 63:-
**days** 60:15
**deal** 23:10,12
**december** 5:10 56:17,20 57:4,6,7,15 59:9,9
**declaration** 5:1 47:4 48:19 49:23 50:12,24 61:1
**declare** 61:5,8,12
**defendant** 5:7 6:20 56:15
**defendant's** 5:3 45:6 47:4,6 56:15
**defendants** 1:13 2:18 4:23
**defined** 59:4
**definitely** 33:10
**definition** 18:7
**del** 7:20 9:5 27:23 30:17 31:6
**department** 26:20
**deponent** 61:5
**deposit** 8:4 12:14,18 15:16,22,22 27:12
**deposited** 8:9 35:20
**deposition** 1:17 2:1 6:7,11 7:6 17:8 18:2,6,7,11 29:2,9 60:9,24 61:7 62:5,9 63:3
**describe** 20:8
**description** 4:11
**desk** 17:21 34:10
**detail** 26:1 32:3 46:8
**details** 46:11
**developing** 22:18
**didn't** 8:17 9:21,22 10:6 16:7 23:10,14 29:21 30:4,4,8,9 32:19 44:3 49:5,23 52:22 58:12 59:18
**diego** 20:11
**difference** 26:23
**different** 9:11,18,20 10:19 22:15 24:18,20 29:20 35:16 36:23 37:8,17 41:22 42:7,12
**diploma** 19:22,25
**diplomas** 20:14
**direct** 46:24
**direction** 62:13
**directly** 23:11
**disclose** 25:12,22
**disclosure** 57:22
**disclosures** 52:6,11
**discovery** 10:22 11:2 43:15

**discuss** 25:9,11,22 26:2 29:7,12 30:1,4 31:23 55:9 60:7 ,8
**discussed** 29:8,15 33:14
**discussion** 14:14
**dissolved** 22:7
**district** 1:1,2
**document** 11:10,13 12:21,23 13:2,5,7,23 14:2,6,8,12,20 ,24 15:4 44:14,16,19 45:8,16 46:7 47:8,12,14,20 48:6 ,10,20 49:9 56:18,22 57:8
**documents** 5:9 12:17 41:4,8,10,15 42:1 43:22,25 49:2,6 ,15,18,24 50:1,6 51:6,7 53:3,4 56:16 57:16,23 58:4,7,14 ,22 59:3,11,25
**doesn't** 16:2 40:7
**doing** 9:14 15:21 20:24 21:12
**dollars** 10:4,14 12:15 15:23 27:12 36:5
**don't** 7:18 9:10,25 11:6 12:11 13:19,20 15:18 16:9 17:10,15,25 18:6,10,11,20 21:2,14,16 22:5 25:8,9,10,11 ,14,21,22 26:2,25 27:2,3,11 28:7,20 29:22 30:24 32:6 33:4,8,18,20,21 34:19 35:15 36:4,5,11,12 42:23 44:18 ,25 47:16 48:3,4,18 49:1,8,9 50:2 51:6,7 52:8,22,24 55:1,1,9,10 59:19,19 60:8,10
**done** 11:4 16:15,15 59:10
**double** 44:4
**down** 23:23 26:8 32:11 35:25 62:11
**driver** 7:15 28:12
**driver's** 32:13,24 33:17
**duly** 6:24 62:6
**during** 13:19 16:12 41:4,11,22
**duties** 22:21

E

**e-mail** 57:20
**earlier** 17:7 26:25 34:22 36:7,14 40:22 41:21
**earn** 9:21 35:21
**earned** 9:19 40:1,3,4
**east** 2:4,21 6:12
**eastern** 1:2
**easy** 23:20
**education** 16:9
**effective** 4:19 14:1 48:2,15
**eight** 19:20 20:22 32:16
**either** 39:19
**else** 16:14 38:20 54:18 58:20
**employee** 15:25 23:11 40:18
**employment** 20:8
**end** 12:8 16:11 27:8 58:1
**enough** 52:22
**enter** 12:20 60:11
**entered** 36:7
**entering** 16:5
**entitled** 17:14,15,24
**entry** 45:12
**envelope** 52:14,17
**equivalent** 10:11
**errata** 63:1
**esq** 2:12,20
**estimate** 17:16,16,20,24
**estoppel** 47:2
**et** 6:13 63:-
**even** 10:7 16:7 25:9,12 33:8 42:24 44:3,21 55:18
**ever** 14:11 16:3 18:2 22:21 29:15 30:1,17,25 39:16,22 40:12 44:15,19,22,24 45:16 46:15,17,20 48:14 51:4 56:3
**every** 37:1 44:1 53:16
**everything** 13:11 23:23 26:7 41:20
**exact** 20:15 42:23 43:4
**exactly** 17:23 23:1 38:6 50:3
**examination** 4:3 7:1 17:1
**examined** 6:25 62:4
**example** 52:11
**except** 61:8
**exchange** 10:20
**executed** 61:15
**exhibit** 4:12,15,17,20,24 5:1,7 11:10,14 12:21,24 13:23 14:3,20,25 36:7,7,8 44:15 45:6,9,12 47:4,9 56:15,19
**exhibits** 4:23
**exist** 30:10
**existing** 42:5
**experience** 15:21
**expires** 63:25
**explain** 12:3 15:13,17 16:3
**explained** 32:7
**explanation** 40:19
**extra** 14:15 16:2

**F**

fact 10:7
far 15:17 32:3 33:15 39:4
favor 29:19
federal 52:24
fee 14:15,16 15:17 34:25
feel 12:9 29:10
fees 16:2 32:3 35:6 42:13 46:8
figure 55:12
fiji 28:12
file 28:23 29:17 50:1,9 51:11 52:18
filed 50:8
files 43:9 49:13,17,19,22 50:1,6,21,22,23,25 51:2,5 52:20 53:6 54:10,11,19,20,21 55:4,13,17,25 58:10,12 60:1
filing 31:2 49:20
finance 22:14
financial 21:22,24 22:5,9,17 23:1,2,4,9,16,17 24:4,10 ,18 26:14,23
find 29:24 54:16
fine 10:25 25:25 53:23 56:8
finish 23:19,25 27:21 34:3 50:11
firm 28:16 51:9
first 5:7 6:24 15:12 31:5,9 36:13 38:11,13 56:15
five 13:19 24:15 37:3 42:25 46:5 52:23 58:1
floor 2:4,22
flyers 52:16
folder 41:7 42:3,3 44:2,9 46:4 52:14
folders 52:3
follows 6:25
foregoing 61:6,14 62:5
form 10:4,4,7 40:4
forms 9:18
forth 62:11
forward 33:11
foundations 4:20 14:22
four 43:2
free 12:9 29:10
friend 7:20,25 8:19,20,21 9:7 14:17 28:5 31:11,19 32:2 34:11
friend's 8:12
front 34:11
full 24:15
function 44:5
funds 13:15 35:13,16
further 60:10 62:14

**G**

gas 26:19
gave 12:8,18 13:9 24:4 32:12 33:11
general 10:3 22:20 23:17 25:7
generally 18:4,5
gentleman 8:11 15:17
george 29:18
getting 25:7 55:10
gina 1:24 2:5 6:9 62:1,-
give 15:13 18:17 21:15 24:1 42:2,3 49:21 55:15
given 12:13 15:16 18:23 38:16 42:7 60:21
giving 19:3
glen 8:25
go 7:7 16:16 20:17 23:20 25:25 33:7 54:20 55:7
going 7:7 16:18,21 17:8 18:16,19 19:9 23:21 25:25 32:4 40:19 45:5,11,15 47:3 55:15 56:9,12,14 57:11,25 60:11
gold 8:1
good 6:5 7:4,5 8:8
governing 39:13 46:21
graduate 19:10
graduated 19:14
granted 21:17
great 38:2
guess 15:24 17:15,25 31:10 32:17 33:17 36:21 37:2,5
guide 4:21 14:22
guys 28:16 29:9

**H**

half 22:6 54:1
handed 41:15
handle 26:13 29:22
happen 38:14 40:19 54:15
happened 36:1
happy 16:1 25:12

hard 48:9
haven't 14:10,18 15:15 58:14 59:20
having 6:24 43:1
he'll 60:14
hear 11:7
heard 16:10
held 6:11
help 12:10 23:9
hereby 61:5 62:2
hereto 11:15 12:25 14:4 15:1 45:10 47:10 56:20
hereunto 62:18
hills 7:15 53:24
hirsch 1:5 6:13 30:20,23 31:3 63:-
history 20:8
hold 42:14 46:5 49:16
home 43:3,7,24 44:7
honest 17:9
hours 19:6
house 53:9 54:18,24 55:19,20,23 56:3
human 25:1
hypothetically 54:24

**I**

i'll 16:1 17:11 25:16 32:2 43:17 49:19
i'm 7:6 12:11 16:15 17:4,8,14,24 18:16,22 19:9 25:7,25 27:22 29:11 31:9 32:15 34:4 36:6,22 37:7,12 42:19,20 45:5,11,15 46:23 47:3 48:17 51:21 53:20 55:12 56:14 58:3,3 60:13
i've 10:3 43:1
i.d 33:18
identification 11:14 12:24 14:3,25 33:24 45:9 47:9 56:19
identify 6:16
identity 33:23
igor 1:5,18 2:1 4:4 5:1 6:7,23 7:13 8:20 39:8 47:4 60:22
important 35:4 49:15
impression 40:18
including 59:5,15
income 49:20,21
incorrectly 48:1
indicated 39:13
indicates 43:4
individual 23:7 24:5
information 19:10 28:15 32:10 33:3,5,12,14,14,17 36:1 41:19 42:4,7 53:18,19 61:10
initially 42:15
instance 26:19 42:10 52:9 53:7,14
institution 9:20
instrument 44:5
insurance 18:8
interest 8:9 9:19,21 35:21 40:1,3,4
interested 62:16
interesting 34:6
introduce 11:9 13:22 14:19
introduced 9:9
involved 14:15
irs 10:4,14,16
it's 7:19 9:5,23 11:25 13:24 14:21 15:24 19:1 23:20 25:8 ,10,11,13,14 26:3,4 28:12 31:9,12 32:2 35:4 36:20 37:15,17 38:19,21 39:4 40:19 42:5,6,9 44:4,5,11,23 45:17,19 48:8,9 52:16 53:10,19,24 54:1,4,14 55:2,9 57:4,25 60:3,8
items 36:6

**J**

james 2:11,12 6:17 29:25 43:16 45:13 46:25
january 1:19 2:3 4:19 6:1,6 14:1 48:2
jkelly@jckellylaw.com 2:17
judge 11:1
july 48:15

**K**

k-278 2:14
k-a 8:25
katz 8:25 28:5,22 29:5,16 30:1,13 31:11 34:11 57:11
katz's 28:6
keep 35:11 46:5 51:13,17,22 52:6,8,11,13,14,18,19 53:1 ,1,3,6,13 54:1,5,6 60:16
keeps 55:13
kelly 2:11,12 4:5 6:17,17 7:3 10:24 11:9,16 12:20 13:1 ,22 14:5,19 15:2 16:15 25:16 26:3 29:25 34:3,12 37:22

40:7 43:10,14 45:5,11 46:23 49:11 51:20 55:5,10 56:8 60:5,19
kept 22:14 52:3
kevorkian 3:5 6:8
key 55:19,23
kind 8:1 9:23 23:10 42:23
kindly 15:17
knew 38:21
know 9:10,20,25 11:6 12:11 16:7,8,9 17:11 18:6,10,20 23:21 25:8 26:21 27:9,11 28:6,12 29:21,22 30:8,9,20,24 31:2 32:18 38:8 39:4,25 41:20 47:16 48:4 49:5,8,9,10 50:3,7 52:22 55:1,1 56:3 57:1 58:19 61:7
knowledge 11:8 61:8

**L**

lack 16:8 29:22
large 42:3
last 8:25 19:6 24:15,16,18,23 25:3 29:4 31:10,12 32:19 50:8 54:15
laugh 10:15
lavan 2:19
law 2:11 19:3 28:16 51:9
laws 60:3
lawsuit 31:2 51:5
lead 24:12
lease 22:23
leases 22:24
left 19:25 55:23
legal 6:9 16:9 18:7 25:8 29:23
lending 23:2
length 17:17,20
less 20:22 26:16
let 17:11 18:19 23:19,21,25 27:21 28:8 34:3 40:12 50:11 59:3
let's 20:17 32:9
license 23:3 32:13,24 33:17
likely 50:7
limit 11:2
limited 10:23 59:6
line 32:16 63:5
line.com 44:24
little 36:22 37:7
live 9:8 53:10 54:8 55:1,3,8
lived 8:13
lives 7:20 8:22
living 55:16
llc 60:23 63:-
loans 23:18 24:5
location 53:21
locked 55:24 56:2
logged 45:1
long 20:16,20 21:6 32:16 34:14,16 35:11,13 44:17 52:19,21,22
look 13:2 15:3 44:14 52:15 54:13 57:18 58:8,10,12,17 ,17,22
looked 32:13 58:4,14,18
looking 29:24
looks 36:15
los 2:4,23 6:1,12 20:13 21:1
lot 15:18 28:15 51:8
low 35:22

**M**

magistrate 11:1 43:16 45:13 46:25
mail 12:9 13:12 45:17,24 47:13 52:10 54:17 56:25 57:2
maintain 49:14
major 23:5
management 22:20
manager 9:10 16:13
managing 20:14 21:9,18 22:18
mandatory 25:14
manner 19:2
manual 15:14 30:2 42:5 46:9,15 47:21 48:2,14
march 20:19
marina 7:20 9:5 27:23 30:17 31:6
mark 45:5 47:3 56:14
marked 11:13 12:23 14:2,24 44:14 45:8 47:8 56:18
market 24:23 26:10,24 42:12
marketplace 4:17 13:25 46:10,18
matter 55:9 61:6
matters 61:9,10
mature 42:25 57:25
maybe 7:7 9:23 18:9 25:12 37:16,20,22 44:17 48:12

57:6 58:2
mean 26:17 43:12
means 16:8 26:18
media 60:22
medical 19:20
medication 19:6
meet 16:12 31:25
member 8:1,2
memory 19:7
mentioned 8:19 57:24
met 8:11 16:14 17:6,7 18:7
middle 9:6 50:9
mileage 10:4 13:17 32:5 33:6
miles 8:3,7 9:13,16 10:10,12,13,14,15,16,18,19 13:18 33:7,11 35:10,19
mine 47:19
minute 20:17
minutes 7:7 34:16
miscellaneous 23:2,3 26:14
missed 48:12
mistake 9:23
mobile 28:19
moment 24:1 27:6
monetary 44:5
money 8:5,9 10:20 23:2,4 26:21 35:11 40:3 42:12,15
monica 51:12
month 35:5 44:1 57:7
month's 13:20
monthly 32:3 44:9 45:22 49:13,17,19 52:3 58:10 59:21 ,23,24 60:1
months 20:22
morning 9:3 29:6
mostly 48:12 57:10
motion 5:4 47:6,22,25 48:4
move 11:5 35:16 43:17
moved 21:1
mr 4:6 6:17 7:3,4 9:9 10:24 11:9,16,18,19 12:20 13:1,3 ,7,22 14:5,6,8,14,19 15:2,3,10 16:3,11,15 17:4 26:3 31:3,11,13,15,23 22:17,21,23 34:3,10,12,17,23 35:9,25 37:22,23 38:17 40:7,21 43:10,14 45:5,11 46:23 49:11 51:20 55:5,10 56:8 57:11 60:5,14,19
ms 4:6 6:19 10:21 16:16 17:3 25:16,17 26:5 34:5 38:1 40:11 43:17 45:14 47:3,11 49:12 51:23 52:2 55:6,12 56:14,21 60:7
multiple 22:19

N

n.a 1:- 6:14
na 63:-
name 6:8,17 7:11,13 8:24,25 19:16,18 22:3 24:22 25:2,4 ,22 28:5 30:24 31:8,10,12 39:7,7 55:15 62:19 63:-,-
named 19:21 62:5
nature 10:7 57:13
necessary 60:8
need 18:19 29:2,11 32:20 41:19,20 44:3
needs 12:9 26:7
neither 62:14
nevada 4:18 13:25
new 1:2 2:15,15 13:14 37:9 42:2,16
next 11:17 23:21 34:10 36:1 42:25 44:2
nice 8:8 14:18 15:16 16:1
nine 32:16,19
no 1:10,25 2:5 4:11 8:23 10:2 11:4 12:6,18 13:9 14:7,10 ,13 15:12,15,21 16:22 17:14 18:15 19:8,19 20:3,3,7 21:20 ,20,20 22:24 25:8 27:5 28:23 29:14 30:4,4,15,19 31:4 ,14 34:2,2 35:19 38:21,25 39:3,18,21,24 40:10,15,17 41:6,9,13,17 44:17,21 45:3 46:16,19,22 48:16 50:23 51:6 56:6 58:17,25 59:2,13,17 62:7,24
nobody 54:20 56:6
none 32:4
nonprescription 19:6
nor 62:15,16
north 4:21 14:22
nos 4:15
notary 63:25
nothing 12:7 29:21 31:24 51:7 58:7,20 62:7
notice 2:6 62:10
november 45:7,7
number 6:14 8:22 28:8,11,13,16,19,20 32:21,25 33:7 40:1 60:22
numbers 15:6
numerous 36:25 37:19

O

oath 18:24
object 18:18 24:2 25:16 43:14 45:11
objecting 46:23
objection 40:7 43:10 45:14 49:11 51:20 55:5
objections 18:18
obligation 60:16
obviously 17:12,22,25 29:19 42:7
occasion 50:2
occasions 22:19
october 27:7 31:6 42:17 43:3 58:1,2
off 16:16,18 21:8 56:8,9 60:20
offering 23:16
office 10:3 17:21 20:15 21:10,19 23:8,12 53:25
offices 21:11 60:12
okay 7:10 11:4 16:16 18:1 24:2 25:13 28:10 31:11 33:21 35:22 50:12
once 18:7 51:10
one 9:2 11:2 12:1 14:18 19:21 20:1 27:11,11,15,16,17 ,18 36:5 37:5 39:11 50:16 57:10 58:9 60:23
ones 35:18
online 29:24 44:23 45:3
open 8:2,20 11:20 15:23 30:6,9,12 31:6,24 32:2 34:15 ,20 35:13 37:1,9 38:9 41:22 42:5 43:3
opened 7:14,17,19,23 8:18 9:12 13:8 14:9,16,16 15:11 16:4 27:1,4,10,17,19,23 28:1 30:3,14,16 37:21 39:13 40:23 41:25 42:16 43:4,6,19 48:21 49:6 50:17 57:24 58:5,16,23 59:5,7
opening 8:3 10:11 11:3 13:9 16:4 22:19 34:8,18,25 36:20 43:11,15 42:1,17 43:19 44:8 48:23 58:11
opposition 5:3 47:5
option 30:10
order 11:1 13:13 26:21 32:5 35:3,5 42:13 45:13 46:25
original 37:15 60:12,16
outcome 62:16
outside 43:10,15 45:12
own 21:1 22:13,22,23 22:4,5 23:7,12 24:12,13,14,21 60:6
owned 21:21 24:16,18 26:10
owning 21:23 24:10

P

p.m 1:20 2:3 6:2,6 16:19,22 56:10,13 60:21,24
page 4:3,11 11:17 15:4 36:8 46:7 47:17,18,20 59:1 63:5
pages 15:6
paper 15:12 51:10,15
papers 51:13 52:19 53:13 54:7 56:4,6 57:12
paperwork 28:15 51:8 53:16 54:5
paragraph 47:20
parameters 43:15 45:12
park 2:3,21 6:11
parking 55:22
part 22:21 24:7 33:8 48:13
partial 24:15
participant 4:21 14:22
particular 15:4 44:3
partner 22:6 24:13
party 62:15
passed 22:6
past 8:16 32:14 35:8
pay 10:4,13,14 23:4 24:14
payable 36:3
payment 26:18
penalized 35:14
penalties 19:1 61:12
penalty 35:12
people 23:13 54:24 55:2
period 13:20 35:5 51:3
perjury 19:2 61:13
person 25:1,23 27:19 30:7,12 55:1
person's 25:2
personal 4:20 12:12 14:22 32:10 35:25 42:9,12 53:17 ,18
personally 23:14 33:4 51:9
pharmaceutical 19:14
pharmacy 19:17,19,20,23 20:5,11,11,20,21
phone 8:22 26:19 28:8,11,13,16 33:5 51:10
physical 30:9 44:11 53:20
physically 19:24 43:13
place 11:1 43:12 44:13 62:10
plaintiff 6:10 30:21
plaintiff's 5:2 11:10 12:21 13:23 14:20 47:5

plaintiffs 1:- 2:2,10 6:18
please 6:16 17:11 28:13 46:9 47:17 59:1
pocket 43:23
point 10:22 11:2 57:8
political 19:25
ponek 2:20 4:6 6:19,19 10:21 16:16 17:3,4 25:17 26:5 34:5 38:1 40:11 43:17 45:14 47:3,11 49:12 51:23 52:2 55:6,12 56:14,21 60:7
position 9:11 34:13
possession 60:6
potentially 55:19,22
pounds 51:3
power 26:20
preparing 49:20,21
prescription 19:5
present 3:4 6:15 27:6 30:11
presented 7:10,23,24 12:2
presenting 37:23 38:4
president 22:2,8
pretty 23:20 41:18
price 26:20 57:12
prior 30:16 31:2 42:17 49:22 62:4
private 9:9 12:11 55:9
privilege 8:1
probably 16:9 21:5,8,14,20 27:8 33:22 35:5 57:13
problem 8:23 11:4 25:8,18
procedure 36:20 39:5 62:8
process 7:23 16:12 37:9 38:7 41:5,11
production 5:9 56:16 59:2,14
promotion 35:3 52:16
provide 12:17 13:7 14:8 15:10 32:20 33:13
provided 14:11 26:16 41:10,20
public 63:25
purposes 44:2 50:21 54:11
pursuant 2:5 62:7,10
pursuing 47:2
put 11:1 32:23 39:25 43:22 44:11,12,12 46:4,4 52:17,17

Q

qualified 35:3
qualify 13:13
question 13:17 18:21 23:19,21,25 25:5,16,20 27:21 38:2 40:12 49:8,10 50:11 51:23 59:9
questions 7:8,9 17:9,11 18:17 25:19 34:17,23 35:9,17 ,23 38:23 39:1,3 46:24 55:11 60:10
quick 56:7

R

raise 26:20
ran 23:13
rate 10:12,18 46:8
reached 59:20
read 30:24 40:9 51:23,25 61:6
realize 37:8
really 10:6 13:6
reason 8:15 9:7 14:16 35:15 54:12 63:5
reasons 20:1
recall 11:24 14:13 26:25 27:3,5 37:23 38:4,7,11,20 44:10 48:18 49:25 50:4
receipt 12:8,14,18 13:9,11 15:16 40:23 41:12 43:18 44:4,6,8 48:24
receipts 44:12
receive 8:3 9:18 10:8 12:19 13:11,18 19:22,25 35:10 39:24 40:2,3 41:7 42:1 45:17,22 47:13,15 48:14,23 49:5 ,9 54:17 59:21
received 9:13,16,24 10:5,11 20:5 28:15 30:2 38:10,11 40:5,22 41:1 42:8,15 43:18 47:21 48:3,20 49:2 56:25 57:1,5,8,9,20
receiving 46:3,14
recently 57:5
recess 16:20 56:11
recognize 13:5 14:6
recollection 36:23 37:13
record 6:6,16 7:12,16,22 16:16,18,22 47:1 51:25 56:8,9 ,13 60:5,20
recorded 47:7
records 43:3,5
recycle 57:11
reduced 62:12
reeves 7:14
refer 46:9 48:19
referenced 39:23 40:13
referred 11:13 12:23 14:2,24 45:8 47:8 48:1 56:18

refers 47:22
refugee 20:1
refuse 25:21
related 25:5,11 55:13 62:15
relating 51:13,18 52:6 53:14 56:4 57:16 58:4,15,22 59:3
,11,14
relationship 8:16 12:12 57:22
relatively 35:22
remember 7:18 13:19,21 15:22 20:23 21:2,14 24:1 25:3
26:6 27:2 28:7,20 32:12 33:4,8,18,20,21 34:19 35:24
36:4,5,12,12,17 42:6,22,23 44:21 52:24
rephrase 17:12 37:22 40:12
report 4:14 11:12
reported 1:24
reporter 6:9 11:14 12:24 14:3,25 18:14 23:22 26:7 45:9
47:9 56:7,19 60:17 62:2
reporting 63:-
representation 47:1
representative 40:20
request 5:8 6:10 46:15,17,20 56:16 59:2
requested 9:15 51:2
requests 59:13
residence 54:9
responsibilities 22:16
retained 60:23
return 60:15
returned 44:7
review 22:21,23 45:1,25 48:7 50:25 51:4,8 54:10 60:14
reviewed 44:19 50:5,21,23
reviewing 50:20
rey 7:21 9:5 27:24 30:18 31:6
right 8:13 9:6,8 17:18,19 21:1 22:24 25:20 28:8 33:2
34:12 35:24 36:11 37:17 39:15 44:10 45:21 46:12 49:4
right-hand 9:11
romanov 1:-,18 2:1 4:4 5:1 6:7,23 7:4,13 8:20 11:18
13:3 14:6 15:3 17:4 39:8 47:5 60:14,22
room 18:13 54:1 55:24
rule 29:19
run 22:18

S

san 20:11
santa 51:11
savings 27:11,15 35:20 40:2 42:20 58:5,23 59:7
saw 22:24 44:17
say 22:13,20 23:23 31:16 37:6,16 38:17,20 59:21
saying 10:25 23:25 48:16
says 15:5,7,14 39:7,11 46:9 48:4 50:16 59:2
schedule 31:17
school 19:11,14,16,17,18,19,20,20,23,24 20:6
scope 10:22
search 51:4 57:16 59:10
season 50:10
second 33:18,23,24 36:8 38:14
secret 25:10
section 46:7 62:7
security 32:21,25 40:1 45:4
seen 17:22 44:15 45:16 47:12 56:22
sell 24:25
send 60:13
sent 51:9 57:10 59:25 60:12,13
sentence 39:10,23 40:8
separate 53:19
september 58:2
service 26:16
services 23:3,4 26:14
set 5:8 43:15 56:16 62:11
several 8:6 9:19 10:18 33:22 37:4 41:21
shannon 2:20 6:19 17:4
she's 23:22
sheet 63:1
shopping 9:5,6 15:19
shorthand 62:1,11
show 43:5 58:8
shown 41:4
sickness 24:13
side 11:4 42:3
sign 12:7 16:12 36:19 37:2,10 38:17,18,18,22
signature 11:21,22,25 12:1 36:9,10,14,15,16,17,19,24
37:10,13,18,24,24 38:5,8,10,12,16,19,21,24 39:2,3,7,17
,23 40:13 41:1,12 47:18 60:14
signed 11:18,20,25 12:13 36:10 37:18 38:8 41:1 48:6
,10 50:12,24
signer 39:7

signing 12:4 36:17,24 37:13,25 38:5,24 39:1,11,19,19
49:22
similar 24:13,14 26:15,16 42:4 58:8
similarly 1:-
sit 34:11
sitting 18:13 34:9,12
situated 1:- 16:17
six 13:19 22:10 23:12 35:5 37:3
size 54:1
small 28:24,24 29:17 51:11
social 32:21,22,25 33:16 39:25
sold 22:7,14 24:15,16,23 25:9,23,23 26:22
solely 24:21
solutions 6:10
somehow 15:25
something 12:13 13:20 14:15 18:10 22:13 35:7 36:22
37:7 42:9 48:18 51:21 54:14,17
sometimes 23:20 33:19 42:2
son 8:25
sorry 27:22 34:4 51:21 58:3 60:13
soseh 9:15 63:2
south 7:14
soviet 19:14,15
space 53:2,8,10,10 54:4,25
speak 29:2 30:5 31:7,12
speaking 31:13
special 20:2 53:8 54:4
specific 14:14 36:23 37:12
specifically 51:5
spoke 9:2,25 10:1 18:8 29:4 51:10
spoken 30:25
sponek@stroock.com 2:24
stage 10:23 33:9
stamped 11:10 12:22 13:23 14:20
standard 36:20 39:4
start 19:9 29:24
started 17:7 20:24 21:9
starting 21:23 24:17
state 7:11,16,22 26:3 28:13 40:7 52:23 61:13 62:2
stated 26:25 34:22 35:18 36:14 38:8 40:22 41:21 43:18
49:13 61:9
statement 4:24 12:19 18:11 39:17 45:6,18,19 46:8,11
,14 51:16 52:10,13 58:18 59:23 60:3
statements 45:22 46:2,4 48:11 51:17,22 52:12 53:14
58:8 59:22,25 60:1,6
states 1:1 20:1,9,18 40:9 47:21 59:13
status 39:12
stay 5:5 47:6
step 32:9
stipulate 60:17
stipulation 60:11
storage 53:2,11,12 54:3,25
store 43:5,25 44:9
stored 59:24
story 12:8
stroock 2:19,19
stuff 18:15 29:23
subscribed 62:19 63:22
sued 28:22
sufficient 28:21
suite 2:14
support 5:2 47:5
supposed 33:7
sure 9:20 16:7 31:9 32:15 37:16 38:9 41:19 44:11 49:23
sworn 6:24 62:6 63:22
system 8:15 25:9,15 32:14,18,23 41:18 44:23

T

table 9:11 17:17,18 34:11
taken 2:12 16:20 18:2,11 19:5 33:23 62:9,11
taking 8:12 23:23
talk 23:14
talking 23:23 34:7 42:19,20
tax 39:11 40:4 44:2 49:21 50:1,9,21 51:3 54:11
taxes 10:13 43:1,1 49:20
taxicab 20:12,13,24
technicality 29:23
technically 29:22
tell 11:7,8 20:15 21:2,16 25:13 36:11 37:16 38:13 48:17
,18 52:25 55:8
teller 31:13
telling 40:18
ten 32:16 57:11
terms 12:4 46:20

testified 6:25 49:1
testify 62:6
testimony 18:23 19:3 29:12 60:21
thank 13:15,16 17:13 18:22 28:18 31:24
thanks 28:21
that's 10:16,25 12:16 13:16,21,21 14:18 25:25 26:22
27:25 28:10,19,21 29:3,23 30:11 33:17 37:5 38:2 39:22
41:18 48:16 56:8
themselves 1:6 6:16
theoretically 55:18
there's 37:9
thereafter 62:12
therein 61:9 62:10
thereof 61:7 62:17
thing 8:19 13:13 25:21,24
things 32:23 54:2
think 12:15 18:6 25:10,10 31:8 33:4 36:4,4 40:25 41:14
42:25 43:2 44:18,25 46:5 47:13,15 52:21 53:5 57:3 58:1
,21 60:8
thousand 10:3,19 12:15 15:23 27:12 36:5
three 37:17 52:23
threw 56:4
thursday 1:19 2:2 6:1
time 6:15 7:14 8:17,23 9:2,14,17,18 13:13 15:12 16:11
18:17 23:25 27:6 29:4 32:16 34:2 37:1,3 38:14 41:11,22
44:13,17 50:7,23 51:19 52:1,21 53:1 57:25 59:12 62:10
times 10:1 13:19 15:18 28:25 34:24 35:2,5
title 22:1 39:13
titled 11:11 13:24 14:21
today 17:7,14 18:24 29:2,8,13 44:15,20,21
together 28:23 29:17
took 8:8,9,18 9:24 10:3,9 12:6 13:12,18 29:1,2,3,9,18,19
31:24 32:4 35:4 36:25 40:20 46:5 52:25
took 8:10 29:20 35:25
top 39:6
total 60:22
trade 25:10
training 20:2
transaction 8:6 9:15 54:13,16
transaction/transmittal 4:13 11:12
transactions 24:7 27:13
transcript 34:6 60:12,16
transcription 62:13
transfer 23:4
trash 52:22
trial 29:23
true 61:8,11,14
truth 62:6,6,7
try 17:11 45:3 50:9
trying 10:12 55:12
turn 11:17 15:4 47:17 59:1
type 12:12 23:17 24:13,14,18,20 26:12 31:20 33:18
39:25 42:4,8,12 54:13
types 27:9
typewriting 62:12
typically 37:10

U

uh-huh 13:4 24:3 56:1
unauthorized 54:16
underneath 39:10
understand 10:6 17:10,25 18:20,23 25:14 37:8 45:14
48:4,11
understanding 60:2,3
undertake 57:15
union 19:15 23:6 42:11
unit 7:15 53:11,12 54:3
united 1:1 20:1,9,18
unless 25:13
until 21:20 24:17
upon 61:9
use 13:12,18 15:18,18,19,20 22:25 27:12,16 28:19 32:6
,6,6 34:23,24 35:2,4,7,16
used 9:15 23:12 26:21 60:22
using 6:6 10:13
usual 50:2
usually 9:17 15:18 40:2 44:1,12 49:25 52:13,15,16
54:14 56:6

V

v-l-a-d 25:3
valet 55:22
veritext 6:9 60:23

**veritext/new** 63:-
**versus** 6:13
**via** 62:12
**video** 6:7
**videographer** 3:5 6:5 16:18,21 56:9,12 60:20
**violation** 46:24
**visited** 9:7
**visually** 28:11
**vlad** 25:3
**vs** 1:10

---

W

---

**waive** 60:15
**walked** 9:8 31:5
**want** 10:14,19 11:7 13:14 17:9,15,25 18:11 25:9,11,21
,22 26:2,21 35:16 55:9
**wanted** 11:2
**wants** 24:2
**wasn't** 12:6 19:21 34:16 58:3,7
**water** 26:20
**we'll** 11:5
**we're** 6:5,9 7:6 10:22 11:4 16:15,21 23:23,24 34:7 56:12
60:20
**we've** 33:14
**website** 44:24
**weird** 41:14
**welcome** 8:14 31:18
**well** 8:14,18 10:13 37:21 53:12
**went** 7:23 28:23,24 29:18,18 31:22
**weren't** 38:9 41:14
**western** 23:6
**what's** 8:24 22:1 24:22 40:19
**whatever** 12:15 52:15 57:21,22
**whereof** 62:18
**whether** 30:2 34:25 50:3
**whoever** 55:2
**whole** 62:6
**why** 29:23 30:6,11 34:19 41:18
**will** 7:8 11:7 34:6 60:12,13,13,23
**withdraw** 35:13
**within** 21:8 35:5 60:15 61:6
**witness** 2:1 4:3 34:4 43:12 51:21 52:1 62:5,18
**witnesses** 63:-
**won't** 25:12 35:14
**work** 20:12 23:5 25:9,15 28:20
**worked** 20:10,11 21:7 23:13
**working** 20:14,21
**wouldn't** 17:21
**write** 36:9 38:14
**writing** 13:10
**wrong** 18:12 21:15
**wrote** 12:14 36:2 38:9 44:3
**www.citibank.on** 44:23

---

Y

---

**year** 9:16 20:22 21:7 22:6 24:16,18,24 43:1,1 44:2 50:6
,8,22,25 51:2 53:16 58:1
**years** 7:19,19 18:9 21:8 22:10 24:15 32:16,19 37:17
42:25 43:2 46:5 48:8 54:15 57:3 58:1
**yes** 7:25 12:1 15:9 17:7 18:1,25 19:4,12 21:11,25 23:10
24:6,20 26:11 27:8,20,25 28:3,14 32:22 36:15 37:11
38:3,6 39:9,15 40:25 41:3,24 43:21 44:1 45:17,18,24
46:1,12 47:19,24 48:8,8,22,25 49:15 50:7,19 52:5 53:23
54:22 55:18 56:2,2,23 57:6,9,19,20 59:8,17,23,23 60:2
,19
**yet** 44:21 52:22
**york** 1:2 2:15,15 63:-
**you'll** 13:11
**you're** 8:14 18:18 55:10,15
**you've** 8:1 17:22 35:18 45:1 49:1

---

Z

---

**zach** 8:25 28:5,6 34:11
**zachary** 28:22 29:5,16 30:1,13
**zubair** 8:11 9:9 11:19 13:7 14:8,14 15:10 16:3,11 31:8,9
,10,13,15,23 32:10 33:25 34:17,23 35:9,25 37:23 38:17
40:21
**zubair's** 34:10

**1**

```
1
2    UNITED STATES DISTRICT COURT
3    SOUTHERN DISTRICT OF NEW YORK
4    -------------------------------------X
5    BERTRAM HIRSCH and IGOR
6    ROMANOV, on behalf of themselves and
7    all others similarly situated,
8              Plaintiff,
9    vs.          Case No. 12 Civ. 1124 (DAB)
10   CITIBANK, N.A.,
11
12             Defendant.
13   -------------------------------------X
14
15             December 19, 2013
16             9:25 a.m.
17
18        Deposition of the Defendant Citibank,
19   N.A., VIVIAN SAFIR, held at the offices of
20   Veritext Legal Solutions, 1250 Broadway,
21   New York, New York, pursuant to Notice,
22   before NANCY SORENSEN, a Notary Public of
23   the State of New York.
24
25
```

**2**

```
1
2    A P P E A R A N C E S:
3
4        SCHOENGOLD & SPORN, P.C.
5        Attorneys for Plaintiffs
6            World Wide Plaza
7            393 West 49th Street, Suite 5HH
8            New York, New York  10019
9        BY:  SAMUEL P. SPORN, ESQ.
10           - AND -
11       THE LAW OFFICE OF JAMES C. KELLY
12           244 5h Avenue, Suite K-278
13           New York, New York  10001
14
15
16       STROOCK & STROOCK & LAVAN LLP
17       Attorneys for Defendant
18           180 Maiden Lane
19           New York, New York  10038-4982
20       BY:  JOSEPH E. STRAUSS, ESQ.
21
22
23
24
25
```

**3**

```
1
2        IT IS HEREBY STIPULATED AND AGREED,
3    by and between the attorneys for the respective
4    parties herein, that filing and sealing be and
5    the same are hereby waived.
6        IT IS FURTHER STIPULATED AND AGREED
7    that all objections, except as to the form
8    of the question, shall be reserved to the
9    time of the trial.
10       IT IS FURTHER STIPULATED AND AGREED
11   that the within deposition may be sworn to
12   and signed before any officer authorized to
13   administer an oath, with the same force and
14   effect as if signed and sworn to before the
15   Court.
16
17
18
19
20
21
22
23
24
25
```

**4**

```
1
2        V I V I A N   S A F I R,   called as a
3    witness, having been duly sworn by a Notary
4    Public, was examined and testified as follows:
5    EXAMINATION BY
6    MR. KELLY:
7        Q.   Hi, my name is James Kelly.  I'm
8    counsel for the plaintiffs against Citibank in
9    this action that we've called you in for today.
10       A.   Okay.
11       Q.   I'm here with Mr. Sam Sporn, my
12   co-counsel in the case.  And we're here to take
13   your deposition.
14            And, you know, we'll go, maybe we'll
15   go about 45, 50 minutes or so and then take a
16   break, maybe 10 minutes or so.
17            And, you know, along the way, if you
18   have a need for a break, you just tell me.
19            And so I am ready to begin.
20            Can you just state your name and
21   address for the record?
22       A.   My home address?
23       Q.   Yes.
24       A.   Vivian Safir, 26 Prospect Street,
25   Great Neck, New York 11021.
```

**5**

```
1                    V. Safir
2        Q.   That's Vivian Safir?
3        A.   Yes.
4        Q.   Ms. Safir, can you just tell us when
5    did you start working at Citibank?
6        A.   Oh, 1985, November 19, 1985.
7        Q.   Can you just state for the record
8    your date of birth?
9        A.   ████
10       Q.   Can you talk a little bit about your
11   education beginning with high school?
12       A.   Okay.
13       Q.   What studies, you know, where did you
14   go to school?
15       A.   Not here, outside the country.
16       Q.   What country?
17       A.   I'm from Iraq, Baghdad.  I finish
18   college there, business.  And the same year I
19   finished, we just run away, fled the country.
20       Q.   When did you come here?
21       A.   1975, Bicentennial.
22       Q.   So you did your understudies in Iraq,
23   business you said that was?
24       A.   Business administration.
25       Q.   Business degree, college degree?
```

**6**

```
1                    V. Safir
2        A.   Yes, B.A.
3        Q.   B.A.?  Any other colleges besides
4    Iraq?
5        A.   No.
6        Q.   What was the name of the school?
7        A.   Al Hikma University.  It's like an
8    American university.  It's everything in
9    English.
10       Q.   Did you have any professional
11   degrees?
12       A.   Like?
13       Q.   Business advanced degrees or master's
14   program?
15       A.   No, no.
16       Q.   CFA license or CPA license?
17       A.   No.
18       Q.   Nothing like that.  What about -- so
19   you came here in 1975.  What did you do for
20   work?
21       A.   Oh, I think I worked down Wall Street
22   in a bank.
23       Q.   What did you do there?
24       A.   I think insurance and claims.
25       Q.   What was the name of that bank?
```

**7**

```
1                    V. Safir
2        A.   I don't remember.
3        Q.   This was back in 1975.  And then how
4    long were you there for?
5        A.   Maybe five years.  And then I moved
6    to Great Neck.  I worked in a bank in Great
7    Neck.
8        Q.   So you moved to a bank in Great Neck?
9        A.   Yes.
10       Q.   What bank was that?
11       A.   I think at that time it use to be
12   East New York Savings Bank.
13       Q.   What did you do there?
14       A.   I was a teller.
15       Q.   What did that entail, a teller, just
16   depositing money and --
17       A.   Yeah, taking care of clients.  Just
18   behind a window, cash, deposits, withdrawals,
19   doing selling travel checks, cashier's checks,
20   foreign currency, whatever.
21       Q.   What about opening up new accounts
22   and going through that process?
23       A.   No, no, just the teller.
24       Q.   That's at East New York Savings, just
25   a teller.  How long were you there?
```

**8**

```
1                    V. Safir
2        A.   I think nine years.
3        Q.   Nine years.  So that, so you left
4    there about --
5        A.   19 --
6        Q.   -- 85, I guess?
7        A.   -- 80 -- no.
8        Q.   Is that when you started at Citibank?
9        A.   1980 -- I was pregnant when I left,
10   1981, just before I had my baby.
11       Q.   So you took a few years off?
12       A.   And then I took four years off.
13       Q.   And then started at Citibank?
14       A.   Yes.
15       Q.   When you started at Citibank, what
16   was your position at the time?
17       A.   A teller.
18       Q.   What were your duties there as a
19   teller, the same as --
20       A.   The same, yes.
21       Q.   -- as East New York Savings, same
22   duties?
23       A.   Um-hmm.
24       Q.   How long were you a teller for?
25       A.   I think 10 years.
```

```
                                      9
1              V. Safir
2      Q.   Ten years?
3      A.   Yes.
4      Q.   So what was the position after the
5  teller position?
6      A.   Service officer.
7      Q.   Service officer.  So you started that
8  in about 1995?
9      A.   Yes.
10     Q.   What duties did that entail?
11     A.   Well, taking care of clients.  I'm at
12 the desk.  They come, they want to order checks,
13 they want to make a stop payment.  They want to
14 order statements.
15          They want to see a person at the
16 desk.  They want to open account, direct them
17 where they have to go.
18     Q.   So it's like a customer service
19 position?
20     A.   It is customer service, yes.
21     Q.   You did no account openings?
22     A.   No.
23     Q.   Who would do the account openings?
24     A.   The bankers.
25     Q.   Bankers.  What position after the
```

```
                                     10
1              V. Safir
2  service officer?
3      A.   I became a personal banker.
4      Q.   When did you start that position?
5      A.   I think '99.
6      Q.   '99?
7      A.   '99 or 2000, I'm not sure.
8      Q.   What duties did that entail as a
9  personal banker?
10     A.   Doing everything.
11     Q.   Like what?  Can you explain some of
12 the main duties?
13     A.   All right, open accounts, service
14 clients, order checks, make stop payments, order
15 statements, fix client problems.
16     Q.   Is that your current position now,
17 personal banker?
18     A.   I'm still in the same position, yes.
19     Q.   Did you have supervisors?  How did
20 the structure work in terms of who you reported
21 to?
22     A.   Manager.
23     Q.   The manager?
24     A.   Um-hmm.
25     Q.   Was there one manager for your
```

```
                                     11
1              V. Safir
2  branch?
3      A.   One manager, yes.
4      Q.   That's the Great Neck branch?
5      A.   Um-hmm.
6      Q.   Is that the branch that you've always
7  been at --
8      A.   No.
9      Q.   -- since Citibank?
10     A.   No, I started in Bayside, Bell
11 Boulevard.
12     Q.   How long were you there?
13     A.   That's just 10 years.
14     Q.   That's 10 years now.  So that was as
15 a teller?
16     A.   Um-hmm.
17     Q.   Then you --
18     A.   It's about 9 or 10 years, I think.
19     Q.   -- moved to --
20     A.   I moved to Great Neck.
21     Q.   -- as a service officer, you started
22 there?
23     A.   Yes.
24     Q.   Are you currently still working for
25 Citibank?
```

```
                                     12
1              V. Safir
2      A.   Um-hmm.
3      Q.   What kind of training did you receive
4  from Citibank in terms of as a -- did you have
5  any training as a service officer, do you
6  recall, at Great Neck?
7      A.   No.
8      Q.   No?  How did you learn what to do as
9  a service officer?
10     A.   Interacting with clients, and when I
11 was a teller, I asked all kinds of questions.
12 All the time I wanted to learn.
13     Q.   So you asked your manager?
14     A.   Or supervisor.  Teller has their own
15 supervisor.
16     Q.   Supervisor.
17          Is that the same when you moved over
18 to personal banker, was there like training
19 sessions or anything like that?
20     A.   I wasn't trained.
21     Q.   It's the same thing --
22     A.   At that time, I wasn't trained.  Now,
23 there is training.
24     Q.   When did the training begin?  When
25 did the -- now you say, now there's training?
```

**13**

V. Safir

1
2     A.   People who decide to become a
3 personal banker, they send them for training.
4     Q.   I see.
5     A.   I wasn't trained.
6     Q.   I see.
7     A.   I just learned on my own.
8     Q.   Do you know when that started, that
9 people started having to go to training if they
10 become a personal banker?
11     A.   No, I don't know what year it
12 started.
13     Q.   To your knowledge?
14     A.   Maybe I started '99 -- 2000
15 something. I don't know. I don't remember. I
16 don't know.
17     Q.   Do you know what it entails by
18 talking to the other new personal bankers, what
19 the training entails or it was just something
20 you'd know?
21         MR. STRAUSS: Objection to the form
22 of the question.
23     A.   Well, I don't know what they, you
24 know -- no, I don't know.
25     Q.   You don't know what the training

**14**

V. Safir

1
2 entails?
3     A.   No.
4     Q.   Nobody's ever talked to you about
5 that before?
6     A.   No. They just finish training, they
7 come and they start working.
8     Q.   Do you know how long it takes, the
9 training?
10     A.   It's, it depends what they, you know,
11 could -- I don't know.
12     Q.   Is it in-house or do they have to go
13 somewhere?
14     A.   No, they have to come to the City.
15     Q.   Is that the Citibank headquarters?
16     A.   Yeah.
17     Q.   Is that midtown?
18     A.   I think Court Square.
19     Q.   Long Island City?
20     A.   Yeah.
21     Q.   So as a personal banker, was there
22 ever a time you actually signed up clients for
23 either a checking, a savings or a promotional
24 offer or mortgage lending relationship?
25         MR. STRAUSS: Objection to the form

**15**

V. Safir

1
2 of the question. Compound question, vague.
3     Q.   What kind of accounts do you open up
4 for customers?
5     A.   Checking, savings, if they need
6 credit card. And, you know, I don't do
7 mortgage.
8     Q.   Is there another personal banker in
9 that branch that concentrates on mortgages?
10     A.   No.
11     Q.   Does the branch do any mortgages?
12     A.   Yes, they do. There's a special
13 person that does mortgages only.
14     Q.   What's that title?
15     A.   It's -- they call it home lending
16 specialist.
17     Q.   Have you opened up accounts as a
18 result of somebody coming in with a promotional
19 offer, such as open up this account and you will
20 receive a bonus or --
21     A.   Yes.
22     Q.   When you sign up for a customer, when
23 you open up an account for a customer, do you
24 disclose Citibank's policies?
25         MR. STRAUSS: Objection.

**16**

V. Safir

1
2     A.   Yes.
3     Q.   What are some of the things you
4 disclose?
5         MR. SPORN: Off the record.
6         (Discussion off the record.)
7         MR. SPORN: So what's the last
8 question?
9         (The record was read.)
10         MR. STRAUSS: Objection.
11     Q.   Is that, you do -- you stated you do
12 disclose Citibank's policies to the customer;
13 correct?
14     A.   Yeah.
15     Q.   So what are some of the policies that
16 you disclose to them?
17     A.   Well, we have a, you know, terms and
18 conditions, we have a client manual and client
19 addendum.
20     Q.   So you discuss with them the terms
21 and conditions contained in those documents?
22     A.   Whatever pertain to what I'm opening.
23     Q.   What are some of the -- so depending
24 on if it's a checking account or if it's a
25 savings account, you discuss different things?

**17**

V. Safir

1
2      A.   Yes.
3      Q.   Let's talk about a checking account.
4      What are some of the things you would
5 disclose and discuss?
6      A.   Well, it's the, whatever package they
7 picking up, we started talk about it, you know,
8 we have different packages.
9      Q.   What are some of the packages?
10      A.   Well, there's Citigold, there's
11 Citibank, there are Basics.
12      Q.   Each of these have different
13 disclosure materials that you must provide?
14      A.   Well, the disclosure is for all the
15 accounts. But each package has different -- I
16 don't know how to say it. It's, it's like each
17 package has different, like different fees,
18 different account, writing checks, different --
19 how do you say, different fee waivers. You
20 know, all kind of whatever is pertained to each
21 package.
22      Q.   So you go with them, the different
23 charges?
24      A.   Different pricing on each.
25      Q.   On overdrafts?

**18**

V. Safir

1
2      A.   Yes.
3      Q.   Or stop payments, different pricing?
4      A.   Everything, whatever, you know,
5 how -- of course, whatever the client ask.
6      Q.   So if they ask how much does this
7 cost, then you --
8      A.   Yes.
9      Q.   But there's no, there's no set
10 statements that you make to every customer, it
11 depends on what they ask; correct?
12      MR. STRAUSS: Objection.
13      MR. KELLY: Did you get her answer?
14      MR. SPORN: Would you repeat the
15 question?
16      (The record was read.)
17      A.   I don't understand.
18      Q.   There's no prewritten policy or
19 statement that you make to each customer, such
20 as the overdraft fee is this, the stop check is
21 this, they have to ask first, and then you will
22 tell them?
23      MR. STRAUSS: Objection.
24      A.   Yes.
25      Q.   When clients open up a Citibank

**19**

V. Safir

1
2 checking, savings accounts, whether it's
3 Citigold, Citibank, Basic, besides the prices
4 that they would talk to you about and ask you
5 questions, did you discuss any other obligations
6 that the customer had to Citibank in opening up
7 that -- any of these accounts?
8      MR. STRAUSS: Objection, form.
9      A.   I don't know what you mean.
10      Q.   Did you discuss with them any terms
11 and conditions or any agreements with the
12 customer?
13      MR. STRAUSS: Objection, vague.
14      Do you understand the question?
15      THE WITNESS: No.
16      MR. STRAUSS: Try to rephrase it.
17      Q.   When the customer opens up an
18 account, do you, do you disclose to them any
19 terms and agreements, do you orally to them?
20      MR. STRAUSS: Object again.
21      A.   I don't understand what --
22      Q.   Let's go through a process.
23      What happens when a customer opens an
24 account, can you give me an example of the steps
25 that are taken?

**20**

V. Safir

1
2      A.   Like what steps?
3      Q.   Each step that is taken when a
4 customer opens up an account?
5      A.   Okay. Well, when they come, they ask
6 and we explain what packages we have. And then
7 I explain to them that each package, what fees,
8 what balances they have to keep if they -- what
9 -- if they have, if they need an overdraft, if
10 they use an overdraft, if they get accepted,
11 what's the fees on that.
12      You know, all, explain everything to
13 the client. And once they decide what package,
14 then we start opening the account.
15      And at the end when we're done, we
16 give them the papers, and we hand the manuals,
17 the client manual and the addendum, and tell
18 them everything they need is within there, and
19 that's about it.
20      Q.   So you discuss the prices, and when
21 they're done, is that when they sign the
22 signature card?
23      A.   Yes.
24      Q.   So after they're done, they sign the
25 signature card --

```
                                              21
 1              V. Safir
 2      A.   They sign signature card, we give
 3  them the, what do you call it, the statement
 4  that comes out from the system, from the
 5  computer.  They get that.
 6          Do the deposit, give them receipts.
 7  Explain to them how they go, you know, how the
 8  product like going on-line, paying their bills,
 9  you know, whatever is involved in that kind of
10  opening.
11      Q.   The client manual, is that together
12  with the other documents that you hand them all
13  together --
14      A.   Yes.
15      Q.   -- and tell them this is the
16  documents related to your account?
17      A.   Yes, we hand them the client manual
18  and the addendum that has the terms and
19  conditions of whatever the client need to know
20  about fees, accounts, what's involved, all that.
21      Q.   Do you discuss any of the things that
22  are contained in the documents or you just let
23  them know --
24      A.   Well --
25      Q.   -- this is yours?
```

```
                                              22
 1              V. Safir
 2      A.   -- I let them know and if they ask, I
 3  discuss it with them.
 4          MR. STRAUSS:  Let him finish his
 5      question before you start answer.  Don't
 6      speak over each other.
 7      Q.   Does anybody ever ask any questions
 8  with respect to the documents, the client manual
 9  or any other documents you give them?
10      A.   No.
11      Q.   No.  Is the client manual, is that
12  some kind of welcome package, is that a term you
13  recall, a welcome package?
14      A.   No, that's a policy to give every
15  client.
16      Q.   It's a policy?
17      A.   Yes.
18      Q.   Do you know of a package called a
19  Welcome Package?  Have you ever heard that term
20      A.   Yes.
21      Q.   What is that, do you know?
22      A.   Well, it's a package we prepare
23  ourself.  We put in the client manual, the
24  addendum, any other flyers that pertain to the
25  client opening an account.
```

```
                                              23
 1              V. Safir
 2      Q.   Does the client manual, is that a,
 3  like a booklet?
 4      A.   Yes.
 5      Q.   Is it a pamphlet?
 6      A.   I don't know what's the difference,
 7  pamphlet, booklet.
 8      Q.   For instance, is there a staple on it
 9  or is it bound nicely and --
10      A.   It's folded.
11      Q.   It's folded?
12      A.   With staples in the middle.  It's
13  like a booklet.
14      Q.   Like a booklet?
15      A.   Yes.
16      Q.   Where do the client manuals come
17  from?
18          MR. STRAUSS:  Objection to the form
19      of the question.
20      A.   How do I know.  We get them in the
21  branch.
22      Q.   You don't know where the branch gets
23  them from?
24      A.   No, I don't order them.
25      Q.   Was there ever a time that somebody
```

```
                                              24
 1              V. Safir
 2  opened an account and there were no client
 3  manuals available to give to a customer?
 4      A.   No, we do have.  Every employee has
 5  it.  They order it.  If we run out, we tell them
 6  to order it.
 7      Q.   Was there ever a time that you had --
 8  there was none available, and the customer
 9  opened an account and you could not give them
10  the client manual and all the documents that you
11  typically do give a customer?
12      A.   No.
13      Q.   No.
14          Did you ever discuss with the clients
15  promotional offers, whether they would get a
16  1099, a Form 1099 that the bonus provided was
17  taxable, did you ever discuss that?
18          MR. STRAUSS:  Objection.
19      A.   No.
20      Q.   No?
21          MR. SPORN:  The answer is no?
22      Q.   Did anybody ever ask you if I sign up
23  for this offer from Citibank, I receive,
24  whatever the offer is, airline miles, a bonus of
25  money to put in their account, did anybody ask
```

25

```
1                    V. Safir
2    you, ever ask you if that would be taxable for
3    receipt of that bonus or airline miles?
4           MR. STRAUSS:  Objection.
5    A.    What's the question?
6           MR. SPORN:  You better read it again.
7           MR. KELLY:  Can you read the
8    question.
9           (The record was read.)
10   A.    No.
11   Q.    Was there any formal sales program,
12   document or manual provided to you by Citibank
13   to follow the instructions when you open up an
14   account?
15   A.    Say it again?
16   Q.    Was there any formal documents or
17   sales manual or sales Q & A internal for you to
18   instruct you how to open an account?
19          MR. STRAUSS:  Objection to the form
20   of the question.
21   Q.    Steps to take to open an account?
22   A.    No.
23   Q.    You don't recall anything like that?
24   A.    No.
25   Q.    So mostly you just learned from
```

26

```
1                    V. Safir
2    talking to your supervisor and manager, the
3    steps to take in opening an account?
4    A.    Yeah, I just watched somebody opening
5    an account and just started myself.
6           MR. STRAUSS:  James, can we take like
7    a 5-minute break.
8           MR. KELLY:  Sure.
9           (Brief recess taken.)
10   FURTHER EXAMINATION
11   BY MR. KELLY:
12          MR. KELLY:  Can you read back the
13   last question.
14          (The record was read.)
15   Q.    When did you start opening accounts?
16   A.    When I became a personal banker.
17          MR. SPORN:  And the year on that, if
18   you don't mind?  What year?
19   Q.    What year?
20   A.    I think 1999 or 2000.  One of them.
21          MR. STRAUSS:  You said '99 or 2000
22   previously.
23   Q.    Can you name some of your supervisors
24   while you were at Citibank as a personal banker?
25   A.    Who was the first one.  Donna
```

27

```
1                    V. Safir
2    Marisco.
3           MR. SPORN:  How do you spell that?
4           THE WITNESS:  M-A-R-S-I-C-O, last
5    name.
6    A.    Second one, Christine Sweeney.  I
7    think there was one in between.  I don't
8    remember.  And George Lotto.  That's my boss
9    now.
10   Q.    Can you spell his last name?
11   A.    George, G-E-O-R-G-E, L-O-T-T-O.
12   Q.    That's your supervisor?
13   A.    Manager.
14   Q.    Manager is the term?
15   A.    Yes.
16   Q.    Is this also the branch manager?
17   A.    Yes.
18   Q.    So there's one branch manager at all
19   times?
20   A.    Yes.
21   Q.    That's your supervisor?
22   A.    Yes.
23   Q.    Did you ever open up any of the
24   promotional airline mile offers from Citibank
25   that are the subject of this complaint against
```

28

```
1                    V. Safir
2    Citibank?
3           MR. STRAUSS:  Objection, form.
4    Q.    One of them was if you open up a
5    savings account and put in 25,000 airline miles,
6    you would get -- no, $25,000 -- strike --
7    $25,000 --
8           MR. KELLY:  Strike the question,
9    please.
10   Q.    Did you ever open up one of Citibank
11   Airline Miles promotional offers for a customer
12   in which they would get 20,000 airline miles if
13   they deposited $25,000 in a savings account?
14   Do you ever recall that promotional
15   offer?
16          MR. STRAUSS:  Objection, vague.
17   A.    No.
18          MR. SPORN:  No?
19          THE WITNESS:  I don't remember.
20   Q.    Do you recall --
21   A.    There's always, you know, so many
22   promotions.
23   Q.    Do you recall a checking account
24   offer where if you opened up a checking account
25   and use your debit card a certain amount of
```

```
                                    29
1              V. Safir
2    times, that you would get 20,000 airline miles?
3         MR. STRAUSS:  Objection.
4    A.   Say it again?
5         Q.   Did you ever open up an account for a
6    customer who came to a Citibank branch with a
7    Citibank offer stating that if you open up a
8    checking account and do certain things, such as
9    use your debit card three times or such, that
10   you would get 20,000 airline miles as a bonus?
11   A.   Yes.
12   Q.   You recall those ones.
13        What are some of the other airline
14   mile promotional offers that you can recall?
15        MR. STRAUSS:  Objection.
16   A.   I don't know.
17   Q.   You don't know the specifics of the
18   airline mile offers?
19   A.   No.
20   Q.   But you just know that there have
21   been many different airline mile offers;
22   correct?
23        MR. STRAUSS:  Objection.
24        THE WITNESS:  I don't know what he is
25   asking me.
```

```
                                    30
1              V. Safir
2    A.   I don't know.
3    Q.   When somebody comes to you with one
4    of these airline mile offers, and you've opened
5    an account for them, have they ever asked you if
6    the airline miles are taxable?
7    A.   No.
8    Q.   They've never asked you?
9    A.   No.
10   Q.   There was no discussion about the tax
11   consequences of receiving airline miles?
12   A.   No.
13   Q.   Do you remember talking with the
14   plaintiff in this lawsuit Bertram Hirsch?
15   A.   I don't remember.
16   Q.   Did you ever have a gentleman come in
17   to you and ask you why did they receive a 1099,
18   and this occurred about January 2012?
19        MR. STRAUSS:  Objection.
20   A.   I don't know.  I don't remember.
21   Q.   You don't recall a gentleman named
22   Bertram Hirsch coming to you and showing you a
23   1099, and asking you why did I receive this 1099
24   from Citibank and discussing that with you?
25        MR. STRAUSS:  Objection.  Asked and
```

```
                                    31
1              V. Safir
2    answered.
3    A.   I don't remember.
4         MR. SPORN:  Let's take a 10-minute
5    break.
6         (Brief recess taken.)
7    FURTHER EXAMINATION
8    BY MR. KELLY:
9         MR. KELLY:  I want to put in as
10   Plaintiff's Exhibit 1, a document Bates
11   numbered Citi 0000117, which is addressed to
12   Bertram E. Hirsch, which is a Form
13   1099-MISC.
14        (Plaintiff's Exhibit 1, a Form
15   1099-MISC, Bates numbered Citi 0000117,
16   marked for identification, as of this
17   date.)
18   Q.   Do you recall ever seeing a document
19   that looks like this?
20        MR. STRAUSS:  Objection to the form
21   of the question.
22   A.   What is this?
23   Q.   Do you know what that is?
24   A.   No.
25   Q.   You don't know?
```

```
                                    32
1              V. Safir
2    A.   It says here, "1099."
3    Q.   Do you know what a 1099 form is?
4    A.   It's like your salary, what you make.
5    Q.   Has anybody ever showed you a 1099
6    form, any of the customers at Citibank, and
7    asked you why did I receive this?
8    A.   No.
9         MR. KELLY:  I'd like to offer into
10   evidence Plaintiff's Exhibit 2, Bates
11   numbered Citi-0000133 titled, "National Form
12   Center Citibank."
13        (Plaintiff's Exhibit 2, a National
14   Form Center Citibank Bates numbered
15   Citi-0000133, marked for identification, as
16   of this date.)
17   Q.   Can you just take a look at this
18   document, read through it, and see if you
19   recognize it?
20   A.   (The witness complies with request.)
21   This is how you open an account.
22   Q.   Have you seen these instructions
23   before or this document?
24   A.   This, you can print it from the
25   system, from the computer.  But I never needed
```

33

```
1              V. Safir
2   to print it because I've been opening account.
3         MR. KELLY:  This document runs from
4   Bates number Citi-0000133 to Citi-0000139,
5   Citibank National Form Center, just for the
6   record.
7         And so --
8         MR. STRAUSS:  That's not a question?
9         MR. KELLY:  No, it's not.
10     Q.   So you never go to the, to, to this,
11  to this computer, this like a computer screen,
12  computer-generated instruction?
13     A.   It's a form on the computer.  Yeah,
14  we do, if I need any other form, anything
15  that I need to look at, yes.
16     Q.   So sometimes you'll go to look at
17  this to see what steps --
18     A.   It depends on what I'm looking for,
19  yes.
20     Q.   -- you need to take?
21         What are some of the things that you
22  had to go to look for?
23         MR. STRAUSS:  Objection.
24     A.   What?
25     Q.   What are some of the things that you
```

34

```
1              V. Safir
2   had to go to look for?
3     A.   E-Forms, look for Citi business, if I
4   need some forms that I had to print.
5     Q.   Did you ever go to where it states
6   Citi-0000135, third page -- yes, that's it,
7   where it says, "Consumer account opening stage
8   one introduction," did you have to go there to
9   see what steps should be taken?
10     A.   No.  Because I've been opening
11  accounts to so many years.
12     Q.   What about the next page where it
13  says, "Customer account opening stage 2, open
14  account," same thing, you didn't have to go to
15  this either?
16         MR. STRAUSS:  Object to this
17  question, as well.
18     A.   What is the question?
19         (The record was read.)
20     A.   It's just steps to how you go on the
21  computer, step by step and open account.  They
22  give you, you write --
23     Q.   You didn't have to go to this
24  document?
25     A.   No.
```

35

```
1              V. Safir
2     Q.   What if there were changes in the
3   steps that you had to take to open an account,
4   how would they inform you?
5         MR. STRAUSS:  Objection.
6     Q.   How did Citibank inform you?
7         MR. STRAUSS:  Do you understand the
8   question?
9         THE WITNESS:  No.
10         MR. STRAUSS:  Maybe you could read it
11  back.
12         He clarified something after I
13  objected, so maybe you want to rephrase that
14  question.
15     Q.   Were there any changes to the steps
16  that you have to take to open an account at any
17  time while you --
18     A.   Not really.  Just system upgrades.
19  All the time there are system upgrades, computer
20  upgrades.
21         MR. KELLY:  I want to introduce as
22  Plaintiff's Exhibit number 3, Bates number
23  Citi-0000119 through Citi-0000132 titled,
24  "Personal Banker Foundations Participant
25  Guide North America Consumer."
```

36

```
1              V. Safir
2         (Plaintiff's Exhibit 3, Personal
3   Banker Foundations Participant Guide North
4   America Consumer Bates number Citi-0000119
5   through Citi-0000132, marked for
6   identification, as of this date.)
7         MR. STRAUSS:  Is there a question?
8     Q.   Can you just take a look through the
9   document to see if you recognize it?
10     A.   (The witness complies with request.)
11  Yes.
12     Q.   Do you remember seeing this document?
13  Do you recognize it?
14     A.   Not really the document, but I know
15  the, what's going on with the steps.
16     Q.   But you've never seen this particular
17  document?
18     A.   No, this is for the new hires.
19     Q.   This is what gets, the new hire, that
20  training program is?
21     A.   Yes.
22     Q.   Do you know when that started, this
23  document?
24     A.   No.
25     Q.   When they started giving it to them;
```

37

```
1              V. Safir
2   no?
3       A.   No, I don't.
4       Q.   If you could go to the second page,
5   Citi-0000120, it states the original printing of
6   this document was 1/2006.
7            MR. STRAUSS:  This is where he's
8   looking, right here.
9       Q.   Do you know that if this document --
10  that's when this document began being used by
11  personal bankers?
12           MR. STRAUSS:  Objection.
13      A.   I don't know.
14      Q.   You see right under that it says,
15  "Revised March 4, 2013"?
16           So it seems this is some kind of
17  revision to the process, opening of account
18  process?
19           MR. STRAUSS:  Objection.  Is there a
20  question?  Is that a question or is that a
21  statement?
22           MR. KELLY:  A statement.
23           MR. STRAUSS:  Is there a question
24  pending?
25      Q.   Do you recall any revisions around
```

38

```
1              V. Safir
2   March 13 to the opening of a sales -- of opening
3   of a Citi account --
4            MR. STRAUSS:  Objection.
5       Q.   -- to the process taken, the steps
6   taken?
7       A.   No.
8       Q.   Do you recall any revisions or
9   changes to the steps to be taken in opening up a
10  Citi account at all?
11           MR. STRAUSS:  Objection, asked and
12  answered.
13      A.   It's the same question.  No.
14      Q.   The previous question was during
15  March 13.  The second question was at any time,
16  meaning any year?
17      A.   (Witness nods.)  No.
18      Q.   In this document, if you could turn
19  to Citi-0000123, do you recognize that customer
20  care checklist there?
21      A.   Yeah, that comes out of the computer
22  when we open accounts.
23      Q.   Do you have to check off each box for
24  each step that you take with opening up the
25  account?
```

39

```
1              V. Safir
2       A.   It's really for the banker.  It's not
3   for the client.
4       Q.   Do you or do you not check off any of
5   these boxes?
6       A.   I do.
7       Q.   You do.
8            What do you do when you check off
9   each box, do you keep it in the client records,
10  is that the internal Citibank records, this
11  document?
12      A.   No, we don't keep papers.
13      Q.   What happens to the --
14      A.   It's just for me to work, call client
15  afterwards, welcome, thanks for banking with us.
16  What can I do for you --
17      Q.   So this document --
18      A.   -- that's just for --
19           MR. STRAUSS:  Let her finish.
20      A.   -- banker.
21      Q.   So this is on a computer screen, is
22  that it, this document?
23      A.   Yeah, that speaks from the computer.
24      Q.   So it doesn't get printed out?
25      A.   No, that's with the account opening.
```

40

```
1              V. Safir
2   The end when we transmit, that comes out with
3   the signature card.
4       Q.   So it gets printed out?
5       A.   Yeah.
6       Q.   And do you make the checks after it's
7   printed out that you did each step or while it's
8   on the computer screen?
9            You know, do you actually check these
10  boxes or put --
11      A.   Which boxes?
12      Q.   The little indications of each step.
13      A.   No, that's for me to check what I did
14  during the account opening.
15      Q.   But do you actually physically place
16  a check or is there an X on the computer screen
17  to indicate that you've taken each step here?
18      A.   No, this is for us, for me to see
19  what I did, what I have to do in two weeks or
20  the next few days to call the client to follow
21  up with the client.  I don't understand your
22  question.
23      Q.   For instance, it says here, "Client
24  manual and marketplace addendum, explained and
25  given to client."
```

```
                                           41
1                 V. Safir
2          How do you know that you did that?
3   Do you actually put a check I did that step or
4   do you not?
5          A.   No, I don't put a check, but I give
6   it to the client, yes.
7          Q.   When did this customer care checklist
8   start that process, do you recall?
9          MR. STRAUSS:  Objection.
10         A.   No.  No, I don't.
11         Q.   About, it's been going on for many
12  years now or --
13         A.   I don't know.  I can't remember.
14         Q.   What about a year ago, do you
15  remember doing checklists about a year ago?
16         A.   Yes.
17         Q.   Two years?
18         A.   Maybe.
19         Q.   Every client has one of these
20  checklists?
21         MR. STRAUSS:  Objection.
22         Q.   A new client that opens an account
23  has a checklist associated with that account; is
24  that correct?
25         MR. STRAUSS:  Objection to the form
```

```
                                           42
1                 V. Safir
2   of the question.
3          A.   Everything you do, that comes out.
4   Whether it's checking or saving or whatever.
5   Any time you open any account, this pops up.
6          Q.   It pops up on the screen?
7          A.   Not the screen, the end of the
8   transactions.  At the end of finishing account
9   opening, it comes from the printer.
10         Q.   It prints out?
11         A.   Prints out.
12         Q.   Do you go through the list to make
13  sure that you've done everything, that
14  everything is correct on here?
15         A.   Yeah, I could do it that minute or
16  later, it didn't have to be the same, you know.
17         Q.   So this occurs --
18         A.   This is just for me.  That checklist
19  is for me.
20  RQ     MR. KELLY:  Joe, I don't recall
21      seeing these checklists for Bertram Hirsch
22      or Igor Romanov in the documents provided.
23      Can we -- plaintiffs request the
24      production of these, if they're available.
25         MR. STRAUSS:  If we have them in our
```

```
                                           43
1                 V. Safir
2   records, I will have to get back to you on
3   that.
4          I believe Ms. Safir testified that
5   they do not keep paper, they just keep this.
6          So just as to your request, I don't
7   know if it's in our records, but I'll
8   certainly check with my client and find out.
9          THE WITNESS:  We're not allowed to
10  keep any information, client's information.
11         Q.   So when this is printed out, what
12  happens to it?
13         A.   Just within two weeks, then we have
14  it shredded.  We can't keep.
15         Q.   Why can't you keep it?
16         A.   It's client information.  They have
17  the names, they have address, they have -- it's
18  audit requirement.
19         MR. SPORN:  Just off the record.
20         (Discussion off the record.)
21         Q.   The printout is destroyed, but this
22  information is still in the system; correct?
23         A.   Yeah.
24         Q.   So it's accessible still, to go back
25  into the system, print it out?
```

```
                                           44
1                 V. Safir
2          A.   What information are you talking
3   about?
4          Q.   The customer care checklist we just
5   talked about.
6          A.   No, it's not in the system.  It's
7   client name and address, phone, whatever, that's
8   in the system.  Not this page.
9          Q.   You can't access the customer
10  checklist after it's printed out?
11         A.   No.  You can the same day, but not
12  afterward.  A few days, it's not in there.
13         Q.   So this prints out, and you go
14  through here to make sure that all these steps
15  were followed.
16         How do you indicate whether each step
17  is followed, is it something you just --
18         A.   I write my own notes.
19         Q.   So you write a little note of what --
20         A.   Everyone does.
21         Q.   In the disclosure section at the
22  bottom, is there anything that you disclosed
23  when you talk to the customers about
24  arbitration?
25         MR. STRAUSS:  What was that question?
```

45

```
1              V. Safir
2         Can you read that back.
3         (The record was read.)
4         MR. STRAUSS:  Objection to the form
5    of the question.
6    Q.   Do you know what arbitration is?
7    A.   No.
8    Q.   Do you know what arbitration is?
9    A.   No.
10   Q.   You've never heard that term before?
11   A.   I did, but I don't know what it is.
12        MR. STRAUSS:  That's what we should
13   be doing, James.
14        MR. KELLY:  I want to introduce as
15   Plaintiff's Exhibit 4, Citi-000079 through
16   Citi-000080.
17        The document's titled, "Concierge
18   Daily Transaction/Transmittal Report."
19        (Plaintiff's Exhibit 4, a Concierge
20   Daily Transaction/Transmittal Report Bates
21   numbered Citi-000079 through Citi-000080,
22   marked for identification, as of this
23   date.)
24   Q.   Do you recognize this document?  Do
25   you recognize this document?
```

46

```
1              V. Safir
2         MR. STRAUSS:  Objection to the form
3    of the question.
4         Are you talking about this specific
5    document?
6    Q.   Let's go to Citi, the second page
7    Citi-000080.
8         Do you recognize this document?
9    A.   It's a signature card.
10   Q.   Is this what all the customers sign
11   when they open up an account?
12   A.   Yes.
13   Q.   So I think you stated earlier that
14   the customer signs the card, signature card when
15   they open up an account, you explain to them
16   some overdraft fees, whatever questions they
17   have with respect to the particular account.
18        Then the computer prints out the
19   package of documents and you put it in a welcome
20   package, is that what it's called?
21        MR. STRAUSS:  Can you read that back.
22   I missed the first part.
23        (The record was read.)
24        MR. STRAUSS:  Objection to the form
25   of the question.
```

47

```
1              V. Safir
2    Q.   If you can go back to this?
3         MR. SPORN:  Sorry, do you have an
4    answer to that?  You have an objection, but
5    did you answer it?
6         THE WITNESS:  No, I don't understand
7    what he's saying.
8         MR. KELLY:  Okay, I'll provide a
9    foundation.
10   Q.   If you go back to the personal banker
11   foundation document, that's Citi-000130?
12        MR. STRAUSS:  130?
13        MR. KELLY:  Yes.
14   Q.   Up on the right-hand top of the third
15   box on the top, it states to the right, "Review
16   customer care checklist and set expectations for
17   future follow-up call, slide transition will
18   display customer care checklist."
19        Then it says, "Present welcome kit."
20   A.   Okay.
21   Q.   Are you aware what the welcome kit
22   is?
23   A.   Yeah.
24   Q.   What is the welcome kit?
25   A.   Well, that's -- I told you.  We
```

48

```
1              V. Safir
2    prepare the welcome kit.  We put the manual, the
3    addendum, any flyers that pertain to the account
4    opening in the welcome kit.
5         And then whatever comes out, the
6    paper, we give the client with the account
7    opening, like this comes out with the name and
8    account number and all that, everything, put it
9    in the welcome kit.
10   Q.   That is after they sign the signature
11   card?
12   A.   It's after we're done with
13   everything.
14   Q.   After everything is done.
15        So the signature card is signed, then
16   the welcome kit at the end?
17   A.   Yeah.
18   Q.   Do you actually take the documents
19   out of the welcome kit and show them each
20   document?
21   A.   Yeah, tell them whatever is in the
22   kit itself.  You know, whatever I put in the
23   flyers, the -- I tell them each one, what it is.
24   Q.   Do you open it up and discuss it with
25   them or you just let them know these documents
```

49

```
1              V. Safir
2    are here?
3        A.   Well, I show it to them, and if they
4    have any questions, I'll discuss with them.
5        Q.   What do you show --
6            MR. KELLY:  Actually, strike that.
7    Let's introduce as Plaintiff's Exhibit 5,
8    Bates number Citi-0000001 through
9    Citi-0000028 titled, "Client Manual Consumer
10   Accounts Including Our Privacy Notice, U.S.
11   Markets Effective January 1st, 2010."
12           (Plaintiff's Exhibit 5, Client Manual
13   Consumer Accounts Including Our Privacy
14   Notice, U.S. Markets Effective January 1st,
15   2010 Bates numbered Citi-0000001 through
16   Citi-0000028, marked for identification, as
17   of this date.)
18       Q.   Do you recognize this document?
19       A.   Yeah, that's the client manual, but
20   it doesn't come like that.
21       Q.   In the pamphlet form, it comes?
22       A.   (Witness indicates.)
23           MR. STRAUSS:  Pamphlet folder.
24       Q.   Now you actually take out the client
25   manual and you open it up and go through it with
```

51

```
1              V. Safir
2            MR. STRAUSS:  Objection, form.
3        Q.   Only if they ask; correct?  If you
4    could turn to the second page, Citi-000000 --
5            MR. STRAUSS:  Wait, did she answer
6    the last question?
7            What was the last question?
8            (The record was read.)
9        Q.   So only if they ask?
10       A.   Yes, I will -- then we'll read it
11   together.
12       Q.   If you could turn to the second, the
13   page actually Citi-0000002.  Actually, I'm
14   sorry, it's Citi-0000003.
15           That's the third page there where it
16   says, "Resolution of Disputes By Arbitration."
17           Do you ever talk to them about that,
18   go through --
19       A.   I don't.
20       Q.   If you could go to page Citi-0000023?
21           MR. STRAUSS:  I'll object to that
22   last question.  Sorry for being a little
23   slow to process.
24       Q.   It says up there, "Resolution of
25   Disputes By Arbitration."
```

50

```
1              V. Safir
2    them or you just --
3        A.   No, I don't go through it.  There's a
4    lot of things in there.  It's, the client has to
5    read it.  But if they've any questions, I'll
6    explain to them.
7        Q.   So this comes out at the end after
8    they open the account?
9        A.   Yes, we give them with the --
10       Q.   Do people usually look through it?
11       A.   Not all of them, no, they take it
12   home.
13       Q.   Did they usually have any questions
14   about anything in it?
15       A.   Not really.
16       Q.   If you could turn to the second page
17   of the client manual Citi-0000002, it states,
18   "Account opening ownership maintenance closing"
19   you see that highlighted section right there at
20   the top?
21       A.   Yes.
22       Q.   So you don't go into the manual and
23   discuss any of that with them?
24           MR. STRAUSS:  Objection.
25       Q.   You don't do that; correct?
```

52

```
1              V. Safir
2            Do you recall ever going through this
3    with anybody, whether you did it on your own or
4    if somebody asked specific questions about this
5    section?
6        A.   Never.
7        Q.   Do you know that arbitration is a
8    procedure where the parties --
9            MR. KELLY:  Well, strike that.
10       Q.   Do you know that this clause provides
11   that Citibank could require customers to go to
12   binding arbitration and waive their right to a
13   jury trial?
14           MR. STRAUSS:  Objection.  James, the
15   clause says what it says.
16           MR. SPORN:  Well, he's asking a
17   question.  She can answer that question.
18       A.   I don't know.
19           MR. STRAUSS:  I don't know if she can
20   or not.
21           MR. SPORN:  Okay, she answered.
22       Q.   Do you think that if there was a
23   provision that required a customer to waive
24   their right to a jury trial in the court system,
25   do you think that would be important for them to
```

53

```
1              V. Safir
2    know?
3              MR. STRAUSS:  Objection.
4         A.   I don't know.
5         Q.   Do you know anything about this
6    particular sentence which states that, that
7    states that it provides that either you, the
8    customer or we, Citibank, can require that any
9    disputes be resolved by binding arbitration?
10             The next sentence, "Arbitration
11   replaces the right to go to court, including the
12   right to participate in a class action or
13   similar proceeding," do you know anything about
14   that?
15             MR. STRAUSS:  Objection.
16        A.   No.
17             MR. STRAUSS:  James, she's not an
18   attorney.  She's not here to testify as to
19   arbitration.
20             She's not here to comment on
21   arbitration as a way to resolve disputes.
22             So can you please move on.  It's a
23   complete waste of time.
24        Q.   Has Citibank ever provided you with
25   any training or arbitraiton?
```

54

```
1              V. Safir
2         MR. SPORN:  Sorry.  You have your
3    objection.
4         MR. STRAUSS:  It's there, you betcha.
5         Q.   Has Citibank ever provided any
6    training on how to discuss arbitration to a
7    customer when they open an account?
8         A.   No.
9         Q.   Were there any documents or manuals
10   or sales procedures provided to Citibank
11   requiring you to notify the customer that they
12   were agreeing to an arbitration provision by
13   signing this client manual?
14        A.   No.
15        Q.   If you could go to the next page
16   Citibank-00000024, you see the signature card on
17   the side there?
18             Are the customers required to sign
19   this signature card contained in the client
20   manual?
21        A.   There's no signature card for a
22   client manual.  This is the regular signature
23   card for account opening.
24        Q.   This is the client manual we're
25   looking at and it appears --
```

55

```
1              V. Safir
2         A.   Yeah, but that's the regular
3    signature card.
4         Q.   Well, there's a copy of this
5    signature card inside the client manual, as you
6    can see here.
7              You see that here?
8         A.   I see it.
9         Q.   Is the customer required to sign that
10   one inside the client manual, this one here on
11   page 47?
12        A.   No.
13        Q.   No?
14        A.   No.
15        Q.   Do you know why this is contained in
16   here, this signature card?
17        A.   I don't know why, but I don't think
18   there's any signature in the client manual.
19        Q.   Is a signature card a separate
20   document?
21        A.   This is signature card signed by the
22   customer at account opening when you open the
23   account.  I haven't -- I never seen this.
24        Q.   Could you look at the top where it
25   says, "No class action or joint or parties," it
```

56

```
1              V. Safir
2    states, "You and we agree that no class action,
3    private Attorney General or other representative
4    of claims may be pursued in arbitration, nor may
5    such action be pursued in court if either you or
6    we elect arbitration."
7              Do you remember ever talking to any
8    customers about this particular clause?
9         A.   No.
10        Q.   Do you remember ever getting any
11   sales procedures or sales steps to take, to
12   inform or notify a customer of that particular
13   clause?
14        A.   No.
15             MR. SPORN:  Let's take a 5, 10-minute
16   break.
17             (Brief recess taken.)
18             MR. SPORN:  What's the last question?
19             (The record was read.)
20             MR. KELLY:  I want to introduce as
21   Plaintiff's Exhibit 6, a Citibank-0000081
22   through Citibank-0000101, which it's a
23   collection of different screen printouts it
24   looks like.
25             The first page is at the top states
```

```
                                                    57
1              V. Safir
2      "Insured Market Rate Summary."
3         (Plaintiff's Exhibit 6, a collection
4      of different screen printouts Bates numbered
5      Citibank-0000081 through Citibank-0000101,
6      marked for identification, as of this
7      date.)
8      Q.   If you could turn TO page
9      Citibank-0000086?  Can you explain what this is,
10     if you know?
11        MR. STRAUSS:  Objection.
12     A.   What is this?
13     Q.   You don't know?
14     A.   No.  It's like a printout.
15     Investigation?
16     Q.   Does that look familiar to you, these
17     comments here?
18        MR. STRAUSS:  Objection.
19     A.   This is like somebody's writing a
20     comment.
21     Q.   You don't recall writing that?
22     A.   Hmm?
23     Q.   Do you recall writing that comment?
24     A.   Me?
25     Q.   Yes.
```

```
                                                    58
1              V. Safir
2      A.   No.
3      Q.   Has Citibank ever informed you
4      whether or not miles that customers receive from
5      these promotional airline mile offers are
6      taxable or not?
7         MR. STRAUSS:  Objection.
8      A.   What?  Sorry.
9         MR. KELLY:  Can you read back the
10     question.
11        (The record was read.)
12     A.   I think it's on the promotion flyer,
13     there's a, a clause of the, you know, where is
14     the terms and conditions at the bottom, it says
15     tax consequences, and that's, the client has to
16     read that.
17     Q.   Do you know whether or not American
18     Airline Miles that's are provided to customers
19     by Citibank, in connection with the Airline Mile
20     offer for opening up a bank account or savings
21     account, do you know if those airline miles are
22     taxable?
23        MR. STRAUSS:  Objection to the form
24     of the question.
25        James, this is way beyond the scope
```

```
                                                    59
1              V. Safir
2      permissible for discovery, pursuant to the
3      court's November 25th order.
4         I've been very, very lenient thus far
5      with these types of questions.
6         I suggest you go very quickly here
7      and get through this.
8         MR. KELLY:  If you look at the
9      mandate, one of the issues are --
10        MR. STRAUSS:  James, I'm not going to
11     argue with you.
12        MR. KELLY:  -- estoppel --
13        MR. STRAUSS:  James, James, James.
14        MR. KELLY:  -- and the expectations
15     whether they benefitted from opening this
16     account, goes right to this very issue.
17        MR. STRAUSS:  James, you're wrong.
18     Go very quickly here; okay?
19        She's not here to testify as to the
20     American Airlines Miles; okay?  So let's go
21     very quickly here.
22        MR. KELLY:  The estoppel argument --
23        MR. STRAUSS:  James, I'm not getting
24     into it with you about estoppel.
25        MR. KELLY:  -- related to whether
```

```
                                                    60
1              V. Safir
2      they benefitted from the account or not?
3         MR. STRAUSS:  Move on, move on, move
4      on now.
5         MR. KELLY:  That's your argument.
6         MR. STRAUSS:  Move on right now.
7         MR. KELLY:  Are you saying you're not
8      going to make that argument?
9         MR. STRAUSS:  Do you have a question
10     for -- am I being deposed?  Do you have a
11     question for this witness right now or are
12     we done?
13        MR. KELLY:  Are you saying we can't
14     ask questions related to the estoppel
15     argument?
16        MR. STRAUSS:  I don't know if this is
17     related to the estoppel argument or not.  I
18     don't know what you're doing here.
19        I suggest you ask her your questions
20     so we can get out of here.  You're wasting
21     time.
22        MR. KELLY:  I disagree, but --
23        MR. STRAUSS:  Move on.  Let's go.
24     Q.   Do you know whether or not airline
25     miles issued to customers, as a result of
```

**61**

```
1              V. Safir
2    Citibank Airline Mile offers, are taxable or
3    not?
4         MR. STRAUSS:  Objection.  She can't
5    possibly be expected to answer that.
6         She's not an attorney.  She's not a
7    tax attorney.  She's not here to testify as
8    to the taxability of airline miles.
9    Q.   You don't know?
10   A.   (Witness nods.)
11   Q.   If a customer went to open up an
12   account, came to you with a promotional airline
13   offer and said are these airline miles, are they
14   taxable if I receive them for opening up this
15   account --
16   A.   If they ask me, I'll tell them read
17   the terms and conditions.
18   Q.   So you would -- you don't know?
19        MR. STRAUSS:  Objection.
20   A.   What do you mean "you don't know?"
21   Q.   Do you know whether the airline miles
22   are taxable or not?
23        MR. STRAUSS:  Objection.
24   A.   I don't know.
25   Q.   You don't know, okay.
```

**62**

```
1              V. Safir
2         MR. STRAUSS:  There's your answer;
3    okay?
4    Q.   Okay, I think we're done with this
5    document.  I just have a few cleanup questions
6    here.
7         When you put together the welcome kit
8    containing the client manual and the other
9    documents, you informed the customer of each
10   document contained therein?
11   A.   Yes.
12   Q.   But you don't go through the document
13   with the customer --
14        MR. STRAUSS:  Objection.
15   Q.   -- unless they ask or do you tell
16   them the title of the document?
17   A.   Yeah, I show them what documents is
18   in there.  They should read it.
19   Q.   Do you specifically tell them that
20   the client manual is in there?
21   A.   Yes.
22   Q.   Do you tell them that the client
23   manual contains terms and conditions that are
24   between Citibank and them as the customer?
25   A.   Yeah, it's written on the client
```

**63**

```
1              V. Safir
2    manual.  It's written there.
3    Q.   It's written on the front page of the
4    client --
5    A.   On the front page.
6    Q.   -- what are the terms and conditions
7    in here?
8    A.   It says the client manual and says
9    it's between the customer and the bank.
10   Q.   Was it always the policy of Citibank
11   to provide the client manual to a customer?
12        MR. STRAUSS:  Objection.  Put a time
13   period on that or --
14   Q.   Do you recall when Citibank started
15   requiring the client manual to be provided to
16   customers?
17   A.   Well, as far as I know, you know,
18   every time we open an account, we have to give
19   them a client manual.
20   Q.   If a customer opens an account and
21   they're not happy for whatever reason, can they
22   cancel that account immediately thereafter
23   without any charge?
24   A.   You mean to close the account?
25   Q.   Yes.  Can they rescind the
```

**64**

```
1              V. Safir
2    transaction and close the account?
3         MR. STRAUSS:  Objection.  Objection
4    to form.
5    Q.   Are there any penalties?
6    A.   No.  There's no penalties for closing
7    account.
8    Q.   Do you agree that if Citibank
9    disclosed they will report IRS Airline Miles --
10        MR. KELLY strike that.
11   Q.   Do you agree that if Citibank
12   disclosed to a customer that airline miles that
13   they receive, in connection with opening an
14   account, would be taxable, if the customer would
15   still agree to the offer?
16        MR. STRAUSS:  Objection.
17   A.   I didn't understand the question.
18   Q.   If you were to open up an account
19   where you would receive American Airline miles
20   for opening the account, but they were taxable,
21   would you still open up the account?
22        MR. STRAUSS:  Objection to the form
23   of the question.  Are you asking her
24   personal opinion?
25        MR. KELLY:  Yes, why not.
```

65

```
1              V. Safir
2      A.   Yes, I would.
3      Q.   You would?
4      A.   Yeah. It's like this promotions,
5  everyone wants a promotion; no?
6      Q.   Do you know what the term CFA means?
7      A.   Client financial analyst.
8      Q.   Client financial analyst.
9      A.   This is what the name of the personal
10 banker used to be.
11     Q.   Do you know if the same practices for
12 opening up customer accounts were the same
13 across the country at all Citibank branches?
14         MR. STRAUSS:  Objection, vague.
15     A.   Supposed to be.
16         MR. KELLY:  I'm going to introduce
17 Plaintiff's Exhibit -- introduce as
18 Plaintiff's Exhibit 7 and 8, start with 7
19 first, is a titled, "NY CLSC Const, Art 1,
20 Section 2," which is the Constitution of the
21 State of New York, Section 2, Trial By Jury
22 Hail Waived.
23         MR. SPORN:  Is there a number on
24 that?
25         MR. KELLY:  That's 7.
```

66

```
1              V. Safir
2         (Plaintiff's Exhibit 7, the
3  Constitution of the State of New York,
4  Section 2, Trial By Jury Hail Waived,
5  marked for identification, as of this
6  date.)
7         MR. KELLY:  Then Plaintiff's Exhibit
8  8 is titled, "Civil Trials Seventh
9  Amendment," which is the Seventh Amendment
10 of the U.S. Constitution.
11        (Plaintiff's Exhibit 8, the Seventh
12 Amendment of the U.S. Constitution, marked
13 for identification, as of this date.)
14     Q.   Are you aware that the Constitution
15 of the State of New York, Section 2 states,
16 "Trial by jury in all cases" -- and I'm going to
17 jump ahead.
18        It has, "Heretofore been guaranteed
19 by Constitutional provision shall remain in
20 violate forever."
21        Do you see that there?
22        MR. STRAUSS:  Objection.  It says
23 what it says, James.
24     Q.   If you could turn to the next page,
25 Exhibit 8, Plaintiff's Exhibit 8, you see this
```

67

```
1              V. Safir
2  states here Seventh Amendment, this is the
3  Seventh Amendment of the U.S. Constitution.
4         It states, "In suits at common law
5  where the value and controversy shall exceed $20
6  of right of trial by jury shall be preserved."
7         MR. STRAUSS:  Same objection.
8      Q.   Are you aware of that provision of
9  the constitution?
10        MR. STRAUSS:  Objection.
11        MR. SPORN:  You may answer.
12        THE WITNESS:  I'm just reading it.
13     Q.   Are you aware of that provision in
14 the Constitution, U.S. Constitution?
15     A.   Never seen it.
16     Q.   What about the New York State
17 Constitution, are you aware of that?
18        MR. STRAUSS:  Objection.
19     A.   No.
20     Q.   Just a couple more things here.
21        Do you know a Michael Ashley?
22     A.   Yes.
23     Q.   Michael Ashley, who is he?
24     A.   He used to be a personal banker.
25     Q.   Do you know where he is now?
```

68

```
1              V. Safir
2      A.   No.
3      Q.   You don't know his number or address?
4      A.   No.
5      Q.   Do you know where he lived?
6      A.   Do I know where he lived?
7      Q.   Yes.
8      A.   No. I'm sure the bank knows, but I
9  don't know.
10     Q.   You don't know where he works now?
11     A.   No.
12     Q.   Do you know when he started working
13 at Citibank?
14     A.   No, I can't remember, no.
15     Q.   Do you know when he finished?
16     A.   He finished three years ago, maybe,
17 three or more. I'm not sure. I'm really not
18 sure.
19     Q.   If you could take a look at
20 Plaintiff's Exhibit 4 again, please?
21        If you could look at the top there,
22 it says, "CFA name Michael Ashley."
23     A.   Yeah.
24     Q.   What does that indicate, why is that
25 there, do you know?
```

**69**

1          V. Safir
2      A.   Because else's the one who opened the
3    account.
4      Q.   Do you know who his supervisor was?
5      A.   George Lotto.
6      Q.   George Lotto.
7           I think I just have one more question
8    to just clear up.
9           So at the end of the process when a
10   client opens up a bank account, a savings
11   account or whatever account that you open up for
12   them, that's when you -- it prints out or you
13   put together all the documents that are required
14   to be provided to him, including the client
15   manual into the welcome kit --
16     A.   (Witnesses nods.)
17     Q.   -- and provide them at the end?
18     A.   (Witnesses nods.)
19     Q.   And what is it exactly you tell him,
20   you're giving him the welcome kit, and what
21   exactly do you tell him are in there again?
22          MR. STRAUSS:  Objection to the form
23     of the question.
24     A.   Tell what?
25     Q.   Tell the client what is in the

**70**

1          V. Safir
2    welcome kit?
3      A.   Whatever is in there.  Explain to him
4    what's in the welcome kit, show it to the
5    client.
6      Q.   With respect to the client manual,
7    what do you say about that?
8      A.   Well, this is the client manual, and
9    this is the addendum.  It's all about the
10   accounts.  Any questions you have, it's all in
11   there.
12          MR. KELLY:  I think that's good.
13        Okay, we're done.
14          (Time noted:  11:28 a.m.)
15
16
17          VIVIAN SAFIR
18
19   Subscribed and sworn to before me
20   this      day of          , 2014.
21
22
23
24
25

**71**

1          V. Safir
2        C E R T I F I C A T E
3
4    STATE OF NEW YORK   )
5                     : ss.
6    COUNTY OF NEW YORK  )
7
8        I, NANCY SORENSEN, Notary Public
9    within and for the State of New York, do
10   hereby certify:
11       That VIVIAN SAFIR, the witness
12   whose deposition is hereinbefore set forth,
13   was duly sworn by me and that such
14   deposition is a true record of the
15   testimony given by the witness.
16       I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage, and that I am
19   in no way interested in the outcome of this
20   matter.
21       IN WITNESS WHEREOF, I have hereunto
22   set my hand this 19TH day of DECEMBER,
23   2013.
24
25          NANCY SORENSEN

**72**

1          V. Safir
2    ----------------- I N D E X -----------------
3    WITNESS          EXAMINATION BY        PAGE
4    VIVIAN SAFIR      MR. KELLY             4
5
6
7    ---------- INFORMATION REQUESTS -------------
8    DIRECTIONS:
9    RULINGS:
10   TO BE FURNISHED:
11   REQUESTS: 42
12   MOTIONS:
13
14   ----------------- EXHIBITS -------------------
15   PLAINTIFF'S                    FOR ID.
16
17   Plaintiff's Exhibit 1, a Form 1099-MISC,    31
18   Bates numbered Citi 0000117
19
20   Plaintiff's Exhibit 2, a National Form      32
21   Center Citibank Bates numbered Citi-0000133
22
23
24
25

73

```
 1              V. Safir
 2   E X H I B I T S:  (Cont'd)
 3
 4   Plaintiff's Exhibit 3, Personal Banker     36
 5   Foundations Participant Guide North America
 6   Consumer Bates number Citi-0000119 through
 7   Citi-0000132
 8
 9   Plaintiff's Exhibit 4, a Concierge Daily    45
10   Transaction/Transmittal Report Bates
11   numbered Citi-000079 through Citi-000080
12
13   Plaintiff's Exhibit 5, Client Manual     49
14   Consumer Accounts Including Our Privacy
15   Notice, U.S. Markets Effective January 1st,
16   2010 Bates numbered Citi-0000001 through
17   Citi-0000028
18
19   Plaintiff's Exhibit 6, a collection of     57
20   different screen printouts Bates numbered
21   Citibank-0000081 through Citibank-0000101
22
23   Plaintiff's Exhibit 7, the Constitution     66
24   of the State of New York, Section 2, Trial
25   By Jury Hail Waived
```

74

```
 1              V. Safir
 2   E X H I B I T S:  (Cont'd)
 3
 4   Plaintiff's Exhibit 8, the Seventh     66
 5   Amendment of the U.S. Constitution
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

75

```
 1              V. Safir
 2            ERRATA SHEET
     VERITEXT REPORTING COMPANY
 3
 4      I wish to make the following changes, for
 5   the following reasons:
 6
     PAGE LINE
 7         CHANGE FROM:_____
 8   REASON:_____
         CHANGE TO: _____
 9   REASON:_____
        CHANGE FROM:_____
10   REASON:_____
        CHANGE TO: _____
11   REASON:_____
        CHANGE FROM:_____
12   REASON:_____
        CHANGE TO: _____
13   REASON:_____
        CHANGE FROM:_____
14   REASON:_____
        CHANGE TO: _____
15   REASON:_____
        CHANGE FROM:_____
16   REASON:_____
        CHANGE FROM:_____
17   REASON: _____
18   REASON: _____
             _____
19           VIVIAN SAFIR
20   Subscribed and sworn to before me
21   this _____ day of _____, 2014.
     _____
22
23
24
25
```

**$**

**$20** 67:5
**$25,000** 28:6,7,13

**-**

------------------------------------x 1:4,13

**0**

**0000117** 31:11,15 72:18

**1**

**1** 31:10,14 65:19 72:17
**1/2006** 37:6
**10** 4:16 8:25 11:13,14,18
**10-minute** 31:4 56:15
**10/13/48** 5:9
**10001** 2:13
**10019** 2:8
**10038-4982** 2:19
**1099** 24:16,16 30:17,23,23 32:2,3,5
**1099-misc** 31:13,15 72:17
**11021** 4:25
**1124** 1:9
**11:28** 70:14
**12** 1:9
**1250** 1:20
**13** 38:2,15
**130** 47:12
**180** 2:18
**19** 1:15 5:6 8:5
**1975** 5:21 6:19 7:3
**1980** 8:9
**1981** 8:10
**1985** 5:6,6
**1995** 9:8
**1999** 26:20
**19th** 71:22
**1st** 49:11,14 73:15

**2**

**2** 32:10,13 34:13 65:20,21 66:4,15 72:20 73:24
**20,000** 28:12 29:2,10
**2000** 10:7 13:14 26:20,21
**2010** 49:11,15 73:16
**2012** 30:18
**2013** 1:15 37:15 71:23
**2014** 70:20 75:20
**244** 2:12
**25,000** 28:5
**25th** 59:3
**26** 4:24

**3**

**3** 35:22 36:2 73:4
**31** 72:17
**32** 72:20
**36** 73:4
**393** 2:7

**4**

**4** 37:15 45:15,19 68:20 72:4 73:9
**42** 72:11
**45** 4:15 73:9
**47** 55:11
**49** 73:13
**49th** 2:7

**5**

**5** 49:7,12 56:15 73:13
**5-minute** 26:7
**50** 4:15
**57** 73:19
**5h** 2:12
**5hh** 2:7

**6**

**6** 56:21 57:3 73:19

**66** 73:23 74:4

**7**

**7** 65:18,18,25 66:2 73:23

**8**

**8** 65:18 66:8,11,25,25 74:4
**80** 8:7
**85** 8:6

**9**

**9** 11:18
**99** 10:5,6,7 13:14 26:21
**9:25** 1:16

**A**

**a.m** 1:16 70:14
**accepted** 20:10
**access** 44:9
**accessible** 43:24
**account** 9:16,21,23 15:19,23 16:24,25 17:3,18 19:18,24 20:4,14 21:16 22:25 24:2,9,25 25:14,18,21 26:3,5 28:5 ,13,23,24 29:5,8 30:5 32:21 33:2 34:7,13,14,21 35:3,16 37:17 38:3,10,25 39:25 40:14 41:22,23 42:5,8 46:11,15 ,17 48:3,6,8 50:8,18 54:7,23 55:22,23 58:20,21 59:16 60:22 61:2,15 63:18,20,22,24 64:2,7,14,18,20,21 69:3 ,10,11,11
**accounts** 7:21 10:13 15:3,17 17:15 19:2,7 21:20 26:15 34:11 38:22 49:10,13 65:12 70:10 73:14
**across** 65:13
**action** 4:9 53:12 55:25 56:2,5 71:18
**actually** 14:22 40:9,15 41:3 48:18 49:6,24 51:13,13
**addendum** 16:19 20:17 21:18 22:24 40:24 48:3 70:9
**address** 4:21,22 43:17 44:7 68:3
**addressed** 31:11
**administer** 3:13
**administration** 5:24
**advanced** 6:13
**afterward** 44:12
**afterwards** 39:15
**again** 19:20 25:6,15 29:4 68:20 69:21
**against** 4:8 27:25
**ago** 41:14,15 68:16
**agree** 56:2 64:8,11,15
**agreed** 3:2,6,10
**agreeing** 54:12
**agreements** 19:11,19
**ahead** 66:17
**airline** 24:24 25:3 27:24 28:5,11,12 29:2,10,13,18,21 30:4,6,11 58:5,18,19,21 60:24 61:2,8,12,13,21 64:9,12 ,19
**airlines** 59:20
**al** 6:7
**allowed** 43:9
**along** 4:17
**always** 11:6 28:21 63:10
**am** 4:19 60:10 71:16,18
**amendment** 66:9,12 67:2,3 74:5
**america** 35:25 36:4 73:5
**american** 6:8 58:17 59:20 64:19
**amount** 28:25
**analyst** 65:7,8
**answer** 18:13 22:5 24:21 47:4,5 51:5 52:17 61:5 62:2 67:11
**answered** 31:2 38:12 52:21
**anybody** 22:7 24:22,25 32:5 52:3
**anything** 12:19 25:23 33:14 44:22 50:14 53:5,13
**appears** 54:25
**arbitraiton** 53:25
**arbitration** 44:24 45:6,8 51:16,25 52:7,12 53:9,10,19,21 54:6,12 56:4,6
**argue** 59:11
**argument** 59:22 60:5,8,15,17
**around** 37:25
**art** 65:19
**ashley** 67:21,23 68:22
**ask** 18:5,6,11,21 19:4 20:5 22:2,7 24:22,25 25:2 30:17 51:3,9 60:14,19 61:16 62:15
**asked** 12:11,13 30:5,8,25 32:7 38:11 52:4
**asking** 29:25 30:23 52:16 64:23
**associated** 41:23

**attorney** 53:18 56:3 61:6,7
**attorneys** 2:5,17 3:3
**audit** 43:18
**authorized** 3:12
**available** 24:3,8 42:24
**avenue** 2:12
**aware** 47:21 66:14 67:8,13,17
**away** 5:19

**B**

**b.a** 6:2,3
**baby** 8:10
**back** 7:3 26:12 35:11 43:2,24 45:2 46:21 47:2,10 58:9
**baghdad** 5:17
**balances** 20:8
**bank** 6:22,25 7:6,8,10,12 58:20 63:9 68:8 69:10
**banker** 10:3,9,17 12:18 13:3,10 14:21 15:8 26:16,24 35:24 36:3 39:2,20 47:10 65:10 67:24 73:4
**bankers** 9:24,25 13:18 37:11
**banking** 39:15
**basic** 19:3
**basics** 17:11
**bates** 31:10,15 32:10,14 33:4 35:22 36:4 45:20 49:8,15 57:4 72:18,21 73:6,10,16,20
**bayside** 11:10
**became** 10:3 26:16
**become** 13:2,10
**began** 37:10
**begin** 4:19 12:24
**beginning** 5:11
**behalf** 1:6
**behind** 7:18
**believe** 43:4
**bell** 11:10
**benefitted** 59:15 60:2
**bertram** 1:5 30:14,22 31:12 42:21
**besides** 6:3 19:3
**betcha** 54:4
**better** 25:6
**beyond** 58:25
**bicentennial** 5:21
**bills** 21:8
**binding** 52:12 53:9
**birth** 5:8
**bit** 5:10
**blood** 71:18
**bonus** 15:20 24:16,24 25:3 29:10
**booklet** 23:3,7,13,14
**boss** 27:8
**bottom** 44:22 58:14
**boulevard** 11:11
**bound** 23:9
**box** 38:23 39:9 47:15
**boxes** 39:5 40:10,11
**branch** 11:2,4,6 15:9,11 23:21,22 27:16,18 29:6
**branches** 65:13
**break** 4:16,18 26:7 31:5 56:16
**brief** 26:9 31:6 56:17
**broadway** 1:20
**business** 5:18,23,24,25 6:13 34:3

**C**

**call** 15:15 21:3 39:14 40:20 47:17
**called** 4:2,9 22:18 46:20
**can't** 41:13 43:14,15 44:9 60:13 61:4 68:14
**cancel** 63:22
**card** 15:6 20:22,25 21:2 28:25 29:9 40:3 46:9,14,14 48:11,15 54:16,19,21,23 55:3,5,16,19,21
**case** 7:17 9:11 38:20 41:7 44:4 47:16,18
**case** 1:9 4:12
**cases** 66:16
**cash** 7:18
**cashier's** 7:19
**center** 32:12,14 33:5 72:21
**certain** 28:25 29:8
**certainly** 43:8
**certify** 71:10,16
**cfa** 6:16 65:6 68:22
**change** 75:7,-,-,9,10,-,-,12,13,-,-,15,16,-
**changes** 35:2,15 38:9 75:5
**charge** 63:23
**charges** 17:23
**check** 18:20 38:23 39:4,8 40:9,13,16 41:3,5 43:8

checking 14:23 15:5 16:24 17:3 19:2 28:23,24 29:8 42:4
checklist 38:20 41:7,23 42:18 44:4,10 47:16,18
checklists 41:15,20 42:21
checks 7:19,19 9:12 10:14 17:18 40:6
christine 27:6
citi 31:11,15 34:3 38:3,10 46:6 72:18
citi-000000 51:4
citi-0000001 49:8,15 73:16
citi-0000002 50:17 51:13
citi-0000003 51:14
citi-0000023 51:20
citi-0000028 49:9,16 73:17
citi-0000119 35:23 36:4 73:6
citi-0000120 37:5
citi-0000123 38:19
citi-0000132 35:23 36:5 73:7
citi-0000133 32:11,15 33:4 72:21
citi-0000135 34:6
citi-0000139 33:4
citi-0000079 45:15,21 73:11
citi-000080 45:16,21 46:7 73:11
citi-000130 47:11
citibank 1:10,18 4:8 5:5 8:8,13,15 11:9,25 12:4 14:15 17:11 18:25 19:3,6 24:23 25:12 26:24 27:24 28:2,10 29:6,7 30:24 32:6,12,14 33:5 35:6 39:10 52:11 53:8,24 54:5,10 58:3,19 61:2 62:24 63:10,14 64:8,11 65:13 68:13 72:21
citibank's 15:24 16:12
citibank-00000024 54:16
citibank-000081 56:21 57:5 73:21
citibank-000086 57:9
citibank-000101 56:22 57:5 73:21
citigold 17:10 19:3
city 14:14,19
civ 1:9
civil 66:8
claims 6:24 56:4
clarified 35:12
class 53:12 55:25 56:2
clause 52:10,15 56:8,13 58:13
cleanup 62:5
clear 69:8
client 10:15 16:18,18 18:5 20:13,17 21:11,17,19 22:8,11 ,15,23,25 23:2,16 24:2,10 39:3,9,14 40:20,21,23,25 41:6,19,22 43:8,16 44:7 48:6 49:9,12,19,24 50:4,17 54:13,19,22,24 55:5,10,18 58:15 62:8,20,22,25 63:4,8 ,11,15,19 65:7,8 69:10,14,25 70:5,6,8 73:13
client's 43:10
clients 7:17 9:11 10:14 12:10 14:22 18:25 24:14
close 63:24 64:2
closing 50:18 64:6
clsc 65:19
co-counsel 4:12
collection 56:23 57:3 73:19
college 5:18,25
colleges 6:3
coming 15:18 30:22
comment 53:20 57:20,23
comments 57:17
common 67:4
company 75:-
complaint 27:25
complete 53:23
complies 32:20 36:10
compound 15:2
computer 21:5 32:25 33:11,11,13 34:21 35:19 38:21 39:21,23 40:8,16 46:18
computer-generated 33:12
concentrates 15:9
concierge 45:17,19 73:9
conditions 16:18,21 19:11 21:19 58:14 61:17 62:23 63:6
connection 58:19 64:13
consequences 30:11 58:15
const 65:19
constitution 65:20 66:3,10,12,14 67:3,9,14,14,17 73:23 74:5
constitutional 66:19
consumer 34:7 35:25 36:4 49:9,13 73:6,14
cont'd 73:2 74:2
contained 16:21 21:22 54:19 55:15 62:10
containing 62:8
contains 62:23
controversy 67:5

copy 55:4
correct 16:13 18:11 29:22 41:24 42:14 43:22 50:25 51:3
cost 18:7
counsel 4:8
country 5:15,16,19 65:13
county 71:6
couple 67:20
course 18:5
cpa 6:16
credit 15:6
currency 7:20
current 10:16
currently 11:24
customer 9:18,20 15:22,23 16:12 18:10,19 19:6,12,17 ,23 20:4 24:3,8,11 28:11 29:6 34:13 38:19 41:7 44:4,9 46:14 47:16,18 52:23 53:8 54:7,11 55:9,22 56:12 61:11 62:9,13,24 63:9,11,20 64:12,14 65:12
customers 15:4 32:6 44:23 46:10 52:11 54:18 56:8 58:4 ,18 60:25 63:16

**D**

dab 1:9
daily 45:18,20 73:9
date 5:8 31:17 32:16 36:6 45:23 49:17 57:7 66:6,13
day 44:11 70:20 71:22 75:20
days 40:20 44:12
debit 28:25 29:9
december 1:15 71:22
decide 13:2 53:14
defendant 1:12,18 2:17
degree 5:25,25
degrees 6:11,13
depending 16:23
depends 14:10 18:11 33:18
deposed 60:10
deposit 21:6
deposition 28:13
depositing 7:16
deposition 1:18 3:11 4:13 71:12,14
deposits 7:18
desk 9:12,16
destroyed 43:21
didn't 34:14,23 42:16 64:17
difference 23:6
directions 26:15 17:8,12,15,17,17,18,18,19,22,24 18:3 29:21 56:23 57:4 73:20
direct 9:16
directions 72:8
disagree 60:22
disclose 15:24 16:4,12,16 17:5 19:18
disclosed 44:22 64:9,12
disclosure 17:13,14 44:21
discovery 59:2
discuss 16:20,25 17:5 19:5,10 20:20 21:21 22:3 24:14 ,17 48:24 49:4 50:23 54:6
discussing 30:24
discussion 16:6 30:10 43:20
display 47:18
disputes 51:16,25 53:9,21
district 1:2,3
document 25:12 31:10,18 32:18,23 33:3 34:24 36:9,12 ,14,17,23 37:6,9,10 38:18 39:11,17,22 45:24,25 46:5,8 47:11 48:20 49:18 55:20 62:5,10,12,16
document's 45:17
documents 16:21 21:12,16,22 22:8,9 24:10 25:16 42:22 46:19 48:18,25 54:9 62:9,17 69:13
doesn't 39:24 49:20
doing 7:19 10:10 41:15 45:13 60:18
don't 7:2 13:11,15,15,16,23,24,25 14:11 15:6 17:16 18:17 19:9,21 22:5 23:6,22,24 25:23 26:18 27:7 28:19 29:16,17,24 30:2,5,15,20,20,21 37:3,13 39:2 40:2 40:21 41:5,10,13 42:20 43:6 45:11 47:6 50:3,22,25 51:19 52:18,19 53:4 55:17,17 57:13,21 60:16,18 61:9 ,18,20,24,25 62:12 68:3,9,10
done 20:15,21,24 42:13 48:12,14 60:12 62:4 70:13
donna 26:25
down 6:21
duly 4:3 71:13
during 38:14 40:14
duties 8:18,22 9:10 10:8,12

**E**

e-forms 34:3
earlier 46:13
east 7:12,24 8:21
education 5:11
effect 3:14
effective 49:11,14 73:15
either 14:23 34:15 53:7 56:5
elect 56:6
else's 69:2
employee 24:4
end 20:15 40:2 42:7,8 48:16 50:7 69:9,17
english 6:9
entail 7:15 9:10 10:8
entails 13:17,19 14:2
errata 75:2
esq 2:9,20
estoppel 59:12,22,24 60:14,17
ever 14:4,22 22:7,19 23:25 24:7,14,17,22 25:2 27:23 28:10,14 29:5 30:5,16 31:18 32:5 34:5 51:17 52:2 53:24 54:5 56:7,10 58:3
every 18:10 22:14 24:4 41:19 63:18
everyone 44:20 65:5
everything 6:8 10:10 18:4 20:12,18 42:3,13,14 48:8,13 ,14
evidence 32:10
exactly 69:19,21
examination 4:5 26:10 31:7 72:3
examined 4:4
example 19:24
exceed 67:5
except 3:7
exhibit 31:10,14 32:10,13 35:22 36:2 45:15,19 49:7,12 56:21 57:3 65:17,18 66:2,7,11,25,25 68:20 72:17,20 73:4,9,13,19,23 74:4
exhibits 72:14
expectations 47:16 59:14
expected 61:5
explain 10:11 20:6,7,12 21:7 46:15 50:6 57:9 70:3
explained 40:24

**F**

familiar 57:16
far 59:4 63:17
fee 17:19 18:20
fees 17:17 20:7,11 21:20 46:16
few 8:11 40:20 44:12 62:5
filing 3:4
financial 65:7,8
find 43:8
finish 5:17 14:6 22:4 39:19
finished 5:19 68:15,16
finishing 42:8
first 18:21 26:25 46:22 56:25 65:19
five 7:5
fix 10:15
fled 5:19
flyer 58:12
flyers 22:24 48:3,23
folded 23:10,11
folder 49:23
follow 25:13 40:20
follow-up 47:17
followed 44:15,17
following 75:5,-
follows 4:4
force 3:13
foreign 7:20
forever 66:20
form 3:7 13:21 14:25 19:8 23:18 24:16 25:19 28:3 31:12 ,14,20 32:3,6,11,14 33:5,13,14 41:25 45:4 46:2,24 49:21 51:2 58:23 64:4,22 69:22 72:17,20
formal 25:11,16
forms 34:4
forth 71:12
foundation 47:9,11
foundations 35:24 36:3 73:5
four 8:12
from: _____ 75:7,-,10,-,13,-,16
front 63:3,5
furnished 72:10
further 3:6,10 26:10 31:7 71:16

future 47:17

**G**

g-e-o-r-g-e 27:11
general 56:3
gentleman 30:16,21
george 27:8,11 69:5,6
gets 23:22 36:19 40:4
getting 56:10 59:23
give 19:24 20:16 21:2,6 22:9,14 24:3,9,11 34:22 41:5 48:6 50:9 63:18
given 40:25 71:15
giving 36:25 69:20
go 4:14,15 5:14 9:17 13:9 14:12 17:22 19:22 21:7 33:10 ,14,16,22 34:2,5,8,14,20,23 37:4 42:12 43:24 44:13 46:6 47:2,10 49:25 50:3,22 51:18,20 52:11 53:11 54:15 59:6,18,20 60:23 62:12
goes 59:16
going 7:22 21:8 36:15 41:11 52:2 59:10 60:8 65:16 66:16
good 70:12
great 4:25 7:6,6,8 11:4,20 12:6
guaranteed 66:18
guess 8:6
guide 35:25 36:3 73:5

**H**

hail 65:22 66:4 73:25
hand 20:16 21:12,17 71:22
happens 19:23 39:13 43:12
happy 63:21
haven't 55:23
having 4:3 13:9
he's 37:7 47:7 52:16
headquarters 14:15
heard 22:19 45:10
held 1:19
hereby 3:2,5 71:10
herein 3:4
hereinbefore 71:12
heretofore 66:18
hereunto 71:21
hi 4:7
high 5:11
highlighted 50:19
hikma 6:7
hire 36:19
hires 36:18
hirsch 1:5 30:14,22 31:12 42:21
hmm 57:22
home 4:22 15:15 50:12

**I**

i'd 32:9
i'll 43:7 47:8 49:4 50:5 51:21 61:16
i'm 4:7,11 5:17 9:11 10:7,18 16:22 33:18 51:13 59:10,23 65:16 66:16 67:12 68:8,17,17
i've 33:2 34:10 59:4
id 72:15
identification 31:16 32:15 36:6 45:22 49:16 57:6 66:5 ,13
igor 1:5 42:22
immediately 63:22
important 52:25
in-house 14:12
including 49:10,13 53:11 69:14 73:14
indicate 40:17 44:16 68:24
indicates 49:22
indications 40:12
inform 35:4,6 56:12
information 43:10,10,16,22 44:2 72:7
informed 58:3 62:9
inside 55:5,10
instance 23:8 40:23
instruct 25:18
instruction 33:12
instructions 25:13 32:22
insurance 6:24
insured 57:2
interacting 12:10
interested 71:19
internal 25:17 39:10

introduce 35:21 45:14 49:7 56:20 65:16,17
introduction 34:8
investigation 57:15
involved 21:9,20
iraq 5:17,22 6:4
irs 64:9
island 14:19
issue 59:16
issued 60:25
issues 59:17
it's 6:7,8 9:18 11:18 12:21 14:10 15:15 16:24,24 17:6,16 ,16 19:22 22:16,22 33:14 33:9,13 34:20 38:13 39:2,2,14 40:6,7 41:11 42:4 43:7,16,17,24 44:6,6,10,12 46:9,20,25 49:7 51:14 53:22 54:4 56:22 57:14 58:12 62:25 63:2,3,9 65:4 70:9,10
itself 48:22

**J**

james 2:11 4:7 26:6 45:13 52:14 53:17 58:25 59:10,13 ,13,13,17,23 66:23
january 30:18 49:11,14 73:15
joe 40:22
joint 55:25
joseph 2:20
jump 66:17
jury 52:13,24 65:21 66:4,16 67:6 73:25

**K**

k-278 2:12
keep 20:8 39:9,12 43:5,5,10,14,15
kelly 2:11 4:6,7 18:13 25:7 26:8,11,12 28:8 31:8,9 32:9 33:3,9 35:21 37:22 42:20 45:14 47:8,13 49:6 52:9 56:20 58:9 59:8,12,14,22,25 60:5,7,13,22 64:10,25 65:16,25 66:7 70:12 72:4
kind 12:3 15:17 17:20 21:9 22:12 37:16
kinds 12:11
kit 47:19,21,24 48:2,4,9,16,19,22 62:7 69:15,20 70:2,4
know 4:14 7:5:13 13:8,11,15,16,17,20,23,24,24,25 14:8,10,11 15:6 16:17 17:7,16,20 18:4 19:9 20:12 21:7 ,9,19,23 22:2,18,21 23:6,20,22 28:21 29:16,17,20,24 30:2,20 31:23,25 32:3 36:14,22 37:9,13 40:9 41:2,13 42:16 43:7 45:6,8,11 48:22,25 52:7,15,18 53:2,4,5 ,13 55:15,17 57:10,13 58:13,17,21 60:16,18,24 61:9,18 ,20,21,24,25 63:17,17 65:6,11 67:21,25 68:3,5,6,9,10 ,12,15,25 69:4
knowledge 13:13
knows 68:8

**L**

l-o-t-t-o 27:11
lane 2:18
last 16:7 26:13 27:4,10 51:6,7,22 56:18
later 42:16
lavan 2:16
law 2:11 67:4
lawsuit 30:14
learn 12:8,12
learned 13:7 25:25
left 3:3,9
legal 1:20
lending 14:24 15:15
lenient 59:4
let 21:22 22:2,4 39:19 48:25
let's 17:3 19:22 31:4 46:6 49:7 56:15 59:20 60:23
license 6:16,16
line 75:-
list 42:10
little 5:10 40:12 44:19 51:22
lived 68:5,6
llp 2:16
long 7:4,25 8:24 11:12 14:8,19
look 32:17 33:15,16,22 34:2,3 36 50:10 55:24 57:16 59:8 68:19,21
looking 33:18 37:8 54:25
lose 31:19 56:24
lot 50:4
lotto 27:8 69:5,6

**M**

m-a-r-s-i-c-o 27:4
maiden 2:18

main 10:12
maintenance 50:18
manager 10:22,23,25 11:3 12:13 26:2 27:13,14,16,18
mandate 59:9
manual 16:18 20:17 21:11,17 22:8,11,23 23:2 24:10 25:12,17 40:24 48:2 49:9,12,19,25 50:17,22 54:13,20 ,22,24 55:5,10,18 62:8,20,23 63:2,8,11,15,19 69:15 70:6,8 73:13
manuals 20:16 23:16 24:3 54:9
march 37:15 38:2,15
marisco 27:2
marked 31:16 32:15 36:5 45:22 49:16 57:6 66:5,12
market 57:2
marketplace 40:24
markets 49:11,14 73:15
marriage 71:18
master's 6:13
materials 17:13
matter 71:20
may 3:11 56:4,4 67:11
maybe 4:14,16 7:5 13:14 35:10,13 41:18 68:16
mean 19:9 61:20 63:24
meaning 38:16
means 65:6
michael 67:21,23 68:22
middle 23:12
midtown 14:17
mile 27:24 29:14,18,21 30:4 58:5,19 61:2
miles 24:24 25:3 28:5,11,12 29:2,10 30:6,11 58:4,18,21 59:20 60:25 61:8,13,21 64:9,12,19
mind 26:18
minute 42:15
minutes 4:15,16
missed 46:22
money 7:16 24:25
mortgage 14:24 15:7
mortgages 15:9,11,13
mostly 25:25
motions 72:12
move 53:22 60:3,3,3,6,23
moved 7:5,8 11:19,20 12:17
mr 4:6,11 13:21 14:25 15:25 16:5,7,10 18:12,13,14,23 19:8,13,16,20 22:4 23:18 24:18,21 25:4,6,7,19 26:6,8 ,11,12,17,21 27:3 28:3,8,16,18 29:3,15,23 30:19,25 31:4,8,9,20 32:9 33:3,8,9,23 34:16 35:5,7,10,21 36:7 37:7,12,19,22,23 38:4,11 39:19 41:9,21,25 42:20,25 43:19 44:25 45:4,12,14 46:2,21,24 47:3,8,12,13 49:6,23 50:24 51:2,5,21 52:9,14,16,19,21 53:3,15,17 54:2,4 56:15,18,20 57:11,18 58:7,9,23 59:8,10,12,13,14,17,22 ,23,25 60:3,5,6,7,9,13,16,22,23 61:4,19,23 62:12,14 63:12 64:3,10,16,22,25 65:14,16,23,25 66:7,22 67:7,10 ,11,18 69:22 70:12 72:4
ms 54:3 43:4
myself 26:5

**N**

n.a 1:10,19
name 4:7,20 6:6,25 26:23 27:5,10 44:7 48:7 65:9 68:22
named 30:21
names 43:17
nancy 1:22 71:8,25
national 32:11,13 33:5 72:20
neck 4:25 7:6,7,8 11:4,20 12:6
need 4:18 15:5 20:9,18 21:19 33:14,15,20 44:1
needed 32:25
new 1:3,21,21,23 2:8,8,13,13,19,19 4:25 7:12,21,24 8:21 13:18 36:18,19 41:22 65:21 66:3,15 67:16 71:4,6,9 73:24
next 34:12 40:20 53:10 54:15 66:24
nicely 23:9
nine 8:2,3
no 1:9 6:5,15,15,17 7:23,23 8:7 9:21,22 11:8,10 12:7,8 13:11,24 14:3,6,14 15:10 18:9,18 19:15 22:10,11,14 23:24 24:2,4,12,13,19,20,21 25:10,22,24 28:6,17,18 29:19 30:7,9,10,12 31:24 32:8 33:9 34:3,5 35:9 36:18 ,24 37:2,3 38:7,13,17 39:12,25 40:13,18 41:5,10,10 44:6,11 45:7,9 47:6 50:3,11 53:16 54:8,14,21 55:12,13 ,14,25 56:2,9,14 57:14 58:2 64:6,6 65:5 67:19 68:2,4,8 ,11,18 69:22 70:12 72:4
nobody's 14:4
nods 38:17 61:10 69:16,18
none 24:8
nor 56:4
north 35:25 36:3 73:5

**notary** 1:22 4:3 71:8
**note** 44:19
**noted** 70:14
**notes** 44:18
**nothing** 6:18
**notice** 1:21 49:10,14 73:15
**notify** 54:11 56:12
**november** 5:6 59:3
**number** 33:4 35:22,22 36:4 48:8 49:8 65:23 68:3 73:6
**numbered** 31:11,15 32:11,14 45:21 49:15 57:4 72:18,21 73:11,16,20
**ny** 65:19

O

**oath** 3:13
**object** 19:20 34:16 51:21
**objected** 35:13
**objection** 13:21 14:25 15:25 16:10 18:12,23 19:8,13 23:18 24:18 25:4,19 28:3,16 29:3,15,23 30:19,25 31:20 33:23 35:5 37:12,19 38:4,11 41:9,21,25 45:4 46:2,24 47:4 50:24 51:2 52:14 53:3,15 54:3 57:11,18 58:7,23 61:4,19,23 62:14 63:12 64:3,3,16,22 65:14 66:22 67:7 ,10,18 69:22
**objections** 3:7
**obligations** 19:5
**occurred** 30:18
**occurs** 42:17
**off** 8:11,12 16:5,6 38:23 39:4,8 43:19,20
**offer** 14:24 15:19 24:23,24 28:15,24 29:7 32:9 58:20 61:13 64:15
**offers** 24:15 27:24 28:11 29:14,18,21 30:4 58:5 61:2
**office** 2:11
**officer** 3:12 9:6,7 10:2 11:21 12:5,9
**offices** 1:19
**oh** 5:6 6:21
**okay** 4:10 5:12 20:5 47:8,20 52:21 59:18,20 61:25 62:3 ,4 70:13
**on-line** 21:8
**once** 20:13
**one** 10:25 11:3 26:20,25 27:6,7,18 28:4,10 30:3 34:8 41:19 48:23 55:10,10 59:9 69:2,7
**ones** 29:12
**open** 9:16 10:13 15:3,19,23 18:25 25:13,18,21 27:23 28:4,10 29:5,7 32:21 34:13,21 35:3,16 38:22 42:5 46:11 ,15 48:24 49:25 50:8 54:7 55:22 61:11 63:18 64:18,21 69:11
**opened** 15:17 24:2,9 28:24 30:4 69:2
**opening** 7:21 16:22 19:6 20:14 21:10 22:25 26:3,4,15 33:2 34:7,10,13 37:17 38:2,2,9,24 39:25 40:14 42:9 48:4,7 50:18 54:23 55:22 58:20 59:15 61:14 64:13,20 65:12
**openings** 9:21,23
**opens** 19:17,23 20:4 41:22 63:20 69:10
**opinion** 64:24
**orally** 19:19
**order** 9:12,14 10:14,14 23:24 24:5,6 59:3
**original** 37:5
**ourself** 22:23
**outcome** 71:19
**outside** 5:15
**overdraft** 18:20 20:9,10 46:16
**overdrafts** 17:25
**own** 12:14 13:7 44:18 52:3
**ownership** 50:18

P

**p.c** 2:4
**package** 17:6,15,17,21 20:7,13 22:12,13,18,19,22 46:19 ,20
**packages** 17:8,9 20:6
**page** 34:6,12 37:4 44:8 46:6 50:16 51:4,13,15,20 54:15 55:11 56:25 57:8 63:5,5 66:24 72:3 75:-
**pamphlet** 23:5,7 49:21,23
**paper** 43:5 48:6
**papers** 20:16 39:12
**part** 46:22
**participant** 35:24 36:3 73:5
**participate** 53:12
**particular** 36:16 46:17 53:6 56:8,12
**parties** 3:4 52:8 55:25 71:17
**paying** 21:8
**payment** 9:13
**payments** 10:14 18:3

**penalties** 64:5,6
**pending** 37:24
**people** 13:2,9 50:10
**period** 63:13
**permissible** 59:2
**person** 9:15 15:13
**personal** 10:3,9,17 12:18 13:3,10,18 14:21 15:8 26:16 ,24 35:24 36:2 37:11 47:10 64:24 65:9 67:24 73:4
**pertain** 16:22 22:24 48:3
**pertained** 17:20
**phone** 44:7
**physically** 40:15
**picking** 17:7
**place** 40:15
**plaintiff** 1:8 30:14
**plaintiff's** 31:10,14 32:10,13 35:22 36:2 45:15,19 49:7 ,12 56:21 57:3 65:17,18 66:2,7,11,25 68:20 72:15,17,20 73:4,9,13,19,23 74:4
**plaintiffs** 2:5 4:8 42:23
**plaza** 2:6
**please** 28:9 53:22 68:20
**policies** 15:24 16:12,15
**policy** 15:24 16:1,16 63:10
**pops** 42:5,6
**position** 8:16 9:4,5,19,25 10:4,16,18
**possibly** 61:5
**practices** 65:11
**pregnant** 8:6
**prepare** 22:22 48:2
**present** 47:19
**preserved** 67:6
**previous** 34:1
**previously** 26:22
**prewritten** 18:18
**prices** 19:3 20:20
**pricing** 17:24 18:3
**print** 32:24 33:2 34:4 43:25
**printed** 39:24 40:4,7 43:11 44:10,13
**printer** 42:9
**printing** 37:5
**printout** 43:21 57:14
**printouts** 56:23 57:4 73:20
**prints** 42:10,11 46:18 69:12
**privacy** 49:10,13 73:14
**private** 56:3
**problems** 10:15
**procedure** 52:8
**procedures** 54:10 56:11
**proceeding** 53:13
**process** 7:22 19:22 37:17,18 38:5 41:8 51:23 69:9
**product** 21:8
**production** 42:24
**professional** 6:10
**program** 6:14 25:11 36:20
**promotion** 58:12 65:5
**promotional** 14:23 15:18 24:15 27:24 28:11,14 29:14 58:5 61:12
**promotions** 28:22 65:4
**prospect** 4:24
**provide** 17:13 47:8 63:11 69:17
**provided** 24:16 25:12 42:22 53:24 54:5,10 58:18 63:15 69:14
**provides** 52:10 53:7
**provision** 52:23 54:12 66:19 67:8,13
**public** 1:22 4:4 71:8
**pursuant** 1:21 59:2
**pursued** 56:4,5
**put** 22:23 24:25 28:5 31:9 40:10 41:3,5 46:19 48:2,8,22 62:7 63:12 69:13

Q

**question** 3:8 13:22 15:2,2 16:8 18:15 19:14 22:5 23:19 25:5,8,20 26:13 28:8 31:21 33:8 34:17,18 35:8,14 36:7 37:20,20,23 38:13,14,15 40:22 42:2 44:25 45:5 46:3,25 51:6,7,22 52:17,17 56:18 58:10,24 60:9,11 64:17,23 69:7,23
**questions** 12:11 19:5 22:7 46:16 49:4 50:5,13 52:4 59:5 60:14,19 62:5 70:10
**quickly** 59:6,18,21

R

**rate** 57:2
**read** 16:9 18:16 25:6,7,9 26:12,14 32:18 34:19 35:10

45:2,3 46:21,23 50:5 51:8,10 56:19 58:9,11,16 61:16 62:18
**reading** 67:12
**ready** 4:19
**really** 35:18 36:14 39:2 50:15 68:17
**reason** 63:21 75:8,-,11,-,14,-,17,-
**reasons** 75:-
**recall** 12:6 22:13 25:23 28:14,20,23 29:12,14 30:21 31:18 37:25 38:8 41:8 42:20 52:2 57:21,23 63:14
**receipt** 25:3
**receipts** 21:6
**receive** 12:3 15:20 24:23 30:17,23 32:7 58:4 61:14 64:13,19
**receiving** 30:11
**recess** 26:9 31:6 56:17
**recognize** 32:19 36:9,13 38:19 45:24,25 46:8 49:18
**record** 4:21 5:7 16:5,6,9 18:16 25:9 26:14 33:6 34:19 43:19,20 45:3 46:23 51:8 56:19 58:11 71:14
**records** 39:9,10 43:2,7
**regular** 54:22 55:2
**related** 21:16 59:25 60:14,17 71:17
**relationship** 14:24
**remain** 66:19
**remember** 7:2 13:15 27:8 28:19 30:13,15,20 31:3 36:12 41:13,15 56:7,10 68:14
**repeat** 18:14
**rephrase** 19:16 35:13
**replaces** 53:7
**report** 45:18,20 64:9 73:10
**reported** 10:20
**reporting** 75:-
**representative** 56:3
**request** 32:20 36:10 42:23 43:6
**requests** 72:7,11
**require** 52:11 53:8
**required** 52:23 54:18 55:9 69:13
**requirement** 43:18
**requiring** 54:11 63:15
**rescind** 63:25
**reserved** 34:8
**resolution** 51:16,24
**resolve** 53:21
**resolved** 53:9
**respect** 22:8 46:17 70:6
**respective** 3:3
**result** 15:18 60:25
**review** 47:15
**revised** 37:15
**revision** 37:17
**revisions** 37:25 38:8
**right** 10:13 37:8,14 47:15 50:19 52:12,24 53:11,12 59:16 60:6,11 67:6
**right-hand** 47:14
**romanov** 1:6 42:22
**rq** 42:20
**rulings** 72:9
**run** 5:19 24:5
**runs** 33:3

S

**safir** 1:19 4:24 5:1,2,4 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1,4 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1,17 71:1,11 72:1,4 73:1 74:1 75:1,19
**salary** 32:4
**sales** 25:11,17,17 38:2 54:10 56:11,11
**sam** 4:11
**samuel** 2:9
**saving** 42:4
**savings** 7:12,24 8:21 14:23 15:5 16:25 19:2 28:5,13 58:20 69:10
**say** 12:25 17:16,19 25:15 29:4 70:7
**saying** 47:7 60:7,13
**says** 32:2 34:7,13 37:14 40:23 47:19 51:16,24 52:15,15 55:25 58:14 63:8,8 66:22,23 68:22
**schoengold** 2:4
**school** 5:11,14 6:6
**scope** 58:25
**screen** 33:11 39:21 40:8,16 42:6,7 56:23 57:4 73:20
**sealing** 3:4
**second** 27:6 37:4 38:15 46:6 50:16 51:4,12

section 44:21 50:19 52:5 65:20,21 66:4,15 73:24
seeing 31:18 36:12 42:21
seems 37:16
seen 32:22 36:16 55:23 67:15
selling 7:19
send 13:3
sentence 53:6,10
separate 55:19
service 9:6,7,18,20 10:2,13 11:21 12:5,9
sessions 12:19
set 18:9 47:16 71:12,22
seventh 66:8,9,11 67:2,3 74:4
shall 3:8 66:19 67:5,6
she's 53:17,18,20 59:19 61:6,6,7
sheet 75:2
show 48:19 49:3,5 62:17 70:4
showed 32:5
showing 30:22
shredded 43:14
side 54:17
sign 15:22 20:21,24 21:2 24:22 46:10 48:10 54:18 55:9
signature 20:22,25 21:2 40:3 46:9,14 48:10,15 54:16,19 ,21,22 55:3,5,16,18,19,21
signed 3:12,14 14:22 48:15 55:21
signing 54:13
signs 46:14
similar 53:13
similarly 1:7
situated 1:7
slide 47:17
slow 51:23
solutions 1:20
somebody 15:18 23:25 26:4 30:3 52:4
somebody's 57:19
something 13:15,19 35:12 44:17
sometimes 33:16
somewhere 14:13
sorensen 1:22 71:8,25
sorry 47:3 51:14,22 54:2 58:8
southern 1:3
speak 22:6
speaks 39:23
special 15:12
specialist 15:16
specific 46:4 52:4
specifically 62:19
specifics 29:17
spell 27:3,10
sporn 2:4,9 4:11 16:5,7 18:14 24:21 25:6 26:17 27:3 28:18 31:4 43:19 47:3 52:16,21 54:2 56:15,18 65:23 67:11
square 14:18
ss 71:5
stage 34:7,13
staple 23:8
staples 23:12
start 5:5 10:4 14:7 20:14 22:5 26:15 41:8 65:18
started 8:8,13,15 9:7 11:10,21 13:8,9,12,14 17:7 26:5 36:22,25 63:14 68:12
state 1:23 4:20 5:7 65:21 66:1,15 67:16 71:4,9 73:24
stated 16:11 46:13
statement 18:19 21:3 37:21,22
statements 9:14 10:15 18:10
states 1:2 34:5 37:5 47:15 50:17 53:6,7 56:2,25 66:15 67:2,4
stating 29:7
step 20:3 34:21,21 38:24 40:7,12,17 41:3 44:16
steps 19:24 20:2 25:21 26:3 33:17 34:9,20 35:3,15 36:15 38:5,9 44:14 56:11
stipulated 3:2,6,10
stop 9:13 10:14 18:3,20
strauss 2:20 13:21 14:25 15:25 16:10 18:12,23 19:8,13 ,16,20,22,24 23:18 24:18 25:4,19 26:6,21 28:3,16 29:3 ,15,23 30:19,25 31:20 33:8,23 34:16 35:5,7,10 36:7 37:7,12,19,23 38:4,11 39:19 41:9,21,25 42:25 44:25 45:4,12 46:2,21,24 47:12 49:3 51:2,5,21 52:14 ,19 53:3,15,17 54:4 57:11,18 58:7,23 59:10,13,17,23 60:3,6,9,16,23 61:4,19,23 62:2,14 63:12 64:3,16,22 65:14 66:22 67:7,10,18 69:22
street 2:7 4:24 6:21
strike 28:6,8 49:6 52:9 64:10
stroock 2:16,16
structure 10:20
studies 5:13
subject 27:25

subscribed 70:19 75:-
suggest 59:6 60:19
suite 2:7,12
suits 67:4
summary 57:2
supervisor 12:14,15,16 26:2 27:12,21 69:4
supervisors 10:19 26:23
supposed 65:15
sure 10:7 26:8 42:13 44:14 68:8,17,18
sweeney 27:6
sworn 3:11,14 4:3 70:19 71:13 75:-
system 21:4 32:25 35:18,19 43:22,25 44:6,8 52:24

**T**

taken 19:25 20:3 26:9 31:6 34:9 38:5,6,9 40:17 56:17
taking 7:17 9:11
talk 5:10 17:3,7 19:4 44:23 51:17
talked 14:4 44:5
talking 13:18 26:2 30:13 44:2 46:4 56:7
tax 30:10 58:15 61:7
taxability 61:8
taxable 24:17 25:2 30:6 58:6,22 61:2,14,22 64:14,20 tell 4:18 5:4 18:22 20:17 21:15 24:5 48:21,23 61:16 62:15,19,22 69:19,21,24,25
teller 7:14,15,23,25 8:17,19,24 9:5 11:15 12:11,14
ten 9:2
term 22:12,19 27:14 45:10 61:6
terms 10:20 12:4 16:17,20 19:10,19 21:18 58:14 61:17 62:23 63:6
testified 4:4 43:4
testify 53:18 59:19 61:7
testimony 71:15
thanks 39:15
that's 5:2 7:24 11:4,13,14 20:19 22:14 27:8,12,21 33:8 34:6 37:10 39:18,25 40:13 44:7 45:12 47:11,25 49:19 51:15 55:2 58:15,18 60:5 65:25 69:12 70:12
themselves 1:6
there's 12:25 15:12 17:10,10 18:9,9,18 27:18 28:21 50:3 54:21 55:4,18 58:13 62:2 64:6
thereafter 63:22
therein 62:10
they're 20:21,24 42:24 63:21
they've 30:8 50:5
thing 12:21 34:14
things 16:3,25 17:4 21:21 29:8 33:21,25 50:4 67:20
think 6:21,24 7:11 8:2,25 10:5 11:18 14:18 26:20 27:7 46:13 52:22,25 55:17 58:12 62:4 69:7 70:12
third 34:6 47:14 51:15
three 29:9 68:16,17
thus 59:4
time 3:9 7:11 8:16 12:12,22 14:22 23:25 24:7 35:17,19 38:15 42:5 53:23 60:21 63:12,18 70:14
times 27:19 29:2,9
title 15:14 62:16
titled 32:11 35:23 45:17 49:9 65:19 66:8
today 4:9
together 21:11,13 51:11 62:7 69:13
told 47:25
took 8:11,12
top 47:14,15 50:20 55:24 56:25 68:21
trained 12:20,22 13:5
training 12:3,5,18,23,24,25 13:3,9,19,25 14:6,9 36:20 53:25 54:6
transaction 64:2
transaction/transmittal 45:18,20 73:10
transactions 42:8
transition 47:17
transmit 40:2
travel 7:19
trial 3:9 52:13,24 65:21 66:4,16 67:6 73:24
trials 66:8
true 71:14
try 19:16
turn 38:18 50:16 51:4,12 57:8 66:24
types 59:5
typically 24:11

**U**

u.s 49:10,14 66:10,12 67:3,14 73:15 74:5
um-hmm 8:23 10:24 11:5,16 12:2
understand 18:17 19:14,21 35:7 40:21 47:6 64:17
understudies 5:22
united 1:2

university 6:7,8
unless 62:15
upgrades 35:18,19,20
us 5:4 39:15 40:18
use 7:11 20:10 28:25 29:9
used 37:10 65:10 67:24
usually 50:10,13

**V**

vague 15:2 19:13 28:16 65:14
value 67:5
veritext 1:20 75:-
violate 66:20
vivian 1:19 4:24 5:2 70:17 71:11 72:4 75:19
vs 1:9

**W**

wait 51:5
waive 52:12,23
waived 3:5 65:22 66:4 73:25
waivers 17:19
wall 6:21
want 9:12,13,13,15,16 31:9 35:13,21 45:14 56:20
wanted 12:12
wants 65:5
wasn't 12:20,22 13:5
waste 53:23
wasting 60:20
watched 26:4
we'll 4:14,14 51:10
we're 4:12 20:15 43:9 48:12 54:24 62:4 70:13
we've 4:9
weeks 40:19 43:13
welcome 22:12,13,19 39:15 46:19 47:19,21,24 48:2,4,9 ,16,19 62:7 69:15,20 70:2,4
well 9:11 13:23 16:17 17:6,10,14 20:5 21:24 22:22 34:17 47:25 49:3 52:9,16 55:4 63:17 70:8
went 61:11
west 2:7
what's 15:14 16:7 20:11 21:20 23:6 25:5 36:15 56:18 70:4
whatever 7:20 16:22 17:6,20 18:4,5 21:9,19 24:24 42:4 44:7 46:16 48:5,21,22 63:21 69:11 70:3
whereof 71:21
whether 19:2 24:15 42:4 44:16 52:3 58:4,17 59:15,25 60:24 61:21
whose 71:12
why 30:17,23 32:7 43:15 55:15,17 64:25 68:24
wide 2:6
will 15:19 18:21 43:2 47:17 51:10 64:9
window 7:18
wish 75:5
withdrawals 7:18
within 3:11 20:18 43:13 71:9
without 63:23
witness 4:3 19:15 27:4 28:19 29:24 32:20 35:9 36:10 38:17 43:9 47:6 49:22 60:11 61:10 67:12 71:11,15,21 72:3
witnesses 69:16,18
work 6:20 10:20 39:14
worked 6:21 7:6
working 5:5 11:24 14:7 68:12
works 68:10
world 2:6
write 34:22 44:18,19
writing 17:18 57:19,21,23
written 62:25 63:2,3
wrong 59:17

**Y**

yeah 7:17 14:16,20 16:14 26:4 33:13 38:21 39:23 40:5 42:15 43:23 47:23 48:17,21 49:19 55:2 62:17,25 65:4 68:23
year 5:18 13:11 26:17,18,19 38:16 41:14,15
years 7:5 8:2,3,11,12,25 9:2 11:3,13,14,18 34:11 41:12,17 68:16
yes 4:23 5:3 6:2 7:9 8:14,20 9:3,9,20 10:18 11:3,23 15:12,21 16:2 17:2 18:2,8,24 20:23 21:14,17 22:17,20 23:4,15 27:15,17,20,22 29:11 33:15,19 34:6 36:11,21 41:6,16 46:12 47:13 50:9,21 51:10 57:25 62:11,21 63:25 64:25 65:2 67:22 68:7
york 1:3,21,21,23 2:8,8,13,13,19,19 4:25 7:12,24 8:21

65:21 66:3,15 67:16 71:4,6,9 73:24
**you'd** 13:20
**you'll** 33:16
**you're** 59:17 60:7,18,20 69:20
**you've** 11:6 30:4 36:16 40:17 42:13 45:10

Page 1

1
2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3
     CASE No. 12 CIV 1124 (DAB)
4    -----------------------------------------X
5    BERTRAM HIRSCH and IGOR ROMANOV, on behalf
     of themselves and all others similarly
6    situated,
7
                         Plaintiffs,
8
             -against-
9
     CITIBANK N.A.,
10
                         Defendants.
11   ---------------------------------------X
12               75 North Station Plaza
                 Great Neck, New York
13
14               DATE: January 14, 2014
15               TIME: 11:03 a.m.
16
17        DEPOSITION of JACKLINE SARRAF, a
18   party in the above-entitled action, held
19   at the above time and place, taken before
20   Rosanna A. Russell, a Shorthand Reporter
21   and Notary public of the State of New
22   York, pursuant to the Federal Rules of
23   Civil Procedure, Notice and stipulations
24   between counsel.
25               * * * * * *

Page 2

1
2 A P P E A R A N C E S :
3
    SCHOENGOLD, SPORN, P.C.
4       World Wide Plaza
        Attorneys for Plaintiffs
5       393 West 49th Street
        Suite 5HH
6       New York, New York, 10019
   BY:   SAMUEL P. SPORN, ESQ.
7
8
   THE LAW OFFICE OF JAMES C. KELLY
9       244 Fifth Avenue-Suite K-278
        New York, New York 10001
10   BY:   JAMES KELLY, ESQ.
11
12
   STROOCK & STROOCK & LAVAN, L.L.P.
13       Attorneys for Defendant Citibank
        180 Maiden Lane
14       New York, New York, 10038
   BY:   JOSEPH E. STRAUSS, ESQ.
15
16
   ALSO PRESENT:
17
        Bertram Hirsch
18
            *       *       *
19
20
21
22
23
24
25

Page 3

1
2       STIPULATIONS
3    IT IS HEREBY STIPULATED AND AGREED, by
4  and among counsel for the respective
5  parties hereto, that the filing, sealing
6  and certification of the within deposition
7  shall be and the same are hereby waived;
8    IT IS FURTHER STIPULATED AND AGREED
9  that all objections, except as to form of
10  the question, shall be reserved to the
11  time of the trial;
12    IT IS FURTHER STIPULATED AND AGREED
13  that the within deposition may be signed
14  before any Notary Public with the same
15  force and effect as if signed and sworn to
16  before the Court.
17
18           *     *     *
19
20
21
22
23
24
25

Page 4

1
2       JACKLINE SARRAF, residing at 15
3  Wooleys Lane East, Great Neck, New
4  York 11021, the witness herein, having
5  first been duly sworn/affirmed by the
6  Notary Public, was examined and
7  testified as follows:
8  EXAMINATION BY MR. SPORN:
9    Q    Good morning, Ms. Sarraf.  My
10  name is Samuel P. Sporn, and along with
11  Mr. Kelly, we represent the plaintiffs in
12  this action.
13        And you're represented Mr.
14  Strauss here.  And we have Mr. Hirsch
15  attending as well.
16        What is your business address,
17  please?
18    A    111 Great Neck Road, Great Neck,
19  New York 11021.
20    Q    And forgive my asking this
21  question, what's your date of birth?
22    A    ███████.
23    Q    And tell us about your -- before
24  we do that, during this deposition we
25  should go a short period and go through it

Page 5

1        Jackline Sarraf
2  in hopefully an hour.  And so if that's
3  okay with you, but if you need a break at
4  any time, you'll tell us if you need a
5  break.  But that will count toward our
6  hour as well.
7        But in any event, have you ever
8  been deposed before?
9    A    Never.
10    Q    And tell us about your high
11  school education.  Where did you go to
12  school?
13    A    In Iran.
14    Q    In Iran?
15    A    Yes.
16    Q    And where in Iran was that?
17    A    Tehran, Iran.
18    Q    Iran, okay.  How old were you
19  when you came the U.S.?
20    A    Eighteen.
21    Q    Eighteen.  Had you finished like
22  high school there?
23    A    I finished high school there.
24    Q    And did you come directly to the
25  Great Neck area?

2 (Pages 2 - 5)

Page 6

```
1           Jackline Sarraf
2    A    I first went to Canada for two
3 years.
4    Q    I see.  Where did you live in
5 Canada?
6    A    Montreal.
7    Q    Montreal, that's my home birth.
8 I was born in Montreal.  All right, so
9 then you came the U.S.  What year was that
10 that you came the U.S.?
11   A    1976.
12   Q    1976.  Did you attend college
13 after that?
14   A    Yes, I did.
15   Q    And where did you go?
16   A    Queensborough Community College.
17   Q    Queensborough, okay.  And what
18 did you study there?
19   A    Liberal Arts.
20   Q    And did you complete
21 Queensborough?
22   A    Yes, I did.
23   Q    Did you get an associate?
24   A    Yes.
25   Q    Associate degree.  And did you
```

Page 7

```
1           Jackline Sarraf
2 continue after Queensborough?
3    A    No, I didn't.
4    Q    Had you studied English in Iran?
5    A    Yes, I did.  I went to a
6 bilingual school.
7    Q    I see.  So then you came out.
8 And what year did you finish
9 Queensborough?
10   A    I don't remember very honestly.
11   Q    Roughly.
12   A    '79, I think.
13   Q    All right.
14   A    I'm not sure.
15   Q    And what did you study at
16 Queensborough?  What were your course
17 curriculum?
18   A    Liberal Arts.  I don't remember.
19 That's a long time ago.  I'm sorry.
20   Q    No, that's okay.  Did you take
21 any business courses in Queensborough?
22   A    I don't think so, no.
23   Q    Any business or law courses
24 there?
25   A    Never.
```

Page 8

```
1           Jackline Sarraf
2    Q    And tell us what your employment
3 was after Queensborough?
4    A    I didn't work.
5    Q    You did not?
6    A    Until I got married, yes.
7    Q    So you got married.  And when
8 did you start to work?
9    A    1981 when I got married.
10   Q    I see.  Were you in the Great
11 Neck area at that time?
12   A    Yes.
13   Q    And who did you work for?  Who
14 was your first employer?
15   A    Brandy Wine (phonetic).  It was
16 a manufacturer of lingerie in the city.
17   Q    And how long were you with them?
18   A    One year.
19   Q    And then what did you do?
20   A    I got pregnant and I didn't work
21 again.
22   Q    And so when did you resume work?
23   A    Again I started to work?
24   Q    Yeah.
25   A    That was seventeen years ago
```

Page 9

```
1           Jackline Sarraf
2 when I started with Citibank.
3    Q    Seventeen years ago, okay.  And
4 did you come to work in Great Neck here?
5    A    Manhasset -- Port Washington was
6 the first when I started.
7    Q    And what was your first job with
8 Citibank at that time?
9    A    Part-time teller.
10   Q    Part-time, all right.  How long
11 had you remained as a teller?
12   A    Eight and a half years.
13   Q    And you received a promotion
14 after that?
15   A    Yes.
16   Q    To what step?
17   A    Service officer.
18   Q    And were you still in Port
19 Washington at that time?
20   A    No, I was transferred Manhasset.
21   Q    How long did you stay in the
22 Manhasset branch?
23   A    Around eight months, something
24 like that.
25   Q    As a service --
```

3 (Pages 6 - 9)

Page 10

```
 1          Jackline Sarraf
 2    A    Yes, service officer.
 3    Q    -- officer.  Did you have an
 4 official title?
 5    A    It was a service officer.
 6    Q    Were you a vice-president?
 7    A    No.
 8    Q    Nothing?
 9    A    No.
10    Q    Just service officer?
11    A    Yes, sir.
12    Q    Okay.  And from Manhasset, how
13 long were you there?
14    A    About six to eight months.
15    Q    And then what happened?
16    A    And then I became a trainee to
17 train as an assistant branch manager.
18    Q    And where was your next
19 employment after that?
20    A    Old Brookville.
21    Q    In --
22    A    Old Brookville.
23    Q    And how long were you there?
24    A    A year and a half.
25    Q    Now from the Old Brookville,
```

Page 11

```
 1          Jackline Sarraf
 2 where did you go from there?
 3    A    They transferred me to Plandome
 4 branch.
 5    Q    Spell that.
 6    A    P-L-A-N-D-O-M-E.
 7    Q    Yes?
 8    A    That's it.
 9    Q    I see.  And what was your title
10 at the time they transferred you?
11    A    I was an assistant branch
12 manager.
13    Q    What were your duties as an
14 assistant branch manager?
15    A    Just reviewing the work, making
16 sure there are no frauds, making sure the
17 account openings were right.
18    Q    Did you have supervision over a
19 so-called CFA, a client financial
20 assistant?
21    A    No.
22    Q    Did you ever hear that term
23 before, CFA?
24    A    Yes.
25    Q    And what does that term mean to
```

Page 12

```
 1          Jackline Sarraf
 2 you?
 3    A    They don't use it any more.
 4 They haven't used that term for a long
 5 time, so I really don't remember what it
 6 was for, but I remember the title.
 7    Q    I see.  Do you have an idea when
 8 they stopped using that term?
 9    A    No.
10    Q    But the CFA, did that suggest or
11 denote that the CFA had a certified
12 governmental backing, whether a state or
13 a --
14    A    I really wouldn't know.
15    Q    Whether they were accredited
16 with any college or institute?
17    A    I wouldn't know.
18    Q    Did not know?
19    A    No, sir.
20    Q    So you would overlook some of
21 the CFA's who were signing up customers
22 for the bank?
23    A    I would review the work papers
24 and review the account openings to make
25 sure everything was done right.  But other
```

Page 13

```
 1          Jackline Sarraf
 2 than that, the rest was up to the branch
 3 manager.
 4    Q    I see.  And when did you get
 5 transferred to Great Neck office?
 6    A    From Plandome I went to Sea
 7 Cliff.  I was there for two years.  And
 8 after that I was transferred there.  It
 9 would be about three years ago.
10    Q    Three years ago?
11    A    Yes.
12    Q    Do you recognize Mr. Hirsch
13 across the room?
14    A    I'm sorry, no, I don't.
15    Q    You do not?
16    A    No.
17    Q    So three years from 2014 is
18 what, '11?
19    A    About.  Maybe the middle of 2010
20 I was transferred.  I'm really not
21 certain.
22    Q    So somewhere in 2010 --
23    A    I think it was somewhere in
24 2010.  I'm really not certain about the
25 exact time.
```

4 (Pages 10 - 13)

Page 14

```
 1              Jackline Sarraf
 2     Q     Okay.  Are you familiar with the
 3 litigation Hirsch and Romanov versus
 4 Citibank, are you familiar with it?
 5     A     Not completely, no.
 6     Q     Not completely?
 7     A     No.
 8     Q     And in which way are you
 9 familiar with it?
10     A     I just know there is something
11 going on.  I wasn't told clearly about it.
12 I'm just her to answer your questions to
13 the best of my knowledge.
14     Q     Okay.  So when you went into the
15 Citibank office in Great Neck, did you
16 still have the same title?
17     A     No, I didn't.
18     Q     What was your title when you got
19 to Citibank?
20     A     I became a service officer
21 again.
22     Q     A service officer, no longer an
23 assistant, is that it?
24     A     No, I stepped down as assistant
25 manager.
```

Page 15

```
 1              Jackline Sarraf
 2     Q     Oh, it was a demotion, so to
 3 speak?
 4     A     It wasn't a demotion.  I decided
 5 to step down.
 6     Q     And was that for personal
 7 reasons?
 8     A     Yes.  My father passed away.
 9     Q     Oh, I'm sorry to hear that.
10     A     Yes.
11     Q     So did that result in a lower of
12 pay for you?
13     A     No.
14     Q     So you had the same pay?
15     A     Yes, sir.
16     Q     What were your duties as -- it
17 is now called branch manager?
18     A     I wasn't a branch manager, sir.
19 I was a service officer.
20     Q     Service officer.  Now who was
21 the head of the Great Neck office when you
22 first came?
23     A     Mr. George Lotto, L-O-T-T-O.
24     Q     Had you ever met Mr. Lotto
25 before you got assigned to Great Neck?
```

Page 16

```
 1              Jackline Sarraf
 2     A     No.
 3     Q     Never saw him?
 4     A     I might have seen him in
 5 meetings and stuff, but I never knew the
 6 gentlemen.
 7     Q     Okay.  And he's still at the
 8 bank?
 9     A     Yes.
10     Q     He is the branch manager for the
11 bank now?
12     A     Yes, sir.
13     Q     What were your duties as service
14 officer when you first got to Great Neck?
15     A     Just doing service, trying to
16 help customers with the issues that they
17 had to the best of my knowledge, to take
18 care of it.
19     Q     Did you have your own office?
20     A     No.
21     Q     You were on the floor?
22     A     Yes, sir.
23     Q     And did you know a gentleman by
24 the name of Michael Ashley?
25     A     I never worked with the
```

Page 17

```
 1              Jackline Sarraf
 2 gentlemen, no.  I know his name, but I
 3 never worked with him.
 4     Q     So you never saw any of his
 5 papers?
 6     A     No, never.
 7     Q     Or any of his paperwork?
 8     A     No.
 9     Q     And did you oversee any other
10 so-called CFA's?
11     A     Never, not in the Great Neck
12 branch office.
13     Q     Tell us what your training was
14 when you first got initial training from
15 Citibank?
16     A     For which part of my job?
17     Q     In the beginning when you became
18 an assistant service officer.
19     MR. STRAUSS:  You mean --
20     A     Assistant branch manager?
21     Q     Way back, when you go back to
22 your training as assistant branch manager.
23     A     I worked with the area operation
24 manager for a year and we went from branch
25 to branch to review paperwork and make
```

5 (Pages 14 - 17)

Page 18

1        Jackline Sarraf
2  sure that everything is being done the
3  right way.
4        Q    Does Citibank have a training
5  program or school --
6        A    They used to have, but they
7  don't have any more.
8        Q    And that was how long ago before
9  Great Neck?
10       A    Right after I left Manhasset
11 branch.  I don't remember the exact year.
12       Q    Okay.  Now have you seen a
13 client document called client manual?
14       A    I don't have those.  Only the
15 personal bankers have it.  Personal
16 bankers hand that out when they open
17 accounts.
18       Q    Now how many people at Great
19 Neck were signing in new customers at the
20 time you first came to Great Neck?
21       A    What do you mean signing in?
22       Q    How many individuals, male,
23 female were actually discussing with
24 clients as to becoming a new client?
25       A    Opening accounts you're talking

Page 19

1        Jackline Sarraf
2  about?
3        Q    Yes.
4        A    I believe at the time there were
5  two.
6        Q    And in addition to Mr. Ashley
7  there was --
8        A    Mr. Ashley wasn't there when I
9  went to that branch.
10       Q    So do you think you came in
11 after Mr. Ashley left?
12       A    Yes, sir.  I never worked with
13 Mr. Ashley.
14       Q    I see.  Mr. Ashley testified
15 earlier that he left around Election Day
16 in 2010.
17       A    I don't remember, because I
18 didn't work with the gentlemen, sir.
19 That's why I said, I don't know when I
20 came to the Great Neck branch, but I never
21 worked with him.
22       Q    Now in preparation for this
23 deposition today, did you seek to look
24 over any of Mr. Bertram Hirsch's accounts?
25       A    I'm not allowed, sir.  I'm just

Page 20

1        Jackline Sarraf
2  a teller right now, and they wouldn't let
3  me review anything.
4        Q    Well --
5        A    I'm not allowed to review any of
6  his accounts.
7        Q    Well you're not a teller any
8  more.
9        A    Yes, I am.
10       Q    Aren't you a service officer?
11       A    No, I was demoted -- they got
12 rid of the position of the service officer
13 about two and a half years ago, and I
14 decided to become a teller.  So now I'm a
15 teller.
16       Q    So are you like behind a
17 counter?
18       A    Yes, sir.
19       Q    Is that what you're doing now?
20       A    Yes, I do.
21       Q    I see, okay.  Were you familiar
22 with a document that I'm going to
23 introduce as One?
24            MR. SPORN:  Let me introduce
25 this document.  It has been used

Page 21

1        Jackline Sarraf
2  before, and maybe it's a little
3  redundant, but let me show this to
4  your client.  We will call it Document
5  One for Ms. Sarraf.  You can mark
6  that.
7            (Whereupon a document was so
8  marked as Plaintiff's Exhibit One for
9  identification.)
10            (Handed.)
11       Q    So my question is, looking at
12 this document, does this look familiar to
13 you at all?
14       A    Yes, of course it does.
15       Q    How does it?
16       A    Because I used to review these,
17 sir, when I was an assistant manager.
18       Q    So this form is a form that has
19 been used in the past with Citibank?
20       A    Always been used.  This is what
21 prints out after an account opening.
22       Q    Okay.  Now you'll notice
23 underneath CFA name it says Michael
24 Ashley.  There's a number.  Do you see
25 there is like an identification number?

6 (Pages 18 - 21)

Page 22

```
 1              Jackline Sarraf
 2    A    Yes, sir.
 3    Q    Does the bank have a reference
 4  on Michael Ashley?  Do they have a
 5  personal reference --
 6    A    What do you mean by a personal
 7  reference?
 8    Q    Like a personal reference file
 9  of his background, his marks?
10    A    They should.
11    Q    They contain that?
12    A    I don't know.
13    Q    Did you ever ask anyone at the
14  bank, including Mr. Lotto, the performance
15  of Michael Ashley in his work in signing
16  up customers?
17    A    No.
18    Q    You never did?
19    A    That's not my job.
20    Q    Now did you ask Mr. Lotto or
21  anyone at the bank to look over any
22  existing documents or papers relating to
23  Mr. Bertram Hirsch before coming today?
24        MR. STRAUSS:  Objection, asked
25    and answered.
```

Page 23

```
 1              Jackline Sarraf
 2    Q    But you may answer it.
 3        MR. STRAUSS:  You can answer.
 4    A    No.
 5    Q    So are you familiar with a
 6  client manual that's published by Citibank
 7  with reference to clients?  Are you
 8  familiar with that term?
 9        MR. STRAUSS:  Objection.  I
10  believe you asked her that already.
11        You can answer.
12    Q    Your answer?
13    A    I said I know it's given to the
14  customers, but I don't have access to it.
15        MR. SPORN:  Okay, now I'm going
16    to introduce as document two a first
17    page, that has been provided by
18    counsel, and it bears document number
19    Citi 0000155, and it's entitled,
20    client manual, consumer accounts
21    including our privacy notice.  And
22    underneath it says U.S. markets,
23    effective July 1, 2010.  So let me
24    mark this as document two.  And I'm
25    giving it to your lawyer.
```

Page 24

```
 1              Jackline Sarraf
 2        (Whereupon a document was so
 3    marked as Plaintiff's Exhibit Two for
 4    identification.)
 5        (Handed.)
 6    Q    Looking at that page, does that
 7  appear to be familiar to you?
 8    A    Of course.
 9    Q    And you'll notice it says
10  effective July 1, 2010.
11    A    A-hum.
12    Q    Now on the page itself, is there
13  any word, whether it's called agreement or
14  contract on that page that you see?
15        MR. STRAUSS:  Objection.  It
16    says what it says.
17    Q    Okay, you may answer it.
18        MR. STRAUSS:  You're asking her
19    if the word agreement appears?
20    Q    As you're looking at it, is
21  there any word, whether it's an agreement
22  or a contract, is there anything on that
23  that catches you to say that?
24        MR. STRAUSS:  Are you asking her
25    whether the word agreement or contract
```

Page 25

```
 1              Jackline Sarraf
 2  appears on that first page?
 3        MR. SPORN:  I'm asking her that,
 4    her answer on that.
 5        MR. STRAUSS:  You can answer.
 6    A    No.
 7    Q    Now there came a time in the
 8  course of your working with Citibank that
 9  you did sign up new accounts, am I
10  correct?
11        MR. STRAUSS:  Objection.
12    A    I never opened accounts.
13    Q    Oh, you never did?
14    A    (Witness shakes head.)
15    Q    But do I understand you
16  correctly to say that you did oversee some
17  CFA's on the paperwork that they made when
18  they opened up accounts, is that correct?
19    A    I would just review this page.
20    Q    You just reviewed what would be
21  document one?
22    A    Yes.
23    Q    That's it?
24    A    That's it.
25    Q    Period?
```

7 (Pages 22 - 25)

1    Jackline Sarraf
2    A    Period.
3    Q    So you never saw a receipt by a
4 customer of any of the, any other document
5 that might have been signed by a customer
6 in the opening of an account, did you?
7        MR. STRAUSS: Objection to form.
8    Q    Do you know what I'm saying?
9        MR. STRAUSS: Do you understand?
10   Q    Other than seeing that document
11 one, you did not see any other paper that
12 was supposedly signed or possibly signed?
13   A    Just the signature card that
14 would be attached to this sheet.
15   Q    The signature card?
16   A    Yes, sir.
17   Q    Okay. But you never saw a
18 client give -- signing a receipt or an
19 agreement to the client manual, did you?
20       MR. STRAUSS: Objection to form.
21 Vague and compound.
22   Q    You can answer, you can answer
23 it.
24       MR. STRAUSS: Can you read that
25 back?

1    Jackline Sarraf
2        (Whereupon, the record was read
3 by the court reporter.)
4        MR. SPORN: Let me rephrase this
5 question.
6        MR. STRAUSS: Try to rephrase
7 it.
8        MR. SPORN: The syntax is a
9 little wordy there. I'll rephrase it.
10   Q    Did you ever see, in overseeing
11 any of the documents that you looked at
12 when a CFA would open up an account, ever
13 see a client signing a client manual
14 receipt or acknowledgment, did you ever
15 see that?
16       MR. STRAUSS: Objection to form.
17       MR. SPORN: You may answer.
18   A    Nobody ever signs for that.
19 That's something that's given to the
20 customer.
21   Q    So as far as you know in your
22 experience, the client, a new client was
23 not asked to sign a receipt or
24 acknowledgment as to his client manual,
25 did he?

1    Jackline Sarraf
2        MR. STRAUSS: Objection to form.
3    Q    Am I correct?
4    A    You're asking the same question
5 again and again.
6    Q    And your answer is?
7    A    I gave you the answer the first
8 time.
9    Q    That the client was not asked to
10 sign this and did not sign a receipt or
11 acknowledgment?
12   A    They never signed that.
13       MR. STRAUSS: Objection, vague.
14   Q    Now do you know if it was an
15 obligation of the CFA in talking to a new
16 customer to seek to review any part of the
17 client manual with the new customer?
18   A    I wouldn't know.
19   Q    You have no idea whether or not
20 the CFA would try to discuss this
21 document, which has about forty-seven
22 pages?
23   A    I wouldn't know. I'm never in
24 that room to see what they're talking
25 about.

1    Jackline Sarraf
2    Q    But you had overseeing
3 possibilities?
4        MR. STRAUSS: Objection.
5    A    I'm not in the room.
6    Q    I know you're not in the room.
7 But you did say, as a service officer
8 assistant, you would oversee the so-called
9 paperwork?
10   A    Just this.
11   Q    And the only thing was document
12 one?
13       MR. STRAUSS: She said that
14 already. So I'm just going to object.
15 Asked and answered. She's been very
16 specific and clear about what she
17 reviewed.
18       MR. SPORN: Okay.
19   Q    Well as an assistant service
20 manager --
21   A    I'm not an assistant branch
22 manager when I was in Great Neck.
23   Q    But prior to that there was a
24 time --
25   A    Yes, sir.

8 (Pages 26 - 29)

Page 30

1        Jackline Sarraf
2     Q    -- that you were an assistant
3  branch manager?
4     A    Yes.
5     Q    Do you know whether Mr. Ashley
6  received the same training that you
7  received?
8     A    I wouldn't know.
9     Q    Let me ask you --
10       MR. STRAUSS:  Would you like to
11  take a break?
12       MR. SPORN:  Yeah, one moment
13  pause.
14     Q    My question is, do you know
15  whether the training you received from
16  Citibank was the same or substantially the
17  same as the CFA would receive in signing
18  up new customers?
19     A    No, they're different.
20     Q    They are different?
21     A    Yes, sir.
22     Q    And can you tell me what the
23  difference?
24     A    I don't know the difference
25  between theirs.  I was totally different

Page 31

1        Jackline Sarraf
2  training than a CFA.
3     Q    Now did any of your training, as
4  assistant branch officer, have anything to
5  do with opening up accounts?
6     A    I reviewed the accounts.  I had
7  to look for the documents that were needed
8  to open the accounts.
9     Q    And the document was this one
10  document?
11     A    That's the only sheet I
12  reviewed, yes, sir.
13     Q    Now in the course of your
14  training and work with Citibank, did you
15  ever read this client manual?
16     A    Never.
17     Q    You never looked at it?
18     A    No.
19     Q    Do you have contact with any --
20  I know now you're a teller, but my
21  question is, have you ever had any contact
22  with any of the customers regarding
23  obligations, such as charges for stopping
24  a check or cancelling a check or the rate
25  for charging them for various

Page 32

1        Jackline Sarraf
2  transactions, have you dealt with the
3  customers in any respect thereto?
4     A    Or stop payments and stuff like
5  that, yes.
6     Q    You do?
7     A    I use to.  Not any more.
8     Q    And when was the last time you
9  would deal with clients directly?
10     A    About two and a half years ago
11  when I stopped being a service officer.
12     Q    Did you have any conversation
13  with Mr. George Lotto before you came to
14  testify today about Mr. Hirsch and this
15  case?
16     A    No.
17     Q    Or anyone else in the bank?
18     A    No.
19     Q    Did you speak to Ms. Saffer
20  (phonetic)?
21     A    She just told me you were going
22  to go there, they were going to ask me
23  questions and answer as truthfully as
24  possible.
25     Q    Are you familiar with the term

Page 33

1        Jackline Sarraf
2  arbitration?
3     A    Sort of, not really.
4     Q    What's your understanding of
5  that term?
6     A    That the lawyers sit and they
7  figure out an amount to give to the
8  plaintiff.
9     Q    Does it come out that sometimes
10  the Citibank wins and they don't give
11  money to the plaintiff?
12     A    I never got into that.  I never
13  heard of something like this in seventeen
14  years, so I don't know.
15     Q    So do you know whether there's
16  any difference between the term
17  arbitration and going into a lawsuit in
18  court?
19     A    Yeah, arbitration avoids the
20  court time and going to the judge and
21  everything.  This is something out of the
22  court system.
23     Q    Okay.
24     A    I've seen too many SVU TV shows.
25  I know that part.

9 (Pages 30 - 33)

Page 34

1    Jackline Sarraf
2    Q    SVU?
3    A    SVU, Law and Order.
4    Q    Oh, Law and Order, I see.
5        MR. STRAUSS:  Special Victims
6    Unit.
7    Q    Do you have any idea when there
8    was an arbitration first put into any
9    paperwork of Citibank?
10   A    No.
11   Q    You have no idea when that
12   happened?
13   A    No.
14   Q    Have you ever heard of a
15   constitutional requirement in the State of
16   New York whereby there's a right to trial
17   by a jury, have you ever heard of that?
18       MR. STRAUSS:  Objection.
19   A    I don't know what you mean by
20   that even.
21       MR. SPORN:  Let me introduce
22   document three.
23       (Whereupon a document was so
24   marked as Plaintiff's Exhibit Three
25   for identification.)

Page 35

1    Jackline Sarraf
2        (Handed.)
3    Q    Okay, you see it's entitled NY
4    CLS Const Article One, Section Two.  And
5    Section Two says, trial by jury, how
6    waived.  You can read the first sentence,
7    I'll read it, trial by jury in all cases
8    in which it has heretofore been guaranteed
9    by constitutional provision shall remain
10   inviolate forever.  And then it goes on to
11   say.
12       Now, have you ever heard before
13   in your experience that there is a right
14   to a trial by jury in the State of New
15   York?
16       MR. STRAUSS:  Objection.  She's
17   not an attorney and she is not here to
18   testify as to legal issues.  You can
19   continue that objection so I don't
20   have to keep objecting for this entire
21   line of questioning.
22   Q    You may answer.  I'm asking if
23   you are aware of that or not?
24   A    No.
25   Q    You never heard of that?

Page 36

1    Jackline Sarraf
2    A    No.
3    Q    And look at the phrase where it
4    says, the constitutional provision shall
5    remain inviolate forever.  Do you see
6    that?
7    A    Yes.
8    Q    What does that mean to you, that
9    it shall remain inviolate forever?
10   A    I really don't know.
11   Q    Do you understand the word
12   inviolate?
13   A    Not really.  This is too many
14   words that I don't understand.
15   Q    How about the word violate?
16   A    Violate I understand, yes, sir.
17   Q    So this is the opposite of
18   violate, this is the opposite inviolate.
19   A    Okay.
20   Q    So here it says that trial by
21   jury in all cases in which it has
22   heretofore been guaranteed by
23   constitutional provision shall remain
24   inviolate forever.  You see that?
25   A    Yes, sir.

Page 37

1    Jackline Sarraf
2    Q    Now are you aware that there's,
3    in the Federal Constitution of the United
4    States of America, a section Seventh
5    Amendment, which I will introduce as four,
6    which says Seventh Amendment, civil
7    trials.
8        (Whereupon a document was so
9    marked as Plaintiff's Exhibit Four for
10   identification.)
11       MR. STRAUSS:  Same objection.
12       MR. SPORN:  We understand your
13   objection.  The client can answer
14   these questions.
15   Q    Can you read it, can you read
16   that, please, Ms. Sarraf?
17   A    Yes, you want me to read out
18   loud?
19   Q    Yes.
20   A    In suits at common law, where
21   the value in controversy shall exceed $20,
22   the right of trial by jury shall be
23   preserved, and no fact tried by a jury
24   shall be otherwise re-examined in any
25   Court of the United States, than according

10 (Pages 34 - 37)

Page 38

1          Jackline Sarraf
2 to the rules of the common law.
3     Q     Now have you ever heard or seen
4 language to this effect?
5     A     No, sir.
6     Q     You've heard of the Bill of
7 Rights of the Constitution?
8     A     Of course I have, yes.
9     Q     And this says Seventh Amendment?
10     A     Yes. I don't know it by heart.
11 I agree with what you're saying, yeah.
12     Q     Did you ever ask Mr. Lotto
13 whether in the Great Neck branch there was
14 any document, any paper where, other than
15 document one, where Mr. Hirsch signed an
16 initial card, whether there were any
17 further documents in the branch regarding
18 his account?
19         MR. STRAUSS: Objection. She
20     testified she never talked to Mr.
21     Lotto.
22     Q     Are you saying you never talked
23 to Mr. Lotto?
24     A     I never spoke to Mr. Lotto about
25 this thing at all. He just told me I have

Page 39

1          Jackline Sarraf
2 to come here for a deposition. He never
3 told me what about and I never asked.
4     Q     Okay. Do you have any
5 recollection of Mr. Hirsch coming into the
6 Great Neck branch and speaking to you
7 about his account at Citibank?
8     A     I don't remember. I'm sorry.
9     Q     No?
10     A     No.
11     Q     Do you have any recollection of
12 his talking to you about a 1099 that
13 Citibank caused to be served to him?
14     A     I really don't remember, sir. I
15 apologize, I really don't remember.
16     Q     Are you familiar with a
17 promotional account whereby Citibank would
18 seek from it's client a sum of $25,000, in
19 exchange for which they would be getting
20 free milage?
21         MR. STRAUSS: Objection.
22     Q     Free milage for American Express
23 travel?
24     A     We don't have American Express.
25     Q     I don't mean -- I mean American

Page 40

1          Jackline Sarraf
2 Airlines.
3     A     We have a lot of promotions that
4 give points. Maybe at that time when he
5 opened his account there was something
6 with that. We have that all the time.
7     Q     So at present there are
8 promotional accounts going on?
9     A     Right now there are promotionals
10 going on, but since it's the new year, I
11 don't know which ones they are.
12         (Pause in the proceedings.)
13     Q     Did the name of a Nancy Lewis
14 (phonetic) from Citibank ever contact you
15 about this case with Mr. Hirsch?
16     A     No.
17     Q     How about a Joan Haslam,
18 H-A-S-L-A-M?
19     A     No.
20     Q     You're not aware of anyone --
21     A     The only person who contacted me
22 was this gentleman yesterday.
23     Q     And that's Mr. Joseph Strauss?
24     A     Yes.
25         MR. STRAUSS: The one and only.

Page 41

1          Jackline Sarraf
2     Q     And how about a person by the
3 name of Nancy Chin (phonetic), did a Nancy
4 Chin from Citibank ever contact you?
5     A     No.
6     Q     I just want to be absolutely
7 clear, because I showed you a document
8 with the first page four zeros 155 client
9 manual, consumer accounts.
10     A     Yes.
11     Q     Is it your testimony that you
12 had never looked through a document such
13 as this client manual while you worked for
14 Citibank?
15     A     Yes, sir.
16     Q     The answer is --
17     A     I never looked at it. I never
18 read it.
19         MR. SPORN: I'm going to
20     introduce a document with the number
21     four zeros 178. I do this, Mr.
22     Strauss, not to have the whole
23     document in total evidence. I took
24     pages of it, but I'm showing it to
25     you, which comes out of your client's

11 (Pages 38 - 41)

Page 42

1 Jackline Sarraf
2 manual dated effective July 1, 2010.
3 And would you mark this?
4      (Whereupon a document was so
5 marked as Plaintiff's Exhibit Five for
6 identification.)
7    Q   Ms. Sarraf, what I'm showing you
8 is page sixty-six from what your lawyer
9 has given to us --
10      MR. STRAUSS:  Objection.  It's
11 not sixty-six, Sam.
12      MR. SPORN:  Did I say sixty-six?
13      MR. STRAUSS:  Yeah.
14    Q   Forty-six, I'm sorry.  It's
15 forty-six.  I'm representing that this
16 came from the client manual which says,
17 effective July 1, 2010.
18      And go down to the language on
19 the bottom of that page.  And would you go
20 down to the very end, beginning with the
21 term, no provision.  Can you read that,
22 Ms. Sarraf?
23    A   No provision of this arbitration
24 provision may be amended, served or --
25    Q   Severed?

Page 43

1 Jackline Sarraf
2    A   -- severed or waived absent a
3 written agreement between you and us.
4    Q   Do you agree with that
5 statement?
6      MR. STRAUSS:  Objection, vague,
7 seeks a legal conclusion.
8    Q   You may answer.
9    A   I don't know what it means
10 really.
11    Q   Well let's take a look at it.
12 It says, no provision of this arbitration
13 provision may be amended.
14      Do you know what the word amend
15 means?
16    A   Yes, sir, I do.
17    Q   Okay.  Severed, to cut.
18    A   I know, I understand that word
19 too.
20    Q   Or waived, to give up.  Waiving
21 means to give up.
22    A   Yeah, I know that too.
23    Q   And it says, absent a written
24 agreement between you and us.  Do you
25 agree with that?

Page 44

1 Jackline Sarraf
2      MR. STRAUSS:  Objection again.
3 She's not an attorney.  She's not here
4 to interpret this agreement.
5      MR. SPORN:  I'm not asking --
6      MR. STRAUSS:  She can ready it
7 to you very plainly, which she just
8 did.
9    Q   Okay.  Do you agree with that?
10      MR. STRAUSS:  Objection.
11    A   I don't understand it, sir.
12    Q   You do not understand?
13    A   No, sir.
14      MR. STRAUSS:  Objection.
15    Q   Absent a written agreement
16 between you and us, does that not connect
17 with you in your understanding?
18    A   Just the last part between you
19 and us I understand.  The rest I don't
20 understand the meaning of it, sir.
21    Q   Absent a written agreement, do
22 you agree with that?
23      MR. STRAUSS:  Objection.  She
24 says she doesn't understand it.  You
25 are harassing the witness.

Page 45

1 Jackline Sarraf
2      MR. SPORN:  I'm not harassing
3 the witness.
4      MR. STRAUSS:  You are.
5    Q   Ms. Sarraf, I'm not trying to
6 bug you or to get you discombobulated
7 here.  But do you agree with that --
8    A   Sir, I told you, the whole
9 context, I don't understand what it means
10 or what they mean by it.
11      MR. STRAUSS:  That's your
12 answer.
13      MR. SPORN:  Okay.
14      MR. STRAUSS:  For the fifth
15 time.
16      MR. SPORN:  Okay, okay.
17      MR. STRAUSS:  You have ten
18 minutes.
19      MR. SPORN:  Okay.
20      Let's take two minutes.  I know
21 it's counting, let's take two minutes,
22 okay?  We can make it shorter if you
23 like.
24      Do you need a break?
25      THE WITNESS:  No, I'm fine.

12 (Pages 42 - 45)

Page 46

```
1            Jackline Sarraf
2       MR. SPORN:  Okay, here we go.
3       We have a new page.  I'm
4   Q    I'm introducing a document, which was provided
5   to us, and this will be six.)
6       (Whereupon a document was so
7   marked as Plaintiff's Exhibit Six for
8   identification.)
9   Q    Can you take a look at that
10  page, the top, consumer account opening
11  page introduction.
12  A    Yes.
13  Q    Does that look familiar to you?
14  A    It says what it says.
15  Q    No, no, does it look familiar to
16  you?  Have you ever seen this before?
17  A    No, sir.
18  Q    Is this something that Citibank
19  would use would use for it's opening with
20  a consumer?
21      MR. STRAUSS:  Objection to form,
22  vague.
23  A    I don't know.
24  Q    Don't know, okay.
25      Taking a look where it says
```

Page 47

```
1            Jackline Sarraf
2   important information --
3   A    Okay.
4   Q    -- see where it goes down under
5   paragraph three, there's a step one, two
6   and three, you see where it is --
7   A    A-hum.
8   Q    -- going down the page?
9   A    A-hum.
10  Q    You see that?
11      MR. STRAUSS:  You're not on
12  important information.  You're doing
13  the steps now?  You first pointed her
14  to the important information.
15      MR. SPORN:  Oh yeah.
16  Q    Go down below.
17  A    Okay.
18  Q    See where you're in step three?
19  A    Right.
20  Q    See where there's a bullet hole
21  that says, review the products and
22  services available?
23  A    Right.
24  Q    Was it your understanding that
25  the CFA's or people signing up new
```

Page 48

```
1            Jackline Sarraf
2   accounts should, quote, accurately and
3   clearly state a material information on
4   terms, conditions, risks and costs to the
5   consumer, do you agree with that?
6   A    Yes.
7   Q    And underneath it it says, if a
8   disclosure is required to be read to the
9   consumer, be sure to deliver it with an
10  appropriate pace and provide clarity as
11  necessary, do you agree with that?
12      MR. STRAUSS:  What's your --
13  Q    I'm asking from her background,
14  from her training and her experience, do
15  you agree with that?
16      MR. STRAUSS:  Agree with -- is
17  that what it says or --
18  Q    No, it says what it says.  I'm
19  asking whether you agree with it.
20      MR. STRAUSS:  Objection, vague.
21  I don't know what you're asking her.
22  Q    You can answer it.
23  A    No, I can't, because I don't
24  know what you're asking really.  You're
25  asking me what the written thing is
```

Page 49

```
1            Jackline Sarraf
2   correct or what the personal bankers would
3   do?
4   Q    It says, if a disclosure is
5   required to be read to the consumer.  I'll
6   stop there.  Do you know what the word
7   disclosure means?
8   A    Yes, sir, I do.
9   Q    What is your understanding of
10  the term disclosure?
11  A    Disclosure means anything that
12  pertains to the account opening or that
13  relates to the account opening.
14  Q    And is that something that's an
15  important item to the consumer?
16      MR. STRAUSS:  Objection.
17  A    Depending on the kind of account
18  they open, we always give them the
19  disclosures.
20  Q    The disclosures to what
21  percentage they may be charged or what the
22  deal is or the terms that they sign up
23  for, isn't that something the CFA is
24  supposed to go over with the consumer?
25      MR. STRAUSS:  Objection, vague.
```

13 (Pages 46 - 49)

Page 50

1      Jackline Sarraf
2    A    I'm not in the room to see what
3  they go over with them or not.
4    Q    You are an assistant branch --
5    A    I was an assistant branch
6  manager --
7      MR. STRAUSS:  Objection, she's
8    not an assistant branch manager, Sam.
9    Q    I know now you're a teller.
10  From your background and training, is that
11  something that you would have expected the
12  CFA to have discussed with the new
13  customer?
14    A    Yes.
15    Q    And how about right underneath
16  it, make representations that are clear,
17  accurate and likely to be understood
18  correctly.  Do you agree with that?
19    A    Yes.
20    Q    Underneath, check with the
21  consumer to insure they understand the
22  information on -- information you have
23  provided.  Do you agree with that?
24    A    Yeah.
25      MR. STRAUSS:  Objection.

Page 51

1      Jackline Sarraf
2    Q    Respond to any questions the
3  customer may have, do you agree with that?
4      MR. STRAUSS:  Objection.
5    A    I'm sure they ask all the
6  questions necessary if they ask.
7    Q    No, that's not my question.
8      Do you agree with that, that CFA
9  should respond to any questions the
10  consumer may have?
11      MR. STRAUSS:  She answered.
12    A    And I answered, sir.  I said if
13  they ask the questions, I'm sure they
14  answer them.
15      MR. STRAUSS:  Asked and
16  answered.
17      MR. SPORN:  Okay.
18      (Pause in the proceedings.)
19      MR. SPORN:  Okay, thank you very
20  much.
21      THE WITNESS:  You're more than
22  welcome.
23      MR. SPORN:  Right on the button.
24      MR. STRAUSS:  Just made it.
25      MR. SPORN:  The consecutive

Page 52

1      Jackline Sarraf
2  numbers, it looks like we skipped one
3  of the numbers, so we're asking you to
4  re-number some of the middle to later
5  ones so that they'll run
6  consecutively, number one to six.
7      Is that okay with you, Joe.
8      MR. STRAUSS:  That's fine.
9      MR. SPORN:  Thank you.
10      [TIME NOTED:  12:00 p.m.]
11    _____
12      Jackline Sarraf
13
14    _____
15
16  Subscribed and sworn to
17  before me this _____
18  day of _____, 2014.
19
20    _____
21    Notary Public
22
23
24
25

Page 53

1
2      I N D E X
3
4  WITNESS      EXAMINATION BY      PAGE
5  Jackline Sarraf   Sporn        4
6
7
8      E X H I B I T S
9  PLAINTIFF'S              PAGE
10  Exhibit 1          21
11  Exhibit 2          24
12  Exhibit 3          34
13  Exhibit 4          37
14  Exhibit 5          42
15
16    (Exhibits attached to transcript.)
17
18
19
20
21
22
23
24
25

14 (Pages 50 - 53)

Page 54

```
 1
 2          CERTIFICATION
 3
 4    I, Rosanna A. Russell, a Notary Public
 5  for and within the State of New York, do
 6  hereby certify:
 7     That the witness whose testimony as
 8  herein set forth, was duly sworn by me;
 9  and that the within transcript is a true
10  record of the testimony given by said
11  witness.
12    I further certify that I am not
13  related to any of the parties to this
14  action by blood or marriage, and that I am
15  in no way interested in the outcome of
16  this matter.
17    IN WITNESS WHEREOF, I have hereunto
18  set my hand this 17th day of January,
19  2014.
20
21
         _____
22         Rosanna A. Russell
23
24          *    *    *
25
```

Page 55

```
 1
 2       ERRATA SHEET
         VERITEXT/NEW YORK REPORTING, LLC
 3
    CASE NAME: Hirsch -v- Citibank
 4  DATE OF DEPOSITION: January 14, 2014
    WITNESS' NAME: Jackline Sarraf
 5
    PAGE/LINE(S)/  CHANGE      REASON
 6  ____/_____/_____/_____/
    ____/_____/_____/_____/
 7  ____/_____/_____/_____/
    ____/_____/_____/_____/
 8  ____/_____/_____/_____/
    ____/_____/_____/_____/
 9  ____/_____/_____/_____/
    ____/_____/_____/_____/
10  ____/_____/_____/_____/
    ____/_____/_____/_____/
11  ____/_____/_____/_____/
    ____/_____/_____/_____/
12  ____/_____/_____/_____/
    ____/_____/_____/_____/
13  ____/_____/_____/_____/
    ____/_____/_____/_____/
14  ____/_____/_____/_____/
    ____/_____/_____/_____/
15  ____/_____/_____/_____/
    ____/_____/_____/_____/
16  ____/_____/_____/_____/
    ____/_____/_____/_____/
17  ____/_____/_____/_____/
    ____/_____/_____/_____/
18  ____/_____/_____/_____/
    ____/_____/_____/_____/
19  ____/_____/_____/_____/
20       Jackline Sarraf
21
    SUBSCRIBED AND SWORN TO
22  BEFORE ME THIS_____DAY
    OF _____, 2014.
23  _____
24    NOTARY PUBLIC
25  MY COMMISSION EXPIRES_____
```

**[& - blood]** Page 1

| & | |
|---|---|
| **&** | 2:12,12 |

| 0 | |
|---|---|
| **0000155** | 23:19 |

| 1 | |
|---|---|
| **1** | 23:23 24:10 42:2 42:17 53:10 |
| **10001** | 2:9 |
| **10019** | 2:6 |
| **10038** | 2:14 |
| **1099** | 39:12 |
| **11** | 13:18 |
| **11/15/55** | 4:22 |
| **11021** | 4:4,19 |
| **111** | 4:18 |
| **1124** | 1:3 |
| **11:03** | 1:15 |
| **12** | 1:3 |
| **12:00** | 52:10 |
| **14** | 1:14 55:4 |
| **15** | 4:2 |
| **155** | 41:8 |
| **178** | 41:21 |
| **17th** | 54:18 |
| **180** | 2:13 |
| **1976** | 6:11,12 |
| **1981** | 8:9 |

| 2 | |
|---|---|
| **2** | 53:11 |
| **20** | 37:21 |
| **2010** | 13:19,22,24 19:16 23:23 24:10 42:2,17 |
| **2014** | 1:14 13:17 52:18 54:19 55:4,22 |
| **21** | 53:10 |
| **24** | 53:11 |
| **244** | 2:9 |
| **25,000** | 39:18 |
| **278** | 2:9 |

| 3 | |
|---|---|
| **3** | 53:12 |
| **34** | 53:12 |
| **37** | 53:13 |
| **393** | 2:5 |

| 4 | |
|---|---|
| **4** | 53:6,13 |
| **42** | 53:14 |
| **49th** | 2:5 |

| 5 | |
|---|---|
| **5** | 53:14 |
| **5hh** | 2:5 |

| 7 | |
|---|---|
| **75** | 1:12 |
| **79** | 7:12 |

| a | |
|---|---|
| **a.m.** | 1:15 |
| **absent** | 43:2,23 44:15,21 |
| **absolutely** | 41:6 |
| **access** | 23:14 |
| **account** | 11:17 12:24 21:21 26:6 27:12 38:18 39:7,17 40:5 46:10 49:12,13,17 |
| **accounts** | 18:17,25 19:24 20:6 23:20 25:9,12,18 31:5,6,8 40:8 41:9 48:2 |
| **accredited** | 12:15 |
| **accurate** | 50:17 |
| **accurately** | 48:2 |
| **acknowledgment** | 27:14,24 28:11 |
| **action** | 1:18 4:12 54:14 |
| **addition** | 19:6 |
| **address** | 4:16 |
| **affirmed** | 4:5 |
| **ago** | 7:19 8:25 9:3 13:9,10 18:8 20:13 32:10 |

| agree | 38:11 43:4,25 44:9,22 45:7 48:5 48:11,15,16,19 50:18,23 51:3,8 |
|---|---|
| **agreed** | 3:3,8,12 |
| **agreement** | 24:13,19 24:21,25 26:19 43:3 43:24 44:4,15,21 |
| **airlines** | 40:2 |
| **allowed** | 19:25 20:5 |
| **amend** | 43:14 |
| **amended** | 42:24 43:13 |
| **amendment** | 37:5,6 38:9 |
| **america** | 37:4 |
| **american** | 39:22,24 39:25 |
| **amount** | 33:7 |
| **answer** | 14:12 23:2,3 23:11,12 24:17 25:4 25:5 26:22,22 27:17 28:6,7 32:23 35:22 37:13 41:16 43:8 45:12 48:22 51:14 |
| **answered** | 22:25 29:15 51:11,12,16 |
| **apologize** | 39:15 |
| **appear** | 24:7 |
| **appears** | 24:19 25:2 |
| **appropriate** | 48:10 |
| **arbitration** | 33:2,17 33:19 34:8 42:23 43:12 |
| **area** | 5:25 8:11 17:23 |
| **article** | 35:4 |
| **arts** | 6:19 7:18 |
| **ashley** | 16:24 19:6,8 19:11,13,14 21:24 22:4,15 30:5 |
| **asked** | 22:24 23:10 27:23 28:9 29:15 39:3 51:15 |
| **asking** | 4:20 24:18 24:24 25:3 28:4 |

| 35:22 44:5 48:13,19 48:21,24,25 52:3 |
|---|
| **assigned** 15:25 |
| **assistant** 10:17 11:11,14,20 14:23 14:24 17:18,20,22 21:17 29:8,19,21 30:2 31:4 50:4,5,8 |
| **associate** 6:23,25 |
| **attached** 26:14 53:16 |
| **attend** 6:12 |
| **attending** 4:15 |
| **attorney** 35:17 44:3 |
| **attorneys** 2:4,13 |
| **available** 47:22 |
| **avenue** 2:9 |
| **avoids** 33:19 |
| **aware** 35:23 37:2 40:20 |

| b | |
|---|---|
| **b** | 53:8 |
| **back** | 17:21,21 26:25 |
| **background** | 22:9 48:13 50:10 |
| **backing** | 12:12 |
| **bank** | 12:22 16:8,11 22:3,14,21 32:17 |
| **bankers** | 18:15,16 49:2 |
| **bears** | 23:18 |
| **becoming** | 18:24 |
| **beginning** | 17:17 42:20 |
| **behalf** | 1:5 |
| **believe** | 19:4 23:10 |
| **bertram** | 1:5 2:17 19:24 22:23 |
| **best** | 14:13 16:17 |
| **bilingual** | 7:6 |
| **bill** | 38:6 |
| **birth** | 4:21 6:7 |
| **blood** | 54:14 |

**[born - discussing]** Page 2

**born** 6:8
**bottom** 42:19
**branch** 9:22 10:17
11:4,11,14 13:2
15:17,18 16:10
17:12,20,22,24,25
18:11 19:9,20 29:21
30:3 31:4 38:13,17
39:6 50:4,5,8
**brandy** 8:15
**break** 5:3,5 30:11
45:24
**brookville** 10:20,22
10:25
**bug** 45:6
**bullet** 47:20
**business** 4:16 7:21
7:23
**button** 51:23

**c**

**c** 2:2,8
**call** 21:4
**called** 11:19 15:17
17:10 18:13 24:13
29:8
**canada** 6:2,5
**cancelling** 31:24
**card** 26:13,15 38:16
**care** 16:18
**case** 1:3 32:15 40:15
55:3
**cases** 35:7 36:21
**catches** 24:23
**caused** 39:13
**certain** 13:21,24
**certification** 3:6
54:2
**certified** 12:11
**certify** 54:6,12
**cfa** 11:19,23 12:10
12:11 21:23 27:12
28:15,20 30:17 31:2
49:23 50:12 51:8

**cfa's** 12:21 17:10
25:17 47:25
**change** 55:5
**charged** 49:21
**charges** 31:23
**charging** 31:25
**check** 31:24,24
50:20
**chin** 41:3,4
**citi** 23:19
**citibank** 1:9 2:13
9:2,8 14:4,15,19
17:15 18:4 21:19
23:6 25:8 30:16
31:14 33:10 34:9
39:7,13,17 40:14
41:4,14 46:18 55:3
**city** 8:16
**civ** 1:3
**civil** 1:23 37:6
**clarity** 48:10
**clear** 29:16 41:7
50:16
**clearly** 14:11 48:3
**client** 11:19 18:13
18:13,24 21:4 23:6
23:20 26:18,19
27:13,13,22,22,24
28:9,17 31:15 37:13
39:18 41:8,13 42:16
**client's** 41:25
**clients** 18:24 23:7
32:9
**cliff** 13:7
**cls** 35:4
**college** 6:12,16
12:16
**come** 5:24 9:4 33:9
39:2
**comes** 41:25
**coming** 22:23 39:5
**commission** 55:25
**common** 37:20 38:2
**community** 6:16

**complete** 6:20
**completely** 14:5,6
**compound** 26:21
**conclusion** 43:7
**conditions** 48:4
**connect** 44:16
**consecutive** 51:25
**consecutively** 52:6
**const** 35:4
**constitution** 37:3
38:7
**constitutional** 34:15
35:9 36:4,23
**consumer** 23:20
41:9 46:10,20 48:5
48:9 49:5,15,24
50:21 51:10
**contact** 31:19,21
40:14 41:4
**contacted** 40:21
**contain** 22:11
**context** 45:9
**continue** 7:2 35:19
**contract** 24:14,22
24:25
**controversy** 37:21
**conversation** 32:12
**correct** 25:10,18
28:3 49:2
**correctly** 25:16
50:18
**costs** 48:4
**counsel** 1:24 3:4
23:18
**count** 5:5
**counter** 20:17
**counting** 45:21
**course** 7:16 21:14
24:8 25:8 31:13
38:8
**courses** 7:21,23
**court** 1:2 3:16 27:3
33:18,20,22 37:25
**curriculum** 7:17

**customer** 26:4,5
27:20 28:16,17
50:13 51:3
**customers** 12:21
16:16 18:19 22:16
23:14 30:18 31:22
32:3
**cut** 43:17

**d**

**d** 11:6 53:2
**dab** 1:3
**date** 1:14 4:21 55:4
**dated** 42:2
**day** 19:15 52:18
54:18 55:22
**deal** 32:9 49:22
**dealt** 32:2
**decided** 15:4 20:14
**defendant** 2:13
**defendants** 1:10
**degree** 6:25
**deliver** 48:9
**demoted** 20:11
**demotion** 15:2,4
**denote** 12:11
**depending** 49:17
**deposed** 5:8
**deposition** 1:17 3:6
3:13 4:24 19:23
39:2 55:4
**difference** 30:23,24
33:16
**different** 30:19,20
30:25
**directly** 5:24 32:9
**disclosure** 48:8 49:4
49:7,10,11
**disclosures** 49:19,20
**discombobulated**
45:6
**discuss** 28:20
**discussed** 50:12
**discussing** 18:23

[district - igor]                                                          Page 3

**district** 1:2,2
**document** 18:13
  20:22,25 21:4,7,12
  23:16,18,24 24:2
  25:21 26:4,10 28:21
  29:11 31:9,10 34:22
  34:23 37:8 38:14,15
  41:7,12,20,23 42:4
  46:4,6
**documents** 22:22
  27:11 31:7 38:17
**doing** 16:15 20:19
  47:12
**duly** 4:5 54:8
**duties** 11:13 15:16
  16:13

**e**

**e** 2:2,2,14 11:6 53:2
  53:8
**earlier** 19:15
**east** 4:3
**education** 5:11
**effect** 3:15 38:4
**effective** 23:23
  24:10 42:2,17
**eight** 9:12,23 10:14
**eighteen** 5:20,21
**election** 19:15
**employer** 8:14
**employment** 8:2
  10:19
**english** 7:4
**entire** 35:20
**entitled** 1:18 23:19
  35:3
**errata** 55:2
**esq** 2:6,10,14
**event** 5:7
**evidence** 41:23
**exact** 13:25 18:11
**examination** 4:8
  53:5
**examined** 4:6 37:24

**exceed** 37:21
**exchange** 39:19
**exhibit** 21:8 24:3
  34:24 37:9 42:5
  46:7 53:10,11,12,13
  53:14
**exhibits** 53:16
**existing** 22:22
**expected** 50:11
**experience** 27:22
  35:13 48:14
**expires** 55:25
**express** 39:22,24

**f**

**fact** 37:23
**familiar** 14:2,4,9
  20:21 21:12 23:5,8
  24:7 32:25 39:16
  46:13,15
**far** 27:21
**father** 15:8
**federal** 1:22 37:3
**female** 18:23
**fifth** 2:9 45:14
**figure** 33:7
**file** 22:8
**filing** 3:5
**financial** 11:19
**fine** 45:25 52:8
**finish** 7:8
**finished** 5:21,23
**first** 4:5 6:2 8:14 9:6
  9:7 15:22 16:14
  17:14 18:20 23:16
  25:2 28:7 34:8 35:6
  41:8 47:13
**five** 42:5
**floor** 16:21
**follows** 4:7
**force** 3:15
**forever** 35:10 36:5,9
  36:24
**forgive** 4:20

**form** 3:9 21:18,18
  26:7,20 27:16 28:2
  46:21
**forth** 54:8
**forty** 28:21 42:14,15
**four** 37:5,9 41:8,21
**frauds** 11:16
**free** 39:20,22
**further** 3:8,12 38:17
  54:12

**g**

**gentleman** 16:23
  40:22
**gentlemen** 16:6 17:2
  19:18
**george** 15:23 32:13
**getting** 39:19
**give** 26:18 33:7,10
  40:4 43:20,21 49:18
**given** 23:13 27:19
  42:9 54:10
**giving** 23:25
**go** 4:25,25 5:11 6:15
  11:2 17:21 32:22
  42:18,19 46:2 47:16
  49:24 50:3
**goes** 35:10 47:4
**going** 14:11 20:22
  23:15 29:14 32:21
  32:22 33:17,20 40:8
  40:10 41:19 47:8
**good** 4:9
**governmental** 12:12
**great** 1:12 4:3,18,18
  5:25 8:10 9:4 13:5
  14:15 15:21,25
  16:14 17:11 18:9,18
  18:20 19:20 29:22
  38:13 39:6
**guaranteed** 35:8
  36:22

**h**

**h** 40:18 53:8
**half** 9:12 10:24
  20:13 32:10
**hand** 18:16 54:18
**handed** 21:10 24:5
  35:2
**happened** 10:15
  34:12
**harassing** 44:25
  45:2
**haslam** 40:17
**head** 15:21 25:14
**hear** 11:22 15:9
**heard** 33:13 34:14
  34:17 35:12,25 38:3
  38:6
**heart** 38:10
**held** 1:18
**help** 16:16
**hereto** 3:5
**heretofore** 35:8
  36:22
**hereunto** 54:17
**high** 5:10,22,23
**hirsch** 1:5 2:17 4:14
  13:12 14:3 22:23
  32:14 38:15 39:5
  40:15 55:3
**hirsch's** 19:24
**hole** 47:20
**home** 6:7
**honestly** 7:10
**hopefully** 5:2
**hour** 5:2,6
**hum** 24:11 47:7,9

**i**

**idea** 12:7 28:19 34:7
  34:11
**identification** 21:9
  21:25 24:4 34:25
  37:10 42:6 46:8
**igor** 1:5

**important** 47:2,12
47:14 49:15
**including** 22:14
23:21
**individuals** 18:22
**information** 47:2,12
47:14 48:3 50:22,22
**initial** 17:14 38:16
**institute** 12:16
**insure** 50:21
**interested** 54:15
**interpret** 44:4
**introduce** 20:23,24
23:16 34:21 37:5
41:20
**introducing** 46:4
**introduction** 46:11
**inviolate** 35:10 36:5
36:9,12,18,24
**iran** 5:13,14,16,17
5:18 7:4
**issues** 16:16 35:18
**item** 49:15

**j**

**jackline** 1:17 4:2 5:1
6:1 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1,12 53:6
55:4,20
**james** 2:8,10
**january** 1:14 54:18
55:4
**joan** 40:17
**job** 9:7 17:16 22:19

**joe** 52:7
**joseph** 2:14 40:23
**judge** 33:20
**july** 23:23 24:10
42:2,17
**jury** 34:17 35:5,7,14
36:21 37:22,23

**k**

**k** 2:9
**keep** 35:20
**kelly** 2:8,10 4:11
**kind** 49:17
**knew** 16:5
**know** 12:14,17,18
14:10 16:23 17:2
19:19 22:12 23:13
26:8 27:21 28:14,18
28:23 29:6 30:5,8
30:14,24 31:20
33:14,15,25 34:19
36:10 38:10 40:11
43:9,14,18,22 45:20
46:23,24 48:21,24
49:6 50:9
**knowledge** 14:13
16:17

**l**

**l** 11:6 15:23 40:18
**l.l.p.** 2:12
**lane** 2:13 4:3
**language** 38:4 42:18
**lavan** 2:12
**law** 2:8 7:23 34:3,4
37:20 38:2
**lawsuit** 33:17
**lawyer** 23:25 42:8
**lawyers** 33:6
**left** 18:10 19:11,15
**legal** 35:18 43:7
**lewis** 40:13
**liberal** 6:19 7:18
**line** 35:21 55:5
**lingerie** 8:16

**litigation** 14:3
**little** 21:2 27:9
**live** 6:4
**llc** 55:2
**long** 7:19 8:17 9:10
9:21 10:13,23 12:4
18:8
**longer** 14:22
**look** 19:23 21:12
22:21 31:7 36:3
43:11 46:9,13,15,25
**looked** 27:11 31:17
41:12,17
**looking** 21:11 24:6
24:20
**looks** 52:2
**lot** 40:3
**lotto** 15:23,24 22:14
22:20 32:13 38:12
38:21,23,24
**loud** 37:18
**lower** 15:11

**m**

**m** 11:6 40:18
**maiden** 2:13
**making** 11:15,16
**male** 18:22
**manager** 10:17
11:12,14 13:3 14:25
15:17,18 16:10
17:20,22,24 21:17
29:20,22 30:3 50:6
50:8
**manhasset** 9:5,20,22
10:12 18:10
**manual** 18:13 23:6
23:20 26:19 27:13
27:24 28:17 31:15
41:9,13 42:2,16
**manufacturer** 8:16
**mark** 21:5 23:24
42:3
**marked** 21:8 24:3
34:24 37:9 42:5

46:7
**markets** 23:22
**marks** 22:9
**marriage** 54:14
**married** 8:6,7,9
**material** 48:3
**matter** 54:16
**mean** 11:25 17:19
18:21 22:6 34:19
36:8 39:25,25 45:10
**meaning** 44:20
**means** 43:9,15,21
45:9 49:7,11
**meetings** 16:5
**met** 15:24
**michael** 16:24 21:23
22:4,15
**middle** 13:19 52:4
**milage** 39:20,22
**minutes** 45:18,20,21
**moment** 30:12
**money** 33:11
**months** 9:23 10:14
**montreal** 6:6,7,8
**morning** 4:9

**n**

**n** 2:2 11:6 53:2
**n.a.** 1:9
**name** 4:10 16:24
17:2 21:23 40:13
41:3 55:3,4
**nancy** 40:13 41:3,3
**necessary** 48:11
51:6
**neck** 1:12 4:3,18,18
5:25 8:11 9:4 13:5
14:15 15:21,25
16:14 17:11 18:9,19
18:20 19:20 29:22
38:13 39:6
**need** 5:3,4 45:24
**needed** 31:7
**never** 5:9 7:25 16:3
16:5,25 17:3,4,6,11

19:12,20 22:18
25:12,13 26:3,17
28:12,23 31:16,17
33:12,12 35:25
38:20,22,24 39:2,3
41:12,17,17
**new** 1:2,12,21 2:6,6
2:9,9,14,14 4:3,19
18:19,24 25:9 27:22
28:15,17 30:18
34:16 35:14 40:10
46:3 47:25 50:12
54:5 55:2
**north** 1:12
**notary** 1:21 3:14 4:6
52:21 54:4 55:24
**noted** 4:15
**notice** 1:23 21:22
23:21 24:9
**number** 21:24,25
23:18 41:20 52:4,6
**numbers** 52:2,3
**ny** 35:3

**o**

**o** 11:6 15:23,23
**object** 29:14
**objecting** 35:20
**objection** 22:24 23:9
24:15 25:11 26:7,20
27:16 28:2,13 29:4
34:18 35:16,19
37:11,13 38:19
39:21 42:10 43:6
44:2,10,14,23 46:21
48:20 49:16,25 50:7
50:25 51:4
**objections** 3:9
**obligation** 28:15
**obligations** 31:23
**office** 2:8 13:5 14:15
15:21 16:19 17:12
**officer** 9:17 10:2,3,5
10:10 14:20,22
15:19,20 16:14

17:18 20:10,12 29:7
31:4 32:11
**official** 10:4
**oh** 15:2,9 25:13 34:4
47:15
**okay** 5:3,18 6:17
7:20 9:3 10:12 14:2
14:14 16:7 18:12
20:21 21:22 23:15
24:17 26:17 29:18
33:23 35:3 36:19
39:4 43:17 44:9
45:13,16,16,19,22
46:2,24 47:3,17
51:17,19 52:7
**old** 5:18 10:20,22,25
**ones** 40:11 52:5
**open** 18:16 27:12
31:8 49:18
**opened** 25:12,18
40:5
**opening** 18:25 21:21
26:6 31:5 46:10,19
49:12,13
**openings** 11:17
12:24
**operation** 17:23
**opposite** 36:17,18
**order** 34:3,4
**outcome** 54:15
**overlook** 12:20
**oversee** 17:9 25:16
29:8
**overseeing** 27:10
29:2

**p**

**p** 2:2,2,6 4:10 11:6
**p.c.** 2:3
**p.m.** 52:10
**pace** 48:10
**page** 23:17 24:6,12
24:14 25:2,19 41:8
42:8,19 46:3,10,11
47:8 53:5,9 55:5

**pages** 28:22 41:24
**paper** 26:11 38:14
**papers** 12:23 17:5
22:22
**paperwork** 17:7,25
25:17 29:9 34:9
**paragraph** 47:5
**part** 9:9,10 17:16
28:16 33:25 44:18
**parties** 3:5 54:13
**party** 1:18
**passed** 15:8
**pause** 30:13 40:12
51:18
**pay** 15:12,14
**payments** 32:4
**people** 18:18 47:25
**percentage** 49:21
**performance** 22:14
**period** 4:25 25:25
26:2
**person** 40:21 41:2
**personal** 15:6 18:15
18:15 22:5,6,8 49:2
**pertains** 49:12
**phonetic** 8:15 32:20
40:14 41:3
**phrase** 36:3
**place** 1:19
**plainly** 44:7
**plaintiff** 33:8,11
**plaintiff's** 21:8 24:3
34:24 37:9 42:5
46:7 53:9
**plaintiffs** 1:7 2:4
4:11
**plandome** 11:3 13:6
**plaza** 1:12 2:4
**please** 4:17 37:16
**pointed** 47:13
**points** 40:4
**port** 9:5,18
**position** 20:12
**possibilities** 29:3

**possible** 32:24
**possibly** 26:12
**pregnant** 8:20
**preparation** 19:22
**present** 2:16 40:7
**preserved** 37:23
**president** 10:6
**prints** 21:21
**prior** 29:23
**privacy** 23:21
**procedure** 1:23
**proceedings** 40:12
51:18
**products** 47:21
**program** 18:5
**promotion** 9:13
**promotional** 39:17
40:8
**promotionals** 40:9
**promotions** 40:3
**provide** 48:10
**provided** 23:17 46:4
50:23
**provision** 35:9 36:4
36:23 42:21,23,24
43:12,13
**public** 1:21 3:14 4:6
52:21 54:4 55:24
**published** 23:6
**pursuant** 1:22
**put** 34:8

**q**

**queensborough**
6:16,17,21 7:2,9,16
7:21 8:3
**question** 3:10 4:21
21:11 27:5 28:4
30:14 31:21 51:7
**questioning** 35:21
**questions** 14:12
32:23 37:14 51:2,6
51:9,13
**quote** 48:2

**r**

**r** 2:2
**rate** 31:24
**read** 26:24 27:2
31:15 35:6,7 37:15
37:15,17 41:18
42:21 48:8 49:5
**ready** 44:6
**really** 12:5,14 13:20
13:24 33:3 36:10,13
39:14,15 43:10
48:24
**reason** 55:5
**reasons** 15:7
**receipt** 26:3,18
27:14,23 28:10
**receive** 30:17
**received** 9:13 30:6,7
30:15
**recognize** 13:12
**recollection** 39:5,11
**record** 27:2 54:10
**redundant** 21:3
**reference** 22:3,5,7,8
23:7
**regarding** 31:22
38:17
**related** 54:13
**relates** 49:13
**relating** 22:22
**remain** 35:9 36:5,9
36:23
**remained** 9:11
**remember** 7:10,18
12:5,6 18:11 19:17
39:8,14,15
**rephrase** 27:4,6,9
**reporter** 1:20 27:3
**reporting** 55:2
**represent** 4:11
**representations**
50:16
**represented** 4:13

**representing** 42:15
**required** 48:8 49:5
**requirement** 34:15
**reserved** 3:10
**residing** 4:2
**respect** 32:3
**respective** 3:4
**respond** 51:2,9
**rest** 13:2 44:19
**result** 15:11
**resume** 8:22
**review** 12:23,24
17:25 20:3,5 21:16
25:19 28:16 47:21
**reviewed** 25:20
29:17 31:6,12
**reviewing** 11:15
**rid** 20:12
**right** 6:8 7:13 9:10
11:17 12:25 18:3,10
20:2 34:16 35:13
37:22 40:9 47:19,23
50:15 51:23
**rights** 38:7
**risks** 48:4
**road** 4:18
**romanov** 1:5 14:3
**room** 13:13 28:24
29:5,6 50:2
**rosanna** 1:20 54:4
54:22
**roughly** 7:11
**rules** 1:22 38:2
**run** 52:5
**russell** 1:20 54:4,22

**s**

**s** 2:2 40:18 53:8 55:5
**saffer** 32:19
**sam** 42:11 50:8
**samuel** 2:6 4:10
**sarraf** 1:17 4:2,9 5:1
6:1 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1

19:1 20:1 21:1,5
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
37:16 38:1 39:1
40:1 41:1 42:1,7,22
43:1 44:1 45:1,5
46:1 47:1 48:1 49:1
50:1 51:1 52:1,12
53:6 55:4,20
**saw** 16:3 17:4 26:3
26:17
**saying** 26:8 38:11
38:22
**says** 21:23 23:22
24:9,16,16 35:5
36:4,20 37:6 38:9
42:16 43:12,23
44:24 46:14,14,25
47:21 48:7,17,18,18
49:4
**schoengold** 2:3
**school** 5:11,12,22,23
7:6 18:5
**sea** 13:6
**sealing** 3:5
**section** 35:4,5 37:4
**see** 6:4 7:7 8:10 11:9
12:7 13:4 19:14
20:21 21:24 24:14
26:11 27:10,13,15
28:24 34:4 35:3
36:5,24 47:4,6,10
47:18,20 50:2
**seeing** 26:10
**seek** 19:23 28:16
39:18
**seeks** 43:7
**seen** 16:4 18:12
33:24 38:3 46:16
**sentence** 35:6
**served** 39:13 42:24
**service** 9:17,25 10:2
10:5,10 14:20,22

15:19,20 16:13,15
17:18 20:10,12 29:7
29:19 32:11
**services** 47:22
**set** 54:8,18
**seven** 28:21
**seventeen** 8:25 9:3
33:13
**seventh** 37:4,6 38:9
**severed** 42:25 43:2
43:17
**shakes** 25:14
**sheet** 26:14 31:11
55:2
**short** 4:25
**shorter** 45:22
**shorthand** 1:20
**show** 21:3
**showed** 41:7
**showing** 41:24 42:7
**shows** 33:24
**sign** 25:9 27:23
28:10,10 49:22
**signature** 26:13,15
**signed** 3:13,15 26:5
26:12,12 28:12
38:15
**signing** 12:21 18:19
18:21 22:15 26:18
27:13 30:17 47:25
**signs** 27:18
**similarly** 1:5
**sir** 10:11 12:19
15:15,18 16:12,22
19:12,18,25 20:18
21:17 22:2 26:16
29:25 30:21 31:12
36:16,25 38:5 39:14
41:15 43:16 44:11
44:13,20 45:8 46:17
49:8 51:12
**sit** 33:6
**situated** 1:6
**six** 10:14 42:8,11,12
42:14,15 46:5,7

Case 1:12-cv-01424-DAB-JLC Document 40-6 Filed 02/13/15 Page 22 of 23

52:6

**sixty** 42:8,11,12

**skipped** 52:2

**sorry** 7:19 13:14
15:9 39:8 42:14

**sort** 33:3

**southern** 1:2

**speak** 15:3 32:19

**speaking** 39:6

**special** 34:5

**specific** 29:16

**spell** 11:5

**spoke** 38:24

**sporn** 2:3,6 4:8,10
20:24 23:15 25:3
27:4,8,17 29:18
30:12 34:21 37:12
41:19 42:12 44:5
45:2,13,16,19 46:2
47:15 51:17,19,23
51:25 52:9 53:6

**start** 8:8

**started** 8:23 9:2,6

**state** 1:21 12:12
34:15 35:14 48:3
54:5

**statement** 43:5

**states** 1:2 37:4,25

**station** 1:12

**stay** 9:21

**step** 9:16 15:5 47:5
47:18

**stepped** 14:24

**steps** 47:13

**stipulated** 3:3,8,12

**stipulations** 1:23 3:2

**stop** 32:4 49:6

**stopped** 12:8 32:11

**stopping** 31:23

**strauss** 2:14 4:14
17:19 22:24 23:3,9
24:15,18,24 25:5,11
26:7,9,20,24 27:6
27:16 28:2,13 29:4
29:13 30:10 34:5,18

35:16 37:11 38:19
39:21 40:23,25
41:22 42:10,13 43:6
44:2,6,10,14,23
45:4,11,14,17 46:21
47:11 48:12,16,20
49:16,25 50:7,25
51:4,11,15,24 52:8

**street** 2:5

**stroock** 2:12,12

**studied** 7:4

**study** 6:18 7:15

**stuff** 16:5 32:4

**subscribed** 52:16
55:21

**substantially** 30:16

**suggest** 12:10

**suite** 2:5,9

**suits** 37:20

**sum** 39:18

**supervision** 11:18

**supposed** 49:24

**supposedly** 26:12

**sure** 7:14 11:16,16
12:25 18:2 48:9
51:5,13

**svu** 33:24 34:2,3

**sworn** 3:15 4:5
52:16 54:8 55:21

**syntax** 27:8

**system** 33:22

**t**

**t** 15:23,23 53:8

**take** 7:20 16:17
30:11 43:11 45:20
45:21 46:9

**taken** 1:19

**talked** 38:20,22

**talking** 18:25 28:15
28:24 39:12

**tehran** 5:17

**tell** 4:23 5:4,10 8:2
17:13 30:22

**teller** 9:9,11 20:2,7
20:14,15 31:20 50:9

**ten** 45:17

**term** 11:22,25 12:4
12:8 23:8 32:25
33:5,16 42:21 49:10

**terms** 48:4 49:22

**testified** 4:7 19:14
38:20

**testify** 32:14 35:18

**testimony** 41:11
54:7,10

**thank** 51:19 52:9

**theirs** 30:25

**thereto** 32:3

**thing** 29:11 38:25
48:25

**think** 7:12,22 13:23
19:10

**three** 13:9,10,17
34:22,24 47:5,6,18

**time** 1:15,19 3:11
5:4 7:19 8:11 9:8,9
9:10,19 11:10 12:5
13:25 18:20 19:4
25:7 28:8 29:24
32:8 33:20 40:4,6
45:15 52:10

**title** 10:4 11:9 12:6
14:16,18

**today** 19:23 22:23
32:14

**told** 14:11 32:21
38:25 39:3 45:8

**top** 46:10

**total** 41:23

**totally** 30:25

**train** 10:17

**trainee** 10:16

**training** 17:13,14,22
18:4 30:6,15 31:2,3
31:14 48:14 50:10

**transactions** 32:2

**transcript** 53:16
54:9

**transferred** 9:20
11:3,10 13:5,8,20

**travel** 39:23

**trial** 3:11 34:16 35:5
35:7,14 36:20 37:22

**trials** 37:7

**tried** 37:23

**true** 54:9

**truthfully** 32:23

**try** 27:6 28:20

**trying** 16:15 45:5

**tv** 33:24

**two** 6:2 13:7 19:5
20:13 23:16,24 24:3
32:10 35:4,5 45:20
45:21 47:5

**u**

**u.s.** 5:19 6:9,10
23:22

**underneath** 21:23
23:22 48:7 50:15,20

**understand** 25:15
26:9 36:11,14,16
37:12 43:18 44:11
44:12,19,20,24 45:9
50:21

**understanding** 33:4
44:17 47:24 49:9

**understood** 50:17

**unit** 34:6

**united** 1:2 37:3,25

**use** 12:3 32:7 46:19
46:19

**v**

**v** 55:3

**vague** 26:21 28:13
43:6 46:22 48:20
49:25

**value** 37:21

**various** 31:25

**veritext** 55:2

**versus** 14:3

**vice** 10:6

[victims - zeros]                                                    Page 8

**victims** 34:5
**violate** 36:15,16,18

**w**

**waived** 3:7 35:6
  43:2,20
**waiving** 43:20
**want** 37:17 41:6
**washington** 9:5,19
**way** 14:8 17:21 18:3
  54:15
**welcome** 51:22
**went** 6:2 7:5 13:6
  14:14 17:24 19:9
**west** 2:5
**whereof** 54:17
**wide** 2:4
**wine** 8:15
**wins** 33:10
**witness** 4:4 25:14
  44:25 45:3,25 51:21
  53:5 54:7,11,17
  55:4
**wooleys** 4:3
**word** 24:13,19,21,25
  36:11,15 43:14,18
  49:6
**words** 36:14
**wordy** 27:9
**work** 8:4,8,13,20,22
  8:23 9:4 11:15
  12:23 19:18 22:15
  31:14
**worked** 16:25 17:3
  17:23 19:12,21
  41:13
**working** 25:8
**world** 2:4
**written** 43:3,23
  44:15,21 48:25

**x**

**x** 1:4,11 53:2,8

**y**

**yeah** 8:24 30:12
  33:19 38:11 42:13
  43:22 47:15 50:24
**year** 6:9 7:8 8:18
  10:24 17:24 18:11
  40:10
**years** 6:3 8:25 9:3
  9:12 13:7,9,10,17
  20:13 32:10 33:14
**yesterday** 40:22
**york** 1:2,12,22 2:6,6
  2:9,9,14,14 4:4,19
  34:16 35:15 54:5
  55:2

**z**

**zeros** 41:8,21

**1**

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF NEW YORK
 3
 4    BERTRAM HIRSCH and IGOR    )
 5    ROMANOV, on behalf of      )
 6    themselves and all others  )
      similarly situated,        )
 7                               )
 8                               )
         Plaintiffs,             )
 9                               )
10    VS.            ) Case No.
                     ) 12-cv-1123(DAB)(JCL)
11    CITIBANK, N.A,             )
12                               )
13       Defendants.    )
      _____)
14
15
16
17    DEPOSITION OF:
18         FAZRI ZUBAIR
19         THURSDAY, JANUARY 9, 2014
20         10:00 A.M.
21
22
23
24    Reported by:   GINA M. CLOUD
25            CSR No. 6315
```

**2**

```
 1         Deposition of FAZRI ZUBAIR, the witness,
 2    taken on behalf of the Plaintiffs, on Thursday,
 3    January 9, 2014, 10:00 A.M. at 2029 Century Park
 4    East, 16th Floor, Los Angeles, California 90067,
 5    before GINA M. CLOUD, CSR No. 6315, pursuant to
 6    NOTICE.
 7
 8    APPEARANCES OF COUNSEL:
 9
10    FOR PLAINTIFFS:
11         LAW OFFICES OF JAMES KELLY
12         BY:  JAMES KELLY, ESQ.
13         244 5th Avenue
14         Suite K-278
15         New York, New York 10001
16         (212) 920-5042
17         Jkelly@jckellylaw.com
18    FOR DEFENDANTS:
19         STROOCK & STROOCK & LAVAN
20         BY:  SHANNON PONEK, ESQ.
21         2029 Century Park East
22         16th Floor
23         Los Angeles, California 90067
24         Sponek@stroock.com
25
```

**3**

```
 1    APPEARANCES: (CONTINUED)
 2
 3    ALSO FOR PLAINTIFF: (PRESENT VIA PHONE)
 4         SCHOENGOLD & SPORN, P.C.
 5         BY:  SAMUEL SPORN, ESQ.
 6         Worldwide Plaza
 7         393 W. 49th Street, #5HH
 8         New York, New York 10019
 9         (212) 964-0046
10    ALSO PRESENT:
11         SOSEH KEVORKIAN, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
 1                 I N D E X
 2
 3    WITNESS        EXAMINATION       PAGE
 4    FAZRI ZUBAIR
 5         (By Mr. Kelly)      6
 6
 7
 8              E X H I B I T S
 9    NO.          DESCRIPTION          PAGE
10    Exhibit 30  Concierge Daily      17
11         Transaction/Transmittal
12         Report
13    Exhibit 31  Client Manual Consumer    20
14         Accounts Including Privacy
15         Notice, U.S. Markets
16         Effective July 1, 2010
17    Exhibit 32  U.S. Constitution, 7th   22
18         Amendment
19    Exhibit 33  New York Constitution,   22
20         Section 2, Trial By Jury
21    Exhibit 34  Citibank National Form   26
22         Center, website printout
23    Exhibit 35  Personal Banker Foundations  30
24         Participant Guide, North
25         America Consumer
```

**Page 5**

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 6**

```
1    LOS ANGELES, CALIFORNIA, THURSDAY, JANUARY 9
2             10:00 A.M.
3
4
5         THE VIDEOGRAPHER:  Good morning.  We are on
6   the record at 9:59 a.m. on January 9, 2014.  This is
7   the video recorded deposition of Fazri Zubair.  My
8   name is Soseh Kevorkian here with our court reporter
9   Gina Cloud.  We're here from Veritext Legal
10  Solutions at the request of counsel for plaintiff.
11  This deposition is being held at 2029 Century Park
12  East in Los Angeles, California.  The caption of
13  this case is Bertram Hirsch, et al.  versus Citibank
14  N.A, case number 12-cv-1124(DAB)(JCL).
15         Please note that audio and video recording
16  will take place unless all parties agree to go off
17  the record.  Microphones are sensitive and pick up
18  whispers, private conversations and all cellular
19  interference.  I'm not authorized to administer an
20  oath, I'm not related to any party in this action,
21  nor am I financially interested in the outcome in
22  any way.
23         May I please have an agreement from all
24  parties that we can proceed.
25         MR. KELLY:  I'm in agreement.
```

**Page 7**

```
1         MS. PONEK:  I'm in agreement also.
2         THE VIDEOGRAPHER:  At this time would
3   counsel and all present please identify themselves
4   for the record.
5         MR. KELLY:  I'm James Kelly, counsel for
6   plaintiffs.
7         MS. PONEK:  Shannon Ponek, counsel for
8   defendants.
9
10             FAZRI ZUBAIR,
11         having been first duly sworn, was
12         examined and testified as follows:
13
14             EXAMINATION
15
16         MR. SPORN:  To the extent possible, can you
17  keep your voices up so I can hear better.
18         MR. KELLY:  Okay.  Were you able to hear
19  that?
20         MR. SPORN:  I'm hearing you fine, yes.
21         MR. KELLY:  Also my co-counsel, Mr. Samuel
22  Sporn, is joining us through conference call and
23  he's in New York.
24     Q.  Good morning, Mr. Zubair, my name is James
25  Kelly.  I'll be taking your deposition today.  We're
```

**Page 8**

```
1   going to go about 45 minutes of questioning, we'll
2   try and take a break, but if you need a break before
3   that, let me know and we'll take a break.
4   Citibank's attorney will be objecting a lot today to
5   many of my questions, but you're still obligated to
6   answer the question and we'll deal with the
7   objections later.
8         So can you state your name and address for
9   the record?
10     A.  Yes, name is Fazri Zubair, address is 11806
11  Venice Boulevard, apartment 206, Mar Vista,
12  California.
13     Q.  Can you state when you started working at
14  Citibank?
15     A.  Approximately 2009.
16     Q.  When you started there, what did you do,
17  what were your duties?
18     A.  I was a personal banker, so I opened new
19  accounts.
20     Q.  Are you still working with Citibank?
21     A.  I am not.
22     Q.  What happened, why did you leave?
23     A.  I wanted to make a change in career.
24     Q.  What are you doing now?
25     A.  Software engineer for a game studio.
```

## 9

1    Q.  Can you state your date of birth for the
2  record?
3    A.  ██████████
4    Q.  Have you ever been deposed before?
5    A.  No.
6    Q.  Can you state your education beginning with
7  high school?
8    A.  Sure, I graduated Torrance High School.  I
9  attended Cal Poly Pomona but did not finish with a
10  degree.
11    Q.  Where is Torrance High School?
12    A.  City of Torrance in L.A., L.A. County.
13    Q.  Were you born and raised in L.A.?
14    A.  No, I was born in Dubai.
15    Q.  When did you come to the U.S.?
16    A.  When I was one.
17    Q.  Where did you live?
18    A.  Torrance.
19    Q.  Did you have any prior business experience
20  before coming to Citibank in 2009?
21    A.  Yes.
22    Q.  Can you detail that?
23    A.  Yes, I worked at Academic Learning Company,
24  as business rep.  Went to Best Rate Funding as sales,
25  Lending Group as sales, and then I think it was

## 10

1  Citibank right after that.
2    Q.  And you started off as a personal banker
3  right away?
4    A.  Correct.
5    Q.  When you came to Citibank, did you have
6  training?
7    A.  Yes.
8    Q.  What was the training?
9    A.  It was a course called Personal Banker
10  Foundations.  It was an offsite, one-week or two-week
11  course.
12    Q.  Did you provide any detail on the type of
13  training that was provided at the Personal Banker
14  Foundations course?
15    A.  That was several years back, I can't really
16  remember much.
17    Q.  Can you remember anything from it?
18    A.  If I could go just briefly what we covered,
19  basically processes and regulations that govern new
20  account opening, how we would proceed with clients, a
21  lot of hammering in documentation and quality
22  control.  That was a big focus from them, the
23  foundations classes.  That's about it that I can
24  remember.
25    Q.  The documentation and quality control, what

## 11

1  does that mean?
2    A.  Whenever we open new accounts, whether it be
3  business accounts or personal accounts, we're
4  required to provide clients with a certain set of
5  documents.  They hammered into us these documents
6  that we must provide.  It was an ongoing process,
7  including continuing education through Citibank every
8  few months, so new accounts will be created, there
9  will be new disclosures that need to be provided and
10  they would educate us on when and how to provide them
11  and where we could print them out if need be.
12    Q.  Do you have any professional degrees?
13    A.  No.
14    Q.  Do you remember meeting with the plaintiff
15  in this lawsuit, Igor Romanov?
16    A.  I do not.
17    Q.  Do you recall what documents you were
18  required to provide to customers when they open up a
19  savings or checking account?
20    A.  I recall some of the documents, but the main
21  ones that were always ingrained was we had a client
22  manual, a marketplace addendum, and then any
23  printouts that were updates to them.  There was also
24  a new account kit that prints out when we open up an
25  account that gives an overview of what the client

## 12

1  just did.
2    Q.  A new account kit?
3    A.  Yes.
4    Q.  What is that?
5    A.  Whenever we would open an account, it would
6  print out some pages from the computer that said, "Hi
7  Mr. Client, you opened up this account, this is how
8  much you deposited, this is your account number."
9  They call it a new account kit.
10    Q.  Can you go through the process when you
11  open up an account, a new checking or savings
12  account, the exact steps that you typically take?
13    A.  From what point?
14    Q.  From when you sit down with the client.
15    A.  Client comes in, we sit down.  We identify
16  what solution they need.  At that point we verify who
17  they are.  If they're an existing client, we use one
18  of the existing forms of identity checking that we
19  have available, pin number, I.D. card.  If they're a
20  new client, two forms of I.D. or a form of I.D.,
21  depending, and then we go into a new account opening
22  procedure, we input the information into the
23  computer.  At that point we confirm the information
24  with the client, we print out the documentation, we
25  have welcome kits that we pre make for ourselves.

13

```
 1    These welcome kits are a folder.  They have marketing
 2    material, client manual, marketplace addendum, any
 3    printouts that we might need.  At the point of new
 4    account opening, we double-check the National Forms
 5    Center because a lot of times new disclosures might
 6    come up during the week and we try to pre make the
 7    kits at the beginning of the week to save us time
 8    during the process.  If there is anything new, print
 9    them out, add it to the folder, we hand it to the
10    client.  They review the documents.
11        At that point we bring out the signature
12    card, we have them sign the signature card, they're
13    confirming that they received the kit from us,
14    they're acknowledging that they're opening the
15    account, and I think there's some other stuff on
16    there they're acknowledging, since I don't remember
17    because it's been a while.  Take the card back and
18    the client has the new account.
19    BY MR. KELLY:
20        Q.   Do you actually take the documents out of
21    the kit and go through the documents with the
22    client?
23        A.   Depending on the client.
24        Q.   Depending on what?
25        A.   The amount of questions they have.  Usually
```

14

```
 1    the kit is an open folder.
 2        Q.   And the kit is provided to them before they
 3    sign the signature card?
 4        A.   Yes.
 5        Q.   Is that how you were trained to open up a
 6    new account?
 7        A.   I can't recall if I was specifically trained
 8    how to do that, but to me it made sense as part of
 9    the process.  We review everything first before they
10    sign.
11        Q.   If a customer does not have any questions,
12    do you go through the client manual and review it
13    with them?
14        A.   The client manual specifically or the whole
15    welcome kit?
16        Q.   All the documents.
17        A.   I'll go through all the documents with the
18    client and tell them this is the client manual, this
19    is the marketplace addendum.  If we have any
20    promotions going on, they're usually in the welcome
21    kit, I'll go over that with the client.
22        Q.   Do you actually go through each provision,
23    do you go through important provisions of the client
24    manual with them?
25        A.   Not unless they ask.
```

15

```
 1        Q.   Do you know what the term "arbitration"
 2    means?
 3        A.   Yes.
 4        Q.   Can you explain what you believe that
 5    means?
 6        A.   Basically it's what we're doing right now,
 7    basically taking deposition outside of court,
 8    agreeing to settle outside of a client -- what do you
 9    call it, jury trial.  That's my best definition.
10        Q.   Are you aware that the client manual
11    contains a provision that allows Citibank to take
12    any disputes to arbitration with a customer?
13        A.   Yes.
14        Q.   Do you explain that provision to customers
15    when they open up their account?
16        A.   Not unless they specifically ask me.
17        Q.   Has a customer ever specifically asked
18    about the arbitration clause?
19        A.   Yes.
20        Q.   What did they ask?
21        A.   They asked if they could cross out the
22    arbitration clause and still open the account.
23        Q.   Was this one instance?
24        A.   One instance.  I just thought it was
25    particularly funny is why I remember it.
```

16

```
 1        Q.   What was your response?
 2        A.   I said unfortunately we cannot do that.
 3        Q.   Is that all?
 4        A.   That's the only instance that comes to mind.
 5        Q.   Were there any other questions besides
 6    crossing it out?
 7        A.   Possibly.  It was an interesting client.
 8        Q.   You said trial by jury.  Do you know what
 9    that means?
10        A.   Yes.
11        Q.   Can you explain what you think that means?
12        A.   That means it's a court trial where a jury
13    is selected and they make the decision on whether the
14    plaintiff -- the person being accused is guilty or
15    innocent.
16        Q.   Do you notify customers that the client
17    manual contains an arbitration provision that does
18    away with their right to trial by jury?
19        A.   Not specifically.
20        Q.   Do you know about the Citibank promotional
21    offer that's the subject of this lawsuit?
22        A.   Vaguely.  It's been several years.
23        Q.   What do you know about it?
24        A.   That we were offering American Airline
25    miles.  That's about it.
```

---

**17**

1    Q.  Do you have a lot of customers come in to
2  sign up for promotional offers like that?
3    A.  Yes, those were popular offers.
4    Q.  Is there any difference between the sales
5  process for a client that comes in with the
6  promotional offer, as opposed to one who hasn't come
7  in with a promotional offer?
8    A.  No.
9    Q.  Has there ever been an instance where one
10  of the documents that was required to be provided to
11  a customer in the kit wasn't available or the branch
12  ran out of them so you could not provide one to the
13  customer?
14    A.  Not to my knowledge.
15    MR. KELLY:  I would like to introduce as
16  Plaintiff's Exhibit 30 a document Bates stamped
17  CITI-0000077 through CITI-0000078 titled Concierge
18  Daily Transaction/Transmittal Report.
19    (The document referred to was marked
20  by the reporter as Exhibit 1 for identification
21  and is attached hereto).
22  BY MR. KELLY:
23    Q.  Can you take a look at this document?
24    A.  Uh-huh.
25    Q.  Do you recognize it?

**18**

1    A.  Yes.
2    Q.  What is this document?
3    A.  The first page is the report that prints out
4  at the end of the day that shows all our concierge
5  transactions. Second document is the signature card
6  we have the client sign, or a copy of that.
7    Q.  On the first page at the top it says "CFA
8  name." Do you see that?
9    A.  Yes.
10    Q.  Do you know what CFA stands for?
11    A.  Client Financial Analyst.
12    Q.  Do you know what that means?
13    MS. PONEK:  Objection, vague.
14    THE WITNESS:  I don't understand what you
15  mean. I know what each word means. I don't
16  understand.
17  BY MR. KELLY:
18    Q.  Is that something that you need to have a
19  license for to get that designation?
20    A.  You do not need a license, as far as I'm
21  aware.
22    Q.  And then it has right under it CFAP with a
23  number symbol. Do you know what that number symbol
24  is?
25    A.  It's my employee identification number.

**19**

1    Q.  And then right after that it says "referred
2  by," and it's a little difficult to read. I think
3  it says Kuntheachhora?
4    A.  Yes.
5    Q.  Do you know who that was?
6    A.  That was a teller working at the branch at
7  the time.
8    Q.  Can you spell that name?
9    A.  No, we called him a nickname because his
10  name was hard to pronounce. I can't remember what it
11  was.
12    Q.  It looks like K-u-n-t-h-e-a-c-h-h-o-r-a, it
13  looks like.
14    MS. PONEK:  Yes. Or possibly an "n" at the
15  end, but I'm not sure.
16    MR. KELLY:  Could be an "n."
17    Q.  On the next page, the signature card, what
18  do you explain to customers when they sign the
19  signature card?
20    A.  I don't understand, I'm sorry. What do you
21  mean exactly?
22    Q.  What do you tell customers when you present
23  them with the signature card for signature?
24    A.  It's been several years, I don't remember
25  what I said verbatim. If I was still at Citi I would

**20**

1  probably be saying this five times a day, but
2  basically it would be a general overview of what this
3  card means, what you're signing towards. I probably
4  reviewed the main text that's on the document, asked
5  them if they have any questions about the new account
6  before we officially open it.
7    MR. KELLY:  I would like to introduce as
8  Plaintiff's Exhibit 31 a document Bates stamped
9  CITI-0000155 through CITI-0000183.
10    (The document referred to was marked
11  by the reporter as Exhibit 31 for identification
12  and is attached hereto).
13  BY MR. KELLY:
14    Q.  It's actually titled "Client Manual
15  Consumer Accounts Including Privacy Notice, U.S.
16  Markets Effective July 1, 2010."
17    Do you recognize this document, Mr. Zubair?
18    A.  I do.
19    Q.  Can you state what it is?
20    A.  It's the client manual.
21    Q.  This is the document that you provide to
22  customers when they open up a savings or a checking
23  account?
24    A.  Correct.
25    Q.  And this is included in the customer kit,

**21**

1   is it called?
2     A.  Yes.
3     Q.  Do you take this out of the custom kit and
4   go through with the customer?
5     MS. PONEK:  Objection, asked and answered.
6     THE WITNESS:  It depends on what context
7   you mean go through.  I do not go through individual
8   line by line item on this document with the
9   customer.  I do show the customer the document and
10  tell them that this is where they can find
11  information about their account.
12  BY MR. KELLY:
13    Q.  Can we go to page Bates stamp 177, the top
14  paragraph there states:  "This section contains
15  important information regarding your deposit, ready
16  credit, checking plus or checking plus (variable
17  rate) accounts and the services related thereto.  It
18  provides that either you or we can require that any
19  disputes be resolved by binding arbitration.
20  Arbitration replaces the right to go to court,
21  including the right to participate in a class action
22  or similar proceeding.  In arbitration the dispute
23  is submitted to a neutral party and arbitrator
24  instead of a judge or jury."
25     Do you see that paragraph that I just read,

**22**

1   Mr. Zubair?
2     A.  Uh-huh.
3     Q.  Do you agree that this arbitration
4  provision allows Citibank to elect to have disputes
5  arbitrated and do away with the right to trial by
6  jury?
7     MS. PONEK:  Objection, calls for a legal
8  conclusion, he's not here to testify about what the
9  provision does and does not do.
10  BY MR. KELLY:
11    Q.  I understand, you can answer the question.
12    A.  I'm not a legal expert, I cannot make a call
13  on that.
14    Q.  So you're not aware that this arbitration
15  provision does away, allows Citibank to do away with
16  a right to trial by jury?
17    MS. PONEK:  Objection, asked and answered.
18    MR. KELLY:  I would like to introduce
19  Exhibit 32 and 33.  32 is U.S. Constitution, 7th
20  Amendment.
21    (The document referred to was marked
22  by the reporter as Exhibit 32 for identification
23  and is attached hereto)
24    MR. KELLY:  And 33 is the New York
25  Constitution, Section 2, Trial By Jury.

**23**

1     (The document referred to was marked
2  by the reporter as Exhibit 33 for identification
3  and is attached hereto)
4  BY MR. KELLY:
5    Q.  Can you take a look at these two documents,
6  Mr. Zubair.  Do you know what the 7th Amendment is
7  of the U.S. Constitution?
8    A.  Yes.
9    Q.  What is it?
10    A.  It's the right to --
11    MS. PONEK:  Objection, same thing, it's
12  calling for a legal conclusion.
13    THE WITNESS:  It's the right to have a
14  trial by jury.
15  BY MR. KELLY:
16    Q.  And the other page, the New York
17  Constitution, section 2, is that similar, right to
18  trial by jury?
19    A.  I've never seen this before, but according
20  to this document.
21    Q.  Would you agree that the client manual, the
22  arbitration provision contained therein, if that did
23  away with the constitutional right to a client
24  having a trial by jury with respect to lawsuits and
25  disputes, do you think that would be an important

**24**

1   fact to disclose to a customer?
2     MS. PONEK:  Again, objection, you're asking
3  for his legal conclusion.
4    THE WITNESS:  Again, I'm not a legal expert
5  of any type.
6  BY MR. KELLY:
7    Q.  It's not a legal statement I'm asking for.
8  If the constitution provided a right to trial by
9  jury and provide a document to a customer that does
10  away with that right, and it's on the back of that
11  long document, do you think that would be important
12  to point that out to a customer before they sign the
13  signature card agreeing to this document?
14    A.  If you're asking for my opinion, if I
15  personally think that would be important?
16    MS. PONEK:  Again, objection, he's not here
17  to give a legal opinion.
18    MR. KELLY:  I'm not asking for a legal
19  opinion.
20  BY MR. KELLY:
21    Q.  I'm asking for your personal opinion.
22    A.  I guess I'm a little confused on the
23  questioning at the moment.
24    Q.  It's a yes or no.
25    MS. PONEK:  He doesn't understand the

**25**

```
1    question.  Maybe you can rephrase it.
2         MR. KELLY:  Can you read him the question.
3         (Record read)
4         MS. PONEK:  Same objection.
5         THE WITNESS:  It's hard for me to just give
6    a yes or no on that.
7    BY MR. KELLY:
8         Q.   If you opened an account at a bank or a
9    company and they put in the back of a long document
10   a provision taking away your right, your
11   constitutional right to something, don't you think
12   that's important for them to point you out?
13        A.   Yes, but I usually read the documents
14   provided before I do anything.
15        Q.   You read the document provided?
16        A.   Yes.
17        Q.   What do you read?
18        A.   If I've got a client manual, I would read
19   the client manual.  I would go through it.  I would
20   ask questions, I would ask if there's anything
21   important I should know about it.  So me personally,
22   that's what I would do.
23        Q.   Oh, you personally.  About how long do you
24   sit with a customer when they open up an account?
25        A.   It could vary between an hour to I've spent
```

**26**

```
1    half a day before.
2         MR. KELLY:  Let me introduce this as
3    Exhibit 34, a document Bates stamped CITI-0000133
4    through CITI-0000139 titled Citibank National Form
5    Center.
6         (The document referred to was marked
7    by the reporter as Exhibit 34 for identification
8    and is attached hereto)
9    BY MR. KELLY:
10        Q.   Do you recognize this document, Mr. Zubair?
11        A.   Yes, I'm used to seeing it as a website.
12        Q.   Can you explain for the record what it is?
13        A.   This would be the site we would go to to get
14   updated forms.
15        Q.   Do you recognize some of these pages in
16   here, I guess these forms?
17        A.   Vaguely.  It's been several years.
18        Q.   When did you leave Citibank?
19        A.   About a year and a half ago.
20        Q.   Do you recognize this on page 135, the
21   Bates stamp, and it says at the top "Consumer
22   Account Opening, Stage 1 Introduction"?
23        A.   Vaguely.
24        Q.   Are these the steps in here that you have
25   to follow to open up an account?
```

**27**

```
1         A.   Looks like it is the start of the process.
2         Q.   Do you follow all these steps when you open
3    an account?
4         A.   Best of my knowledge, when I was at Citibank
5    I followed all these steps.
6         Q.   Did you introduce -- strike that.
7         Who is the manager at the branch that you
8    worked at, the Citibank branch?
9         MS. PONEK:  Objection, vague as to time.
10   BY MR. KELLY:
11        Q.   While you were there, and if there was more
12   than one?
13        A.   I don't think there was.  This was the
14   Marina Del Rey branch.  Sorry, I can't remember.
15        Q.   You don't remember your manager?
16        A.   No, she was not the last manager I had
17   there.
18        Q.   Do you remember any manager name there?
19        A.   The last manager I had before I quit was
20   Shuhaila.
21        Q.   Shuhaila.  Do you know how to spell that?
22        A.   No, S-h -- no.
23        Q.   Is that her first name?
24        A.   Yes.
25        Q.   Do you know her last name?
```

**28**

```
1         A.   Started with an "N," Nobahar, but I'm not
2    sure.
3         Q.   At the end of the client account opening
4    process, did you ever introduce the customer to the
5    branch manager?
6         A.   Yes.
7         Q.   Did you do that at every account opening
8    process that you went through?
9         A.   Any account opening process where they were
10   available.
11        Q.   Have you ever had any complaints from any
12   customers that you didn't provide any of the
13   required documents of disclosures?
14        A.   Not that I'm aware of.
15        Q.   How do you know that you've provided the
16   customer each of the required documents or
17   disclosures when they opened up an account?  Do you
18   keep check of, is it like a checklist that you keep
19   or is there any kind of document that you indicate
20   that you did this, you took the step?
21        MS. PONEK:  Objection, compound.
22        THE WITNESS:  As I stated earlier, National
23   Forms Center and my procedures for opening up a new
24   account on the National Form Center, I vaguely
25   remember, there is a new account opening section
```

```
                                                    29
 1    that tells me what consumer account or business
 2    account disclosures must be provided at account
 3    opening.  That would be my visual checklist.
 4    BY MR. KELLY:
 5        Q.  Has anybody asked you for a statement,
 6    anybody at Citibank, asked you for a statement as to
 7    whether or not you provided the client manual to
 8    Igor Romanov?
 9            MS. PONEK:  Objection, don't answer the
10    question to the extent it calls for attorney/client
11    privilege information.  So if it's something you
12    discussed with me or one of the other attorneys,
13    then don't answer, but if you can answer it without
14    providing attorney/client information, then go
15    ahead.
16    BY MR. KELLY:
17        Q.  As long as they weren't an attorney.  Has
18    any non attorneys asked you to provide a statement?
19        A.  No.
20        Q.  Do you know Joan Haslam, H-a-s-l-a-m?
21        A.  (No audible response)
22        Q.  Do you know Nancy Lewis?
23        A.  No.
24        Q.  Has there ever been a time where you missed
25    a step in an account opening process?
```

```
                                                    30
 1        A.  Not that I'm aware of.
 2            MR. KELLY:  I would like to introduce as
 3    Plaintiff's Exhibit 35 a document Bates stamped
 4    CITI-0000119 through CITI-0000132 titled
 5    "Personal Banker Foundations Participant Guide,
 6    North America Consumer."
 7            (The document referred to was marked
 8    by the reporter as Exhibit 35 for identification
 9    and is attached hereto).
10    BY MR. KELLY:
11        Q.  Do you recognize that document, Mr. Zubair?
12        A.  Vaguely.
13        Q.  How do you recognize it?
14        A.  From the cover.
15        Q.  When have you seen it before?
16        A.  Personal Banker Foundations Training and I
17    think I had a copy in my desk at the bank.
18        Q.  If you could turn to Bates stamp 123.  Do
19    you see that document there, it says "Customer Care
20    Checklist"?
21        A.  Uh-huh.
22        Q.  Do you recognize that?
23        A.  Yes.
24        Q.  Can you say what that is?
25        A.  It's a Customer Care Checklist that prints
```

```
                                                    31
 1    out when we open up a new account.
 2        Q.  What do you do with that document?
 3        A.  Provide it to the client in their new
 4    account package?
 5        Q.  That's included in the account package?
 6        A.  I included it, yes.
 7        Q.  The new account package?
 8        A.  What I would give to the client.
 9        Q.  Do you do that with every client, is that
10    the step you take with every client?
11        A.  Yes.
12            MR. KELLY:  Let's take a ten-minute break
13    and we'll wrap up.
14            THE VIDEOGRAPHER:  We're going off the
15    record at 10:42 a.m.
16            (Recess taken)
17            THE VIDEOGRAPHER:  We're going back on the
18    record at 10:52 a.m.
19    BY MR. KELLY:
20        Q.  Besides the signature card that the
21    customers sign, are there any other documents that
22    you're aware of that could show that the customer
23    received the client manual?
24        A.  It would probably just be the signature
25    card.
```

```
                                                    32
 1            MR. KELLY:  I think we're done, thank you
 2    very much, Mr. Zubair.
 3            MS. PONEK:  What have you guys been doing
 4    in other depositions about signing -- should we go
 5    off the record and then put an agreement on the
 6    record?
 7            MR. KELLY:  We've been using the standard
 8    federal stipulation.
 9            MS. PONEK:  Normally we waive the court
10    reporter's obligation to hold on to the original
11    transcript and you would hold onto it and then give
12    the witness 30 days after receipt to read and sign
13    it.
14            MR. KELLY:  Okay.
15            MS. PONEK:  Is that not typical in New
16    York?
17            MR. KELLY:  That's fine.
18            MS. PONEK:  So I think we're in agreement
19    to that, thank you.
20            THE VIDEOGRAPHER:  We're off the record at
21    10:54 a.m. This concludes today's testimony given by
22    Fazri Zubair.  The total number of media used was
23    one and will be retained by Veritext LLC.
24        (The deposition was concluded at 10:55 a.m.)
25
```

## 33

```
1                    DECLARATION
2
3
4
5          I hereby declare I am the deponent in the
6  within matter; that I have read the foregoing deposition
7  and know the contents thereof, and I declare that the same
8  is true of my knowledge except as to the matters which ar
9  therein stated upon my information or belief, and as to
10 those matters, I believe it to be true.
11         I declare under the penalties of perjury of
12 the state of California that the foregoing is true and
13 correct.
14         executed on the _____ day of _____
15 2014, at _____, California.
16
17
18
19
20         _____
             W I T N E S S
21
22
23
24
25
```

## 34

```
1          I, GINA M. CLOUD, a certified shorthand
2  reporter for the State of California, do hereby
3  certify:
4          that prior to being examined, the
5  witness named in the foregoing deposition, was by me
6  duly sworn to testify the truth, the whole truth,
7  and nothing but the truth pursuant to Section No.
8  2093 of the Code of Civil Procedure;
9          That said deposition was taken before
10 me pursuant to notice, at the time and place therein
11 set forth, and was taken down by me in shorthand and
12 thereafter reduced to typewriting via computer-aided
13 transcription under my direction;
14         I further certify that I am neither
15 counsel for, nor related to, any party to said
16 action, nor in anywise interested in the outcome
17 thereof.
18         IN WITNESS WHEREOF, I have hereunto
19 subscribed my name this _____ day of _____,
20 2014.
21
22
23         _____
             GINA M. CLOUD
24         CSR No. 6315
25
```

## 35

```
1                    ERRATA SHEET
             VERITEXT/NEW YORK REPORTING, LLC
2  CASE NAME: Hirsch, Bertram, Et Al v. Citibank, NA
3  DATE OF DEPOSITION: 1/9/2014
   WITNESSES NAME: Fazri Zubair
4
5  PAGE   LINE (S)   CHANGE      REASON
6  ____|_____|_____|_____
7  ____|_____|_____|_____
8  ____|_____|_____|_____
9  ____|_____|_____|_____
10 ____|_____|_____|_____
11 ____|_____|_____|_____
12 ____|_____|_____|_____
13 ____|_____|_____|_____
14 ____|_____|_____|_____
15 ____|_____|_____|_____
16 ____|_____|_____|_____
17 ____|_____|_____|_____
18 ____|_____|_____|_____
19 ____|_____|_____|_____
20 ____|_____|_____|_____
21 _____
             Fazri Zubair
22 SUBSCRIBED AND SWORN TO BEFORE ME
   THIS _____ DAY OF _____, 20__.
23
24
25 (NOTARY PUBLIC)        MY COMMISSION EXPIRES
```

| # |
|---|

**#5hh** 3:7

| 1 |
|---|

**1** 4:16 17:20 20:16 26:22
**1/9/2014** 35:3
**10001** 2:15
**10019** 3:8
**10:00** 1:20 2:3 6:2
**10:42** 31:15
**10:52** 31:18
**10:54** 32:21
**10:55** 32:24
**11806** 8:10
**12-cv-1123(dab)(jcl)** 1:-
**12-cv-1124(dab)(jcl)** 6:14
**123** 30:18
**135** 26:20
**16th** 2:4,22
**17** 4:10
**177** 21:13
**1985** 9:3

| 2 |
|---|

**2** 4:20 22:25 23:17
**20** 4:13
**2009** 8:15 9:20
**2010** 4:16 20:16
**2014** 1:19 2:3 6:1,6 33:15 34:20
**2029** 2:3,21 6:11
**206** 8:11
**2093** 34:8
**20__** 35:-
**212** 2:16 3:9
**22** 4:17,19
**244** 2:13
**25** 9:3
**26** 4:21

| 3 |
|---|

**30** 4:10,23 17:16 32:12
**31** 4:13 20:8,11
**32** 4:17 22:19,19,22
**33** 4:19 22:19,24 23:2
**34** 4:21 26:3,7
**35** 4:23 30:3,8
**393** 3:7

| 4 |
|---|

**45** 8:1
**49th** 3:7

| 5 |
|---|

**5th** 2:13

| 6 |
|---|

**6** 4:5
**6315** 1:25 2:5 34:24

| 7 |
|---|

**7th** 4:17 22:19 23:6

| 9 |
|---|

**9** 1:19 2:3 6:1,6
**90067** 2:4,23
**920-5042** 2:16
**964-0046** 3:9
**9:59** 6:6

| A |
|---|

**a.m** 1:20 2:3 6:2,6 31:15,18 32:21,24
**able** 7:18
**academic** 9:23
**according** 23:19
**account** 10:20 11:19,24,25 12:2,5,7,8,9,11,12,21 13:4 ,15,18 14:6 15:15,22 20:5,23 21:11 25:8,24 26:22,25

27:3 28:3,7,9,17,24,25 29:1,2,2,25 31:1,4,5,7
**accounts** 4:14 8:19 11:2,3,3,8 20:15 21:17
**accused** 16:14
**acknowledging** 13:14,16
**action** 6:20 21:21 34:16
**actually** 13:20 14:22 20:14
**add** 13:9
**addendum** 11:22 13:2 14:19
**address** 8:8,10
**administer** 6:19
**again** 24:2,4,16
**ago** 26:19
**agree** 6:16 22:3 23:21
**agreeing** 15:8 24:13
**agreement** 6:23,25 7:1 32:5,18
**ahead** 29:15
**airline** 16:24
**ai** 6:13 35:-
**allows** 15:11 22:4,15
**always** 11:21
**am** 6:21 8:21 33:5 34:14
**amendment** 4:18 22:20 23:6
**america** 4:25 30:6
**american** 16:24
**amount** 13:25
**analyst** 18:11
**angeles** 2:4,23 6:1,12
**answer** 8:6 22:11 29:9,13,13
**answered** 21:5 22:17
**anybody** 29:5,6
**anything** 10:17 13:8 25:14,20
**anywise** 34:16
**apartment** 8:11
**appearances** 2:8 3:1
**approximately** 8:15
**arbitrated** 22:5
**arbitration** 15:1,12,18,22 16:17 21:19,20,22 22:3,14 23:22
**arbitrator** 21:23
**ask** 14:25 15:16,25 25:20,20
**asked** 15:17,21 20:4 21:5 22:17 29:5,6,18
**asking** 24:2,7,14,18,21
**attached** 17:21 20:12 22:23 23:3 26:8 30:9
**attended** 9:9
**attorney** 8:4 29:17
**attorney/client** 29:10,14
**attorneys** 29:12,18
**audible** 29:21
**audio** 6:15
**authorized** 6:19
**available** 12:19 17:11 28:10
**avenue** 2:13
**aware** 15:10 18:21 22:14 28:14 30:1 31:22
**away** 10:3 16:18 22:5,15,15 23:23 24:10 25:10

| B |
|---|

**back** 10:15 13:17 24:10 25:9 31:17
**bank** 25:8 30:17
**banker** 4:23 8:18 10:2,9,13 30:5,16
**basically** 10:19 15:6,7 20:2
**bates** 17:16 20:8 21:13 26:3,21 30:3,18
**beginning** 9:6 13:7
**behalf** 1:- 2:17
**belief** 33:9
**believe** 15:4 33:10
**bertram** 1:6 6:13 35:-
**besides** 16:5 31:20
**best** 9:24 15:9 27:4
**better** 7:17
**big** 10:22
**binding** 21:19
**birth** 9:1
**born** 9:13,14
**boulevard** 8:11
**branch** 17:11 19:6 27:7,8,14 28:5
**break** 8:2,2,3 31:12
**briefly** 10:18
**bring** 13:11
**business** 9:19,24 11:3 29:1

| C |
|---|

**cal** 9:9
**california** 2:4,23 6:1,12 8:12 33:12,15 34:2

**call** 7:22 12:9 15:9 22:12
**called** 10:9 19:9 21:1
**calling** 23:12
**calls** 22:7 29:10
**can't** 10:15 14:7 19:10 27:14
**cannot** 16:2 22:12
**caption** 6:12
**card** 12:19 13:12,12,17 14:3 18:5 19:17,19,23 20:3
24:13 31:20,25
**care** 30:19,25
**career** 8:23
**case** 1:10 6:13,14 35:-
**cellular** 6:18
**center** 4:22 13:5 26:5 28:23,24
**century** 2:3,21 6:11
**certain** 11:4
**certified** 34:1
**certify** 34:3,14
**cfa** 18:7,10
**cfap** 18:22
**change** 8:23 35:5
**check** 28:18
**checking** 11:19 12:11,18 20:22 21:16,16
**checklist** 28:18 29:3 30:20,25
**citi-0000077** 17:17
**citi-0000078** 17:17
**citi-0000119** 30:4
**citi-0000132** 30:4
**citi-0000133** 26:3
**citi-0000139** 26:4
**citi-0000155** 20:9
**citi-0000183** 20:9
**citibank** 1:- 4:21 6:13 8:14,20 9:20 10:1,5 11:7 15:11
16:20 22:4,15 26:4,18 27:4,8 29:6 35:-
**citibank's** 8:4
**city** 9:12
**civil** 34:8
**class** 21:21
**classes** 10:23
**clause** 15:18,22
**client** 4:13 11:21,25 12:7,14,15,17,20,24 13:2,10,18,22
,23 14:12,14,18,18,21,23 15:8,10 16:7,16 17:5 18:6,11
20:14,20 23:21,23 25:18,19 28:3 29:7 31:3,8,9,10,23
**clients** 10:20 11:4
**cloud** 1:24 2:5 6:9 34:1,-
**co-counsel** 7:21
**code** 34:8
**coming** 9:20
**commission** 35:25
**company** 9:23 25:9
**complaints** 28:11
**compound** 28:21
**computer** 12:6,23
**computer-aided** 34:12
**concierge** 4:10 17:17 18:4
**concluded** 32:24
**concludes** 32:21
**conclusion** 22:8 23:12 24:3
**conference** 7:22
**confirm** 12:23
**confirming** 13:13
**confused** 24:22
**constitution** 4:17,19 22:19,25 23:7,17 24:8
**constitutional** 23:23 25:11
**consumer** 4:13,25 20:15 26:21 29:1 30:6
**contained** 23:22
**contains** 15:11 16:17 21:14
**contents** 33:7
**context** 21:6
**continued** 3:1
**continuing** 11:7
**control** 10:22,25
**conversations** 6:18
**copy** 18:6 30:17
**correct** 10:4 20:24 33:13
**counsel** 2:8 6:10 7:3,5,7 34:15
**county** 9:12
**course** 10:9,11,14
**court** 1:1 6:8 15:7 16:12 21:20 32:9
**cover** 30:14
**covered** 10:18
**created** 11:8
**credit** 21:16
**cross** 15:21

**crossing** 16:6
**csr** 1:25 2:5 34:24
**custom** 21:3
**customer** 14:11 15:12,17 17:11,13 20:25 21:4,9,9 24:1 ,9,12 25:24 28:4,16 30:19,25 31:22
**customers** 11:18 15:14 16:16 17:1 19:18,22 20:22 28:12 31:21

D

**daily** 4:10 17:18
**date** 9:1 35:3
**day** 18:4 20:1 26:1 33:14 34:19 35:-
**days** 32:12
**deal** 8:6
**decision** 16:13
**declaration** 3:9
**declare** 33:5,7,11
**defendants** 1:13 2:18 7:8
**definition** 15:9
**degree** 9:10
**degrees** 11:12
**del** 27:14
**depending** 22:21 13:23,24
**depends** 21:6
**deponent** 33:5
**deposed** 9:4
**deposit** 21:15
**deposited** 12:8
**deposition** 1:17 2:1 6:7,11 7:25 15:7 32:24 33:6 34:5,9 35:3
**depositions** 32:4
**description** 4:9
**designation** 18:19
**desk** 30:17
**detail** 9:22 10:12
**didn't** 28:12
**difference** 17:4
**difficult** 19:2
**direction** 34:13
**disclose** 24:1
**disclosures** 11:9 13:5 28:13,17 29:2
**discussed** 29:12
**dispute** 21:22
**disputes** 15:12 21:19 22:4 23:25
**district** 1:1,2
**document** 17:16,19,23 18:2,5 20:4,8,10,17,21 21:8,9 22:21 23:1,20 24:9,11,13 25:9,15 26:3,6,10 28:19 30:3 ,7,11,19 31:2
**documentation** 10:21,25 12:24
**documents** 11:5,5,17,20 13:10,20,21 14:16,17 17:10 23:5 25:13 28:13,16 31:21
**doesn't** 24:25
**doing** 8:24 15:6 32:3
**don't** 13:16 18:14,15 19:20,24 25:11 27:13,15 29:9,13
**done** 32:1
**double-check** 13:4
**down** 12:14,15 34:11
**dubai** 9:14
**duly** 7:11 34:6
**during** 13:6,8
**duties** 8:17

E

**earlier** 28:22
**east** 2:4,21 6:12
**eastern** 1:2
**educate** 11:10
**education** 9:6 11:7
**effective** 4:16 20:16
**either** 21:18
**elect** 22:4
**employee** 18:25
**end** 18:4 19:15 28:3
**engineer** 8:25
**errata** 35:1
**esq** 2:12,20 3:5
**et** 6:13 35:-
**ever** 9:4 15:17 17:9 28:4,11 29:24
**every** 11:7 28:7 31:9,10
**everything** 14:9
**exact** 12:12
**exactly** 19:21
**examination** 4:3 7:14

**examined** 7:12 34:4
**except** 33:8
**executed** 34:14
**execution** 33:14
**exhibit** 4:10,13,17 19,21,23 17:16,20 20:8,11 22:19,22 23:2 26:3,7 30:3,8
**existing** 12:17,18
**experience** 9:19
**expert** 22:12 24:4
**expires** 35:25
**explain** 15:4,14 16:11 19:18 26:12
**extent** 7:16 29:10

F

**fact** 24:1
**fazri** 1:18 2:1 4:4 6:7 7:10 8:10 32:22 35:-,-
**federal** 32:8
**few** 11:8
**financial** 18:11
**financially** 6:21
**find** 21:10
**fine** 7:20 32:17
**finish** 9:9
**first** 7:11 14:9 18:3,7 27:23
**five** 20:1
**floor** 2:4,22
**focus** 10:12
**folder** 13:1,9 14:1
**follow** 26:25 27:2
**followed** 27:5
**follows** 7:12
**foregoing** 33:6,12 34:5
**form** 4:21 12:20 26:4 28:24
**forms** 12:18,20 13:4 26:14,16 28:23
**forth** 34:11
**foundations** 4:23 10:10,14,23 30:5,16
**funding** 9:24
**funny** 15:25
**further** 34:14

G

**game** 8:25
**general** 20:2
**gina** 1:24 2:5 6:9 34:1,-
**give** 24:17 25:5 31:8 32:11
**given** 32:21
**gives** 11:25
**go** 6:16 8:1 10:18 12:10,21 13:21 14:12,17,21,22,23 21:4,7,7,13,20 25:19 31:3 29:14 32:4
**going** 8:1 14:20 31:14,17
**good** 6:5 7:24
**govern** 10:19
**graduated** 9:8
**group** 9:25
**guess** 24:22 26:16
**guide** 4:24 30:5
**guilty** 16:14
**guys** 32:3

H

**h-a-s-l-a-m** 29:20
**half** 26:1,19
**hammered** 11:5
**hammering** 10:21
**hand** 13:9
**happened** 8:22
**hard** 19:10 25:5
**haslam** 29:20
**hasn't** 17:6
**having** 7:11 23:24
**he's** 7:23 22:8 24:16
**hear** 7:17,18
**hearing** 7:20
**held** 6:11
**hereby** 33:5 34:2
**hereto** 17:21 20:12 22:23 23:3 26:8 30:9
**hereunto** 34:18
**hi** 12:6
**high** 9:7,8,11
**hirsch** 1:5 6:13 35:-
**hold** 32:10,11
**hour** 25:25

I

**i'll** 7:25 14:17,21
**i'm** 6:19,20,25 7:1,5,20 18:20 19:15,20 22:12 24:4,7,18 ,21,22 26:11 28:1,14 30:1
**i've** 23:19 25:18,25
**i.d** 12:19,20,20
**identification** 17:20 18:25 20:11 22:22 23:2 26:7 30:8
**identify** 7:3 12:15
**identity** 12:18
**igor** 1:5 11:15 29:8
**important** 14:23 21:15 23:25 24:1,11,15 25:12,21
**included** 20:25 31:5,6
**including** 4:14 11:7 20:15 21:21
**indicate** 28:19
**individual** 21:7
**information** 12:22,23 21:11,15 29:11,14 33:9
**ingrained** 11:21
**innocent** 16:15
**input** 12:22
**instance** 15:23,24 16:4 17:9
**instead** 21:24
**interested** 6:21 34:16
**interesting** 16:7
**interference** 6:19
**introduce** 17:15 20:7 22:18 26:2 27:6 28:4 30:2
**introduction** 26:22
**it's** 13:17 15:6 16:12,22 18:25 19:2,24 20:14,20 23:10 ,11,13 24:7,10,24 25:5 26:17 29:11 30:25
**item** 21:8

J

**james** 2:11,12 7:5,24
**january** 1:19 2:3 6:1,6 9:3
**jkelly@jckellylaw.com** 2:17
**joan** 29:20
**joining** 7:22
**judge** 21:24
**july** 4:16 20:16
**jury** 4:20 15:9 16:8,12,18 21:24 22:6,16,25 23:14,18,24 24:9

K

**k-278** 2:14
**k-u-n-t-h-e-a-c-h-h-o-r-a** 19:12
**keep** 7:17 28:18,18
**kelly** 2:11,12 4:5 6:25 7:5,5,18,21,25 13:19 17:15,22 18:17 19:16 20:7,13 21:12 22:10,18,24 23:4,15 24:6,18 ,20 25:2,7 26:2,9 27:10 29:4,16 30:2,10 31:12,19 32:1,7 ,14,17
**kevorkian** 3:11 6:8
**kind** 28:19
**kit** 11:24 12:2,9 13:13,21 14:1,2,15,21 17:11 20:25 21:3
**kits** 12:25 13:1,7
**know** 8:3 15:1 16:8,20,23 18:10,12,15,23 19:5 23:6 25:21 27:21,25 28:15 29:20,22 33:7
**knowledge** 17:14 27:4 33:8
**kuntheachhora** 19:3

L

**l.a** 9:12,12,13
**last** 27:16,19,25
**later** 8:7
**lavan** 2:19
**law** 2:11
**lawsuit** 11:15 16:21
**lawsuits** 23:24
**learning** 9:23
**leave** 8:22 26:18
**legal** 6:9 22:7,12 23:12 24:3,4,7,17,18
**lending** 9:25
**let** 8:3 26:2
**let's** 31:12
**lewis** 29:22
**license** 18:19,20
**line** 21:8,8 35:5
**little** 19:2 24:22
**live** 9:17
**llc** 32:23 35:-
**long** 24:11 25:9,23 29:17
**look** 17:23 23:5

**looks** 19:12,13 27:1
**los** 2:4,23 6:1,12
**lot** 8:4 10:21 13:5 17:1

**M**

**main** 11:20 20:4
**manager** 27:7,15,16,18,19 28:5
**manual** 4:13 11:22 13:2 14:12,14,18,24 15:10 16:17 20:14,20 23:21 25:18,19 29:7 31:23
**mar** 8:11
**marina** 27:14
**marked** 17:19 20:10 22:21 23:1 26:6 30:7
**marketing** 13:1
**marketplace** 11:22 13:2 14:19
**markets** 4:15 20:16
**material** 13:2
**matter** 33:6
**matters** 33:8,10
**may** 6:23
**maybe** 25:1
**mean** 11:1 18:15 19:21 21:7
**means** 15:2,5 16:9,11,12 18:12,15 20:3
**media** 32:22
**meeting** 11:14
**microphones** 6:17
**miles** 16:25
**mind** 16:4
**minutes** 8:1
**missed** 29:24
**months** 11:8
**moment** 24:23
**morning** 6:5 7:24
**mr** 4:5 6:25 7:5,16,18,20,21,24 12:7 13:19 17:15,22 18:17 19:16 20:7,13,17 21:12 22:1,10,18,24 23:4,6,15 24:6,18,20 25:2,7 26:2,9,10 27:10 29:4,16 30:2,10,11 31:12,19 32:1,2,7,14,17
**ms** 7:1,7 18:13 19:14 21:5 22:7,17 23:11 24:2,16,25 25:4 27:9 28:21 29:9 32:3,9,15,18

**N**

**n.a** 1:- 6:14
**na** 35:-
**name** 6:8 7:24 8:8,10 18:8 19:8,10 27:18,23,25 34:19 35:-,-
**named** 34:5
**nancy** 29:22
**national** 4:21 13:4 26:4 28:22,24
**need** 8:2 11:9,11 12:16 13:3 18:18,20
**neither** 34:14
**neutral** 21:23
**new** 1:2 2:15,15 3:8,8 4:19 7:23 8:18 10:19 11:2,8,9,24 12:2,9,11,20,21 13:3,5,8,18 14:6 20:5 22:24 23:16 28:23,25 31:1,3,7 32:15
**next** 19:17
**nickname** 19:9
**no** 1:10,25 2:5 4:9 9:5,14 11:13 17:8 19:9 24:24 25:6 27:16,22,22 29:19,21,23 34:7,24
**nobahar** 28:1
**non** 29:18
**nor** 6:21 34:15,16
**normally** 32:9
**north** 4:24 30:6
**notary** 35:25
**note** 6:15
**nothing** 34:7
**notice** 2:6 4:15 20:15 34:10
**notify** 16:16
**number** 6:14 12:8,19 18:23,23,25 32:22

**O**

**oath** 6:20
**objecting** 8:4
**objection** 18:13 21:5 22:7,17 23:11 24:2,16 25:4 27:9 28:21 29:9
**objections** 8:7
**obligated** 8:5
**obligation** 32:10
**off** 6:16 10:2 31:14 32:5,20
**offer** 16:21 17:6,7
**offering** 16:24
**offers** 17:2,3
**offices** 2:11

**officially** 20:6
**offsite** 10:10
**oh** 25:23
**okay** 7:18 32:14
**one** 9:16 12:17 15:23,24 17:6,9,12 27:12 29:12 32:23
**one-week** 10:10
**ones** 11:21
**ongoing** 11:6
**onto** 32:17
**open** 11:2,18,24 12:5,11 14:1,5 15:15,22 20:6,22 25:24 26:25 27:2 31:1
**opened** 8:18 12:7 25:8 28:17
**opening** 10:20 12:21 13:4,14 26:22 28:3,7,9,23,25 29:1 ,25
**opinion** 24:14,17,19,21
**opposed** 17:6
**original** 32:10
**ourselves** 12:25
**outcome** 6:21 34:16
**outside** 15:7,8
**overview** 11:25 20:2

**P**

**p.c** 3:4
**package** 31:4,5,7
**page** 4:3,9 18:3,7 19:17 21:13 23:16 26:20 35:5
**pages** 12:6 26:15
**paragraph** 21:14,25
**park** 2:3,21 6:11
**part** 14:8
**participant** 4:24 30:5
**participate** 21:21
**particularly** 15:25
**parties** 6:16,24
**party** 6:20 21:23 34:15
**penalties** 33:11
**perjury** 33:11
**person** 16:14
**personal** 4:23 8:18 10:2,9,13 11:3 24:21 30:5,16
**personally** 24:15 25:21,23
**phone** 3:3
**pick** 6:17
**pin** 12:19
**place** 6:16 34:10
**plaintiff** 3:3 6:10 11:14 16:14
**plaintiff's** 17:16 20:8 30:3
**plaintiffs** 1:- 2:2,10 7:6
**plaza** 3:6
**please** 6:15,23 7:3
**plus** 21:16,16
**point** 12:13,16,23 13:3,11 24:12 25:12
**poly** 9:9
**pomona** 9:9
**ponek** 2:20 7:1,7,7 18:13 19:14 21:5 22:7,17 23:11 24:2 ,16,25 25:4 27:9 28:21 29:9 32:3,9,15,18
**popular** 17:3
**possible** 7:16
**possibly** 16:7 19:14
**pre** 12:25 13:6
**present** 3:3,10 7:3 19:22
**print** 11:11 12:6,24 13:8
**printout** 4:22
**printouts** 11:23 13:3
**prints** 11:24 18:3 30:25
**prior** 9:19 34:4
**privacy** 4:14 20:15
**private** 6:18
**privilege** 29:11
**probably** 20:1,3 31:24
**procedure** 12:22 34:8
**procedures** 28:23
**proceed** 6:24 10:20
**proceeding** 21:22
**process** 11:6 12:10 13:8 14:9 17:5 27:1 28:4,8,9 29:25
**processes** 10:19
**profession** 11:12
**professional** 11:12
**promotional** 16:20 17:2,6,7
**promotions** 14:20
**pronounce** 19:10
**provide** 10:12 11:4,6,10,18 17:12 20:21 24:9 28:12 29:18 31:3
**provided** 10:13 11:9 14:2 17:10 24:8 25:14,15 28:15 29:2,7
**provides** 21:18

**providing** 29:14
**provision** 14:22 15:11,14 16:17 22:4,9,15 23:22 25:10
**provisions** 14:23
**public** 35:25
**pursuant** 2:5 34:7,10
**put** 25:9 32:5

**Q**

**quality** 10:21,25
**question** 8:6 22:11 25:1,2 29:10
**questioning** 8:1 24:23
**questions** 8:5 13:25 14:11 16:5 20:5 25:20
**quit** 27:19

**R**

**raised** 9:13
**ran** 17:12
**rate** 9:24 21:17
**read** 19:2 21:25 25:2,3,13,15,17,18 32:12 33:6
**ready** 21:15
**really** 10:15
**reason** 35:5
**recall** 11:17,20 14:7
**receipt** 32:12
**received** 13:13 31:23
**recess** 31:16
**recognize** 17:25 20:17 26:10,15,20 30:11,13,22
**record** 6:6,17 7:4 8:9 9:2 25:3 26:12 31:15,18 32:5,6,20
**recorded** 6:7
**recording** 6:15
**reduced** 34:12
**referred** 17:19 19:1 20:10 22:21 23:1 26:6 30:7
**regarding** 21:15
**regulations** 10:19
**related** 6:20 21:17 34:15
**remember** 10:16,17,24 11:14 13:16 15:25 19:10,24 27:14,15,18 28:25
**rep** 9:24
**rephrase** 25:1
**replaces** 21:20
**report** 4:12 17:18 18:3
**reported** 1:24
**reporter** 6:8 17:20 20:11 22:22 23:2 26:7 30:8 34:2
**reporter's** 32:10
**reporting** 35:-
**request** 6:10
**require** 21:18
**required** 11:4,18 17:10 28:13,16
**resolved** 21:19
**respect** 23:24
**response** 16:1 29:21
**retained** 32:23
**review** 13:10 14:9,12
**reviewed** 20:4
**rey** 27:14
**right** 10:1,3 15:6 16:18 18:22 19:1 21:20,21 22:5,16 23:10,13,17,23 24:8,10 25:10,11
**romanov** 1:- 11:15 29:8

**S**

**s-h** 27:22
**sales** 9:24,25 17:4
**samuel** 3:5 7:21
**save** 13:7
**savings** 11:19 12:11 20:22
**say** 30:24
**saying** 20:1
**says** 18:7 19:1,3 26:21 30:19
**schoengold** 3:4
**school** 9:7,8,11
**second** 16:3
**section** 4:20 21:14 22:25 23:17 28:25 34:7
**seeing** 24:1
**seen** 23:19 30:15
**selected** 16:13
**sense** 14:8
**sensitive** 6:17
**services** 21:17
**set** 11:4 34:11
**settle** 15:8
**several** 10:15 16:22 19:24 26:17
**shannon** 2:20 7:7

sheet 35:1
shorthand 34:1,11
show 21:9 31:22
shows 18:4
shuhaila 27:20,21
sign 13:12 14:3,10 17:2 18:6 19:18 24:12 31:21 32:12
signature 13:11,12 14:3 18:5 19:17,19,23,23 24:13 31:20,24
signing 20:3 32:4
similar 21:22 23:17
similarly 1:-
sit 12:14,15 25:24
site 26:13
situated 1:-
software 8:25
solution 12:16
solutions 6:10
something 18:18 25:11 29:11
sorry 19:20 27:14
soseh 3:11 6:8
specifically 14:7,14 15:16,17 16:19
spell 19:8 27:21
spent 25:25
sponek@stroock.com 2:24
sporn 3:4,5 7:16,20,22
stage 26:22
stamp 21:13 26:21 30:18
stamped 17:16 20:8 26:3 30:3
standard 32:7
stands 18:10
start 27:1
started 8:13,16 10:2 28:1
state 8:8,13 9:1,6 20:19 33:12 34:2
stated 28:22 33:9
statement 24:7 29:5,6,18
states 1:1 21:14
step 28:20 29:25 31:10
steps 12:12 26:24 27:2,5
stipulation 32:8
street 3:7
strike 27:6
stroock 2:19,19
studio 8:25
stuff 13:15
subject 16:21
submitted 21:23
subscribed 34:19 35:22
suite 2:14
sure 9:8 19:15 28:2
sworn 7:11 34:6 35:22
symbol 18:23,23

T

taken 2:2 31:16 34:9,11
taking 7:25 15:7 25:10
tell 14:18 19:22 21:10
teller 19:6
tells 29:1
ten-minute 31:12
term 15:1
testified 7:12
testify 22:8 34:6
testimony 32:21
text 20:4
thank 32:1,19
that's 10:23 15:9 16:4,21,25 20:4 25:12,22 31:5 32:17
themselves 1:6 7:3
there's 13:15 25:20
thereafter 34:12
therein 23:22 33:9 34:10
thereof 33:7 34:17
thereto 21:17
they're 12:17,19 13:12,14,14,16 14:20
thing 23:11
think 9:25 13:15 16:11 19:2 23:25 24:11,15 25:11 27:13 30:17 32:1,18
thought 15:24
thursday 1:19 2:2 6:1
time 7:2 13:7 19:7 27:9 29:24 34:10
times 13:5 20:1
titled 17:17 20:14 26:4 30:4
today 7:25 8:4
today's 32:21
took 28:20

top 18:7 21:13 26:21
torrance 9:8,11,12,18
total 32:22
towards 20:3
trained 14:5,7
training 10:6,8,13 30:16
transaction/transmittal 4:11 17:18
transactions 18:5
transcript 32:11
transcription 34:13
trial 4:20 15:9 16:8,12,18 22:5,16,25 23:14,18,24 24:8
true 33:8,10,12
truth 34:6,6,7
try 8:2 13:6
turn 30:18
two-week 10:10
type 10:12 24:5
typewriting 34:12
typical 32:15
typically 12:12

U

u.s 4:15,17 9:15 20:15 22:19 23:7
uh-huh 17:24 22:2 30:21
understand 18:14,16 19:20 22:11 24:25
unfortunately 16:2
united 1:1
unless 6:16 14:25 15:16
updated 26:14
updates 11:23
upon 33:9
us 7:22 11:5,10 13:7,13
use 12:17
used 26:11 32:22
using 32:7
usually 13:25 14:20 25:13

V

vague 18:13 27:9
vaguely 16:22 26:17,23 28:24 30:12
variable 21:16
vary 25:25
venice 8:11
verbatim 19:25
verify 12:16
veritext 6:9 32:23
veritext/new 35:-
versus 6:13
via 3:3 34:12
video 6:7,15
videographer 3:11 6:5 7:2 31:14,17 32:20
vista 8:11
visual 29:3
voices 7:17
vs 1:10

W

waive 32:9
wanted 8:23
wasn't 17:11
we'll 8:1,3,6 31:13
we're 9:25 7:25 11:3 15:6 31:14,17 32:1,18,20
we've 32:7
website 4:22 26:11
week 13:6,7
welcome 12:25 13:1 14:15,20
went 9:24 28:8
weren't 29:17
whenever 11:2 12:5
whereof 34:18
whether 11:2 16:13 29:7
whispers 6:18
whole 14:14 34:6
why 8:22 15:25
will 6:16 8:4 11:8,9 32:23
within 33:6
without 29:13
witness 2:1 4:3 18:14 21:6 23:13 24:4 25:5 28:22 32:12 34:5,18
witnesses 35:-
word 18:15
worked 9:23 27:8

working 8:13,20 19:6
worldwide 3:6
wrap 31:13

Y

year 26:19
years 10:15 16:22 19:24 26:17
yes 7:20 8:10 9:21,23 10:7 12:3 14:4 15:3,13,19 16:10 17:3 18:1,9 19:4,14 21:2 23:8 24:24 25:6,13,16 26:11 27:24 28:6 30:23 31:6,11
york 1:2 2:15,15 3:8,8 4:19 7:23 22:24 23:16 32:16 35:-
you're 8:5 20:3 22:14 24:2,14 31:22
you've 28:15

Z

zubair 1:18 2:1 4:4 6:7 7:10,24 8:10 20:17 22:1 23:6 26:10 30:11 32:2,22 35:-,-

```
1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   BERTRAM HIRSCH and IGOR
    ROMANOV, on behalf of
4   themselves and all others
    similarly situated,

5
                Plaintiffs,
6
            v.                          12 Civ. 1124 (DAB)
7
    CITIBANK, N.A.,
8
                Defendant.
9
    ------------------------------x
10
                                        February 19, 2014
11                                      10:30 a.m.
    Before:
12
                    HON. DEBORAH A. BATTS,
13
                                        District Judge
14
                            APPEARANCES
15
    THE LAW OFFICES OF JAMES C. KELLY
16       Attorneys for plaintiffs
    BY:  JAMES C. KELLY
17        – and –
    SCHOENGOLD & SPORN, P.C.
18  BY:  SAMUEL P. SPORN

19  STROOCK, STROOCK & LAVAN, LLP
         Attorneys for defendant
20  BY:  JOSEPH E. STRAUSS
         JULIA B. STRICKLAND
21

22

23

24

25
```

```
 1          (Case called)

 2          THE COURT:  Are the plaintiffs ready?

 3          MR. KELLY:  Yes, your Honor.

 4          MR. SPORN:  Plaintiffs are ready.

 5          THE COURT:  Good morning, Mr. Kelly.  Good morning,

 6    Mr. Sporn.

 7          MR. SPORN:  Good morning.

 8          THE COURT:  And on behalf of Citibank we have

 9    Ms. Strickland and Mr. Strauss as well as Christine Giaquinto.

10    Good morning to all of you.

11          MS. STRICKLAND:  Good morning, your Honor.  It is nice

12    to see you.

13          THE COURT:  In this weather I'm so happy we were able

14    to provide a somewhat precipitationless day for you to come.

15    I'm not guaranteeing it is going to stay that way, however.

16          MS. STRICKLAND:  Your Honor, I think at the last

17    hearing I had suggested that perhaps this hearing should be

18    held in California and I think there was some enthusiasm about

19    that idea.

20          THE COURT:  I think it was unanimous but we didn't do

21    anything about it, did we.

22          Now, I understand from discussions that you have had

23    with Mr. Delaney, my deputy clerk, that you are feeling that it

24    will be more efficient to stipulate to the designated parts of

25    the depositions rather than have a reading of the record and
```

```
 1   giving me an opportunity to ask questions on specific things?

 2              MS. STRICKLAND:  I believe that's the case, your

 3   Honor.  And we have actually filed with the Court to make the

 4   Court's life hopefully somewhat easier --

 5              THE COURT:  Color-coded.

 6              MS. STRICKLAND:  -- color-coded transcripts.

 7              THE COURT:  Yes.  I was very pleased to see that.

 8              MS. STRICKLAND:  And all together in one binder so

 9   that each transcript has our colors and theirs so you don't

10   have to flip back and forth.

11              THE COURT:  I do appreciate that and I think that what

12   probably makes the most sense in terms of efficient use of your

13   time is that I reserve the right to recall you for questions

14   and arguments on specific things once I have reviewed all of

15   the transcripts.  And I would do that at a time that is

16   mutually convenient for all but I do agree that there may be a

17   few areas where I have need for further inquiry or argument

18   from you.

19              So, let me just make sure I understand we are

20   stipulating to the record as it is based on the hearing the

21   last time, based on the submissions of the parties, and I just

22   have one question; we are in agreement that New York Law

23   applies here to Mr. Hirsch and that California law applies to

24   Mr. Romanov?

25              MS. STRICKLAND:  That is correct, your Honor.
```

1      MR. SPORN:  Yes.

2      MS. STRICKLAND:  With the overlay, of course, of

3  federal law.

4      THE COURT:  Oh that.

5      MS. STRICKLAND:  Oh that.

6      MR. SPORN:  Yes.  Of course.

7      THE COURT:  Well, then what I will do is release you

8  and thank you for appearing today ready to do it the hard way

9  and hopefully the next thing you hear from me will be the

10  determination as opposed to a need to get together again.

11  Unfortunately you are very pleasant people, I might force a

12  need to get together again, but I will try and restrain myself.

13      Under those circumstances, I think that we can adjourn

14  conditionally at this point unless you have anything further

15  you wish to put on the record.

16      MR. KELLY:  Yes, your Honor.  I do have some further

17  information that I would like to put on the record.

18      THE COURT:  Fine.

19      MR. KELLY:  Can I speak?

20      THE COURT:  Sure.

21      MR. KELLY:  Your Honor, I just want to take some time

22  now that plaintiffs have had more time to review the arguments

23  and cases cited by Citibank in support of its presumption of

24  receipt argument, if I may?

25      Although New York Law has established a presumption

1  that a party has received documents when mailed to the parties'

2  address in accordance with regular office procedures, the

3  presumption of receipt rule or the common law mail box rule

4  only applies to mailings.

5      THE COURT:  No, no.  I appreciate that.  And I think

6  that the defendants appreciate that too.  This isn't a mailings

7  case.

8      MR. SPORN:  Not the hand-delivery of documents from

9  person to person.  The idea is that a properly addressed piece

10  of mail placed in the care of the postal service or other mail

11  delivery services is presumed to have been delivered and upon

12  research it appears that this doctrine has been around since at

13  least 1938 but this Court has recently and specifically held

14  that the presumption of receipt relates to mailings only, not

15  the hand delivery of a document.  That case is *SEC v. Espuelas*,

16  905 F.Supp.2d 507 at page 522, Judge Engelmayer.  I just found

17  this case, your Honor.  It is not cited in plaintiff's

18  prehearing brief, it is a 2012 decision, and I think that this

19  finding disposes of Citibank's presumption of receipt argument

20  because this is not a mailing situation.

21      Going on, all the cases that Citibank cites are all

22  mailing cases.  Concerning a single document in the mailing and

23  testimony swearing to the policy along with some other

24  contemporaneous evidence such as receipt from Federal Express

25  or computer registries showing the mailings went out to the

1  specific customer address.  Moreover, the actual mailings are

2  the very --

3          THE COURT:  But, I think you have got a slam dunk on

4  the mailings issue, okay?  Do you have anything else?

5          MR. SPORN:  Well, just in case your Honor wants to

6  apply this to where it has never been applied before there is

7  also a distinction with mailing and presuming receipt.  Those

8  cases typically only apply to providing notice, not to forming

9  an agreement.  And there is a case that explains the

10  distinction in great detail, this is *Alvarez v. Coca-Cola*

11  *Refreshment U.S.A., Inc.*, 914 F.Supp.2d 256 at pages 258

12  through 259.  It is an Eastern District of New York 2012 case

13  but provides good explanation of that distinction.  And there

14  is various other notice cases that show that you need more, you

15  need some kind of Federal Express receipt, some kind of

16  contemporaneous evidence to show that the actual issue was

17  provided.

18          There is another Second Circuit case, *Manigault v.*

19  *Macy's*, 318 F. App'x 6, 7, page 7 through 8, which is also

20  instructive on this notice first forming an agreement

21  distinction.  There the Second Circuit applied the presumption

22  of receipt doctrine to a mailing of an arbitration agreement

23  containing an opt-out provision to an employee.  The Court

24  found, based on all the testimony, that it was mailed, you

25  cannot opt out, but then the Court went further to determine

1    whether they agreed to arbitrate.  There was another step,

2    there is more that is required, and the Court found that that

3    employee there continued to work, had notice of the agreement

4    and was an estoppel argument, you benefitted from the account

5    so we are going to find that you are bound to this agreement.

6            If your Honor may give me one more second?

7            THE COURT:  You have as much time as you need,

8    Mr. Kelly.

9            MR. KELLY:  Citibank has not provided any

10   contemporaneous evidence looking through the record.  There is

11   a couple cases here, *Coach Inc. v. Horizon Trading U.S.A.*, 908

12   F.Supp.2d 426 at page 432 to invoke the presumption a party

13   must first produce evidence of mailing.  In that case the Court

14   found that Coach had done so in the form of the Fed Ex delivery

15   receipt listing an address given by Chan himself.  I don't

16   think that you can apply this in a face-to-face transaction.

17   The reason why they allow it in mailing is typically besides

18   mere denial of receipt the recipient could say, hey, this is

19   not my address, that was not my address, I did not live there

20   at the time.  There is usually something more to provide.  In

21   face to face it is a sworn testimony that I provided against

22   the sworn testimony that I never received it.  I think your

23   Honor has to go and look at the credibility if you want to

24   apply the presumption in a non-mailing situation.

25           Another case, *Meckel v. Continental Resources Company*,

758 F.2d 811 (2d Cir. 1985), it is also a notice case.  There
was proof of a mass mailing.  It was notice of redemption to
debt holders' proof.  Lots of proof of a mass mailing, 70
percent of the holders converted the debt to stock meaning they
received this notice and the Court found the plaintiff did not
contend that its name or address on the computer registry that
was shown that it was mailed to was not accurate.  That's the
major case that is relied on by Citibank.

           There is just a couple more points I wanted to
highlight to your Honor.

           Here this is not a mass mailing situation or a notice
case.  There is no evidence whatsoever that plaintiffs actually
received the mail at issue.  Indeed, Citibank cannot decide
what version of alleged client manual was provided to
plaintiffs.  Citibank first stated the client manual dated
January 2010 was provided to plaintiffs and changed its mind
and now it states that a version dated July 2010 was provided
to plaintiffs.  Further, in her declaration in support of
Citibank's motion to compel arbitration, Joan Haslam stated
that California customers are provided the marketplace addendum
but said nothing with respect to New York customers.

           Now Citibank contends that New York customers also
provided this marketplace addendum.  Citibank's story is
constantly changing as we go along here.  Amazingly, Citibank
now introduced a personal bank or foundation training document

Case 1:14-cv-09124-DAB-JLC Document 45-10 Filed 10/08/2016 Page 29 of 34
Case 1:14-cv-09124-DAB-JLC Document 45-10 Filed 03/25/17 Page 208 of 34

9

E2J5hirA        argument        **[Transcript 9]**        **JA 699**

1    stating that the client manual and marketplace addendum must be

2    explained and provided to the customer.  This step is

3    conspicuously highlighted in a bracketed box and the customer

4    check list contained in that trading document, however this

5    document, again, your Honor, states on its face that it was

6    amended in March 2013.

7            Does Citibank amend this document to put in this

8    additional step of providing and explaining the client manual

9    and marketplace addendum to customers?  Plaintiffs believe so

10   because they have requested disclosure as to what the

11   amendments were and Citibank has not provided any and remain

12   silent on what the amendments were.

13           Further, the other policies and procedures providing

14   step-by-step instructions on the opening of the accounts which

15   is on Citibank's national form center for Citibank bankers to

16   pull up, nowhere states anywhere therein the word "client

17   manual" or "marketplace addendum" and makes general statements

18   to make all material disclosures to the client.  Although

19   Citibank allegedly had this check list for each customer no

20   such check list was produced and another rep, Vivian Safir, has

21   claimed the check lists are destroyed and it should be noted

22   that one of Citibank's reps Michael Ashley that opened up

23   Plaintiff's Hirsch account worked there for 20 years, never

24   recalled seeing the check list.  Vivian Safir did not recall if

25   the check list was in place two years ago but she said she

1    definitely said it was in place a year ago.

2           Just like Citibank has amended its client manual to

3    state on its face it is in agreement in connection with the

4    lawsuit, plaintiffs believe that without any disclosure as to

5    the amendment in the personal banker foundation document,

6    Citibank also amended that document to include a step that the

7    client manual marketplace addendum must be provided and

8    explained to customers.

9           And just a couple more points.

10          Even if the Court were to believe Citibank here, the

11   testimony shows that the client manual was never explained to

12   customers to be an agreement with the bank or contained any

13   terms of conditions.  The testimony also shows that the client

14   manual was never reviewed with Citibank customers.  The alleged

15   policy was never followed.  Tellingly, Nancy Lewis, Citibank's

16   30(b)6 deponent and personal responsible for Citibank's

17   policies and procedures, stated in her deposition that Citibank

18   personnel are not required to review the client manual with

19   customers.  That's at page 16, line 10 through 16; direct

20   conflict with this customer care check list that Citibank now

21   introduces.

22          And just a couple more points, your Honor.  There were

23   a couple cases that said mere denial of receipt and mailing is

24   okay where there is no personal recollection of providing the

25   document.  The case there is *Cabobianco v. Sandow Media Corp.*,

1   2012 U.S. District Lexis 1433378 through 12, 2012, Westlaw,

2   4561761.

3           And your Honor, just real quick to close up with

4   respect to the inquiry notice argument, even if the presumption

5   of receipt applies and plaintiffs have not overcome this

6   presumption, plaintiffs and indeed all Citibank customers

7   including the proposed class members are not bound by the terms

8   and the conditions in the manual as it does not state on its

9   face as it is an agreement.

10          The Second Circuit found that it doesn't state on its

11  face its agreement.  The Second Circuit further found that

12  although Citibank has provided declaration and according to

13  which its practices and procedures provide the client manual to

14  new customers opening deposit accounts, there is no evidence to

15  indicate whether new customers are alerted to the fact that the

16  accounts are governed by the terms and conditions included in

17  the client manual or that the client manual contains an

18  arbitration clause.

19          And, your Honor, even after all the discovery since

20  this Second Circuit's findings here, if you look carefully

21  through all the testimony, not one Citibank representative has

22  testified that they have said to a customer that the client

23  manual is in agreement or that the document contains terms and

24  conditions.  And all of the other banks out there for major

25  banks such as Chase, Signature Bank, Bank of America, you can

[Transcript 12]  JA 702

1   do a search on Google with the bank and their account

2   agreement, you will see on the face of their account agreement

3   that states this is an agreement with the bank, it contains

4   important terms and conditions governing your account.  I have

5   a couple of the agreements right there but it is easily

6   accessible on Google.

7          And just wrapping up here, further evidence came out

8   that the client manual and marketplace addendum is not this 8

9   and 1/2 by 11 document.  It is more 11 inches by 4 inches.

10  There was testimony by Michael Ashley it is very small, it does

11  not look like that.  Vivian Safir, oh, that's the client manual

12  but that's not what it looks like.  It is a small document as

13  we showed your Honor last time and to slip it into this welcome

14  kit that Citibank alleges is provided to its customers which

15  plaintiff said they had never even seen the welcome kit further

16  hides this agreement from the customers and further goes to

17  plaintiff's unconscionability argument.

18         And just a quick -- and this is all with respect to

19  Citibank's argument about Hirsch is a lawyer and litigated

20  cases including before the Supreme Court and that Romanov is

21  educated and has his own businesses and that they should be

22  asking *Are there any other written agreements that we should

23  know of?* Citibank provides no case requiring a consumer with

24  some type of education or sophistication to ask in a consumer

25  transaction, face-to-face, whether there are any written

```
 1    agreements.  It can't be law.  It sets up a he-said-she-said
 2    argument.  Can you imagine -- you would probably do a hundred
 3    consumers -- yourself, your Honor, as a lawyer, should you be
 4    charged with asking and scouring every single document, Are
 5    there any other written agreements?  Or if you are a business
 6    man?  It just can't be a rule, your Honor.
 7              I think that's all, your Honor.  Thank you very much.
 8              THE COURT:  Thank you, Mr. Kelly.
 9              MR. SPORN:  Just one thing, your Honor?  A little
10    housekeeping, if I may?  I would like to hand in a law review
11    article for your perusal and I am giving a copy to defendants
12    which is an article which I think has bearing that might be
13    useful which --
14              MR. STRAUSS:  Was it cited in his brief?
15              MR. SPORN:  No, it is not, because of the time factor
16    because of our very short period when we got it late Friday
17    morning to come to Court but I would like to give it in to
18    the --
19              THE COURT:  What is it?  What is the title?
20              MR. SPORN:  This is the article by Jean Sternlight who
21    is a Professor of Law at University of Nevada Law School who is
22    pre-eminent in arbitration and spoken and conferred and it is
23    called:  Mandatory Binding Arbitration and the Demise of the
24    Seventh Amendment Right to a Jury Trial.
25              THE COURT:  When was this written?
```

1          MR. SPORN:  This was written in 2001.

2          THE COURT:  You can put the citation on the record.

3     In terms of whether or not I'm going to take a look at it, if I

4     do I will also invite the defendants to cite, for the Court's

5     reference, law review articles that they think are helpful.

6          MR. SPORN:  Okay.

7          THE COURT:  Okay?

8          MR. SPORN:  Just for the record, it is 16, Ohio State,

9     J. Disposition and Resolution, 669 et seq 2001.

10         THE COURT:  Thank you.

11         MR. SPORN:  So, I will hand it up.  Thank you so much.

12         THE COURT:  Did you give a copy to defense?

13         MR. SPORN:  I gave a copy to defense.

14         THE COURT:  And you are free to inform the Court of

15    law review articles, maybe I will even let you do two law

16    review articles that you think are helpful.

17         MR. STRAUSS:  Thank you, your Honor.

18         MR. SPORN:  Another housekeeping matter.

19              In the various depositions that you now have the with

20    the yellow and green and so forth --

21         THE COURT:  No one asked me what my favorite color

22    was.  I will point out, however, I will deal with what I was

23    given.

24         MR. SPORN:  Well, I defer to --

25         THE COURT:  No, no.  That's fine.

 1          MR. SPORN:  Being as it may, we have made many

 2    questions to each of the witnesses regarding the Federal

 3    Constitution, the jury trial, the Seventh Amendment of New York

 4    State.  I don't think that's been marked into evidence.  Of

 5    course your Honor can take judicial notice of that.  It may

 6    have been annexed as part of some of the depositions but should

 7    your Honor want a copy of the Seventh under New York State, I'm

 8    happy to hand it in.

 9          THE COURT:  The seventh?

10          MR. SPORN:  The Seventh Amendment, the jury trial that

11    is guaranteed to people in civil trials.

12          THE COURT:  I think I can find it if I need to.

13          MR. SPORN:  I am sure your Honor would but I just

14    mentioned it because we kind of overlooked it in the previous

15    session we had but I just meant as a housekeeping measure.

16          THE COURT:  Thank you.

17          MR. SPORN:  Thank you.

18          THE COURT:  Ms. Strickland?

19          MS. STRICKLAND:  Yes, your Honor.

20          Just for the record, these aren't marked in my

21    favorite colors.

22          THE COURT:  All right.  Then no exception taken.

23          MS. STRICKLAND:  We decided we would go with the ones

24    that were visible as opposed to our personal preferences but in

25    any way, thank you very much, your Honor.

1          Before I begin with some comments, to the extent that

2   plaintiffs reference non-evidentiary materials in their closing

3   remarks and this would include agreements entered into --

4          THE COURT:  By other banks.

5          MS. STRICKLAND:  -- by other banks by way of example,

6   as well as potentially the current version of the Citibank

7   agreement which is not at all relevant to this case --

8          THE COURT:  That's certainly a position that you have

9   taken.

10          MS. STRICKLAND:  Right, as well as changes in the

11   check list, we would object to any of that being, frankly,

12   researched or considered in any respect in coming to a

13   conclusion here.

14          Let me just start by saying that --

15          THE COURT:  I think that the more important question

16   is whether the materials that had been provided actually are

17   materials that were extant at the time that these accounts were

18   open because if there are subsequent versions it is not helpful

19   to know that this, indeed, was what was supplied to either the

20   individuals who opened the accounts for the plaintiffs or to

21   the plaintiffs themselves.  But, versions or dated versions are

22   relevant whether or not the fact that things have been changed.

23   I have not made a determination whether that is relevant but I

24   will say that it would be more relevant if, indeed, the

25   particular document in an exhibit is actually a document that

1   was in existence and used by the Bank at the time that the

2   accounts were opened.  I disagree that versions don't matter.

3          MS. STRICKLAND:  Your Honor, our position is really

4   the following, which is:  We think the case should focus on the

5   versions that were available at the time that the plaintiffs

6   opened their accounts.

7          THE COURT:  Oh, I agree with that.

8          MS. STRICKLAND:  And were made available to them, and

9   other versions are not relevant to disposition of the case.

10         I will say that with respect to the version of the

11  client manual, this is really much ado about nothing.  There

12  were supplemental interrogatory responses served.  This isn't a

13  contradiction, it is that the person who actually pulled up the

14  version at Citibank and signed the declaration realized that

15  there was a then more current version which is the one that

16  would have been supplied to plaintiffs.  The fact of the matter

17  is when you look at it, it is basically an identical version

18  but it was corrected as soon as the mistake was identified and

19  this just has to do with how the materials are maintained at

20  Citibank because they're maintained in a more -- warehouse

21  isn't really the right word but in a way in which they are

22  kept, date by date versions, and she just pulled up the wrong

23  version.  It was a completely innocent error.  It is not

24  contradictory, there is nothing nefarious, and the versions

25  aren't frankly different as relevant to this case in any event.

 1  There are some fee changes or something not relevant here.  So,

 2  like I said, it is a bit of a tempest in a teapot.

 3          In any event, just to summarize which I will do in a

 4  not probably so concise way but let me take a whack at it:  As

 5  is clear, it is Citibank's position that the evidence that's

 6  been put before the Court both during the course of our hearing

 7  as well as in these deposition transcripts that have now been

 8  submitted to the Court and the exhibits that have been marked

 9  in connection with the hearing indisputably demonstrates that

10  Citibank's corporate policy and practice was and is to provide

11  the client manual to all customers who open an account at a

12  Citibank branch.  The evidence also is that this policy was

13  consistently followed by Citibank's personal bankers including

14  the bankers who actually opened the plaintiff's accounts.  This

15  undisputed evidence of Citibank's policy and practice

16  establishes a presumption that plaintiffs received the client

17  manual when they opened their accounts.

18          Now, Mr. Kelly just got up and said, oh, all those

19  cases about the mail box rule don't actually apply here.  Well,

20  the Second Circuit does not agree with Mr. Kelly and in fact

21  the Second Circuit, in its order in this case -- so not only is

22  it Second Circuit binding authority but it is also the law of

23  the case -- directed that the standard to be applied was the

24  standard -- and they gave an example in *Ma v. Merrill Lynch* and

25  the Court said that:  This Court should consider whether

1    Citibank fulfilled its burden of proof in demonstrating a

2    corporate policy regarding the provision of the client manual

3    citing Ma which is a mailing case.  But, the Court obviously

4    relied on that and by so doing dictated that that was the

5    standard to be applied.  And Court there cited Ma and saying --

6    this is the quote from Ma, "A presumption of receipt arises

7    where the record establishes office procedures followed in the

8    regular course of business."

9           So, we are here bound to the standard established by

10   the Second Circuit in this case.

11          In addition, the argument that the mail box or the

12   mailing cases don't apply defies, at some level, common sense.

13   I mean when a plaintiff comes in as the plaintiffs have here

14   and denies receipt, there has got to be a standard under the

15   law for rebutting that and the Second Circuit has told us that

16   that standard is the corporate policy and practice standard.

17          It is our view, and we believe that the Court will be

18   persuaded upon a review of the evidence, that the overwhelming

19   evidence establishes a presumption of receipt which defeats

20   plaintiff's claim that they never received the client manual.

21   Additionally, the evidence that's been put forward indisputably

22   demonstrates that each of the plaintiffs was on inquiry notice

23   and indeed probably actual notice but the test here, we would

24   submit, is probably inquiry notice regarding the existence and

25   terms of the client manual.

 1           We would also submit that the repeated failure to

 2    inquire is evidence that plaintiffs in fact had the client

 3    manual all along.  But, the rule in consumer transactions is

 4    that a person is not absolved from contractual obligations

 5    where a reasonably prudent person would have known of the

 6    existence of the agreement but failed to make any inquiry.

 7           Here plaintiffs were repeatedly notified that their

 8    accounts were subject to terms and conditions and that the

 9    client manual is the document that contains those terms and

10    conditions.  The client manual itself clearly states it is an

11    agreement.  That is in the very first paragraph of the client

12    manual.  Nothing more would need to be known to know that it is

13    an agreement and in fact Mr. Hirsch was very clear that even

14    though he denied receipt and said he never reads things or he

15    only reads things partially, he actually testified that he

16    assumed his account was governed by an agreement.  He was very

17    clear on that.  And he said it both in his deposition and he

18    said it before your Honor in live testimony.

19           He did testify that even though he is an accomplished

20    lawyer he only partially reviews important documents.  But,

21    even a partial review would have made clear to him that there

22    was an agreement governing his account.

23           Let me just summarize very quickly the evidence as to

24    Citibank's policies and procedures because it is clear and

25    overwhelming.

E2J5hirA                           argument                      **[Transcript 21]  JA 711**

1          At their depositions every single one of Citibank's

2     witnesses -- and again here in Court with Mr. Lota who

3     testified live -- testified that Citibank's personal bankers

4     are required to provide the client manual to customers when

5     accounts are opened.  Citibank's 30(b)6 witness Nancy Lewis

6     testified that pursuant to Citibank's required practice and

7     procedure the client manual is provided to customers when they

8     open a deposit account.  And this policy is required at every

9     single Citibank branch in the United States.

10         George Lotto, the branch manager of the Great branch

11    when Mr. Hirsch opened his account and in fact still is but

12    certainly at that time, testified here in court that pursuant

13    to Citibank's policy and practice, Citibank's personal bankers

14    place the client manual into a folder right in front of the

15    customer and the folder is then given to the customer.  He

16    testified that this policy is a must.  This is something we

17    have to do he said.  He also testified that at the evening

18    wrap-ups with the personal bankers he confirms with the

19    personal bankers that the client manual was provided to each

20    customer who opened an account that day.

21         Furthermore, he stated that in the evening wrap-up he

22    asked Michael Ashley who actually was the personal banker who

23    opened the Hirsch account, whether he provided a welcome kit to

24    Mr. Hirsch and the response was yes.

25         Mr. Lotto testified that he has never heard of a

1   client manual not being provided to a customer at his branch,

2   the Great Neck branch, in his nine years as branch manager.

3   This is a strong track record and this is a practice and

4   requirement so routine that it was inconceivable to him that it

5   had not been done and, indeed, there is no contrary evidence in

6   the record.

7           In addition to Mr. Lotto and Ms. Lewis, Citibank's

8   personal bankers who actually opened the Hirsch and Romanov

9   accounts testified that they always followed Citibank's policy

10  and practice.

11          Michael Ashley who opened Mr. Hirsch's was adamant

12  that he provided the client manual to all customers as -- and

13  he termed it as part of his due diligence.  He has been in

14  banking for almost a quarter of a century and actually you will

15  see this in the transcripts was quite offended by the

16  suggestion that he failed to complete this basic requirement

17  when he opened Mr. Hirsch' account.

18          Fazri Zubair, who opened Mr. Romanov's account,

19  testified that it is engrained in personal bankers that the

20  client manual must be provided and that he, too, always

21  provided the client manual to his customers.  And then Vivian

22  Safir who plaintiffs called, she is a personal banker at the

23  Great Neck branch, testified that she gives the client manual

24  to all customers and that is Citibank's policy that every time

25  an account is opened they have to give the customer a client

 1   manual.  Even Jacqueline Sarraf, who plaintiffs called although

 2   unclear what her involvement in the case is but she does work

 3   at Great Neck branch, testified that she knows the client

 4   manual is given to customers as well.

 5          There simply is no reasonable dispute that Citibank

 6   has established its policy that requires a provision of the

 7   client manual to customers.  Contrary to plaintiff's

 8   suggestion, evidence of actual receipt by plaintiffs is not the

 9   standard.  There is no requirement that Citibank proved

10   anything other than a presumption of receipt and this is very

11   clear from the Second Circuit's order.  All that is required

12   per the Second Circuit is proof of Citibank's regular policy

13   and practice.  Even if actual receipt were required to be

14   approved, plaintiff's signature cards constitute evidence of

15   receipt.

16          Mr. Lotto testified that customers sign the signature

17   card and receive the client manual as part of the same process,

18   a process that begins and ends with the customer sitting with

19   the personal banker while the account is being opened.  Your

20   Honor inquired during Mr. Lotto's testimony as to whether

21   customers sign the signature cards before or after they

22   received the client manual.  The testimony will show, and

23   Mr. Lotto testified, that delivery of the manual and the

24   signing of the signature card are really part of the same

25   process.

1          THE COURT:  Actually, I think it says that after they

2     have signed the signature card the last thing that happens is

3     they get the welcome package.

4          MS. STRICKLAND:  Right, but all while sitting there

5     during the course of this account opening process.

6          Mr. Lotto testified that customers can review and ask

7     questions about the client manual both before and after the

8     signature card is signed and that's at page 53 of his

9     testimony.  So, it is not like the customers only hear about an

10     agreement after they sign the signature card and, in fact, the

11     signature card references an agreement so there are no

12     surprises that there is an agreement governing the account.

13          THE COURT:  No, there is a surprise, though.

14     Ms. Strickland, what agreement have they seen or have discussed

15     before they say that they agree to it?

16          MS. STRICKLAND:  Well, there is an agreement that is

17     part of the package that is in front of them which has been the

18     testimony, it is part of the welcome kit, and this really goes

19     to the inquiry notice point which is there is an agreement

20     reference, Mr. Hirsch himself testified that he knew an

21     agreement would govern this account and it is certainly no

22     surprise that there is an agreement governing your bank account

23     and in fact the customers take advantage of that agreement all

24     the time, they look to it for terms and provisions in the same

25     way that the bank does.  In fact, Mr. Zubair, who opened

1   Mr. Romanov's accounts, testified at his deposition that he

2   provided the manual before the signature card was signed.

3   Again, part of the same process, perhaps a different order in

4   that instance but, again, part of the same process while the

5   customer is sitting there before the customer leaves the desk.

6           There also is no requirement that Mr. Ashley or

7   Mr. Zubair actually recall opening the accounts of the

8   plaintiffs.  Their testimony confirms that they always followed

9   Citibank's policy and practice and Mr. Lotto was clear in his

10  testimony that he is not aware of any instance in which the

11  client manual was not provided.

12          Plaintiffs have again argued that the customer care

13  check list is somehow dispositive here.  The check list is

14  actually additional proof of the policy and practice.  That

15  check list, contrary to what Mr. Kelly characterized it as

16  during his closing remarks, is simply a reference for the

17  personal bankers who choose to use it.  It merely reinforces

18  the policy.  There is nothing in the record that suggests it is

19  anything other than that and, in fact, Ms. Lewis testified at

20  page 27, the question was:

21          Is that something all personal bankers must use when

22  opening an account?

23          And the answer was:  No.

24  "Q  How was this used, this document?

25  "A  It can be used as a training tool for new personal bankers.

Case 12-4124, Document 45, 01/08/2013, 1158930, Page191 of 203    26
Case 1:10-cv-09398-TPG Document 45 Filed 09/26/12 Page 263 of 34

E2J5hirA          argument

[Transcript 26]   JA 716

1    They use it mainly to remind them to order checks or order a

2    debit."

3         And so, again, a bit of much ado about nothing.  The

4    check list is a reminder, it is not required to be used in

5    every instance.  I am guessing at some point that this becomes

6    part of the mental process of anyone that opens an account,

7    they know what is on the check list on the personal banker

8    side.

9         As I said, it really is meant to just reinforce the

10   policy.  In fact, Mr. Lotto testified that the check list was

11   in effect in October 2010 when the Hirsch account was opened

12   and at the end of the day wrap ups he would review it to make

13   sure that the required steps had been followed as just a sort

14   of check list, check off the box.  Right?

15        During the course of the argument before as well as

16   during the testimony plaintiffs seemed to assert that because

17   Mr. Hirsch allegedly received a separate privacy notice that

18   must be proof he never received the client manual.

19        Obviously Mr. Hirsch could have received both the

20   client manual and a privacy notice.  Plaintiffs have also

21   suggested somehow -- and they suggest this in their brief, that

22   Citibank misled the Second Circuit on this issue.  That

23   assertion is baseless.  The declaration filed by Mr. Hirsch in

24   this case merely states that he received Citibank's privacy

25   notice.  It didn't attach any documents and we pointed out in

1    response that the client manual contains a privacy notice so

2    perhaps he received the client manual as well notwithstanding

3    his denial.

4            Plaintiff's argument that the client manual was not

5    provided in the original pamphlet form also, again, a bit of

6    much ado about nothing.  We explained this at the prior

7    hearing.  Citibank provided an exact copy from its microfiche

8    records of the client manual provided when plaintiffs opened

9    their accounts.  The fact that it was not provided to this

10   Court in the pamphlet form as compared to an exact copy is not

11   probative of anything.

12           In any event, by plaintiff's argument unclear by their

13   argument whether the form of it, whether it is folded over or

14   printed from microfiche is irrelevant.  They say their clients

15   never saw it in any event but, again, much ado about nothing.

16   We have provided it in a true and correct copy from microfiche.

17           Simply put, the proof of a corporate policy regarding

18   the provision of the client manual required by the Second

19   Circuit establishes a presumption of receipt.  The denials of

20   receipt here are simply not credible on the record.  As to

21   Mr. Hirsch, he has changed his testimony in the case.  When

22   your Honor has the opportunity to review the transcripts from

23   the deposition as compared to his hearing testimony that will

24   be quite apparent.  At his deposition Mr. Hirsch testified that

25   he did review certain Citibank documents including the Citi

1    Products Opened/Applied for Today document because it was the

2    critical document for him.  He didn't say he partially read it,

3    he said he read it.  Yet, in court he claimed he only read the

4    first two thirds of that document conveniently stopping short

5    of where it explicitly refers to the client manual.  How

6    convenient.

7            Similarly, at his deposition, he testified that he

8    read his first account statement because he wanted to make sure

9    it was exactly as he thought it ought to be.  He didn't say he

10   partially read it, he said he read it.  But, in court he

11   claimed he actually stopped reading it just before the words

12   "Account Terms and Conditions."  Again, how convenient.

13           In any event, whether partially reviewing critical

14   documents actually helps his case, the change in testimony

15   conveniently to always stop reading just before the language

16   relevant here is telling.  There are additional examples of

17   inconsistency.  At his deposition he testified that he has

18   homes in both Great Neck and Floral Park.  In court he said I

19   have only a home in Great Neck and an office in Floral Park.

20   And he also testified that he can't avoid getting some little

21   bits of documents in Great Neck where he lives and his wife

22   likes to keep everything clean in the way of paper, yet he is

23   supposedly certain he never received a client manual and it

24   wasn't thrown away at some point with some other paper.  By the

25   way, as an aside, something my husband would accuse me of

1     doing, it is the neatnik wife syndrome.

2              At his deposition Mr. Hirsch also claimed that he

3     never received an account agreement governing any of his three

4     other bank accounts with other banks other than Citi in October

5     of 2010.  None.  Not a single one of those banks ever gave him

6     an account agreement.  That just defies credibility.  Yet, at

7     the same time he then said, in Court after his deposition where

8     he said he never received anything, Well, no, no.  Maybe he

9     actually received something from Capital One.  That, of course,

10    didn't come up at his deposition.  Then he testified at his

11    deposition he never received an agreement from Capital One.

12    So, some inconsistencies.

13             Given his inconsistencies and the absolutely clear

14    testimony from Citibank's representatives as to their practice

15    and policy, the evidence on Citibank's behalf clearly outweighs

16    his testimony.

17             We also note that there have been some issues with

18    respect to the document productions by Mr. Hirsch.  The

19    complaint in the case attaches an airline miles offer dated

20    October 6 of 2010 that was supposedly addressed to him but this

21    document was never produced by Mr. Hirsch in this case in

22    response to Citibank's document request.  Plaintiffs produced,

23    in response to those document requests, a different offer which

24    is Exhibit M to our pre-hearing brief.  So, it appears there

25    must have been documents in Mr. Hirsch's files when the

1   complaint was filed that either aren't there anymore or have

2   simply not been produced.  What else has not been produced?

3   Perhaps the client manual?

4        Mr. Romanov's denial of receipt also lacks

5   credibility.  Mr. Romanov admitted in his deposition receiving

6   what he vaguely described as a receipt that he shoved in his

7   pocket but no such receipt has been produced in the case.

8        At his deposition Mr. Romanov admitted on the record

9   that he did not even search his files in response to Citibank's

10  document request.  In fact, plaintiffs failed to produce any

11  documents whatsoever from Mr. Romanov in response to Citibank's

12  document request.  Plaintiffs inexplicably neither produced nor

13  even described the document that Mr. Romanov admits he received

14  from Citibank when he opened the accounts so we can't know what

15  Mr. Romanov received and what is in his files.  Again, his

16  statements lack credibility.

17       Citibank has plainly established a presumption that

18  the client manual was received and plaintiffs have failed to

19  rebut that presumption.  Moreover, pursuant to the

20  preponderance of the evidence standard, plaintiffs more likely

21  than not received the client manual.

22       With respect to inquiry notice, it is clear that both

23  plaintiffs were repeatedly notified of the existence of the

24  client manual and that their accounts are governed by terms and

25  conditions yet they made no effort to inquire.  Again,

[Transcript 31]   JA 721

1    Mr. Hirsch attempts to explain it all away by changing his

2    testimony.  He originally testified that he read the Citi

3    Products Opened document as I mentioned but yet now has decided

4    that he stopped two thirds of the way through, the same with

5    respect to the account statement.

6            As a matter of law in any event, failure to read a

7    document is no excuse.  Mr. Hirsch was unquestionably notified

8    as a matter of actual and inquiry notice of the existence of

9    the client manual on multiple occasions as the record slows

10   including the signature card, the Citi Products Opening

11   document and the account statement as well as the offering

12   document that started this case which says it is governed by

13   applicable terms and conditions -- again a matter of inquiry

14   notice.

15           Plaintiff Romanov didn't testify here so we live with

16   his testimony at deposition where he says he never inquired

17   despite receiving the signature card and the account statement

18   and presumably the offering materials.

19           With respect to the account opening card we have

20   talked about that a bit, it specifically references agreements

21   governing any account opened.  Well, if that's the case, which

22   it is, wouldn't it have been reasonable for plaintiffs,

23   particularly Mr. Hirsch, a seasoned lawyer and Mr. Romanov as

24   well an experienced business man in financial matters, to

25   inquire as to whether the accounts were in fact governed by an

1   agreement and, if so, where is that agreement or what does it

2   look like?

3          This is particularly the case as to Mr. Hirsch who

4   testified he knows that bank accounts are governed by an

5   agreement.  His testimony that he didn't need to ask about the

6   agreement -- that was his testimony -- does not absolve him

7   from the agreement.  He just said he didn't need to ask about

8   it.  He said I don't need to inquire.  That does not change the

9   fact that he was on inquiry notice.

10         There is no case law decision that we have been able

11  to identify that supports a finding that Mr. Hirsch is not

12  bound by the agreement because even though he knows the bank

13  accounts are governed by agreements, he didn't need to inquire,

14  in his own opinion.

15         A review of the documents themselves further confirms

16  that customers including Mr. Hirsch or Romanov are alerted to

17  the fact that the agreement governs the deposit account.  We

18  discussed the account opening process.  The testimony is that

19  the account manual and existence of the client manual is

20  discussed at the time of the of opening the accounts.  The

21  testimony is clear that pursuant to Citibank's policy that

22  client manual is shown and delivered to customers and they're

23  told this contains what you need to know.  The fact that they

24  don't go through it line by line or page by page is not

25  determinative; the testimony is uniform that it is provided.

1          The testimony also from the Citibank witnesses is that

2     if customers have any questions about the client manual, the

3     personal bankers are available to answer those questions either

4     if they themselves know the answer or they will call the

5     appropriate people including the legal department if that needs

6     to be done.

7          Additionally, as I noted earlier, the first paragraph

8     of text of the client manual states that it is an agreement.

9     The case law does not absolve customers from reviewing the

10    contents of a document that states it is an agreement.

11         Further, the airline miles promotions explicitly state

12    that all accounts are subject to approval and applicable to all

13    terms and conditions, again, further providing inquiry notice.

14         With that said, we have submitted briefing.  We are

15    obviously available to your Honor if you would like to ask

16    further questions either in person or through additional

17    briefing but we would submit, your Honor, that the evidence is

18    clear here that Citibank has satisfied its burden to

19    demonstrate the existence of a valid arbitration agreement

20    either through proof of delivery or inquiry notice, either one

21    of which in the alternative is proof of the existence of the

22    agreement.

23         We thank you, and thank you for your time and patience

24    during these proceedings.  We appreciate it.

25         THE COURT:  Well, thank you, all.  Please see Pam on

 1    ordering this on a daily basis and splitting the costs between

 2    the parties.

 3            You will be hearing from me.

 4            MS. STRICKLAND:  Thank you very much, your Honor.

 5            MR. SPORN:  Thank you, your Honor.

 6            THE COURT:  This matter is adjourned.

 7                            o0o

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X
                                                                ::
BERTRAM HIRSCH and IGOR ROMANOV, on                             :
behalf of themselves and all others similarly situated,         :
                                                                :          Case No. 12 Civ. 1124 (DAB)
                                  Plaintiffs,                    :
                                                                :
                    vs.                                         :
                                                                :          **NOTICE OF APPEAL**
CITIBANK, N.A.,                                                 :
                                                                :
                                  Defendant.                    :
-------------------------------------------------------------- X

     **NOTICE IS HEREBY GIVEN** that Citibank, N.A., defendant in the above-named case,

by and through its undersigned attorneys, hereby appeals to the United States Court of Appeals

for the Second Circuit from the Memorandum and Order entered in this action on the 10th day of

June, 2014 (the "June 10, 2014 Order"). A copy of the June 10, 2014 Order is attached at

Exhibit A.

     The other parties to the June 10, 2014 Order and the names and addresses of their

respective attorneys of record are as follows:

     James Clayton Kelly, Esq.
     The Law Office of James C. Kelly
     244 5th Avenue, Suite K-278
     New York, New York 10001
     Tel: 212-920-5042
     Toll Free Tel: 888-643-7517
     Toll Free Fax: 888-224-2078
     jkelly@jckellylaw.com

Samuel P. Sporn, Esq.
Schoengold & Sporn, P.C.
World Wide Plaza
393 West 49th Street
Suite 5HH
New York, NY 10019
Tel: 212-964-0046
sporn@spornlaw.com

*Attorneys for Plaintiffs Bertram Hirsch and Igor Romanov*

Dated: New York, New York
        July 9, 2014

                                        STROOCK & STROOCK & LAVAN LLP

                                        By:  __/s/ Joseph E. Strauss_____
                                                Joseph E. Strauss (JES-1788)
                                        180 Maiden Lane
                                        New York, New York 10038
                                        212-806-5400
                                        *Attorneys for Defendant Citibank, N.A.*

**EXHIBIT A**

**Exhibit A -- Memorandum and Order, dated June 10, 2014
[See pp. SA 17 - SA 63 ]**